# Notice Recipients

District/Off: 0207–8                 User: admin                    Date Created: 6/23/2025
Case: 8–25–72421–las                 Form ID: 764                   Total: 3

**Recipients of Notice of Electronic Filing:**
aty          Robert L Rattet          rlr@dhclegal.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Sound Vision Care, Inc.       1224 Ostrander Avenue        Riverhead, NY 11901
smg          United States Trustee       Office of the United States Trustee      Long Island Federal Courthouse       560
             Federal Plaza       Central Islip, NY 11722–4437

TOTAL: 2