DAVIDOFF HUTCHER & CITRON LLP
Robert L. Rattet, Esq.
Craig M. Price, Esq.
John D. Molino, Esq.
120 Bloomingdale Road
White Plains, New York 10605
Telephone: (914) 381-7400
Email: rlr@dhclegal.com
        cmp@dhclegal.com
        jdm@dhclegal.com
*Proposed Counsel to the Debtors and Debtors-in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| SOUND VISION CARE, INC., *et. al.*, | ) | Case No. 25-72421 (LAS) |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |
| | ) | |

### DEBTORS' MOTION FOR ORDER EXTENDING TIME TO
### FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

The above captioned debtors and debtors-in-possession (the "Debtors"), by their proposed

undersigned attorneys, Davidoff Hutcher & Citron LLP, file this motion (the "Motion") for an

entry of an order extending the Debtors' time to file their Schedules of Assets and Liabilities and

Statement of Financial Affairs (collectively, the "Schedules"). In support of the Motion, the

Debtors respectfully state as follows:

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead, LLC (9996), (v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (4333), (vii) SVC of Manhasset, LLC (7234),. The Debtors' mailing address is 1224 Ostrander Avenue Riverhead, NY 11901.

**JURISDICTION**

1.      This Court has jurisdiction over this Motion under 28 U.S.C. §§ 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of these proceedings and this Motion is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

2.      The statutory bases for the relief requested herein are §§ 105(a), 521 and 1116(3) of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**BACKGROUND**

3.      On June 23, 2025 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").

4.      No examiner(s), or committee(s) of creditors have been appointed in these cases.

5.      The Debtors own and operate optician and retail eyeglass boutiques in Long Island and New York City.  The Debtors commenced these Chapter 11 Cases to provide the Debtors an opportunity to stabilize their business and consummate a comprehensive restructuring transaction that maximizes value for all stakeholders.

6.      The Debtors are a small operation, and their books and records have not been kept up to date. As a result, the Debtors' and their professionals are unable to entirely rely on their accuracy in order to complete the Schedules timely. The Debtors will use the additional thirty (30) days provided by Section 1116(3) to update their books and records and implement best practices for bookkeeping and financial management going forward and prepare and file their Schedules.

**RELIEF REQUESTED**

7.      By this Motion, the Debtors seek an extension of time to file their respective Schedules.  At or about the time the Debtors filed their respective voluntary petitions, they included

2

a list of all creditors and their addresses to the extent known by each Debtor but did not include Schedules.

8.    In order to complete the Schedules and ascertain the full extent of the Debtors' financial situation, the Debtors and their professionals need additional time in order to complete its work as discussed above.

9.    The Debtors anticipate and expect to have all necessary information to enable the, to complete the preparation of the aforementioned Schedules no later than July 23, 2025, and thus desires an extension of time until such date within which to complete and file their Schedules.

10.    Allowing an extension of time to file Schedules will also avoid the need for the Debtors and their estates to incur additional and unnecessary costs associated with the preparation and filing of amendments to the Schedules which would likely be necessary if they were forced to file by the current deadline.  As such, the Debtors believe that the relief sought herein is in the best interests of the estates and their creditors.

11.    The Debtors submit that the requested relief is both reasonable and appropriate under the circumstances.

12.    No prior request for the relief sought herein has been made heretofore.

**NOTICE**

13.    Notice of this Motion has been provided to (i) Office of the United States Trustee; (ii) the Debtors' twenty (20) largest unsecured creditors, (iii) all of the Debtors' secured creditors, and (iv) parties who have filed notices of appearance. The Debtors submit that said notice is adequate and proper.

3

**WHEREFORE,** the Debtors respectfully request that the Court enter the proposed Order annexed Exhibit A extending the date by which the Debtors must file their respective Schedules, together with such other and further relief as is just and proper under the circumstances.

Dated: June 23, 2025
       New York, New York                  Respectfully submitted,

                                    By: */s/Robert L. Rattet*_____
                                       Robert L. Rattet, Esq.
                               New York Bar No. 1674118
                               Craig M. Price
                               New York Bar No. 3894268
                               John D. Molino
                               New York Bar No. 5793435
                               **DAVIDOFF HUTCHER & CITRON LLP**
                               120 Bloomingdale Road
                               White Plains, New York 10605
                               Telephone: (914) 381-7400
                               Email:   rlr@dhclegal.com
                                         cmp@dhclegal.com
                                         jdm@dhclegal.com

                               *Proposed Counsel for the Debtors and Debtors-in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| SOUND VISION CARE, INC, *et al.*, | ) | Case No.: 25-72421 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

### ORDER EXTENDING TIME FOR THE DEBTORS TO
### FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

Upon the motion dated June 23, 2025 (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by their proposed attorneys Davidoff Hutcher & Citron LLP, for an Order extending the time within which the Debtors must file their respective Schedules of Assets and Liabilities and Statement of Financial Affairs (collectively, the "Schedules"); and it appearing that due and sufficient notice of the Motion having been given; and upon the record of the _____, 2025 hearing on the Motion; and, after due deliberation, it appearing that cause exists for the granting of the Motion, it is hereby

ORDERED, that the time for each of the Debtors to file their respective Schedules of Assets and Liabilities and Statement of Financial Affairs is extended to July 23, 2025.

Dated: New York, New York
June __, 2025

_____
HONORABLE LOUIS A. SCARCELLA
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (XXXX), (ii) SVC of Coram, LLC (XXXX), (iii) SVC of East Setauket, LLC (XXXX), (iv) SVC of Riverhead, LLC (XXXX), (v) SVC of Southold, LLC (XXXX), (vi) SVC of Fresh Meadows, LLC (XXXX), (vii) SVC of Manhasset, LLC (XXXX),. The Debtors' mailing address is 1224 Ostrander Avenue Riverhead, NY 11901.