United States Bankruptcy Court

Eastern District of New York

In re:                                                                                    Case No. 25-72421-las

Sound Vision Care, Inc.                                                      Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0207-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 23, 2025 | Form ID: 764 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sound Vision Care, Inc., 1224 Ostrander Avenue, Riverhead, NY 11901-2109 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion02.li.ecf@usdoj.gov | Jun 23 2025 18:13:00 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722-4456 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2025           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Robert L Rattet | on behalf of Debtor Sound Vision Care  Inc. rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |
| William J. Birmingham | william.birmingham@usdoj.gov |

District/off: 0207-8                    User: admin                    Page 2 of 2
Date Rcvd: Jun 23, 2025                 Form ID: 764                    Total Noticed: 2
TOTAL: 3

# United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

IN RE:                                                              CASE NO: 8−25−72421−las

   Sound Vision Care, Inc.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID              CHAPTER: 11
No.:

   26−3090693

                 DEBTOR(s)

## NOTICE OF DEFICIENT FILING − CHAPTER 11 NON−INDIVIDUAL

**NOTICE IS HEREBY GIVEN THAT:**

The bankruptcy petition filed by the above−referenced debtor(s) on June 23, 2025, did not include the following item(s):

**DOCUMENTS DUE AT TIME OF FILING OF BANKRUPTCY PETITION**

☐   Voluntary Petition for Non−Individuals Filing For Bankruptcy (Official Form 201) (Signed) (Original)

☐   Attachment to Voluntary Petition for Non−Individuals Filing For Bankruptcy Under Chapter 11 (required only if the debtor is filing under Chapter 11 and is required to file periodic reports with the Securities and Exchange Commission) (Official Form 201A)

☐   List of Creditors (Certified by Attorney or Debtor, if Pro−Se) Typed (Name and Address **ONLY**)

☐   Creditor Matrix Pursuant to E.D.N.Y. LBR 1007−3

☐   Filing fee for commencing a bankruptcy case pursuant to 28 U.S.C. § 1930(a)

☑   Statement Pursuant to E.D.N.Y. LBR 1073−2(b)

☐   Partnership Statement Pursuant to E.D.N.Y. LBR 1074−1(b) (Partnership Only)

☑   Corporate Resolution Pursuant to E.D.N.Y LBR 1074−1(a)

☐   Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007(a)(1)

☑   Corporate Disclosure Statement Pursuant to Fed. R. Bankr. P. 1073−3

☐   For Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204) (Signed by Debtor)

☑   Affidavit Pursuant to E.D.N.Y. LBR 1007−4

**DOCUMENTS DUE WITHIN FOURTEEN (14) DAYS OF FILING OF BANKRUPTCY PETITION**

☑   Disclosure of Compensation of Attorney for Debtor 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b) (Official Form 2030) (Due Within 14 Days))

**[Continued on other side of page]**

☑      Summary of Assets and Liabilities for Non Individuals (Official Form 206Sum)

☑      Schedule A/B (Assets – Real and Personal Property) (Official Form 206A/B)

☑      Schedule D (Creditors Who Have Claims Secured by Property) (Official Form 206D)

☑      Schedule E/F (Creditors Who Have Unsecured Claims) (Official Form 206E/F)

☑      Schedule G (Executory Contracts and Unexpired Leases) (Official Form 206G)

☑      Schedule H (Codebtors) (Official Form 206H)

☑      Declaration Under Penalty of Perjury for Non–Individual Debtors (Official Form 202)

☐      List of Equity Security Holders and Addresses (Corporation Only)

☑      Statement of Financial Affairs for Non–Individuals Filing for Bankruptcy (Official Form 207)

☐      Most recent balance sheet, statement of operations, cash flow statement, and Federal income tax return, or a statement that none of the foregoing have been prepared or filed (Small Business and Subchapter V Only) **(Due Within 7 Days)**

## YOUR CASE MAY BE DISMISSED IF
## YOU DO NOT MAKE THE REQUIRED FILINGS ON A TIMELY BASIS

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due at the time of filing of this bankruptcy petition are not filed with the Court within three days of this notice.

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due within 14 days of the filing of this bankruptcy petition are not timely filed with the Court.

**FURTHER NOTICE IS GIVEN THAT** if this bankruptcy case is dismissed for failure to make the required filings, or for any other reason, then the debtor may not receive the benefit of the automatic stay in a subsequent bankruptcy case filed for a period of up to one year. *See 11 U.S.C. §§ 362(c)(3) and (c)(4).*

**FURTHER NOTICE IS GIVEN THAT** the debtor must serve copies of the Chapter 11 petition on the United States Trustee, Internal Revenue Service, and Securities and Exchange Commission (see addresses below).

| **BROOKLYN CASES** | **CENTRAL ISLIP CASES** |
|---|---|
| Office of the United States Trustee<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 739<br>New York, New York 10004 | Office of the United States Trustee<br>Long Island Federal Courthouse<br>560 Federal Plaza<br>Central Islip, New York 11722 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101–7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101–7346 |
| Securities & Exchange Commission<br>New York Regional Office<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, New York 10281 | Securities & Exchange Commission<br>New York Regional Office<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, New York 10281 |

Dated: June 23, 2025            For the Court, Paul Dickson, Clerk of Court