UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:                                                          Chapter 11

Sound Vision Care, Inc., *et. al.*,                             Case No. 8-25-72421-las

Debtors.[1]                              (Jointly Administered)

-------------------------------------------------------------x

## ORDER SCHEDULING HEARING ON
## FIRST DAY MOTIONS FILED BY DEBTORS

On June 26, 2025, Sound Vision Care, Inc.  and its affiliated debtors and debtors-in-

possession (collectively, the "Debtors," and each individually, a "Debtor"), filed the following

motions and applications (collectively, the "First Day Motions"):

1.  *Motion for Entry of an Order Pursuant to Section 333(a) of the Bankruptcy Code and Bankruptcy Rule 2007.2 Waiving the Appointment of Patient Care Ombudsman* [ECF No. 6];

2. *Motion pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 and Rules 4001(b), 4001(d) and 9014 of the Federal Rules of Bankruptcy Procedure for Interim and Final Orders (A) Authorizing Debtors Use of Cash Collateral and Providing Adequate Protection, and (B) Approving Proposed Interim Order Authorizing Use of Cash Collateral* [ECF No. 7];

3. *Debtors' Motion for Order (A) Prohibiting Utility Providers from Discontinuing, Altering, or Refusing Service, (B) Deeming Utility Providers to have Adequate Assurance of Future Performance, and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance* [ECF No. 8]; and

4. *Debtors' Motion for Interim and Final Orders Authorizing the Debtors to (I) Continue Using Debtors' Bank Accounts and Cash Management System, and (II) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief* [ECF No. 12].

After due deliberation, it is hereby

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue Riverhead, NY 11901.

ORDERED that the First Day Motions will be heard on **July 2, 2025 at 10:00 a.m.** in **Courtroom 970**, United States Bankruptcy Court, Eastern District of New York, 290 Federal Plaza, Central Islip, New York 11722; and it is further

ORDERED that copies of each of the First Day Motions can be viewed and/or obtained by (i) assessing the Court's website at www.nyeb.uscourts.gov (Login and password required), or (ii) contacting the Debtors' proposed counsel, Davidoff Hutcher & Citron LLP, 120 Bloomingdale Road, Suite 100 White Plains, New York 10605, Telephone: (914) 381-7400, attn: Robert L. Rattet, Esq. (rlr@dhclegal.com), Craig M. Price, Esq. (cmp@dhclegal.com), or John D. Molino, Esq. (jdm@dhclegal.com); and it is further

ORDERED that on **June 27, 2025**, the Debtors shall serve a copy of the this Order by (i) email, if address is known, and (ii) by nationally recognized courier service by overnight mail for next morning delivery, if email address is not known, upon (a) the United States Trustee, (b) all secured creditors, (c) the utility companies for each of the Debtors, (d) the holders of the twenty (20) largest unsecured claims for each of the Debtors, and (e) any party that has filed a notice of appearance; and it is further

ORDERED that proof of service must be filed by **June 30, 2025**; and it is further

ORDERED, that objections, if any, to the relief requested in the First Day Motions, shall be considered at the hearing and may also be made in writing, filed with the Court on the Court's Electronic Case Filing System at www.ecf.nyeb.uscourts.gov by no later than **July 1, 2025 at 4:00 p.m.**

Dated: June 27, 2025
    Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge