United States Bankruptcy Court
Eastern District of New York

In re:

Sound Vision Care, Inc.

Debtor

Case No. 25-72421-las

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0207-8

Date Rcvd: Jun 26, 2025

User: admin

Form ID: 228

Page 1 of 2

Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Sound Vision Care, Inc., 1224 Ostrander Avenue, Riverhead, NY 11901-2109 |
| smg | | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12201 |
| smg | + | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 26 2025 18:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 26 2025 18:13:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + Email/Text: ustpregion02.li.ecf@usdoj.gov | Jun 26 2025 18:13:00 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722-4456 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 10527564 | | Capital Domain 1 |
| 10527565 | | Capital Domain 2 |
| 10527566 | | LendBug |
| 10527567 | | Quick Funding |
| 10527568 | | Speedy |
| 10527569 | | VEX Capital |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0207-8            User: admin            Page 2 of 2

Date Rcvd: Jun 26, 2025            Form ID: 228            Total Noticed: 6

Date: Jun 28, 2025            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Robert L Rattet | on behalf of Debtor SVC of Riverhead  LLC rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| Robert L Rattet | on behalf of Debtor SVC of Coram  LLC rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| Robert L Rattet | on behalf of Debtor SVC of Southold  LLC rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| Robert L Rattet | on behalf of Debtor SVC of Fresh Meadows  LLC rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| Robert L Rattet | on behalf of Debtor SVC of Manhasset  LLC rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| Robert L Rattet | on behalf of Debtor Sound Vision Care  Inc. rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |
| William J. Birmingham | william.birmingham@usdoj.gov |

TOTAL: 8

| Information to identify the case: | |
| --- | --- |
| Debtor | **Sound Vision Care, Inc.**      EIN: 26–3090693 |
| | Name |
| United States Bankruptcy Court    Eastern District of New York | Date case filed for chapter:    11    6/23/25 |
| Case number:    8–25–72421–las | |

## NOTICE OF CONSOLIDATION WITH AMENDED CAPTION

**NOTICE IS HEREBY GIVEN THAT:**

The above–captioned debtor(s) having filed a petition under Chapter 11 of the United States Bankruptcy Code on June 23, 2025, and an order having been signed by the Honorable Louis A. Scarcella on June 26, 2025, Jointly Administering the case and amending the caption.

**The caption is amended as set forth below:**

IN RE:

Sound Vision Care, Inc., et. al., Case No.
8–25–72421–las
Debtors.1 (Jointly Administered)

CHAPTER: 11

DEBTOR(s)

☑   An order has been entered consolidating these Chapter 11 cases for **Procedural Purposes Only** and providing for its joint administration. All further original docket entries shall be made on the Lead Case: **25–72421–las** except for schedules, claims, claim motions, claim orders and adversary proceedings. Operating reports should be docketed on the **Lead Case** with a notation in the text window as to which case it relates to. If the cases are Chapter 11, the Chapter 11 Plan and Disclosure Statement should be docketed on each individual case.

☐   An order has been entered **Substantively** consolidating these Chapter 11 cases and providing for their joint administration. All further docket entries and proof of claims, shall be made on the lead case docket number: **.**

Dated: June 26, 2025

For the Court, Paul Dickson, Clerk of Court

**BLacc1d2.jsp** [Notice of Consolidation with Amended Caption rev. 07/09/18]