United States Bankruptcy Court

Eastern District of New York

In re:                                                                          Case No. 25-72421-las

Sound Vision Care, Inc.                                                Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8                          User: admin                          Page 1 of 2

Date Rcvd: Jun 26, 2025                   Form ID: pdfdat                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

**Recip ID            Recipient Name and Address**
db                    + Sound Vision Care, Inc., 1224 Ostrander Avenue, Riverhead, NY 11901-2109

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

**Name                          Email Address**

Robert L Rattet
                        on behalf of Debtor Sound Vision Care  Inc. rlr@dhclegal.com,
                        rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com

Robert L Rattet
                        on behalf of Jointly Administered Debtor SVC of Southold  LLC rlr@dhclegal.com,
                        rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com

Robert L Rattet
                        on behalf of Jointly Administered Debtor SVC of Fresh Meadows  LLC rlr@dhclegal.com,
                        rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com

Robert L Rattet
                        on behalf of Jointly Administered Debtor SVC of Manhasset  LLC rlr@dhclegal.com,
                        rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com

Robert L Rattet
                        on behalf of Jointly Administered Debtor SVC of Coram  LLC rlr@dhclegal.com,

rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of Riverhead  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of East Setauket  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Riverhead  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Coram  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Southold  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Fresh Meadows  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Manhasset  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com

United States Trustee

USTPRegion02.LI.ECF@usdoj.gov

William J. Birmingham

william.birmingham@usdoj.gov

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re:                                                              Chapter 11

  Sound Vision Care, Inc., *et. al.*,                               Case No. 8-25-72421-las

                                    Debtors.[1]                     (Jointly Administered)

----------------------------------------------------------x

## ORDER EXTENDING TIME TO FILE DOCUMENTS AND SCHEDULES

Upon the *ex parte* motion dated June 23, 2025 (the "Motion") [ECF No. 3] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by their proposed attorneys Davidoff Hutcher & Citron LLP, for an Order extending the time within which the Debtors must file their respective Schedules of Assets and Liabilities and Statement of Financial Affairs (collectively, the "Schedules"); and after due deliberation, it appearing that cause exists for the granting of the Motion, it is hereby

ORDERED, that the time for each of the Debtors to file their respective Schedules and

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi). SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue Riverhead, NY 11901.

other documents which were not included with the filing of the petition is extended up to and

including July 18, 2025.

Dated: June 26, 2025
     Central Islip, New York



Louis A. Scarcella
United States Bankruptcy Judge