BUCHANAN INGERSOLL & ROONEY PC
640 5th Avenue, 9th floor
New York, NY  10019
(212) 440-4400
Christopher P. Schueller, Esq.
*Attorneys for Bank of America, N.A.*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Sound Vision Care, Inc., *et al.*, | : | Case No. 8-25-72421-las |
| | : | |
| Debtor.[1] | : | (Jointly Administered) |
| | : | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

TO:    Clerk of the U.S. Bankruptcy Court
       Central Islip, New York

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), Bank

of America, N.A. by and through its counsel, Buchanan Ingersoll & Rooney PC, hereby respectfully

submits this Notice of Appearance and Demand for Service of Papers in the above-captioned case by

the Court, the Debtor, and/or any other parties-in-interest, be given to and served upon the following:

BUCHANAN INGERSOLL & ROONEY PC
Attn: Christopher P. Schueller
640 5th Avenue, 9th floor
New York, NY  10019
Phone: (212) 440-4400
Fax (212) 440-4401
christopher.schueller@bipc.com

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi). SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue Riverhead, NY 11901.

Dated:  New York, New York
      July 1, 2025

**BUCHANAN INGERSOLL & ROONEY P.C.**

By: /s/ Christopher P. Schueller
Christopher P. Schueller, Esquire
640 5th Avenue, 9th Floor
New York, NY  10019
Phone: (212) 440-4400
Facsimile: (212) 440-4401
E-mail:  christopher.schueller@bipc.com
*Attorneys for Bank of America, N.A.*

BUCHANAN INGERSOLL & ROONEY PC
640 5th Avenue, 9th floor
New York, NY  10019
(212) 440-4400
Christopher P. Schueller, Esq.
*Attorneys for Bank of America, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Sound Vision Care, Inc., | : | Case No. 8-25-72421-las |
| | : | |
| Debtor.[1] | : | |
| | : | |
| _____ | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that I served or caused to be served this 1st day of July, 2025 a true and correct copy of the foregoing Notice of Appearance and Demand for Notices and Papers via ECF notification upon all parties-in-interest.

Dated:  New York, New York         **BUCHANAN INGERSOLL & ROONEY P.C.**
   July 1, 2025

             By:  /s/ Christopher P. Schueller
             Christopher P. Schueller, Esquire
             640 5th Avenue, 9th Floor
             New York, NY  10019
             Phone: (212) 440-4400
             Facsimile: (212) 440-4401
             E-mail:  christopher.schueller@bipc.com
             *Counsel for Bank of America, N.A.*

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi). SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue Riverhead, NY 11901.