United States Bankruptcy Court

Eastern District of New York

In re:                                                                                    Case No. 25-72421-las

Sound Vision Care, Inc.                                                     Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0207-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 02, 2025 | Form ID: pdfall | Total Noticed: 10 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sound Vision Care, Inc., 1224 Ostrander Avenue, Riverhead, NY 11901-2109 |
| cr | + | Bank of America, N.A., Buchanan Ingersoll & Rooney PC, c/o Christopher P. Schueller, 640 5th Avenue, 9th Floor, New York, NY 10019 UNITED STATES 10019-6102 |
| jtadmdb | + | SVC of Coram, LLC, 1721 North Ocean Ave., Suite A, Medford, NY 11763-2684 |
| jtadmdb | | SVC of East Setauket, LLC, 215 Hallock Rd, Suite 2, Stony Brook, NY 11790-3077 |
| jtadmdb | + | SVC of Fresh Meadows, LLC, 61-30A 190th St., Suite A, Fresh Meadows, NY 11365-2700 |
| jtadmdb | | SVC of Manhasset, LLC, 433 Plandome Road, Manhasset, NY 11030-1942 |
| jtadmdb | + | SVC of Riverhead, LLC, 1224 Ostrander Avenue, Riverhead, NY 11901-2109 |
| jtadmdb | | SVC of Southold, LLC, 44210 County Rd 48,, Suite 1, Southold, NY 11971-5032 |
| 10533631 | + | Buchanan Ingersoll & Rooney PC, c/o Christopher P. Schueller, 640 5th Avenue, 9th Floor, New York, NY 10019-6102 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 10532181 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 02 2025 18:18:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10527564 | | Capital Domain 1 |
| 10527565 | | Capital Domain 2 |
| 10527566 | | LendBug |
| 10527567 | | Quick Funding |
| 10527568 | | Speedy |
| 10527569 | | VEX Capital |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0207-8        User: admin        Page 2 of 2

Date Rcvd: Jul 02, 2025        Form ID: pdfall        Total Noticed: 10

Date: Jul 04, 2025        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Christopher P Schueller | on behalf of Creditor Bank of America  N.A. christopher.schueller@bipc.com, donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com |
| Robert L Rattet | on behalf of Jointly Administered Debtor SVC of Riverhead  LLC rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| Robert L Rattet | on behalf of Jointly Administered Debtor SVC of East Setauket  LLC rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| Robert L Rattet | on behalf of Debtor SVC of Riverhead  LLC rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| Robert L Rattet | on behalf of Debtor SVC of Coram  LLC rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| Robert L Rattet | on behalf of Debtor SVC of Southold  LLC rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| Robert L Rattet | on behalf of Debtor SVC of Fresh Meadows  LLC rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| Robert L Rattet | on behalf of Debtor SVC of Manhasset  LLC rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| Robert L Rattet | on behalf of Debtor Sound Vision Care  Inc. rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| Robert L Rattet | on behalf of Jointly Administered Debtor SVC of Southold  LLC rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| Robert L Rattet | on behalf of Jointly Administered Debtor SVC of Fresh Meadows  LLC rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| Robert L Rattet | on behalf of Jointly Administered Debtor SVC of Manhasset  LLC rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| Robert L Rattet | on behalf of Jointly Administered Debtor SVC of Coram  LLC rlr@dhclegal.com, rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;mms@dhclegal.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |
| William J. Birmingham | william.birmingham@usdoj.gov |

TOTAL: 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                          Chapter 11

 Sound Vision Care, Inc., *et. al.*,                            Case No. 8-25-72421-las

                              Debtors.[1]                       (Jointly Administered)
-------------------------------------------------------------x

<u>ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE</u>

Sound Vision Care, Inc. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors," and each individually, a "Debtor"), having filed petitions for reorganization under Chapter 11 of the Bankruptcy Code on **June 23, 2025**, and the Court having determined that a Case Management Conference will aid in the efficient conduct and proper administration of the case, it is hereby

ORDERED, pursuant to 11 U.S.C. § 105(d), that a Case Management Conference will be held by the undersigned Bankruptcy Judge in **Courtroom 970**, United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 117722, on **August 7, 2025 at 10:00 a.m.**; and it is further

ORDERED, that the Debtors, or an authorized representative of the Debtors, and counsel for the Debtors, shall be present at the Case Management Conference and shall be prepared to address the following matters:

1. the nature of the Debtors' business and the reason for the Chapter 11 filing;

2. the Debtors' financial condition, including post-petition operations and revenue;

3. debtor-in-possession financing;

4. the use of cash collateral;

5. any significant motions which the Debtors anticipate bringing before the Court including, but not limited to, sale motions;

6. matters relating to the retention of professionals (including any brokers or appraisers);

7. the status of any litigation involving the Debtors;

8. deadlines for the filing of claims and a plan and disclosure statement;

9. the use of alternative dispute resolution, if appropriate;

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue Riverhead, NY 11901.

10. the scheduling of additional Case Management Conferences; and

11. any other case administrative matters, and it is further

ORDERED, that the each of the Debtors shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees for cases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period, and it is further

ORDERED, that unexcused failure to attend any Case Management Conference or to file timely monthly operating reports in incompliance with this Order may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112, and it is further

ORDERED, that the Clerk of the Court give notice of this Order to the Debtors, their counsel, the United States Trustee and all creditors and parties in interest.



Dated: July 2, 2025
    Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge