DAVIDOFF HUTCHER & CITRON, LLP
*Attorneys for the Debtors*
120 Bloomingdale Road, Suite 100
White Plains, NY 10605
(914) 381-7400
Robert L. Rattet, Esq.
Craig M. Price, Esq.
John D. Molino, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:                                                          Chapter 11

SOUND VISION CARE, INC., *et al.,*                              Case No.: 25-72421 (LAS)

                          Debtors.                             (Jointly Administered)
--------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )

John D. Molino, being duly sworn, deposes:

I am not a party to the action, am over 18 years of age and am an employee of the law firm of Davidoff Hutcher & Citron, LLP, 120 Bloomingdale Road, White Plains, NY 10605.

On the 2nd day of July 2025, Deponent served the following documents upon the parties listed on the below Schedule by delivering to Federal Express Overnight Mail a true copy of same enclosed in a Federal Express envelope and under the exclusive care of Federal Express:

1.  *Notice of Hearing on First Day Motions*

2.  *Debtors' Motion for Interim and Final Orders Authorizing the Debtors to (I) Continue Using Debtors' Bank Accounts and Cash Management System, and (II) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief*

2a. *Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition and Postpetition Obligations Related Thereto, (C) Maintain Existing Business Forms and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief (proposed)*

**2c.** *Final Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition and Postpetition Obligations Related Thereto, (C) Maintain Existing Business Forms and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief*

**3.** *Debtors' Motion for Order (A) Prohibiting Utility Providers from Discontinuing, Altering, or Refusing Service, (B) Deeming Utility Providers to Have Adequate Assurance of Future Performance, and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance, with Exhibit*

**3a.** *Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief (proposed)*

**4.** *Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Pay Prepetition Personnel Wages, Salaries, and Other Compensation; (II) Reimburse Prepetition Personnel Business Expenses; (III) Make Payments For Which Prepetition Payroll Deductions Were Made (IV) Continue Employee Benefit Programs; (V) Pay Workers' Compensation Obligations; And (VI) Pay All Costs and Expenses Incident to the Foregoing, with Schedule*

**4a.** *Interim Order Authorizing the Debtors to (I) Pay Prepetition Personnel Wages, Salaries, and Other Compensation; (II) Reimburse Prepetition Personnel Business Expenses; (III) Make Payments for Which Prepetition Payroll Deductions Were Made; (IV) Continue Employee Benefit Programs; (V) Pay Workers' Compensation Obligations; and (VI) Pay All Costs and Expenses Incident to the Foregoing (proposed)*

**4b.** *Final Order Authorizing the Debtors to (I) Pay Prepetition Personnel Wages, Salaries, and Other Compensation; (II) Reimburse Prepetition Personnel Business Expenses; (III) Make Payments for Which Prepetition Payroll Deductions Were Made; (IV) Continue Employee Benefit Programs; (V) Pay Workers' Compensation Obligations; and (VI) Pay All Costs and Expenses Incident to the Foregoing (proposed)*

**5.** *Debtors' Motion for Entry of an Order Pursuant to Section 333(A) of Bankruptcy Code and Bankruptcy Rule 2007.2 Waiving the Appointment of Patient Care Ombudsman*

**5a.** *Order (I) Determining That Appointment of a Patient Care Ombudsman is Not Necessary and (II) Granting Related Relief (proposed)*

**5b.** *Declaration of Jeffrey Williams Jr. In Support of Debtors' Motion for Entry of an Order Pursuant to Section 333(A) of Bankruptcy Code and Bankruptcy Rule 2007.2 Waiving the Appointment of Patient Care Ombudsman*

**5c.** *Supplemental Declaration of Jeffrey Williams Jr. In Support of Debtors' Motion for Entry of an Order Pursuant to Section 333(A) of Bankruptcy Code and Bankruptcy Rule 2007.2 Waiving the Appointment of Patient Care Ombudsman*

6.  *Motion Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 and Rules 4001(B), 4001(D) and 9014 of the Federal Rules of Bankruptcy Procedure for Interim and Final Orders (A) Authorizing Debtor's Use of Cash Collateral and Providing Adequate Protection, and (B) Approving Proposed Interim Order Authorizing Use of Cash Collateral*

6a.  *Interim Order Authorizing Use of Cash Collateral by Debtor Pursuant to 11 U.S.C. Section 363, with Exhibit (proposed)*

 

 

 

                           */s/ John D. Molino*
                                  John D. Molino

Sworn to before me this
2nd day of July, 2025

 */s/ James Glucksman*
Notary Public ~ State of New York

**FEDERAL EXPRESS DELIVERY SERVICE LIST**

Sound Vision Care, Inc.
Attn: Jeffrey Williams
1224 Ostrander Avenue
Riverhead, NY 11901

90.io
1920 Prospector Avenue
Park City, UT 84060

435-451 Plandome Properties LLC
246 Mineola Blvd.
Mineola, NY 11501

6417-6806 Bay Parkway Realty LLC
2338 64th Street
Brooklyn, NY 11204

ABB Optical Group
125 Enterprise Drive
Marshfield, MA 02050

Action Carting
300 Frank W. Burr Blvd., Ste. 39
Teaneck, NJ 07666

All Types Building Maintenance
5514 Merrick Road
Massapequa, NY 11758

Altair Eyewear
10875 International Drive
Rancho Cordova, CA 95670

Angelica Velasquez
1050 Youngs Avenue
Southold, NY 11971

BambooHR
42 Future Way
Draper, UT 84020

Bank of America
Practice Solutions
10 Federal Street
Boston, MA 02110

Bank of America, N.A.
600 North Cleveland Ave., Ste. 300
Westerville, OH 43082, US

Buchanan Ingersoll & Rooney, P.C.
Attn: Christopher P. Schueller, Esq.
501 Grant St., Ste. 200
Pittsburgh, PA 15219-4413

Capitaldomain LLC
254 Brick Blvd., Unit 10
Brick, NJ 08723

CFG Merchant Solutions, LLC
180 Maiden Lane, 15th Fl.
New York, NY 10038

City Heat Security
2665 Oceanside Rd.
Oceanside, NY 11572

Consolidated Edison Co. of NY, Inc.
Bankruptcy/EAG Group
4 Irving Place, 9th Fl.
New York, NY 10003

CooperVision
6101 Bollinger Canyon Rd., Ste. 500
San Ramon, CA 94583

Crystal Practice Mgmt.
12112 Anderson Mill Road
Austin, TX 78726-1176

Corporation Service Company
25 Little Falls Drive
Wilmington, DE 19808

C T Corporation System
330 N Brand Blvd., Ste. 700
Glendale, CA 91203, USA
Attn: SPRS

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087

Drill Specialty Corp.
5020 Montauk Hwy.
Massapequa Park, NY 11762

Dynasty Protection
4 W. Mineola Ave., Bldg. 1
Valley Stream, NY 11580

EBF Holdings, LLC
d/b/a Everest Business Funding
102 West 38th St, 6th Fl.
New York, NY 10018

Essilor Luxottica
12 Harbor Acres Rd.
Sands Point, NY 11050

Everbank Commercial Finance, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054

FC Marketplace, LLC
747 Front St., 4th Fl.
San Francisco, CA 94111

Federal Realty Investment Trust
909 Rose Ave., Ste. 200
North Bethesda, MD 20852

Flushing Bank
220 RXR Plaza
Uniondale, NY 11556

Fort Capital Resources, LLC
410 Blanding Blvd.
Ste. 10, #149
Orange Park, FL 32073

Fort Capital Resources, LLC
841 Shelley Road
Raleigh, NC 27609

Gonzalo Campos
1050 Youngs Avenue
Southold, NY 11971

GreatAmerica Financial Services Corp.
625 First Street
Cedar Rapids, IA 52401-2030

Great White Propane
44 Kroemer Avenue
Riverhead, NY 11901

Hallock Road LLC
215 Hallock Rd., Ste. 68
Stony Brook, NY 11790

Huntington Technology Finance, Inc
2285 Franklin Rd, Ste 100,
Bloomfield Hills, MI 48302, USA

Ignite IPA
140 Lakeland Avenue
Sayville, NY 11782

iMatrix
3 Ethel Road, #305
Edison, NJ 08817

InAdvance Capital
10 West 37th St., Ste. 6E
New York, NY 10018

Internal Revenue Service
Centralized Insolvency Operations
2970 Market Street
Philadelphia, PA 19104

Island Elevator
2100-2 Arctic Avenue
Bohemia, NY 11716

Johnson & Johnson
7500 Centurion Pkwy.
Jacksonville, FL 32256

LaFont Frames
655 Broadway, Ste. 401
New York, NY 10012

Lend Bug, LLC
260 West 35th St. PH
New York, NY 10001

Lens Mode Contacts
150 Main Street
Millburn, NJ 07041

Lumenis Financial Solutions
1111 Old Eagle School Rd.
Wayne, PA 19087

Macdonald, Rand & Vollaro, CPAs LLC
550 NY-25
Rocky Point, NY 11778

Macquarie Equipment Capital Inc.
1301 Riverplace Blvd., 4th Fl.
Jacksonville, FL 32207

MadisonOne
9375 E. Shea Blvd., Ste. 100
Scottsdale, AZ 85260

Mary Frausto
2700 Bray Avenue
Laurel, NY 11948

Mattituck Enviro
560 Commerce Drive
Cutchogue, NY 11935

Alan Minkoff
420 East 72nd St., Apt. 15A
New York, NY 10021

Nassau Vision Group
160 Legrand Avenue
Orangeburg, NJ 10962

National Grid
Attn: Legal Dept.
40 Sylvan Road
Waltham, MA 02451-1120

National Grid
Attn: Legal Dept.
170 Data Drive
Waltham, MA 02451

NFPRA
44210 County Road 48, Ste. 2
Southold, NY 11971

NYS Dept. of Taxation & Finance
Office of Counsel, Bldg. 9
W.A. Harriman State Campus
Albany, NY 12227-1002

NDC Community Impact Loan Fund
P29 Marne Street
Watervliet, NY 12189

Ocean Funding Corp
1000 NW 65th St., Ste. 103
Fort Lauderdale, FL 33309

Ogden CAP Properties
545 Madison Avenue
New York, NY 10020

Optimum
Attn: Legal Dept.
1 Court Square West
Long Island City, NY 11101

Paragon Software Group
947 E. Impala
Mesa, CA 85204

Playbook Builder
171 College Avenue
Holland, MI 49423

Port Washington Window Cleaning
P.O. Box 1691
Port Washington, NY 11050

PSEG
Attn: Legal Dept.
80 Park Plaza
Newark, NJ 07102

Riverhead Water District
1035 Pulaski Street
Riverhead, NY 11901

Signature Services LLC
104 Southcreek Drive
Manteno, IL 60950

Solomon, Herrera
& McCormick, PLLC
40 Marcus Dr., Ste. 202
Melville, NY 11747

Spectrum
4145 S. Lakenburg Rd.
Riverview, FL 33578

Sterns Bank N.A.
500 13th Street
Albany, MN 56307

Suffolk Computer Consultants
295 Montauk Hwy.
Speonk, NY 11972

The Hartford
One Hartford Plaza
Hartford, CT 06155

TriZetto Gateway EDI
3300 Rider Trail S.
Earth City, MO 63045

Umana Heating & Cooling
P.O. Box 196
Mattituck, NY 11952

Univest Capital, Inc.
3220 Tillman Dr., Ste. 503
Bensalem, PA 19020

Utica National Insurance Co.
P.O. Box 6540
Utica, NY 13504

U.S. Attorney's Office
Attn: Nicole M. Zito, Esq.
Assistant U.S. Attorney
Eastern District of NY
271-A Cadman Plaza East
Brooklyn, NY 11201

U.S. Bancorp
P.O. Box 580337
Minneapolis, MN 55458-0337

U.S. Bancorp Equipment Finance, Inc.
1450 Channel Parkway
Marshall, MN 56258

U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, NM 56258

U.S. Eagle Credit Union
Attn: Francis J. Yakaboski
3939 Osuna Rd. NE
Albuquerque, NM 87109

U.S. Small Business Administration
New York District Office
26 Federal Plaza, Room 3100
New York, NY 10278

U.S. Small Business Administration
Denver Finance Center
721 19th Street
Denver, CO 80202

Verizon
Attn: Law Dept.
11095 Avenue of the Americas
New York, NY 10036

Vex Capital
700 Canal St., 1st Fl.
Stamford, CT 06902

Winchester Optical Co.
1935 Lake Street
Elmira, NY 14901

Wolf's Edge Partners LLC
536 Barnard Avenue
Woodmere, NY 11598