**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In Re:

    Sound Vision Care, Inc.

Case No. 25-72421-las

Chapter: 11

           Debtor(s)

**REQUEST FOR JUDICIAL DETERMINATION CONCERNING APPOINTMENT OF**
**PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. SECTION 333**

The Clerk's Office requests the Court to determine whether pursuant to 11 U.S.C. § 333 a Patient Care Ombudsman should be appointed in this case as "Health Care Business" was selected as the nature of business on the petition filed on

By the Court: /s/ Jasmin Gomez            Date: 7/10/25

☐   The U.S. Trustee will be directed to appoint a Patient Care Ombudsman in accordance with 11 U.S.C. § 333.

☐   The appointment of a Patient Care Ombudsman is not necessary.

**SO ORDERED**