KAMINSKI LAW, PLLC
Shanna M. Kaminski, Esq.
88 Pine Street, Ste. 2430
New York, New York 10005
(248) 462-7111
skaminski@kaminskilawpllc.com


*Counsel to CFG Merchant Solutions, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X


| | |
|---|---|
| IN RE: | Case No. 25-72421 |
| SOUND VISION CARE, INC., et al, | Chapter 11 |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------X

### NOTICE OF APPEARANCE AND
### <u>REQUEST FOR NOTICE</u>


PLEASE TAKE NOTICE that Shanna M. Kaminski of Kaminski Law, PLLC appears as

counsel for CFG Merchant Solutions, LLC and, pursuant to Fed. R. Bankr. P. 2002 and 9010,

requests that all notices given or required to be given in the above case be given to and served

upon:


Shanna M. Kaminski
KAMINSKI LAW, PLLC
88 Pine Street, Ste. 2430
New York, New York 10005
(248) 462-7111
skaminski@kaminskilawpllc.com


PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices

and papers referred to in the rules specified above, but also includes, without limitation, all orders

and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, facsimile, email or otherwise, that affects any party in interest, creditor, the Debtor, Debtor-in-Possession, or property of the Debtor or Debtor-in-Possession.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of CFG Merchant Solutions, LLC's right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which CFG Merchant Solutions, LLC is or may be entitled, in law or in equity; all of which rights, claims, actions, defenses, setoffs and recoupments CFG Merchant Solutions, LLC expressly reserves.

Dated: July 10, 2025
      New York, New York

Respectfully Submitted,

KAMINSKI LAW, PLLC

*/s/ Shanna M. Kaminski*
SHANNA M. KAMINSKI
88 Pine Street, Ste. 2430
New York, New York 10005
(248) 462-7111
skaminski@kaminskilawpllc.com

*Counsel for CFG Merchant Solutions, LLC*