DAVIDOFF HUTCHER & CITRON LLP
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
Telephone:  (914) 381-7400
Robert L. Rattet, Esq.
James B. Glucksman
Craig M. Price, Esq.
John D. Molino, Esq.

*Proposed Counsel to the Debtors and Debtor*
*in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____
----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case |
| SOUND VISION CARE, INC, *et. al*., | Case No.: 25-72421 (LAS) |
| Debtors.[1] | (Jointly Administered) |

----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 9010 and 2002 of the Federal
Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Bullion Exchange, LLC hereby
appears as a creditor of the above-named debtor and interested party to this bankruptcy case.  It
is requested that copies of any and all notices, pleadings, and orders be sent to:

DAVIDOFF HUTCHER & CITRON LLP
*Proposed Attorneys for Sound Vision Care Inc., et. al.*
120 Bloomingdale Road
White Plains, New York 10605
Attn: James B. Glucksman
(914) 381-7400

jbg@dhclegal.com

---

[1]  The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care,
Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead,
LLC (9996), (v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (), (x) SVC of Manhasset,
LLC (4333). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY.

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes not only the notice and papers referred to in the rules specified above, but all other notices, papers and documents, including but not limited to: copies of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the above-captioned debtor (the "Debtor"), property in the possession, custody or control of the Debtor or the above referenced case.

Dated:  White Plains, New York
        July 14, 2025

DAVIDOFF HUTCHER & CITRON LLP
*Proposed Attorneys for Sound Vision Care Inc., et. al.*
120 Bloomingdale Road
White Plains, New York 10605
(914) 381-7400
jbg@dhclegal.com
By:    */s/ James B. Glucksman*
        James B. Glucksman, Esq.