

**U.S. Department of Justice**

Office of the United States Trustee
*Eastern District of New York*
*(Central Islip Division)*

---

*Long Island Federal Courthouse*      *Telephone: (631) 715-7800*
*560 Federal Plaza*                          *Fax:    (631) 715-7777*
*Central Islip, New York 11722-4456*

July 15, 2025

***Via ECF***
The Honorable Louis A. Scarcella
United States Bankruptcy Judge
290 Federal Plaza
Courtroom 970
Central Islip, NY 11722

Re:    In re Sound Vision Carre, Inc. et. al.
Case No.: 25-72421-las

Dear Judge Scarcella:

Please be advised that the Office of the United States Trustee (the "UST") has reviewed the above referenced Debtor's application seeking an Order Waiving the Appointment of a Patient Care Ombudsman ("PCO") filed on June 26, 2025.  (ECF Docket No. 6).  Upon request of the UST, on July 14, 2025, the Debtor, by and though its counsel John D. Molino, Esq. of Davidoff Hutcher & Citron, LLP, provided an affidavit from the Debtor's principal, Jeffrey Williams, Jr., averring that the Debtor was not a defendant in any lawsuit commenced by a patient resulting from personal injury.  Accordingly, the UST does not have an objection to the Debtor's request waiving the appointment of a PCO.

Should you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

***/S/William J. Birmingham***
William J. Birmingham
Trial Attorney
Office of the United States Trustee
United States Department of Justice

CC:    Via Email
John D. Molino. Esq.
Counsel for the Debtor

jdm@dhclegal.com
Davidoff Hutcher & Citron LLP