# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

In Re:

    Sound Vision Care, Inc.

Case No. 25-72421-las

Chapter: 11

                Debtor(s)

## REQUEST FOR JUDICIAL DETERMINATION CONCERNING APPOINTMENT OF PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. SECTION 333

The Clerk's Office requests the Court to determine whether pursuant to 11 U.S.C. § 333 a Patient Care Ombudsman should be appointed in this case as "Health Care Business" was selected as the nature of business on the petition filed on June 23, 2025.

By the Court: /s/ Jasmin Gomez        Date: 7/10/25

☐ The U.S. Trustee will be directed to appoint a Patient Care Ombudsman in accordance with 11 U.S.C. § 333.

☑ The appointment of a Patient Care Ombudsman is not necessary.

**SO ORDERED**

Dated: July 15, 2025
    Central Islip, New York



**Louis A. Scarcella**
**United States Bankruptcy Judge**