DAVIDOFF HUTCHER & CITRON LLP
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
Telephone:  (914) 381-7400
Robert L. Rattet, Esq.
Craig M. Price, Esq.
John D. Molino, Esq.

*Proposed Counsel to the Debtors and Debtors i
Possession*

*Hearing Date: August 7, 2025*
*Hearing Time: 10:00 a.m. (EST)*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 Case |
| SOUND VISION CARE, INC, *et. al*., | Case No.: 25-72421 (LAS) |
| Debtors.[1] | (Jointly Administered) |

/

## NOTICE OF HEARING ON AUGUST 7, 2025

**PLEASE TAKE NOTICE,** that on June 23, 2025 (the "Petition Date"), the above captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York (the "Court"). under title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE,** the Debtors have filed the following motion:

- *Motion to Authorize/Direct Debtors' Application for Entry of an Order Authorizing (I) Post-petition Retainer Pursuant to Section 363(b) of the Bankruptcy Code and (II) Granting Related Relief* (the "DHC Post-Petition Retainer Motion") [Docket No. 43]

---

[1]    The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead, LLC (9996), (v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (), (x) SVC of Manhasset, LLC (4333). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY.

**PLEASE TAKE FURTHER NOTICE,** that a hearing will be held to consider the DHC Post-Petition Retainer Motion before the Honorable Louis A. Scarcella, United States Bankruptcy Judge for the Eastern District of New York, 290 Federal Plaza, Courtroom 970, Central Islip, New York 11722 at **10:00 a.m. (EST) on August 7, 2025**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Post-Petition Retainer Motion, shall be considered at the hearing and may also be made in writing, filed with the Court on the Court's Electronic Case Filing System at www.ecf.nyeb.uscourts.gov (Login and password required) no later than **August 6, 2025** at **4:00 p.m. (EST).**

**PLEASE TAKE FURTHER NOTICE,** all attorneys and unrepresented parties are required to register for the hearing(s) at least two (2) business days in advance of the scheduled hearing by using the Court's eCourt Appearances platform: https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. If for some reason you are not able to use the eCourt Appearances platform, you must email the Courtroom Deputy at: las_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing and state that a reasonable effort to use the platform has been made. You must include your name, the case number(s), who you represent if you are an attorney, and the date of the hearing. Your email must include in the Re line "I am not able to register using eCourt Appearances." You will then be provided with the dial in / log in information. If you do not have internet access you may call the Courtroom Deputy with this information at (631) 712-6278.

Conduct during audio only hearings:

- Announce your name each time before speaking.
- Speak up and enunciate so that you can be heard and understood.
- Avoid the use of a speaker phone (use a landline, if possible).
- If you are not speaking, keep your phone muted.

Dated: July 15, 2025
New York, New York

Respectfully submitted,

By: /s/ Robert L. Rattet
     Robert L. Rattet, Esq.
     Craig M. Price, Esq.
     John D. Molino, Esq.

     DAVIDOFF HUTCHER & CITRON LLP
     120 Bloomingdale Road, Suite 100
     White Plains, New York 10605
     Telephone: (914) 381-7400
     Email: rlr@dhclegal.com
           cmp@dhclegal.com
           jdm@dhclegal.com

     *Proposed Counsel to the Debtors*
     *and Debtors in Possession*