

**DAVIDOFF HUTCHER & CITRON LLP**

ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NEW YORK 10605

TEL: (914) 381-7400
WWW.DHCLEGAL.COM

FIRM OFFICES

NEW YORK
ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NY 10158
(212) 557-7200

WEST PALM BEACH
ATTORNEYS AT LAW
1107 NORTH OLIVE AVENUE
WEST PALM BEACH, FL 33401
(561) 567-8488

FIRM OFFICES

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

**WRITER'S DIRECT: 646-428-3236**
**E-MAIL: RLR@DHCLEGAL.COM**

July 16, 2025

**Case: *In re Sound Vision Care, Inc.*, Case No. 25-72421 (las)**

**Re:    Withdrawal of Docket Entries  43 and 44 (Originally Incorrectly Filed Under Docket Number 36)**

Dear Honorable Judge:

We are the attorneys for Sound Vision Care, Inc. ("SVC") and its six affiliated debtors (collectively, the "Debtors").

We are requesting a withdrawal of the following docket entries:

1. *Docket Number 43*: Application for Compensation. for Davidoff Hutcher & Citron LLP as Counsel to the Debtors; Fees: $ 15,000 Filed by Robert L Rattet on behalf of Sound Vision Care, Inc.;

2. *Docket Number 44*: Amended Notice of Motion/Presentment *of Hearing* Filed by Robert L Rattet on behalf of Sound Vision Care, Inc.

Thank you very much.

Very truly yours,

*/s/ Robert L Rattet*
Robert L Rattet, Esq.