DAVIDOFF HUTCHER & CITRON LLP
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
Telephone:  (914) 381-7400
Robert L. Rattet, Esq.
Craig M. Price, Esq.
John D. Molino, Esq.

*Hearing Date: August 7, 2025*
*Hearing Time: 10:00 a.m. (EST)*

*Proposed Counsel to the Debtors and Debtors i
Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:

SOUND VISION CARE, INC, *et. al.*,

Debtors.[1]

_____/

Chapter 11 Case

Case No.: 25-72421 (LAS)

(Jointly Administered)

## NOTICE OF HEARING ON AUGUST 7, 2025

**PLEASE TAKE NOTICE,** that on June 23, 2025 (the "Petition Date"), the above

captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions

for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the

Eastern District of New York (the "Court"). under title 11 of the United States Code, 11 U.S.C.

§§ 101–1532 (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE,** the Debtors have filed the following application:

- *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of CBIZ Forensic Consulting Group, LLC as Financial Advisor Effective as of June 23, 2025* ("CBIZ Application") [ECF Doc. No. 46]

---

[1]    The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead, LLC (9996), (v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (), (x) SVC of Manhasset, LLC (4333). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY.

**PLEASE TAKE FURTHER NOTICE,** that a hearing will be held to consider the CBIZ Application before the Honorable Louis A. Scarcella, United States Bankruptcy Judge for the Eastern District of New York, 290 Federal Plaza, Courtroom 970, Central Islip, New York 11722 at **10:00 a.m. (EST) on August 7, 2025**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the CBIZ Application, shall be considered at the hearing and may also be made in writing, filed with the Court on the Court's Electronic Case Filing System at www.ecf.nyeb.uscourts.gov (Login and password required) no later than **August 6, 2025** at **4:00 p.m. (EST).**

*[Remainder of Page Intentionally Left Blank]*

Dated: July 16, 2025
New York, New York

Respectfully submitted,

By: /s/ Robert L. Rattet

Robert L. Rattet, Esq.
Craig M. Price, Esq.
John D. Molino, Esq.

DAVIDOFF HUTCHER & CITRON LLP
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
Telephone: (914) 381-7400
Email:  rlr@dhclegal.com
        cmp@dhclegal.com
        jdm@dhclegal.com

*Proposed Counsel to the Debtors
and Debtors in Possession*