UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

Sound Vision Care, Inc., et al.

CASE NO: 25-72421

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 11

On 7/17/2025, I did cause a copy of the following documents, described below,

Notice of Hearing on August 7, 2025

Debtors' Application for Entry of an Order Authorizing the Retention and Employment of CBIZ Forensic Consulting Group, LLC as Financial Advisor to the Debtors

Exhibit A: Order Authorizing and Approving Employment and Retention of CBIZ Forensic Consulting Group, LLC as Financial Advisor to the Debtors (proposed)

Exhibit B: Declaration of Mark D'Agostino In Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of CBIZ Forensic Consulting Group, LLC as Financial Advisor to the Debtors

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/17/2025

/s/ Eric R. Schachter, Esq.
Eric R. Schachter, Esq.  6241426

Davidoff Hutcher & Citron LLP 120
Bloomingdale Road., Suite 100
White Plains, NY  10605

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

Sound Vision Care, Inc., et al.

CASE NO: 25-72421

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 7/17/2025, a copy of the following documents, described below,

Notice of Hearing on August 7, 2025

Debtors' Application for Entry of an Order Authorizing the Retention and Employment of CBIZ Forensic Consulting Group, LLC as Financial Advisor to the Debtors

Exhibit A: Order Authorizing and Approving Employment and Retention of CBIZ Forensic Consulting Group, LLC as Financial Advisor to the Debtors (proposed)

Exhibit B: Declaration of Mark D'Agostino In Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of CBIZ Forensic Consulting Group, LLC as Financial Advisor to the Debtors

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/17/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Eric R. Schachter, Esq.
Davidoff Hutcher & Citron LLP
120 Bloomingdale Road., Suite 100
White Plains, NY  10605

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

SOUND VISION CARE, INC.
ATTN: JEFFREY WILLIAMS, JR.
1224 OSTRANDER AVENUE
RIVERHEAD, NY 11901

435-451 PLANDOME PROPERTIES LLC
451 PLANDOME ROAD
MANHASSET, NY 11030

6417-6806 BAY PARKWAY REALTY LLC
2338 64TH STREET
BROOKLYN, NY 11204

ABB OPTICAL GROUP
125 ENTERPRISE DRIVE
MARSHFIELD, MA 02050

ACTION CARTING ENVIRONMENTAL SVCS.,
INC.
300 FRANK W. BURR BLVD., STE. 39
TEANECK, NJ 07666

ALL TYPES BUILDING MAINTENANCE, INC.
5514 MERRICK ROAD
MASSAPEQUA, NY 11758

ALTAIR EYEWEAR
10875 INTERNATIONAL DRIVE
RANCHO CORDOVA, CA 95670

AMUR FINANCIAL
10875 INTERNATIONAL DR.
RANCHO CORDOVA, CA 95670

ANGELICA VELASQUEZ
1050 YOUNGS AVENUE
SOUTHOLD, NY 11971

BAMBOOHR
42 FUTURE WAY
DRAPER, UT 84020

BANK OF AMERICA
PRACTICE SOLUTIONS
10 FEDERAL STREET
BOSTON, MA 02110

BANK OF AMERICA, N.A.
600 NORTH CLEVELAND AVE., STE. 300
WESTERVILLE, OH 43082, US

BUCHANAN INGERSOLL & ROONEY, P.C.
ATTN: CHRISTOPHER P. SCHUELLER, ESQ.
501 GRANT ST., STE. 200
PITTSBURGH, PA 15219-4413

CAPITAL DOMAIN LLC
254 BRICK BLVD., UNIT 10
BRICK, NJ 08723

CAPITAL DOMAIN FUNDING LLC
ATTN: AVI ULANO
300 TICE BLVD.
WOODCLIFF LAKE, NJ 07677

CERTILMAN BALIN ADLER & HYMAN, LLP
ATTN: RICHARD J. MCCORD, ESQ.,
THOMAS J. MCNAMARA, ESQ.
90 MERRICK AVENUE, 9TH FL.
EAST MEADOW, NY 11554

CFG MERCHANT SOLUTIONS, LLC
180 MAIDEN LANE, 15TH FL.
NEW YORK, NY 10038

CITY HEAT SECURITY
2665 OCEANSIDE RD.
OCEANSIDE, NY 11572

CONSOLIDATED EDISON CO. OF NY, INC.
BANKRUPTCY/EAG GROUP
4 IRVING PLACE, 9TH FL.
NEW YORK, NY 10003

COOPERVISION
6101 BOLLINGER CANYON RD., STE. 500
SAN RAMON, CA 94583

CRYSTAL PRACTICE MGMT.
12112 ANDERSON MILL RD., BLDG. 12-A
AUSTIN, TX 78726-1176

CORPORATION SERVICE COMPANY
1090 VERMONT AVE., NW,STE. 430
WASHINGTON, D.C. 20005

C T CORPORATION SYSTEM
ATTN: SPRS
330 N BRAND BLVD., STE. 700
GLENDALE, CA 91203

DE LAGE LANDEN FINANCIAL SERVICES, INC
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

DRILL SPECIALTY CORP.
5020 MONTAUK HWY.
MASSAPEQUA PARK, NY 11762

DYNASTY PROTECTION
4 W. MINEOLA AVE., BLDG. 1
VALLEY STREAM, NY 11580

EBF HOLDINGS, LLC
D/B/A EVEREST BUSINESS FUNDING
102 WEST 38TH ST, 6TH FL.
NEW YORK, NY 10018

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ESSILOR LUXOTTICA
12 HARBOR ACRES RD.
SANDS POINT, NY 11050

EVERBANK COMMERCIAL FINANCE, INC.
10 WATERVIEW BLVD.
PARSIPPANY, NJ 07054

FAY SERVICING LLC
1601 LYNDON B. JOHNSON FWY.
FARMERS BRANCH, TX 75234

FC MARKETPLACE, LLC
707 17TH ST., STE. 2200
DENVER, CO 80202-3404

FEDERAL REALTY INVESTMENT TRUST
909 ROSE AVE., STE. 200
NORTH BETHESDA, MD 20852

FLUSHING BANK
ATTN: LEGAL DEPT.
144-51 NORTHERN BLVD.
FLUSHING, NY 11254

FORT CAPITAL RESOURCES, LLC
410 BLANDING BLVD.
STE. 10, #149
ORANGE PARK, FL 32073

FORT CAPITAL RESOURCES, LLC
841 SHELLEY ROAD
RALEIGH, NC 27609

FRANK SPINOSA & ROBIN ROSS
62 CANYON RIDGE DRIVE
SANDIA PARK, NM 87047

JELLUM LAW
ATTN: GARTH G. GAVENDA, ESQ.
7617 CURRELL BLVD., STE. 245
WOODBURY, MN 55125

GONZALO CAMPOS
1050 YOUNGS AVENUE
SOUTHOLD, NY 11971

GREATAMERICA FINANCIAL SERVICES CORP.
625 FIRST STREET
CEDAR RAPIDS, IA 52401-2030

GREAT WHITE PROPANE
44 KROEMER AVENUE
RIVERHEAD, NY 11901

HALLOCK ROAD LLC
215 HALLOCK RD., STE. 68
STONY BROOK, NY 11790

HUNTINGTON TECHNOLOGY FINANCE, INC
2285 FRANKLIN RD, STE 100,
BLOOMFIELD HILLS, MI 48302

IGNITE IPA
140 LAKELAND AVENUE
SAYVILLE, NY 11782

IMATRIX
3 ETHEL ROAD, #305
EDISON, NJ 08817

INADVANCE CAPITAL
10 WEST 37TH ST., STE. 6E
NEW YORK, NY 10018

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

ISLAND ELEVATOR
2100-2 ARCTIC AVENUE
BOHEMIA, NY 11716

JOHNSON & JOHNSON
7500 CENTURION PKWY.
JACKSONVILLE, FL 32256

SHANNA M. KAMINSKI, ESQ.
88 PINE STREET, STE. 2430
NEW YORK, NY 10005

KAPITUS LLC
2500 WILSON BLVD., STE. 350
ARLINGTON, VA 22201

LAFONT FRAMES
655 BROADWAY, STE. 401
NEW YORK, NY 10012

LENDBUG.COM
ATTN: ANTHONY STEPHENS
260 WEST 35TH ST.
NEW YORK, NY 10001

LENS MODE CONTACTS
150 MAIN STREET
MILLBURN, NJ 07041

LEVELUP HCS LLC
90 BROAD ST., STE. 902
NEW YORK, NY 10004-2281

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

LUMENIS FINANCIAL SOLUTIONS
2077 GATEWAY PL., STE. 300
SAN JOSE, CA 95110

MACDONALD, RAND & VOLLARO, CPAS LLC
550 NY-25A
ROCKY POINT, NY 11778

MACQUARIE EQUIPMENT CAPITAL INC.
1301 RIVERPLACE BLVD., 4TH FL.
JACKSONVILLE, FL 32207

MADISONONE
9375 E. SHEA BLVD., STE. 100
SCOTTSDALE, AZ 85260

MARY FRAUSTO
2700 BRAY AVENUE
LAUREL, NY 11948

MATTITUCK ENVIRO
560 COMMERCE DRIVE
CUTCHOGUE, NY 11935

ALAN MINKOFF
420 EAST 72ND ST., APT. 15A
NEW YORK, NY 10021

NASSAU VISION GROUP
160 LEGRAND AVENUE
NORTHVALE, NJ 07647

NATIONAL GRID
ATTN: LEGAL DEPT.
40 SYLVAN ROAD
WALTHAM, MA 02451-1120

NFPRA
44210 COUNTY ROAD 48, STE. 2
SOUTHOLD, NY 11971

NINETY
1920 PROSPECTOR AVENUE, STE. 300
PARK CITY, UT 84060

NORTH OCEAN PROPERTIES, INC.
1721 N. OCEAN AVENUE
MEDFORD, NY 11763

NYS DEPT. OF LABOR
1220 WASHINGTON AVENUE
BUILDING 12, ROOM 256
ALBANY, NY 12226

NYS DEPT. OF TAXATION & FINANCE
OFFICE OF COUNSEL, BLDG. 9
W.A. HARRIMAN STATE CAMPUS
ALBANY, NY 12227-1002

NDC COMMUNITY IMPACT LOAN FUND
P29 MARNE STREET
WATERVLIET, NY 12189

OCEAN FUNDING CORP
1000 NW 65TH ST., STE. 103
FORT LAUDERDALE, FL 33309

OGDEN CAP PROPERTIES
545 MADISON AVENUE
NEW YORK, NY 10020

ON DECK CAPITAL, INC.
1400 BROADWAY, 25TH FL.
NEW YORK, NY 10018-5225

OPTIMUM
ATTN: LEGAL DEPT.
1 COURT SQUARE WEST
LONG ISLAND CITY, NY 11101

PANTHERS CAPITAL LLC
10 E. MERRICK ROAD
VALLEY STREAM, NY 11580

PARAGON SOFTWARE GROUP
947 E. IMPALA
MESA, CA 85204

PLAYBOOK BUILDER
171 COLLEGE AVENUE
HOLLAND, MI 49423

PORT WASHINGTON WINDOW CLEANING
P.O. BOX 1691
PORT WASHINGTON, NY 11050

PSEG
ATTN: LEGAL DEPT.
80 PARK PLAZA
NEWARK, NJ 07102

PURE ADVANCE
6 CHARLOTTE PLACE
SPRING VALLEY, NY 10977

QUICK FUNDING GROUP
99 W. HAWTHORNE AVE.
VALLEY STREAM, NY 11580

RELIN GOLDSTEIN & CRANE, LLP
28 E. MAIN ST., STE. 1800
ROCHESTER, NY 14614

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

RIVERHEAD WATER DISTRICT
1035 PULASKI STREET
RIVERHEAD, NY 11901

SIGNATURE SERVICES LLC
104 SOUTHCREEK DRIVE
MANTENO, IL 60950

SOLOMON, HERRERA
& MCCORMICK, PLLC
40 MARCUS DR., STE. 202
MELVILLE, NY 11747

LEGAL RESPONSE OPERATIONS CNTR.
SPECTRUM/CHARTER COMMUNICATIONS, INC.
12405 POWERSCOURT DRIVE
ST. LOUIS, MO 63131-3660

SPEEDY FUNDING LLC
300 N. MAIN STREET
SPRING VALLEY, NY 10977

STERNS BANK N.A.
4191 2ND ST. SOUTH
ST. CLOUD, MN 56301

SUFFOLK COMPUTER CONSULTANTS
295 MONTAUK HWY.
SPEONK, NY 11972

TD BANK
1701 RTE. 70 EAST
CHERRY HILL, NJ 08003

THE HARTFORD
ONE HARTFORD PLAZA
HARTFORD, CT 06155

TRIZETTO GATEWAY EDI
3300 RIDER TRAIL S.
EARTH CITY, MO 63045

UMANA HEATING & COOLING
P.O. BOX 196
MATTITUCK, NY 11952

UNIVEST CAPITAL, INC.
75 ROCKEFELLER PLAZA, #1838
NEW YORK, NY 10019

UTICA NATIONAL INSURANCE CO.
P.O. BOX 6540
UTICA, NY 13504

U.S. ATTORNEY'S OFFICE
ATTN: NICOLE M. ZITO, ESQ.
ASSISTANT U.S. ATTORNEY
EASTERN DISTRICT OF NY
271-A CADMAN PLAZA EAST
BROOKLYN, NY 11201

U.S. BANCORP
ATTN: LEGAL SERVICE OF PROCESS TEAM
409 SILVERSIDE RD., STE. 105
WILMINGTON, DE 19809

U.S. BANCORP EQUIPMENT FINANCE, INC.
1450 CHANNEL PARKWAY
MARSHALL, MN 56258

U.S. BANK EQUIPMENT FINANCE
1310 MADRID STREET
MARSHALL, NM 56258

U.S. EAGLE CREDIT UNION
ATTN: FRANCIS J. YAKABOSKI
3939 OSUNA RD. NE
ALBUQUERQUE, NM 87109

U.S. SMALL BUSINESS ADMINISTRATION
NEW YORK DISTRICT OFFICE
26 FEDERAL PLAZA, ROOM 3100
NEW YORK, NY 10278

U.S. SMALL BUSINESS ADMINISTRATION
DENVER FINANCE CENTER
721 19TH STREET
DENVER, CO 80202

VERIZON WIRELESS BANKRUPTCY ADMIN.
500 TECHNOLOGY DRIVE, STE. 550
WELDON SPRING, MO 63304

VEX CAPITAL
3500 LORAIN AVE., STE. 100
CLEVELAND, OH 44113

WINCHESTER OPTICAL CO.
1935 LAKE STREET
ELMIRA, NY 14901

WOLF'S EDGE PARTNERS LLC
536 BARNARD AVENUE
WOODMERE, NY 11598

WELLS FARGO BANK, N.A.
ATTN: LEGAL ORDER PROCESSING
MAC# X9761-017
550 SOUTH 4TH ST.
MINNEAPOLIS, MN 55415