Theresa A. Driscoll, Esq.
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, New York 11530
(516) 873-2000
tdriscoll@moritthock.com

*Attorneys for US Eagle Federal Credit Union*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

In re:

Sound Vision Care, Inc., *et al.*[1]

Debtor.

-------------------------------------------------------------------------x

: Chapter 11
:
:
: Case No. 25-72421-las
:
:
: (Jointly Administered)

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for US Eagle Federal

Credit Union, a creditor and party in interest, and pursuant to Rules 2002 and 9010(b) of the

Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in

this case be given or served, as the case may be, to or upon the undersigned at the Post Office

address, email addresses and telephone and facsimile numbers set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy

Code, the foregoing demand includes not only the notices and papers referred to in the rules

specified above but also includes, without limitation, orders and notices of any applications,

motions, petitions, pleadings, requests, complaints or demands, whether formal or informal,

whether written or oral and whether transmitted or conveyed by mail delivery, telephone,

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi). SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

3977682v1

telegraph, facsimile transmission, telex, email or otherwise, which affects the Debtors or property of their estates.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of Papers, nor any later appearance, pleading, claim or suit, shall constitute an election of remedies or waiver of (i) the right to have a final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding relating to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  Garden City, New York
        July 18, 2025

MORITT HOCK & HAMROFF LLP


By:     */s/ Theresa A. Driscoll*
        Theresa A. Driscoll
        400 Garden City Plaza
        Garden City, NY  11530
        (516) 880-7243 (telephone)
        (516) 873-2010 (fax)
        tdriscoll@moritthock.com

        *Attorneys for US Eagle Federal Credit Union*

2

3977682v1