## UNITED STATES BANKRUPTCY COURT
### EASTERN   DISTRICT OF   NEW YORK

In Re. SVC OF FRESH MEADOWS, LLC                    §          Case No.  25-72424

                                                    §

_____            §          Lead Case No.  25-72421

                  Debtor(s)                         §

                                                               ☒ Jointly Administered

# Monthly Operating Report                                                  Chapter 11

Reporting Period Ended: 06/30/2025                         Petition Date: 06/23/2025

Months Pending: 0                          Industry Classification:  | 6 | 1 | 0 | 0 |

Reporting Method:              Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒     Statement of cash receipts and disbursements
☒     Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒     Statement of operations (profit or loss statement)
☐     Accounts receivable aging
☐     Postpetition liabilities aging
☐     Statement of capital assets
☐     Schedule of payments to professionals
☐     Schedule of payments to insiders
☒     All bank statements and bank reconciliations for the reporting period
☐     Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Robert L. Rattet                                Robert L. Rattet

Signature of Responsible Party                       Printed Name of Responsible Party

07/21/2025                                          C/O Davidoff Hutcher & Citron, LLP

Date                                                120 Bloomingdale Road, Suite 100

                                                    White Plains, NY 10605
                                                     Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                     1

Debtor's Name SVC OF FRESH MEADOWS, LLC          Case No. 25-72424

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $6,874 | $6,874 |
| c. Total disbursements (net of transfers between accounts) | $7 | $7 |
| d. Cash balance end of month (a+b-c) | $6,867 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $7 | $7 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d Total current assets | $106,637 |
| e. Total assets | $207,661 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $430,515 |
| n. Total liabilities (debt) (j+k+l+m) | $430,515 |
| o. Ending equity/net worth (e-n) | $-222,854 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $8,632 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $2,244 | |
| c. Gross profit (a-b) | $6,388 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $12,955 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-6,567 | $-6,567 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  SVC OF FRESH MEADOWS, LLC                                    Case No.  25-72424

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                    3

Debtor's Name  SVC OF FRESH MEADOWS, LLC                                    Case No.  25-72424

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |

Debtor's Name  SVC OF FRESH MEADOWS, LLC                                   Case No.  25-72424

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name  SVC OF FRESH MEADOWS, LLC                                   Case No.  25-72424

| | | | | | | |
|---|---|---|---|---|---|---|
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |

UST Form 11-MOR (12/01/2021)                    6

Debtor's Name  SVC OF FRESH MEADOWS, LLC                                    Case No.  25-72424

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                    7

Debtor's Name  SVC OF FRESH MEADOWS, LLC                                    Case No.  25-72424

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○   No ◉

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ◉

c.   Were any payments made to or on behalf of insiders?   Yes ○   No ◉

d.   Are you current on postpetition tax return filings?   Yes ◉   No ○

e.   Are you current on postpetition estimated tax payments?   Yes ◉   No ○

f.   Were all trust fund taxes remitted on a current basis?   Yes ◉   No ○

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○   No ◉

h.   Were all payments made to or on behalf of professionals approved by the court?   Yes ○   No ○   N/A ◉

i.   Do you have:        Worker's compensation insurance?   Yes ◉   No ○

                         If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

                         Casualty/property insurance?   Yes ◉   No ○

                         If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

                         General liability insurance?   Yes ◉   No ○

                         If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?   Yes ○   No ◉

k.   Has a disclosure statement been filed with the court?   Yes ○   No ◉

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ○

Debtor's Name  SVC OF FRESH MEADOWS, LLC                                  Case No.  25-72424

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Jeffrey Williams Jr.                                         Jeffrey Williams Jr.

Signature of Responsible Party                                  Printed Name of Responsible Party

Owner                                                          07/21/2025

Title                                                          Date

Debtor's Name  SVC OF FRESH MEADOWS, LLC                    Case No.  25-72424



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  SVC OF FRESH MEADOWS, LLC

Case No.  25-72424



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                          11

Debtor's Name SVC OF FRESH MEADOWS, LLC                    Case No. 25-72424



PageThree



PageFour

Attachment - Statement of Cash Receipts and Disbursements

In re Sound Vision Care, Inc., et. al.
**Debtor**

Lead Case No. 25-72421 (LAS)
Reporting Period: June 23 - 30, 2025

| DEBTOR Case No. | Sound Vision Care, Inc. 25-72421 | | | | SVC of Coram, LLC 25-72422 | | | SVC of East Setauket, LLC 25-72423 | |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | Wells Fargo (x5914) | Wells Fargo (x6558) | Wells Fargo (x1826) | Bank of America (x0570) | Wells Fargo (x9594) | Wells Fargo (x9516) | Wells Fargo (x3568) | Wells Fargo (x5898) | Wells Fargo (x2011) |
| CASH BEGINNING OF MONTH AS OF JUNE 23, 2025 | $ (498) | $ 565 | $ 32,507 | $ 3,243 | $ 11,592 | $ - | $ 5,439 | $ - | $ - |
| **RECEIPTS** | | | | | | | | | |
| GROSS REVENUE | 25,639 | - | - | - | 14,082 | 121 | - | 8,299 | - |
| OTHER RECEIPTS - REFUNDS OF DEBT SERVICE | - | - | - | - | 1,936 | 2,312 | 50,029 | 500 | 500 |
| OTHER - RECEIPTS AND REFUNDS | - | - | - | - | - | - | - | - | - |
| TRANSFERS (AFFILIATED DEBTORS) | - | 1,700 | - | - | - | - | - | - | - |
| TOTAL RECEIPTS | 25,639 | 1,700 | - | - | 16,019 | 2,433 | 50,029 | 8,799 | 500 |
| **DISBURSEMENTS** | | | | | | | | | |
| PAYROLL/BENEFITS & TAXES | 87 | - | - | - | - | - | - | - | - |
| RENT | - | - | - | - | - | - | - | - | - |
| UTILITIES | - | - | - | - | - | - | - | - | - |
| INVENTORY | - | - | - | - | 100 | - | - | - | - |
| INSURANCE | - | - | - | - | - | - | 1,907 | - | - |
| DEBT SERVICE | 12,503 | - | - | - | - | - | - | - | - |
| TRANSFERS (AFFILIATED DEBTORS) | 1,700 | - | - | - | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - | - | - | - | - |
| BANK CHARGES & MERCHANT PROCESSING FEES | 140 | - | - | 16 | - | - | - | 8 | - |
| ADEQUATE PROTECTION PAYMENT | - | - | - | - | - | - | - | - | - |
| TAXES | - | - | - | - | - | - | - | - | - |
| QUARTERLY UST FEE | - | - | - | - | - | - | - | - | - |
| DIP LENDER | - | - | - | - | - | - | - | - | - |
| CREDIT CARD PAYMENT | - | - | - | - | - | - | - | - | - |
| OTHER | 6,700 | - | 32,477[3] | - | - | - | 4,000 | - | - |
| TOTAL DISBURSEMENTS | 21,130 | - | 32,477 | 16 | 100 | - | 5,907 | 8 | - |
| | | | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 4,509 | 1,700 | (32,477) | (16) | 15,919 | 2,433 | 44,122 | 8,792 | 500 |
| | | | | | | | | | |
| CASH – END OF REPORTING PERIOD | $ 4,011 | $ 2,265 | $ 30 | $ 3,227 | $ 27,511 | $ 2,433 | $ 49,561 | $ 8,792 | $ 500 |
| | | | | | | | | | |
| **UST Report (MOR Part 1 Cash Receipts and Disbursements)** | | | | | | | | | |
| Cash Balance Beginning of Month | | | | $ 35,817 | | | $ 17,031 | | $ - |
| Total Receipts (Net of Transfers) | | | | 25,639 | | | 68,480 | | 9,299 |
| Total Disbursements (Net of Transfers) | | | | 51,923 | | | 6,007 | | 8 |
| Cash Balance End of Month (Net of Transfers) | | | | $ 9,534 | | | $ 79,505 | | $ 9,292 |
| | | | | | | | | | |
| Total Disbursements (Net of Transfers) | | | | 51,923 | | | 6,007 | | 8 |
| Disbursements Made by Third Party for the Benefit of the Estate | | | | 29,436 | | | - | | - |
| Total Disbursements for Quarterly Fee Calculation | | | | $ 81,359 | | | $ 6,007 | | $ 8 |
| | | | | | | | | | |
| **Calculation of UST Fees** | | | | | | | | | |
| June 2025 Disbursements for Quarterly Fee Calculation | | | | 81,359 | | | 6,007 | | 8 |
| Total Disbursements for Quarterly Fee Calculation | | | | $ 81,359 | | | $ 6,007 | | $ 8 |
| | | | | | | | | | |
| UST Fee Calculation | | | | $ 325 | | | $ 250 | | $ 250 |

[1]The Debtors historically maintained its books on a Cash Basis and therefore does not regularly maintain Accounts Receivables and Accounts Payables. We are actively working with the Debtors to implement policies and procedures to begin tracking Post-Petition Accounts Receivables and Accounts Payables for future reporting periods.

[2]The Debtors have a centralized payroll system under Sound Vision Care, Inc. and certain shared overhead expenses. As needed, funds are transferred from the affiliated Debtors to Sound Vision Care, Inc. to fund shared business expenses. These shared business expenses are allocated to each respective Debtor through journal entries. We are actively reviewing and evaluating these practices for future efficiencies. For purposes of calculating the UST Fees and MOR Part 1, cash balances are net of Inter-Debtor transfers.

[3]These funds were transferred to the owner's personal account to avoid lender seizure. The funds were then used for the benefit of the Debtors, to pay retainers for bankruptcy professionals ($15k & $5k), and the remaining balance was used to pay employee net wages for the pay period of June 8, 2025 through June 21, 2025 (total net pay approximately $42k).

## Attachment - Statement of Cash Receipts and Disbursements

**In re** Sound Vision Care, Inc., et. al.  
**Debtor**

**Lead Case No.** 25-72421 (LAS)  
**Reporting Period:** June 23 - 30, 2025

| DEBTOR<br>Case No. | SVC of Fresh Meadows, LLC<br>25-72424 | | SVC of Manhasset, LLC<br>25-72425 | | SVC of Riverhead, LLC<br>25-72426 | | SVC of Southold, LLC<br>25-72428 | | Total |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | Wells Fargo (x9775) | Wells Fargo (x4943) | Wells Fargo (x6475) | Wells Fargo (x9783) | Wells Fargo (x3953) | Wells Fargo (x2060) | Wells Fargo (x5906) | Wells Fargo (x3449) | Total |
| CASH BEGINNING OF MONTH AS OF JUNE 23, 2025 | $ - | $ - | $ - | $ - | $ 0 | $ - | $ - | $ - | $ 52,849 |
| **RECEIPTS** | | | | | | | | | |
| GROSS REVENUE | - | 5,874 | 11,537 | - | 75,449 | - | 7,450 | - | 148,451 |
| OTHER RECEIPTS - REFUNDS OF DEBT SERVICE | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 59,277 |
| OTHER - RECEIPTS AND REFUNDS | - | - | - | - | - | - | - | - | - |
| TRANSFERS (AFFILIATED DEBTORS) | - | - | - | - | - | - | - | - | 1,700 |
| **TOTAL RECEIPTS** | 500 | 6,374 | 12,037 | 500 | 75,949 | 500 | 7,950 | 500 | 209,429 |
| **DISBURSEMENTS** | | | | | | | | | |
| PAYROLL/BENEFITS & TAXES | - | - | - | - | 13 | - | - | - | 100 |
| RENT | - | - | - | - | - | - | - | - | - |
| UTILITIES | - | - | - | - | - | - | - | - | - |
| INVENTORY | - | - | - | - | - | - | - | - | 100 |
| INSURANCE | - | - | - | - | - | - | - | - | 1,907 |
| DEBT SERVICE | - | - | - | - | - | - | - | - | 12,503 |
| TRANSFERS (AFFILIATED DEBTORS) | - | - | - | - | - | - | - | - | 1,700 |
| PROFESSIONAL FEES | - | - | - | - | - | - | - | - | - |
| BANK CHARGES & MERCHANT PROCESSING FEES | - | 7 | - | - | - | - | - | - | 171 |
| ADEQUATE PROTECTION PAYMENT | - | - | - | - | - | - | - | - | - |
| TAXES | - | - | - | - | - | - | - | - | - |
| QUARTERLY UST FEE | - | - | - | - | - | - | - | - | - |
| DIP LENDER | - | - | - | - | - | - | - | - | - |
| CREDIT CARD PAYMENT | - | - | - | - | - | - | - | - | - |
| OTHER | - | - | - | - | - | - | - | - | 43,177 |
| **TOTAL DISBURSEMENTS** | - | 7 | - | - | 13 | - | - | - | 59,658 |
| | | | | | | | | | |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | 500 | 6,367 | 12,037 | 500 | 75,936 | 500 | 7,950 | 500 | 149,771 |
| | | | | | | | | | |
| CASH – END OF REPORTING PERIOD | $ 500 | $ 6,367 | $ 12,037 | $ 500 | $ 75,936 | $ 500 | $ 7,950 | $ 500 | $ 202,620 |
| | | | | | | | | | |
| **UST Report (MOR Part 1 Cash Receipts and Disbursements)** | | | | | | | | | |
| Cash Balance Beginning of Month | | $ - | | $ - | | $ 0 | | $ - | $ 52,849 |
| Total Receipts (Net of Transfers) | | 6,874 | | 12,537 | | 76,449 | | 8,450 | 207,729 |
| Total Disbursements (Net of Transfers) | | 7 | | - | | 13 | | - | 57,958 |
| **Cash Balance End of Month (Net of Transfers)** | | $ 6,867 | | $ 12,537 | | $ 76,436 | | $ 8,450 | $ 202,620 |
| | | | | | | | | | |
| Total Disbursements (Net of Transfers) | | 7 | | - | | 13 | | - | 57,958 |
| Disbursements Made by Third Party for the Benefit of the Estate | | - | | - | | - | | - | 29,436 |
| **Total Disbursements for Quarterly Fee Calculation** | | $ 7 | | $ - | | $ 13 | | $ - | $ 28,522 |
| | | | | | | | | | |
| **Calculation of UST Fees** | | | | | | | | | |
| June 2025 Disbursements for Quarterly Fee Calculation | | 7 | | - | | 13 | | - | 87,394 |
| **Total Disbursements for Quarterly Fee Calculation** | | $ 7 | | $ - | | $ 13 | | $ - | $ (87,394) |
| | | | | | | | | | |
| **UST Fee Calculation** | | $ 250 | | $ 250 | | $ 250 | | $ 250 | |

[1] The Debtors historically maintained its books on a Cash Basis and therefore does not regularly maintain Accounts Receivables and Accounts Payables. We are actively working with the Debtors to implement policies and procedures to begin tracking Post-Petition Accounts Receivables and Accounts Payables for future reporting periods.

[2] The Debtors have a centralized payroll system under Sound Vision Care, Inc. and certain shared overhead expenses. As needed, funds are transferred from the affiliated Debtors to Sound Vision Care, Inc. to fund shared business expenses. These shared business expenses are allocated to each respective Debtor through journal entries. We are actively reviewing and evaluating these practices for future efficiencies. For purposes of calculating the UST Fees and MOR Part 1, cash balances are net of Inter-Debtor transfers.

[3] These funds were transferred to the owner's personal account to avoid lender seizure. The funds were then used for the benefit of the Debtors, to pay retainers for bankruptcy professionals ($15k & $5k), and the remaining balance was used to pay employee net wages for the pay period of June 8, 2025 through June 21, 2025 (total net pay approximately $42k).

**In re** <u>Sound Vision Care, Inc., et. al.</u>      **Lead Case No.** <u>23-18523 (SMG)</u>
     **Debtor**      **Reporting Period:** <u>June 23 - 30, 2025</u>

| Attachment - Statement of Detailed Cash Disbursements |
|---|

| Check Date | Transaction/ Check # | Payee | Bank Account | Amount |
|---|---|---|---|---|
| **Disbursements** | | | | |
| **Sound Vision Care, Inc.** | | | | |
| 6/23/2025 | Wire | Jeffrey Williams Jr. | x1826 | $  32,476.95 [1] |
| 6/30/2025 | Wire | Capital Domain | x5914 | 449.00 |
| 6/30/2025 | Wire | Capital Domain | x5914 | 449.00 |
| 6/30/2025 | Wire | Capital Domain | x5914 | 300.00 |
| 6/30/2025 | Wire | SBA | x5914 | 197.25 |
| 6/30/2025 | Wire | Pay Plus | x5914 | 28.78 |
| 6/30/2025 | Wire | Jeffrey Williams Sr. | x5914 | 1,500.00 |
| 6/27/2025 | Wire | Capital Domain | x5914 | 449.00 |
| 6/27/2025 | Wire | Capital Domain | x5914 | 449.00 |
| 6/27/2025 | Wire | Capital Domain | x5914 | 300.00 |
| 6/27/2025 | Wire | Jeffrey Williams Sr. | x5914 | 100.00 |
| 6/27/2025 | Wire | Wells Fargo LOC | x5914 | 1,000.00 |
| 6/27/2025 | Wire | ACH | x5914 | 5,000.00 |
| 6/26/2025 | Wire | Univest Capital | x5914 | 477.96 |
| 6/26/2025 | Wire | Capital Domain | x5914 | 449.00 |
| 6/26/2025 | Wire | Capital Domain | x5914 | 449.00 |
| 6/26/2025 | Wire | Capital Domain | x5914 | 300.00 |
| 6/26/2025 | Wire | Pay Plus | x5914 | 30.50 |
| 6/25/2025 | Wire | Capital Domain | x5914 | 449.00 |
| 6/25/2025 | Wire | Capital Domain | x5914 | 449.00 |
| 6/25/2025 | Wire | Capital Domain | x5914 | 300.00 |
| 6/25/2025 | Wire | Pay Plus | x5914 | 10.66 |
| 6/25/2025 | Wire | BoA HELOC | x5914 | 2,200.00 |
| 6/25/2025 | Wire | Capital Domain | x5914 | 449.00 |
| 6/25/2025 | Wire | Capital Domain | x5914 | 449.00 |
| 6/25/2025 | Wire | Wells Fargo | x5914 | 35.00 |
| 6/24/2025 | Wire | Capital Domain | x5914 | 300.00 |
| 6/24/2025 | Wire | SBA | x5914 | 233.00 |
| 6/24/2025 | Wire | Pay Plus | x5914 | 16.87 |
| 6/24/2025 | Wire | Tesla | x5914 | 9.99 |
| 6/24/2025 | Wire | Capital Domain | x5914 | 449.00 |
| 6/24/2025 | Wire | Capital Domain | x5914 | 449.00 |
| 6/24/2025 | Wire | Capital Domain | x5914 | 300.00 |
| 6/24/2025 | Wire | Wells Fargo | x5914 | 35.00 |

**In re** Sound Vision Care, Inc., et. al.   **Lead Case No.** 23-18523 (SMG)
  **Debtor**       **Reporting Period:** June 23 - 30, 2025

| Attachment - Statement of Detailed Cash Disbursements |
| --- |

| Check Date | Transaction/ Check # | Payee | Bank Account | Amount |
| --- | --- | --- | --- | --- |
| 6/23/2025 | Wire | SBA | x5914 | 197.25 |
| 6/23/2025 | Wire | Jeffrey Williams Sr. | x5914 | 100.00 |
| 6/23/2025 | Wire | Wells Fargo LOC | x5914 | 1,000.00 |
| 6/23/2025 | Wire | Wells Fargo | x5914 | 35.00 |
| 6/23/2025 | Wire | Wells Fargo | x5914 | 35.00 |
| 6/30/2025 | Wire | Bank of America | x0570 | 16.00 |
| **Total** | | | | **51,923.21** |
| | | | | |
| **SVC of Coram, LLC** | | | | |
| 6/26/2025 | Wire | SVC of Gramercy Park, LLC | x3568 | 1,000.00 |
| 6/26/2025 | Wire | SVC of Bensonhurst, LLC | x3568 | 1,000.00 |
| 6/26/2025 | Wire | SVC of Murray Hill, LLC | x3568 | 2,000.00 |
| 6/24/2025 | Wire | Progressive Casualty Insurance | x3568 | 1,907.00 |
| 6/30/2025 | Wire | Altair Eyewear, Inc. | x9594 | 100.00 |
| **Total** | | | | **6,007.00** |
| | | | | |
| **SVC of East Setauket, LLC** | | | | |
| 6/30/2025 | Wire | Wells Fargo | x4943 | 7.51 |
| **Total** | | | | **7.51** |
| | | | | |
| **SVC of Fresh Meadows, LLC** | | | | |
| 6/27/2025 | Wire | Wells Fargo | x4943 | 7.28 |
| **Total** | | | | **7.28** |
| | | | | |
| **SVC of Manhasset, LLC** | | | | |
| **Total** | | | | - |
| | | | | |
| **SVC of Riverhead, LLC** | | | | |
| 6/24/2025 | Wire | Pay Plus | x3953 | 12.98 |
| **Total** | | | | **12.98** |
| | | | | |
| **SVC of Southold, LLC** | | | | |
| **Total** | | | | - |
| | | | | |
| **Total Disbursements** | | | | **$ 57,957.98** |

**In re** Sound Vision Care, Inc., et. al.                **Lead Case No.** 23-18523 (SMG)
  **Debtor**                                         **Reporting Period:** June 23 - 30, 2025

| Attachment - Statement of Detailed Cash Disbursements |
|---|

| Check Date | Transaction/ Check # | Payee | Bank Account | Amount |
|---|---|---|---|---|
| **Transfers** | | | | |
| **Sound Vision Care, Inc.** | | | | |
| 6/27/2025 | Wire | Internal Transfer | x5914 | $    1,700.00 |
| 6/27/2025 | Wire | Internal Transfer | x6558 | (1,700.00) |
| **Total** | | | | - |
| | | | | |
| **Total Transfers** | | | | $    - |

[1]

These funds were transferred to the owner's personal account to avoid lender seizure. The funds were then used for the benefit of the Debtors, to pay retainers for bankruptcy professionals ($15k & $5k), and the remaining balance was used to pay employee net wages for the pay period of June 8, 2025 through June 21, 2025 (total net pay approximately $42k).

Attachment - Bank Reconciliations for Reporting Period

**In re** Sound Vision Care, Inc., et. al.

**Lead Case No.** 25-72421 (LAS)
**Reporting Period:** June 23 - 30, 2025

| DEBTOR<br>Case No. | Sound Vision Care, Inc.<br>25-72421 | | | | SVC of Coram, LLC<br>25-72422 | | | SVC of East Setauket, LLC<br>25-72423 | |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | (x5914) | (x6558) | (x1826) | (x5070) | (x9594) | (x9516) | (x3568) | (x5898) | (x2011) |
| BALANCE PER BOOKS | $ 4,011 | $ 2,265 | $ 30 | $ 3,227 | $ 27,511 | $ 2,433 | $ 49,561 | $ 8,792 | $ 500 |
| | | | | | | | | | |
| BANK BALANCE | 4,011 | 2,265 | 30 | 3,227 | 27,511 | 2,433 | 49,561 | 8,792 | 500 |
| (+) DEPOSITS IN TRANSIT | - | - | - | - | - | - | - | - | (+) - |
| (-) OUTSTANDING CHECKS | - | - | - | - | - | - | - | - | (-) - |
| | | | | | | | | | |
| ADJUSTED BANK BALANCE | $ 4,011 | $ 2,265 | $ 30 | $ 3,227 | $ 27,511 | $ 2,433 | $ 49,561 | $ 8,792 | $ 500 |
| | 0.00 | - | - | - | - | - | - | - | - |

| DEPOSITS IN TRANSIT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| Total | - | - | - | - | - | - | - | - | - |
| CHECKS OUTSTANDING<br>(Check # - Payee) | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Total | - | - | - | - | - | - | - | - | - |

Attachment - Bank Reconciliations for Reporting Period

**In re** Sound Vision Care, Inc., et. al.

**Lead Case No.** 25-72421 (LAS)
**Reporting Period:** June 23 - 30, 2025

| DEBTOR<br>Case No. | SVC of Fresh Meadows,<br>25-72424 | | SVC of Manhasset, LLC<br>25-72425 | | SVC of Riverhead, LLC<br>25-72426 | | SVC of Southold, LLC<br>25-72428 | |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NUMBER (LAST 4)** | **(x9775)** | **(x4943)** | **(x6475)** | **(x9783)** | **(x3953)** | **(x2060)** | **(x5906)** | **(x3449)** |
| **BALANCE PER BOOKS** | $ 500 | $ 6,367 | $ 12,037 | $ 500 | $ 75,936 | $ 500 | $ 7,950 | $ 500 |
| | | | | | | | | |
| BANK BALANCE | 500 | 6,367 | 12,037 | 500 | 75,936 | 500 | 7,950 | 500 |
| (+) DEPOSITS IN TRANSIT | - | - | - | - | - | - | - | - |
| (-) OUTSTANDING CHECKS | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| **ADJUSTED BANK BALANCE** | $ 500 | $ 6,367 | $ 12,037 | $ 500 | $ 75,936 | $ 500 | $ 7,950 | $ 500 |
| | - | - | - | - | - | - | - | - |
| | | | | | | | | - |
| **DEPOSITS IN TRANSIT** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Total** | - | - | - | - | - | - | - | - |
| **CHECKS OUTSTANDING<br>(Check # - Payee)** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Total** | - | - | - | - | - | - | - | - |

**In re** SVC of Fresh Meadows, LLC            **Case No.** 25-72424 (LAS)
     **Debtor**                                    **Reporting Period:** June 23, 2025 - June 30, 2025

| **Attachment - Balance Sheet - Cash Basis** |
|---|

| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH[1] | BOOK BALANCE SHEET ON PETITION DATE | BOOK VALUE ON PETITION DATE PER FILED SCHEDULES |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Checking/Savings** | | | | |
| Checking at Wells Fargo -9775 | $ 500 | | $ - | |
| 110 · Cash in Bank Wells Fargo-4943 | 6,367 | | - | |
| **Total Checking/Savings** | **6,867** | | **-** | |
| Other Current Assets | | | | |
| Due from Bensonhurst | 414 | | 414 | |
| Due from Manhasset | 1,721 | | 1,721 | |
| Due from Yorkville | 78,874 | | 78,874 | |
| Due from Elmhurst | 361 | | 361 | |
| Due from Gramercy Park | 551 | | 551 | |
| Due from Midtown East | 17,849 | | 17,849 | |
| **Total Other Current Assets** | **99,770** | | **99,770** | |
| **Total Current Assets** | **106,637** | | **99,770** | |
| **Fixed Assets** | | | | |
| 152 · Furniture and Equipment | 4,099 | | 4,099 | |
| 153 · Machinery & Equipment | 10,000 | | 10,000 | |
| 175 · Accumulated Depreciation | (32,455) | | (32,455) | |
| 195 · Magulogix Machine | 40,491 | | 40,491 | |
| **Total Fixed Assets** | **22,135** | | **22,135** | |
| **Other Assets** | | | | |
| **Non Current Assets** | | | | |
| 181 · Deposits | 50,000 | | 50,000 | |
| 182 · Goodwill | 40,000 | | 40,000 | |
| 187 · Accumulated Amortization | (11,111) | | (11,111) | |
| **Total Non Current Assets** | **78,889** | | **78,889** | |
| **Total Other Assets** | **78,889** | | **78,889** | |
| **TOTAL ASSETS** | **$ 207,661** | | **$ 200,794** | |
| | | | | |
| **LIABILITIES & EQUITY** | | | | |
| **Liabilities** | | | | |
| **Liabilities Not Subject to Compromise (Post-Petition)** | | | | |
| Accounts Payable | $ - | | $ - | |
| Taxes Payable | - | | - | |
| Rent / Leases - Building/Equipment | - | | - | |
| Secured Debt / Adequate Protection Payments | - | | - | |
| Professional Fees | - | | - | |
| **Total Liabilities Not Subject to Compromise (Post-Petition)** | **-** | | **-** | |
| | | | | |
| **Liabilities Subject to Compromise (Pre-Petition)** | | | | |
| Secured Debt | | | | |
| Priority Debt | | | | |
| Unsecured Debt | 26,876 | | 26,876 | |
| Inter-Company Unsecured Debt | 403,639 | | 390,205 | |
| **Total Liabilities Subject to Compromise (Pre-Petition)** | **430,515** | | **417,081** | |

**In re** SVC of Fresh Meadows, LLC          **Case No.** 25-72424 (LAS)
     **Debtor**                                                    **Reporting Period:** June 23, 2025 - June 30, 2025

| **Attachment - Balance Sheet - Cash Basis** | | | | |
|---|---|---|---|---|
| | **BOOK VALUE AT END OF CURRENT REPORTING MONTH** | **BOOK VALUE AT END OF PRIOR REPORTING MONTH[1]** | **BOOK BALANCE SHEET ON PETITION DATE** | **BOOK VALUE ON PETITION DATE PER FILED SCHEDULES** |
| **Equity** | | | | |
| Retained Earnings - Pre-Petition | (216,287) | | (216,287) | |
| Retained Earnings - Post-Petition | (6,567) | | - | |
| **Total Equity** | **(222,854)** | | **(216,287)** | |
| **TOTAL LIABILITIES & EQUITY** | $ 207,661 | | $ 200,794 | |
| | - | - | - | - |

[1] The Debtors filed Chapter 11 on June 23, 2025. As this is the Debtors' first monthly operating report, there is no prior reporting period.

[2] The Debtors have a centralized payroll system under Sound Vision Care, Inc. and certain shared overhead expenses. As needed, funds are transferred from the affiliated Debtors to Sound Vision Care, Inc. to fund shared business expenses. These shared business expenses are allocated to each respective Debtor through journal entries. We are actively reviewing and evaluating these practices for future efficiencies. For purposes of calculating the UST Fees and MOR Part 1, cash balances are net of Inter-Debtor transfers.

[3] The Debtors have not filed their Statements of Assets and Liabilites for this period's reporting.

**In re** SVC of Fresh Meadows, LLC

**Debtor**

**Case No.** 25-72424 (LAS)

**Reporting Period:** June 23, 2025 - June 30, 2025

---

**Attachment - Statement of Operations (Profit or Loss Statement) - Cash Basis**

|  | Jun 23 - Jun 30, 2025 | Cumulative - Filing to Date |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| 301 · Gross Receipts | $ 8,632 | $ 8,632 |
| **Total Income** | **8,632** | **8,632** |
| **Cost of Goods Sold** | | |
| 401 · Purchases | 2,244 | 2,244 |
| **Total COGS** | **2,244** | **2,244** |
| **Gross Profit** | **6,388** | **6,388** |
| **Expense** | | |
| 595 · Merchant Services Fees | 7 | 7 |
| 66000 · Payroll Expenses | | |
| 713.3 · Wages | 2,050 | 2,050 |
| 750 · Payroll Taxes | 169 | 169 |
| Total 66000 · Payroll Expenses | 2,219 | 2,219 |
| 686 · IT Expense | 532 | 532 |
| 710 · Office Expense | 691 | 691 |
| 723 · Professional Fees | (1,000) | (1,000) |
| 725 · Rent Expense | 10,505 | 10,505 |
| **Total Expense** | **12,955** | **12,955** |
| Net Ordinary Income | (6,567) | (6,567) |
| **Net Income** | **$ (6,567)** | **$ (6,567)** |

[1] The Debtors have a centralized payroll system under Sound Vision Care, Inc. and certain shared overhead expenses. As needed, funds are transferred from the affiliated Debtors to Sound Vision Care, Inc. to fund shared business expenses. These shared business expenses are allocated to each respective Debtor through journal entries. We are actively reviewing and evaluating these practices for future efficiencies. For purposes of calculating the UST Fees and MOR Part 1, cash balances are net of Inter-Debtor transfers.

# Initiate Business Checking℠



SVC OF FRESH MEADOWS LLC
1224 OSTRANDER AVE
RIVERHEAD NY 11901-2109

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

Other Wells Fargo Benefits

This June, be wary of scams targeting older and vulnerable adults

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from common scams, including:

- Investment scams, where the scammer makes friends with you on social media then offers to show you how to invest in crypto. Watch out for promises of big returns, suggestions to invest in crypto or requests to wire money.

- Tech Imposter scams, where scammers pose as legitimate tech support to convince you to give them access to your device. They can then plant fake evidence of fraud and pass you to another scammer posing as your bank, who asks you to wire money or courier cash or gold to "keep it safe". Wells Fargo will never ask you to do this. Watch out for unsolicited contact from "tech support" scammers. Never give up access to your device or accounts.

Remember, always be cautious when you're asked for your personal information or money. Don't respond until you validate the who and the why. You are in control when it's your money.



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 6/1 | $500.00 |
| Deposits/Credits | 500.00 |
| Withdrawals/Debits | - 500.00 |
| **Ending balance on 6/30** | **$500.00** |

Account number: ████████ 9775  (primary account)

**SVC OF FRESH MEADOWS LLC**

*NEW Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 6/20 | | Legal Order Debit - Contact The Law Offices of Steven Zakharyayev, LLC (201) 716-0681 - Case# 48167025 | | 500.00 | 0.00 |
| 6/24 | | Legal Order Reversal - Contact The Law Offices of Steven Zakharyayev, LLC (201) 716-0681 - Case# 48167025 | 500.00 | | 500.00 |
| **Totals** | | | **$500.00** | **$500.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2025 - 06/30/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---:|---:|
| Have any **ONE** of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $433.00 ☐ |
| • Minimum daily balance | $500.00 | $0.00 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---:|---:|---:|---:|---:|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



 IMPORTANT ACCOUNT INFORMATION

Drawdown Wires incur a fee of $15 for Consumer and Small Business non-analyzed accounts. For Drawdown Wires on analyzed accounts, there is a fee of $22. For more information, please review the Consumer and Business Fee & Information Schedule.

Using a Digital Version of your Debit Card

Effective June 3, 2025, the following subsection will be added to the "Using Your Card" section of the Wells Fargo Debit and ATM Card Terms and Conditions:

Using a digital version of your debit card
You can use the digital version of your debit card, if eligible, for card-not-present transactions like online and in-app purchases, or for payments over the phone. You will not be able to use the digital version of your debit card for in-store purchases or to access Wells Fargo ATMs, unless you add the digital version of your debit card to a Mobile Device (see "Using Your Card Through A Mobile Device" for more details). Note that the PIN for a digital version of your debit card will be the same as the PIN for your physical debit card.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

June 30, 2025 ■ Page 4 of 4



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into            $ _____
   your account which are not            $ _____
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                    TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . .  - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount   $  |        |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Initiate Business Checking℠

June 30, 2025 ■ Page 1 of 6



SVC OF FRESH MEADOWS LLC
1224 OSTRANDER AVE
RIVERHEAD NY 11901-2109

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

Other Wells Fargo Benefits

This June, be wary of scams targeting older and vulnerable adults

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from common scams, including:

- Investment scams, where the scammer makes friends with you on social media then offers to show you how to invest in crypto. Watch out for promises of big returns, suggestions to invest in crypto or requests to wire money.

- Tech Imposter scams, where scammers pose as legitimate tech support to convince you to give them access to your device. They can then plant fake evidence of fraud and pass you to another scammer posing as your bank, who asks you to wire money or courier cash or gold to "keep it safe". Wells Fargo will never ask you to do this. Watch out for unsolicited contact from "tech support" scammers. Never give up access to your device or accounts.

Remember, always be cautious when you're asked for your personal information or money. Don't respond until you validate the who and the why. You are in control when it's your money.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $490.00 |
| Deposits/Credits | 22,931.70 |
| Withdrawals/Debits | - 17,055.12 |
| **Ending balance on 6/30** | **$6,366.58** |

Account number: ████ 4943  (primary account)

**SVC OF FRESH MEADOWS LLC**

*NEW Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/2 | | Hf McR-Em Ipa NY 1009964332 069009662025052 Sound Vision Care Inc | 569.56 | | |
| 6/2 | | Hf McD-Em Ipa NY 1009964534 069009672025052 Sound Vision Care Inc | 1,099.00 | | |
| 6/2 | | 06/02Bankcard Deposit -0226141673 | 585.00 | | |
| 6/2 | | Online Transfer to Svc of Yorkville, LLC Business Checking xxxxxx9479 Ref #Ib0Slnkrxk on 05/31/25 | | 2,243.56 | 500.00 |
| 6/3 | | Hnb - Echo Hcclaimpmt 250603 xxxxx4333 TRN*1*1192080627*1341858379\ | 358.43 | | |
| 6/3 | | Superior Vision Hcclaimpmt 091000013758330 TRN*1*37049214*1506290002*10030B~ | 633.14 | | |
| 6/3 | | 06/03Bankcard Deposit -0226141673 | 255.00 | | |
| 6/3 | | Online Transfer to Svc of Yorkville, LLC Business Checking xxxxxx9479 Ref #Ib0Smq47Vf on 06/03/25 | | 1,246.57 | 500.00 |
| 6/4 | | Anthem Blue NY5C Hcclaimpmt 3273485725 TRN*1*3273485725*1237391136\ | 45.69 | | |
| 6/4 | | 06/04Bankcard Deposit -0226141673 | 240.00 | | |
| 6/4 | | Online Transfer to Svc of Yorkville, LLC Business Checking xxxxxx9479 Ref #Ib0Sn3Msqr on 06/04/25 | | 285.69 | 500.00 |
| 6/5 | | PNC-Echo Hcclaimpmt 250605 xxxxx4333 TRN*1*1193073053*1341858379\ | 155.09 | | |
| 6/5 | | Ngs, Inc. Hcclaimpmt 250602 1891398384 TRN*1*814612641*1351840597~ | 336.70 | | |
| 6/5 | | 06/05Bankcard Deposit -0226141673 | 154.00 | | |
| 6/5 | | Online Transfer to Svc of Yorkville, LLC Business Checking xxxxxx9479 Ref #Ib0Snh4F26 on 06/05/25 | | 645.79 | 500.00 |
| 6/6 | | Superior Vision Hcclaimpmt 091000014361114 TRN*1*37128535*1506290002*10030B~ | 33.00 | | |
| 6/6 | | PNC-Echo Hcclaimpmt 250606 xxxxx4333 TRN*1*1193292229*1341858379\ | 500.53 | | |
| 6/6 | | 06/06Bankcard Deposit -0226141673 | 80.00 | | |
| 6/6 | | Online Transfer to Svc of Yorkville, LLC Business Checking xxxxxx9479 Ref #Ib0Snwc35T on 06/06/25 | | 613.53 | 500.00 |
| 6/9 | | PNC-Echo Hcclaimpmt 250609 xxxxx4333 TRN*1*1193518768*1341858379\ | 24.20 | | |
| 6/9 | | Ngs, Inc. Hcclaimpmt 250604 1891398384 TRN*1*814628487*1351840597~ | 374.77 | | |
| 6/9 | | 06/09Bankcard Deposit -0226141673 | 250.00 | | |
| 6/9 | | Hf McR-Em Ipa NY 1010016413 069702222025060 Sound Vision Care Inc | 677.80 | | |
| 6/9 | | Hf McD-Em Ipa NY 1010016615 069702232025060 Sound Vision Care Inc | 993.20 | | |
| 6/9 | | Online Transfer to Svc of Yorkville, LLC Business Checking xxxxxx9479 Ref #Ib0Spvbcp2 on 06/09/25 | | 648.97 | 2,171.00 |
| 6/10 | | 06/10Bankcard Deposit -0226141673 | 420.00 | | |
| 6/10 | | Online Transfer to Svc of Yorkville, LLC Business Checking xxxxxx9479 Ref #Ib0Sq6Wck3 on 06/10/25 | | 2,091.00 | 500.00 |

June 30, 2025 ■ Page 3 of 6



*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/11 | | Anthem Blue NY5C Hcclaimpmt 3274113012 TRN*1*3274113012*1237391136\ | 85.89 | | |
| 6/11 | | PNC-Echo Hcclaimpmt 250611 xxxxx4333 TRN*1*1193961643*1341858379\ | 302.85 | | |
| 6/11 | | 06/11Bankcard Deposit -0226141673 | 420.00 | | |
| 6/11 | | Bankcard Discount Fee - 0226141673 | | 45.66 | |
| 6/11 | | Bankcard Fee - 0226141673 | | 52.05 | |
| 6/11 | | Bankcard Interchange Fee - 0226141673 | | 116.57 | |
| 6/11 | | Online Transfer to Svc of Yorkville, LLC Business Checking xxxxxx9479 Ref #Ib0Sqj37Hz on 06/11/25 | | 388.74 | 705.72 |
| 6/12 | | Em Ipa NY 1010083215 070422632025061 Sound Vision Care Inc | 62.23 | | |
| 6/12 | | PNC-Echo Hcclaimpmt 250612 xxxxx4333 TRN*1*1194195085*1341858379\ | 306.45 | | |
| 6/12 | | 06/12Bankcard Deposit -0226141673 | 977.00 | | |
| 6/12 | | Online Transfer to Svc of Yorkville, LLC Business Checking xxxxxx9479 Ref #Ib0Sqv5586 on 06/12/25 | | 574.40 | |
| 6/12 | < | Business to Business ACH Debit - Con Ed of NY Cecony 250611 05272640003 Svc of Fresh Meadows | | 359.35 | 1,117.65 |
| 6/13 | | Ngs, Inc. Hcclaimpmt 250610 1891398384 TRN*1*814651072*1351840597~ | 179.11 | | |
| 6/13 | | Hf McR-Em Ipa NY 1010070918 070299092025061 Sound Vision Care Inc | 180.00 | | |
| 6/13 | | Superior Vision Hcclaimpmt 091000016135690 TRN*1*37263602*1506290002*10030B~ | 323.54 | | |
| 6/13 | | Hf McD-Em Ipa NY 1010071111 070299102025061 Sound Vision Care Inc | 513.00 | | |
| 6/13 | | 06/13Bankcard Deposit -0226141673 | 30.00 | | |
| 6/13 | | Online Transfer to Svc of Yorkville, LLC Business Checking xxxxxx9479 Ref #Ib0Sr8Kd6T on 06/13/25 | | 1,813.30 | 530.00 |
| 6/16 | | 06/16Bankcard Deposit -0226141673 | 25.00 | | 555.00 |
| 6/17 | | Superior Vision Hcclaimpmt 091000016359108 TRN*1*37319849*1506290002*10030B~ | 283.30 | | |
| 6/17 | | 06/17Bankcard Deposit -0226141673 | 259.60 | | |
| 6/17 | | Online Transfer to Svc of Yorkville, LLC Business Checking xxxxxx9479 Ref #Ib0Ssmsmsr on 06/17/25 | | 338.30 | 759.60 |
| 6/18 | | Ngs, Inc. Hcclaimpmt 250613 1891398384 TRN*1*814676308*1351840597~ | 421.59 | | |
| 6/18 | | 06/18Bankcard Deposit -0226141673 | 702.00 | | |
| 6/18 | | Online Transfer to Svc of Yorkville, LLC Business Checking xxxxxx9479 Ref #Ib0Ssz2Shj on 06/18/25 | | 1,583.19 | |
| 6/18 | | Verizon Paymentrec Urring 5565142950001 Jeffrey Williams | | 112.33 | 187.67 |
| 6/20 | | PNC-Echo Hcclaimpmt 250620 xxxxx4333 TRN*1*1195267087*1341858379\ | 189.38 | | |
| 6/20 | | 06/20Bankcard Deposit -0226141673 | 799.00 | | |
| 6/20 | | Legal Order Debit - Contact The Law Offices of Steven Zakharyayev, LLC (201) 716-0681 - Case# 48167025 | | 500.00 | |
| 6/20 | | Online Transfer to Svc of Yorkville, LLC Business Checking xxxxxx9479 Ref #Ib0Stql4Dh on 06/20/25 | | 676.05 | 0.00 |
| 6/23 | | Ngs, Inc. Hcclaimpmt 250617 1891398384 TRN*1*814692208*1351840597~ | 188.42 | | |
| 6/23 | | Hf McR-Em Ipa NY 1010122613 070878722025061 Sound Vision Care Inc | 248.80 | | |
| 6/23 | | PNC-Echo Hcclaimpmt 250623 xxxxx4333 TRN*1*1195625381*1341858379\ | 249.52 | | |
| 6/23 | | Hf McD-Em Ipa NY 1010122815 070878732025061 Sound Vision Care Inc | 1,638.00 | | |
| 6/23 | | 06/23Bankcard Deposit -0226141673 | 25.00 | | |
| 6/23 | | Legal Order Debit - Contact The Law Offices of Steven Zakharyayev, LLC (201) 716-0681 - Case# 48167025 | | 2,349.74 | 0.00 |
| 6/24 | | Ngs, Inc. Hcclaimpmt 250618 1891398384 TRN*1*814702482*1351840597~ | 363.05 | | |
| 6/24 | | 06/24Bankcard Deposit -0226141673 | 660.00 | | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/24 | | Legal Order Debit - Contact The Law Offices of Steven Zakharyayev, LLC (201) 716-0681 - Case# 48167025 | | 363.05 | |
| 6/24 | | Legal Order Reversal - Contact The Law Offices of Steven Zakharyayev, LLC (201) 716-0681 - Case# 48167025 | 3,212.79 | | 3,872.79 |
| 6/25 | | Unitedhealthcare Hcclaimpmt xxxxx4333 TRN*1*W326936317*1411289245*000087726\ | 156.81 | | |
| 6/25 | | 06/25Bankcard Deposit -0226141673 | 520.00 | | 4,549.60 |
| 6/26 | | Em Ipa NY 1010187220 071589232025062 Sound Vision Care Inc | 57.23 | | |
| 6/26 | | PNC-Echo Hcclaimpmt 250626 xxxxx4333 TRN*1*1196328766*1341858379\ | 140.38 | | |
| 6/26 | | 06/26Bankcard Deposit -0226141673 | 939.00 | | 5,686.21 |
| 6/27 | | Pay Plus Hcclaimpmt 250627 xxxxx4333 TRN*1*694271287*1391995276\ | 291.05 | | |
| 6/27 | | Hf McR-Em Ipa NY 1010174418 071471992025062 Sound Vision Care Inc | 57.00 | | |
| 6/27 | | Hf McD-Em Ipa NY 1010174620 071472002025062 Sound Vision Care Inc | 339.60 | | 6,373.86 |
| 6/30 | < | Business to Business ACH Debit - Pay Plus Achtrans 250627 75072441 Feetransfer Ref#75072441 | | 7.28 | 6,366.58 |
| Totals | | | $22,931.70 | $17,055.12 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH:  If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2025 - 06/30/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Average ledger balance | $1,000.00 | $1,712.00 ÷ |
| • Minimum daily balance | $500.00 | $0.00 |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 21 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# IMPORTANT ACCOUNT INFORMATION

Drawdown Wires incur a fee of $15 for Consumer and Small Business non-analyzed accounts. For Drawdown Wires on analyzed accounts, there is a fee of $22. For more information, please review the Consumer and Business Fee & Information Schedule.

Using a Digital Version of your Debit Card

Effective June 3, 2025, the following subsection will be added to the "Using Your Card" section of the Wells Fargo Debit and ATM Card Terms and Conditions:

Using a digital version of your debit card
You can use the digital version of your debit card, if eligible, for card-not-present transactions like online and in-app purchases, or for payments over the phone. You will not be able to use the digital version of your debit card for in-store purchases or to access Wells Fargo ATMs, unless you add the digital version of your debit card to a Mobile Device (see "Using Your Card Through A Mobile Device" for more details). Note that the PIN for a digital version of your debit card will be the same as the PIN for your physical debit card.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

June 30, 2025 ■ Page 6 of 6



---

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . .  $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                                       TOTAL  $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . .  - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
| Total amount | | $ |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801