DAVIDOFF HUTCHER & CITRON LLP
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
Telephone: (914) 381-7400
Robert L. Rattet, Esq.
Craig M. Price, Esq.
John D. Molino, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 Case |
| SOUND VISION CARE, INC, *et. al.*, | Case No.: 25-72421 (LAS) |
| Debtors.[1] | (Jointly Administered) |

-------------------------------------------------------------X

## GLOBAL NOTES STATEMENT OF
## LIMITATIONS, METHODOLOGY AND DISCLAIMER
## REGARDING THE  DEBTORS' SCHEDULES OF ASSETS
## AND LIABILITIES AND STATEMENTS OF  FINANCIAL AFFAIRS

### Introduction

Sound Vision Care, Inc. ("SVC") and certain of its affiliates, as debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), have filed these respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the Eastern District of New York (the "Court").  The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, as amended (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure.

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead, LLC (9996), (v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (4333), (x) SVC of Manhasset, LLC (7234). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (these "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, each Debtors' respective Schedules and Statements. The Global Notes should be referred to and considered in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflects the Debtors' reasonable best efforts to report the assets and liabilities of the Debtors on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relief on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve all of their rights, including to amend and/or supplement the Schedules and Statements, as may be necessary or appropriate.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable

efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event will the Debtors or their agents, attorneys, and/or financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

Mr. Jeffery Williams, Jr., the Debtors owner and primary operator, has signed each set of Schedules and Statements. Mr. Williams is an authorized signatory for each of the Debtors. Mr. Williams has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' legal and financial advisors. Mr. Williams has not (and could not have) personally verified the accuracy of each such statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor contact information.

## **Global Notes and Overview of Methodology**

1. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, these

Global Notes shall control.

**2. Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate (including, without limitation):

(a) the right to amend the Schedules and Statements with respect to a claim ("Claim") description or designation against which the Claim is asserted;

(b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, classification or any other basis;

(c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" and/or

(d) object to the extent, validity, enforceability, priority, or avoidability of any Claim.

Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtors against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' Chapter 11 Cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in these Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding, the listing in the Schedules or Statements by the Debtors of any obligations between a Debtors and a non-Debtors affiliate or related party is a

4

statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or otherwise by the Bankruptcy Court. The Debtors reserves all rights with respect to such obligations.

**3. Confidential Information**. There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses or amounts. Typically, the Debtors have used this approach because addresses of individuals are generally not included in the Schedules and Statements. The Debtors will mail any required notice or other documents to the address listed in their books and records for such individuals.

**4. Description of Case**. The Debtors own and operate a retail optician and eyeglass boutiques in Long Island and New York City and provide optometry services to the public. The Debtors currently operate eight (8) locations, and its headquarters is at its location in Riverhead, New York.

**5. "As of" Petition Date**. On June 23, 2025 (the "Petition Date"), the Debtors respectively filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors are operating its business and managing its properties as debtors-in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these Chapter 11 Cases, and no committees have been appointed or designated. The asset information provided in the Schedules and Statements represents the asset data of the Debtors as of the Petition Date. The liability information provided in the Schedules and Statements or herein, except as otherwise noted, represents the liability data of the Debtors as of the Petition Date.

**6. Estimated Current Value of Assets**. It would be prohibitively expensive, unduly burdensome, time consuming, and inefficient use of estate assets for the Debtors to obtain current market

valuations for all of its assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements utilize the estimated current values of all assets and liabilities as of the Petition Date, except for accounts payable, which is as of the Petition Date, pursuant to the Debtors' books and records. Furthermore, as applicable, assets that have fully depreciated, amortized or were expensed for accounting purposes may not be reflected in the Schedules and Statements as they have no net book value. The Debtors reserve the right to amend or adjust the value of each asset or liability set forth herein.

7.    **Recharacterization**. Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

8.  **Real Property and Personal Property-Leased**. In the ordinary course of its business, the Debtors lease real property and lease various articles of personal property, including, equipment from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement), and the Debtors reserves all rights with respect to all such issues.

**9.    Excluded Assets and Liabilities**. The Debtors have sought to allocate assets and liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtors' reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate. The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim. The Bankruptcy Court may authorize the Debtors to pay, in its discretion, certain outstanding Claims on a post-petition basis. In addition, certain immaterial assets and liabilities may have been excluded.

**10.    Insiders**. Solely for purposes of the Schedules and Statements, "insider" shall have the definition set forth in section 101(31)(b) of the Bankruptcy Code. Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(a)(31) of the Bankruptcy Code.

**11. Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transactions. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transactions. Accordingly,

the Debtors reserves all rights with respect to the legal status of any and all such intellectual property rights.

12.    **Executory Contracts and Unexpired Leases**. Although the Debtors have made diligent attempts to schedule all executory contracts and unexpired leases, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all rights with respect to modify the Schedules and as to the legal status of any and all such contracts and leases. Moreover, the Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damage claims: the Schedules and Statements do not reflect any claims for rejection damages. The Debtors reserve the right to make any arguments and objections with respect to the assertion of any such claims. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

13.  **Classifications**. Listing a Claim, contract or lease on (a) Schedule D as "secured," (b) Schedule E/F, Part 1 as "priority unsecured," (c) Schedule E/F, Part 2 as "Non-priority unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

14.  **Claims Description.** Schedules D, and Schedule E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Schedules and Statements as "disputed," "contingent," and/or "unliquidated" does not constitute an admission by that Debtors that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all rights to dispute, or assert offsets

8

or defenses to, any Claim reflected on the Schedules and Statements on any grounds, including, without limitation, liability or classification. Additionally, the Debtors expressly reserve all rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

**15. Causes of Action**. Despite reasonable efforts to identify all known assets, the Debtors may not have listed all causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and any relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all rights with respect to any: (a) cause of action (including avoidance actions), (b) controversy, (c) right of setoff, (d) cross-Claim, (e) counter Claim, (d) credits, or (e) recoupment, and (f) any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

**16. Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

     (a) Undetermined Amounts. The description of an amount as "unknown," "TBD,"

9

"undetermined," or similar indication is not intended to reflect upon the materiality of such amount.

(b) Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

(c) Paid Claims. The Debtors may be authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy Court. Accordingly, certain outstanding liabilities may have been or will in the future be reduced by post-petition payments made on account of prepetition liabilities. To the extent the Debtors pays any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment for any such liabilities.

(d) Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

17. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

18. **Estimates and Assumptions.** Because of the timing of the filing of the Schedules and Statements, the Debtors were required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities reported therein. Actual results could differ from those estimates, perhaps materially. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

19. **Setoffs.** The Debtors incur certain offsets and other similar rights during the ordinary course of

business. Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Schedules and Statements.

### Specific Disclosures with Respect to the Schedules

• **Schedule A/B**. All values set forth in Schedule A/B reflect the estimated current of the Debtors' assets as of the Petition Date unless otherwise noted below.

• **Schedule A/B, Part 1, Question 3**. Cash values held in financial accounts are listed on Schedule A/B, Part 1, Question 3, as of the Petition Date. The Debtors have reported their bank balances as of the Petition Date, which was the end of the last full pre-petition calendar month. The Debtors have reported these balances on a book cash balance basis such that these balances reflect outstanding checks and deposits. This practice is consistent with the Debtors' regular accounting practices. This Court should be aware that the multiple Wells Fargo Accounts withheld roughly $54,000 for a period following the petition for relief and subsequently released the funds into the Debtors' estate.

• **Schedule A/B, Part 10, Questions 59-69**. Patents, Trademarks, and other Intellectual Property listed in Schedule A/B 60 are listed as an undetermined amount or at their current estimated market value at the Petition Date. The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their book value. Although reasonable efforts have been made to ensure the accuracy of the estimated fair market value

11

assigned to Debtors' goodwill in question 65, the valuation report is subject to change for any reason at any time.

• **Schedule A/B, Part 11, Question 73**. The Debtors maintain a variety of insurance policies including property, general liability, and workers' compensation policies and other employee related policies. The Debtors' interest in these types of policies are limited to the amount of the premiums that the Debtors have prepaid, if any. To the extent the Debtors made a determination of the amount of pre-paid insurance premiums, such amounts are listed on Schedule A/B, Part 11, Question 73. All policies are expected to remain active.

• **Schedule A/B, Part 11, Questions 74-75**. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such action, claim or right. In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, setoffs, credits, refunds, or potential warranty Claims against suppliers. Additionally, the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counterclaims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed in the Schedules.

• **Schedule D**. The Debtors may not have included on Schedule D all parties that may believe their Claims are secured through setoff rights, mechanic's liens, or other lien rights. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. In addition, unless otherwise stated, the Debtors have not included on

12

Schedule D parties that may hold liens on personal property or in connection with equipment leases. The Debtors reserve all rights to amend Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

• **Schedule E/F, Part 1**. The listing of any Claim on Schedule E/F does not constitute an admission by the Debtors that such Claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all rights to dispute the priority status of any Claim on any basis. The Bankruptcy Court has authorized the Debtors, in its discretion, to pay certain liabilities that may be entitled to priority or possessory lien under the applicable provisions of the Bankruptcy Code. Pursuant to various first day orders including the *Order Authorizing the Debtors to (I) Pay Prepetition Personnel Wages, Salaries and Other Compensation; (II) Reimburse Prepetition Personnel Business Expenses; (III) May Payments for which Prepetition Payroll Deductions Were Made; (IV) Continue Employee Benefits Programs; (V) Pay Workers' Compensation Obligations; and (VI) Pay All Costs and Expenses Incident to the Foregoing* [Docket No. 61], the Debtors paid certain pre-petition claims in the post-petition period and as such were excluded from Schedule E/F Part 1.

• **Schedule E/F, Part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F, based upon the Debtors' books and records as of the Petition Date. Although reasonable efforts have been made to identify the date of occurrence of each Claim, determining the date upon which each Claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F. Furthermore, claims listed on Schedule E/F have been aggregated by unique creditor name and remit to address and may include several dates

13

of incurrence for the aggregate balance listed.

•        **Schedule E**. All of the Debtors' employees are employed by the Debtors. Certain employees had pre-petition wage claims due to the timing of the Petition Date with respect to the Debtors' pay periods. Those wage claims are afforded priority treatment under section 507(a)(4) of the Bankruptcy Code up to the statutory cap of $13,650 per individual. As a result of these prepetition wage claims, the Debtors also owed monies to various taxing authorities which are also afforded priority treatment under section 507(a)(8) of the Bankruptcy Code. On July 23, 2025, the Bankruptcy Court entered an *Order Authorizing the Debtors to (I) Pay Prepetition Personnel Wages, Salaries and Other Compensation; (II) Reimburse Prepetition Personnel Business Expenses; (III) May Payments for which Prepetition Payroll Deductions Were Made; (IV) Continue Employee Benefits Programs; (V) Pay Workers' Compensation Obligations; and (VI) Pay All Costs and Expenses Incident to the Foregoing* [Docket No. 61]. The Debtors subsequently made payments pursuant to this Order. The Debtors believe that other than the potential Claims of certain current and former employees for bonuses, vacation, and/or personal pay in excess of the permitted priority amount, all employee claims and related payroll taxes for pre-petition amounts have not been listed on Schedule E.

•        **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of each contract or other agreement listed on Schedule G, inadvertent errors may have occurred. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of the Petition Date or is valid or enforceable. The Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts,

agreements, or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the contracts and leases listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. Certain confidentiality and non-disclosure agreements may not be listed on Schedule G. Certain confidentiality and non-disclosure agreements may not be listed on Schedule G. The Debtor reserves all rights with respect to such agreements. Certain of the contracts and agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtors and such supplier or provide. The Debtors expressly reserve all rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In addition, the Debtors

15

may have entered into various other types of agreements in the ordinary course of business, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtors reserve all rights to alter or amend these Schedules to the extent that additional information regarding the Debtors to such executory contracts becomes available. Certain of the executory agreements may not have been memorialized and could be subject to dispute.

• The Debtors reserve all rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease. The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of such contract or that such contract is an executory contract or unexpired lease. The Debtors reserve all rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

• **Schedule H**. For purposes of Schedule H, certain related parties are guarantors of certain prepetition debt facilities of certain related entities and are listed as Co-Debtors on Schedule H. The Debtors, despite efforts to do so, may not have identified all guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all rights to amend the Schedules to the extent that additional

guarantees are identified or such guarantees are discovered to have expired or be unenforceable. In the ordinary course of business, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties, and some of which may be co-obligors with, contributors to, or indemnitors of, the Debtors. Because all such Claims are contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtors' Schedule A/B, Part 11 and Statement, Part 7 as applicable. In addition, nothing covered in Schedule H shall be deemed an admission of obligation or liability by any alleged or scheduled guarantor, and all defenses, offsets, counterclaims, and setoffs available to any scheduled or other potential guarantor of the Debtors' obligations remain unaffected and in full force and effect.

• **Insider**. In the circumstances where the Schedules and Statements require information regarding insiders and/or officers and directors, the Debtors has attempted to include therein parties set forth in Bankruptcy Code section 101(31)(B), including the Debtors' (a) "directors" (or other persons in similar positions) and (b) employees that may be, or may have been during the relevant period, "officers" (or persons in control). The Debtors have attempted to exclude in such applicable Schedules and Statements information relating to certain of its employees who, despite the title of their position with the Debtors (including without limitation certain employees with the title of "officer") are not "officers" of the Debtors as such term is used in the Bankruptcy Code because, among other things, such employees (i) serve or served in a purely administrative or ministerial capacity, (ii) were not appointed officers of the Debtors, and/or (iii) do not have or have never had any material inside information as a result of their employment with the Debtors. The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such

17

party as an insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby expressly reserved. Employees have been included in this disclosure for information purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities, functions, decision-making, corporate authority, and/or as otherwise defined by applicable law, including, without limitation, federal securities laws, or with respect to any theories of liability or for any other purpose.

**Specific Disclosures with Respect to the Statements**

•       **Part 1, Question 1**. Gross Revenue from the beginning of the fiscal year is reported to the Petition Date.

•       **Part 2, Question 3**. Includes any disbursement or other transfer made by the Debtors within ninety (90) days before the Petition Date not including for those made to insiders (which already appears in response to Statement 4), employees and bankruptcy professionals (which already appear in response to Statement 11) or retainers made on account of future services. The disbursement information pertains to the payments made out of the bank accounts maintained by the Debtors. To the extent a disbursement was made to pay for multiple invoices, multiple entries will appear.

•       **Part 2, Question 8**. CBIZ Forensic Consulting Group LLC and Davidoff Hutcher & Citron LLP.

•       **Part 3, Question 7**. The Debtors have used reasonable efforts to report all legal actions, proceedings, arbitrations in which the Debtors were involved in any capacity within one (1) year before the Petition Date.

**Fill in this information to identify the case:**

Debtor name      Sound Vision Care, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    25-72421

☐  Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................................... $           335,333.89

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................................. $         8,671,463.55

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................................. $         9,006,797.44

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $         2,235,517.17

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................... $                   0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... **+**$         2,566,266.95

4.   **Total liabilities** ...................................................................................................................................................
   Lines 2 + 3a + 3b                                                                                      $         4,801,784.12

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Sound Vision Care, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td colspan="2">Case number (if known)    25-72421</td></tr>
</table>

☐ Check if this is an
amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $100.00 |
| 2.    **Cash on hand** | $200.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   Wells Fargo Bank, N.A. | Checking | 5914 | $0.00 |
| 3.2.   Wells Fargo Bank, N.A. | Checking | 6558 | $565.24 |
| 3.3.   Wells Fargo Bank, N.A. | Checking | 1826 | $30.00 |
| 3.4.   Bank of America, N.A. | Checking | 0570 | $3,227.31 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$4,122.55

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Sound Vision Care, Inc. | Case number *(If known)* 25-72421 |
|---|---|---|
| | Name | |

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Legal Retainer - Davidoff Hutcher & Citron, LLP | $15,000.00 |
| 8.2. | FA Retainer - CBIZ Forensic Consulting Group, LLC | $5,000.00 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$20,000.00

10. **Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office Furniture - Owned | $9,191.35 | Net Book Value | $9,191.35 |

| Debtor | Sound Vision Care, Inc. | Case number *(If known)* | 25-72421 |
|---|---|---|---|
| | Name | | |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| Computer Equipment - Owned | $0.00 | Net Book Value | Unknown |
|---|---|---|---|

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.    Copy the total to line 86.

    | $9,191.35 |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.    Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No.    Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    Leasehold Improvements - Building | Equitable interest | $79,500.00 | Net Book Value | $79,500.00 |
| 55.2.    Leasehold Improvements - Office | Equitable interest | $255,833.89 | Net Book Value | $255,833.89 |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    | $335,333.89 |
    |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☒ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor       Sound Vision Care, Inc.                                    Case number *(If known)*  25-72421
_____Name_____

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** Website - soundvisioncare.com | Unknown | | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** Goodwill | $40,425.00 | Net Book Value | $40,425.00 |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   $40,425.00

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable** Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit** | |

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                         page  4

Debtor    Sound Vision Care, Inc.                                    Case number *(If known)*  25-72421
                Name

**has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of**
       **every nature, including counterclaims of the debtor and rights to**
       **set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership
       Intercompany Receivable - Sound Vision Facility and Home
       Care, LLC                                                                    $231,292.42

       Intercompany Receivable - SVC of Bensonhurst, LLC                              $1,720.00

       Intercompany Receivable - Sound Vision Company
       of New York, LLC                                                                 $300.00

       Intercompany Receivable - SVC of Jamaica Forest Hills 2,
       LLC                                                                            $2,411.06

       Intercompany Receivable - SVC of East Setauket, LLC                          $496,763.20

       Intercompany Receivable - SVC of Fresh Meadows, LLC                          $382,169.38

       Intercompany Receivable - SVC of Murray Hill, LLC                            $952,899.07

       Intercompany Receivable - SVC of Port Jefferson Station,
       LLC                                                                          $380,886.75

       Intercompany Receivable - SVC of West Islip, LLC                             $661,246.86

       Intercompany Receivable - SVC of Elmhurst, LLC                               $284,945.79

       Intercompany Receivable - SVC of Gramercy Park, LLC                          $469,873.71

       Intercompany Receivable - SVC of Manhasset, LLC                              $958,997.49

       Intercompany Receivable - SVC of Forest Hills One, LLC                       $670,315.96

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor    Sound Vision Care, Inc.                                Case number *(If known)*  25-72421
                 Name

Intercompany Receivable - SVC of Mastic, LLC                                      $313,878.79

Intercompany Receivable - SVC of Southold, LLC                                   $120,839.58

Intercompany Receivable - SVC of The Hamptons, LLC                               $176,643.52

Intercompany Receivable - SVC of Riverhead, LLC                                $1,603,417.55

Intercompany Receivable - SVC of Yorkville, LLC                                   $73,993.64

Intercompany Receivable - SVC of Midtown East, LLC                               $118,721.95

Intercompany Receivable - SVC of Bensonhurst, LLC                                $696,407.93

78.    **Total of Part 11.**                                                    $8,597,724.65
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

Debtor    Sound Vision Care, Inc.                                    Case number *(If known)*  25-72421
　　　　　　Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,122.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $20,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,191.35 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.............................................................................................>* | | $335,333.89 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $40,425.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $8,597,724.65 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,671,463.55 | + 91b.  $335,333.89 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92                    $9,006,797.44

**Fill in this information to identify the case:**

Debtor name     Sound Vision Care, Inc.

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known)     25-72421

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|
| **2.1** Bank of America Practice Solutions <br> Creditor's Name <br><br> 100 Federal St. <br> Boston, MA 02110 <br> Creditor's mailing address <br><br> christopher.schueller@bipc.com <br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien <br><br><br> Describe the lien <br><br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $310,082.82 | $0.00 |
| **2.2** Flushing Bank <br> Creditor's Name <br><br> 144-51 Northern Blvd. <br> Flushing, NY 11354 <br> Creditor's mailing address <br><br> rmccord@certilmanbalin.com <br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien <br><br><br> Describe the lien <br><br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $495,000.00 | $0.00 |

Official Form 206D                    **Schedule D: Creditors Who Have Claims Secured by Property**                    page 1 of 2

| Debtor | Sound Vision Care, Inc. | Case number (if known) | 25-72421 |
|---|---|---|---|
| | Name | | |

| 2.3 | U.S. Eagle Federal Credit Union | Describe debtor's property that is subject to a lien | $1,430,434.35 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

3939 Osuna Road NE
Albuquerque, NM 87109

Creditor's mailing address

**Describe the lien**

Commercial Real Estate

**Is the creditor an insider or related party?**
☒ No
☐ Yes

garth.gavenda@jellumlaw.com

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
03/01/21

**Last 4 digits of account number**
8508

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,235,517.17 |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Buchanan Ingersoll & Rooney P.C.<br>Christopher P. Schueller - 640 Fifth Ave., 9th Floor<br>New York, NY 10019 | Line _2.1_ | |
| Certilman Balin Adler & Hyman, LLP<br>Richard J. McCord, Thomas J. McNamara - 90 Merrick Ave, 9th Floor<br>East Meadow, NY 11554 | Line _2.2_ | |
| Moritt Hock & Hamroff LLP<br>Theresa A. Driscoll - 400 Garden City Plaza<br>Garden City, NY 11530 | Line _2.3_ | 8508 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    Sound Vision Care, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   25-72421

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.1** | Priority creditor's name and mailing address
NYS Department of Tax and Finance
NYS Office Building
250 Veterans Memorial Highway
Hauppauge, NY 11788

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Total claim: **Unknown**    Priority amount: **Unknown**

Date or dates debt was incurred
02/29/2024

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

        **Amount of claim**

**3.1** | **Nonpriority creditor's name and mailing address**
90.io
1920 Prospector Ave.
Park City, UT 84060

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$97.88

**Date(s) debt was incurred** 2025

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

**3.2** | **Nonpriority creditor's name and mailing address**
ABB Optical Group
125 Enterprise Drive
Marshfield, MA 02050

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,670.65

**Date(s) debt was incurred** 2025

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

**3.3** | **Nonpriority creditor's name and mailing address**
American Express
P.O. Box 981535
El Paso, TX 79998

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,161.99

**Date(s) debt was incurred** _

**Basis for the claim:** Credit card purchases

**Last 4 digits of account number** 8002

Is the claim subject to offset?   ☒ No   ☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Sound Vision Care, Inc. | Case number (if known) | 25-72421 |
|---|---|---|---|
| | Name | | |

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,569.22

American Express
P.O. Box 981535
El Paso, TX 79998

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  1002

Basis for the claim:  Credit card purchases

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $84,917.92

Amur Equipment Finance
One N. Lexington Ave.
#1101
White Plains, NY 10601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  10/18/2021

**Last 4 digits of account number** _

Basis for the claim:  Equipment loan

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $98,000.00

Capital Domain, LLC
300 Tice Blvd.
Woodcliff Lake, NJ 07677

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred**  08/07/2024

**Last 4 digits of account number** _

Basis for the claim:  Loan - MCA

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Capital Domain, LLC
300 Tice Blvd.
Woodcliff Lake, NJ 07677

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred**  08/29/2024

**Last 4 digits of account number** _

Basis for the claim:  Loan - MCA

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,804.69

Capital One, N.A.
P.O. Box 71083
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  8967

Basis for the claim:  Credit card purchases

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $42,968.00

CFG Merchant Solutions, LLC
180 Maiden Lane
15th Floor
New York, NY 10038

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred**  10/18/2024

**Last 4 digits of account number**  6165

Basis for the claim:  Loan - MCA

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,665.80

Discover, a division of Capital One, NA
P.O. Box 6103
Wheaton, IL 60187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  6250

Basis for the claim:  Credit card purchases

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,893.74

Drill Specialty Corporation
5020 Montauk Highway
Massapequa Park, NY 11762

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2025

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor      Sound Vision Care, Inc. _____        Case number (if known)      25-72421 _____
                     Name

| | | |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address** E-Wallet | **As of the petition filing date, the claim is:** *Check all that apply.* $52,804.80 |

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit card purchases
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.13**  **Nonpriority creditor's name and mailing address**
EBF Holdings, LLC d/b/a Everest Business
102 W. 38th St.
6th Floor
New York, NY 10018

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     Unknown

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Loan - MCA
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.14**  **Nonpriority creditor's name and mailing address**
Health Resources & Svcs Administration
5600 Fishers Lane
Rockville, MD 20857

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     $562,037.49

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.15**  **Nonpriority creditor's name and mailing address**
Hilco Vision
575 West St., Suite 120
Mansfield, MA 02048

Date(s) debt was incurred  2025
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     $1,067.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.16**  **Nonpriority creditor's name and mailing address**
iMatrix
Three Ethel Road
#305
Edison, NJ 08817

Date(s) debt was incurred  2025
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     $104.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.17**  **Nonpriority creditor's name and mailing address**
Johnson & Johnson
7500 Centurion Parkway
Jacksonville, FL 32256

Date(s) debt was incurred  2025
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     $48,916.42

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.18**  **Nonpriority creditor's name and mailing address**
Kapitus Funding
2500 Wilson Blvd.
Suite 350
Arlington, VA 22201

Date(s) debt was incurred _
Last 4 digits of account number  6961

**As of the petition filing date, the claim is:** *Check all that apply.*     Unknown

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Loan - MCA
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.19**  **Nonpriority creditor's name and mailing address**
LendBug, LLC
260 W. 35th St.
PH
New York, NY 10001

Date(s) debt was incurred  11/08/2024
Last 4 digits of account number  3323

**As of the petition filing date, the claim is:** *Check all that apply.*     $143,770.00

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Loan - MCA
Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Sound Vision Care, Inc.
          Name                                              Case number (if known)    25-72421

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,151.00

Lens Mode Contacts
150 Main St.
Millburn, NJ 07041

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $83,201.44

Macdonald, Rand & Vollaro LLP
550 NY 25A
Rocky Point, NY 11778

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $280.00

Mary Frausto
2700 Bray Ave.
Laurel, NY 11948

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Merged Funding
One Financial Plaza
Hartford, CT 06103

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _08/24/2023_

**Basis for the claim:** _Loan - MCA_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,531.00

Nassau Vision Group
160 Legrand Ave.
Orangeburg, NJ 10962

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $95,606.71

On Deck Capital, Inc.
1400 Broadway
Fl 25
New York, NY 10018

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _04/13/2016_

**Basis for the claim:** _Loan - MCA_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Panthers Capital
10 E. Merrick Road
Valley Stream, NY 11580

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Loan - MCA_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,594.94

Paragon Software Group
947 E. Impala
Mesa, CA 85204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Sound Vision Care, Inc.                                    Case number (if known)    25-72421
_____
Name

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $279.00 |
|---|---|---|---|

Playbook Builder
171 College Ave.
Holland, MI 49423

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $60,050.00 |
|---|---|---|---|

Pure Advance
Six Charlotte Place
Spring Valley, NY 10977

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 10/01/2024

**Basis for the claim:** Loan - MCA

**Last 4 digits of account number** 3586

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Quick Funding Group
99 W. Hawthorne Ave.
Valley Stream, NY 11580

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 02/17/2023

**Basis for the claim:** Loan - MCA

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Seamless Capital Group, LLC
2329 Nostrand Ave., Suite 111
Brooklyn, NY 11210

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 01/23/2023

**Basis for the claim:** Loan - MCA

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $368,761.00 |
|---|---|---|---|

Small Business Administration
409 Third St. SW
Washington, DC 20416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Small Business Administration
409 Third St. SW
Washington, DC 20416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Solomon Herrera McCormick PLLC
40 Marcus Drive
Suite 202
Melville, NY 11747

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $160,700.00 |
|---|---|---|---|

Speedy Capital
300 N. Main St.
Spring Valley, NY 10977

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 08/29/2024

**Basis for the claim:** Loan - MCA

**Last 4 digits of account number** A621

Is the claim subject to offset?    ☒ No    ☐ Yes

Debtor    Sound Vision Care, Inc.                                          Case number (if known)    25-72421
_____Name

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|------|------|------|

**Nonpriority creditor's name and mailing address**
Square Advance
90 E. Halsey Road
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 12/22/2022

**Basis for the claim:** Loan - MCA

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

3.37   **Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** *Check all that apply.*    Unknown
Square Advance
90 E. Halsey Road
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 12/20/2022

**Basis for the claim:** Loan - MCA

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

3.38   **Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** *Check all that apply.*    $296,826.22
SVC of Coram, LLC
1721 N. Ocean Ave., Suite A
Stony Brook, NY 11790

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Intercompany Payable

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

3.39   **Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** *Check all that apply.*    $41,277.83
SVC of Riverhead, LLC
1224 Ostrander Ave.
Riverhead, NY 11901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Intercompany Payable

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

3.40   **Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** *Check all that apply.*    $1,912.42
The Hartford
One Hartford Plaza
Hartford, CT 06155

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

3.41   **Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** *Check all that apply.*    $25,581.97
The Huntington National Bank
17 S. High St.
Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

3.42   **Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** *Check all that apply.*    $5,000.00
TriZetto Gateway EDI
3300 Rider Trail S.
Earth City, MO 63045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

3.43   **Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** *Check all that apply.*    $4,083.25
U.S. Bank National Association
1310 Madrid St.
Marshall, NM 56258

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/11/2020

**Basis for the claim:** Equipment loan

**Last 4 digits of account number** 2095

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    Sound Vision Care, Inc.                                    Case number (if known)    25-72421
          Name

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31,544.56 |

Univest Capital, Inc.
75 Rockefeller Plaza
#1838
New York, NY 10019

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 12/31/2023

**Basis for the claim:** Loan - MCA

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,269.00 |

Utica National Insurance Company
P.O. Box 6540
Utica, NY 13504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $134,263.99 |

Vex Capital
700 Canal St.
1st Floor
Stamford, CT 06902

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 11/19/2024

**Basis for the claim:** Loan - MCA

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $78,237.65 |

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,194.04 |

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit card purchases

**Last 4 digits of account number** 5926

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,898.09 |

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit card purchases

**Last 4 digits of account number** 0028

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $365.16 |

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit card purchases

**Last 4 digits of account number** 5693

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,208.08 |

Winchester Optical Co.
1935 Lake St.
Elmira, NY 14901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Debtor   Sound Vision Care, Inc.                                    Case number (if known)    25-72421
_____                                              _____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,566,266.95 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,566,266.95 |

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                **Page 8 of 8**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        Sound Vision Care, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    25-72421

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Finance Agreement - Equipment Lease | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Amur Equipment Finance<br>One N. Lexington Ave., #1101<br>White Plains, NY 10601 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Equipment Lease | |
| | State the term remaining | | |
| | List the contract number of any government contract | | U.S. Bank National Association<br>1310 Madrid St.<br>Marshall, MN 56258 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Sound Vision Care, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    25-72421

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | LendBug, LLC | ☐ D _____ <br> ☒ E/F ___3.19___ <br> ☐ G _____ |
| 2.2 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Merged Funding | ☐ D _____ <br> ☒ E/F ___3.23___ <br> ☐ G _____ |
| 2.3 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | On Deck Capital, Inc. | ☐ D _____ <br> ☒ E/F ___3.25___ <br> ☐ G _____ |
| 2.4 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Pure Advance | ☐ D _____ <br> ☒ E/F ___3.29___ <br> ☐ G _____ |
| 2.5 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Quick Funding Group | ☐ D _____ <br> ☒ E/F ___3.30___ <br> ☐ G _____ |
| 2.6 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Seamless Capital Group, LLC | ☐ D _____ <br> ☒ E/F ___3.31___ <br> ☐ G _____ |

Debtor     Sound Vision Care, Inc.                                            Case number *(if known)*     25-72421

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.7 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Speedy Capital | ☐ D _____ ☒ E/F __3.35__ ☐ G _____ |
| 2.8 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Square Advance | ☐ D _____ ☒ E/F __3.36__ ☐ G _____ |
| 2.9 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Square Advance | ☐ D _____ ☒ E/F __3.37__ ☐ G _____ |
| 2.10 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Vex Capital | ☐ D _____ ☒ E/F __3.46__ ☐ G _____ |
| 2.11 | Sound Vision Company of New York, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Quick Funding Group | ☐ D _____ ☒ E/F __3.30__ ☐ G _____ |
| 2.12 | Sound Vision Facility and Home Care, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Capital Domain, LLC | ☐ D _____ ☒ E/F __3.6__ ☐ G _____ |
| 2.13 | Sound Vision Facility and Home Care, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Capital Domain, LLC | ☐ D _____ ☒ E/F __3.7__ ☐ G _____ |
| 2.14 | Sound Vision Facility and Home Care, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Quick Funding Group | ☐ D _____ ☒ E/F __3.30__ ☐ G _____ |
| 2.15 | Sound Vision Facility and Home Care, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Speedy Capital | ☐ D _____ ☒ E/F __3.35__ ☐ G _____ |
| 2.16 | SVC of Bensonhurst, LLC | 6806 Bay Parkway Brooklyn, NY 11204 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F __3.31__ ☐ G _____ |

Debtor __Sound Vision Care, Inc._____     Case number *(if known)*   __25-72421_____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.17 | SVC of Bensonhurst, LLC | 6806 Bay Parkway Brooklyn, NY 11204 | Speedy Capital | ☐ D _____<br>☒ E/F ___3.35___<br>☐ G _____ |
| 2.18 | SVC of Coram, LLC | 1721 N. Ocean Ave., Suite A Stony Brook, NY 11790 | U.S. Eagle Federal Credit Union | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | SVC of Coram, LLC | 1721 N. Ocean Ave., Suite A Stony Brook, NY 11790 | Capital Domain, LLC | ☐ D _____<br>☒ E/F ___3.6___<br>☐ G _____ |
| 2.20 | SVC of Coram, LLC | 1721 N. Ocean Ave., Suite A Stony Brook, NY 11790 | Capital Domain, LLC | ☐ D _____<br>☒ E/F ___3.7___<br>☐ G _____ |
| 2.21 | SVC of Coram, LLC | 1721 N. Ocean Ave., Suite A Stony Brook, NY 11790 | CFG Merchant Solutions, LLC | ☐ D _____<br>☒ E/F ___3.9___<br>☐ G _____ |
| 2.22 | SVC of Coram, LLC | 1721 N. Ocean Ave., Suite A Stony Brook, NY 11790 | LendBug, LLC | ☐ D _____<br>☒ E/F ___3.19___<br>☐ G _____ |
| 2.23 | SVC of Coram, LLC | 1721 N. Ocean Ave., Suite A Stony Brook, NY 11790 | Seamless Capital Group, LLC | ☐ D _____<br>☒ E/F ___3.31___<br>☐ G _____ |
| 2.24 | SVC of Coram, LLC | 1721 N. Ocean Ave., Suite A Stony Brook, NY 11790 | Speedy Capital | ☐ D _____<br>☒ E/F ___3.35___<br>☐ G _____ |
| 2.25 | SVC of East Setauket, LLC | 215 Hallock Road, Suite 2 Stony Brook, NY 11790 | U.S. Eagle Federal Credit Union | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | SVC of East Setauket, LLC | 215 Hallock Road, Suite 2 Stony Brook, NY 11790 | Capital Domain, LLC | ☐ D _____<br>☒ E/F ___3.6___<br>☐ G _____ |

| Debtor | Sound Vision Care, Inc. | Case number *(if known)* | 25-72421 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.27 | SVC of East Setauket, LLC | 215 Hallock Road, Suite 2 Stony Brook, NY 11790 | Capital Domain, LLC | ☐ D _____ ☒ E/F __3.7__ ☐ G _____ |
| 2.28 | SVC of East Setauket, LLC | 215 Hallock Road, Suite 2 Stony Brook, NY 11790 | CFG Merchant Solutions, LLC | ☐ D _____ ☒ E/F __3.9__ ☐ G _____ |
| 2.29 | SVC of East Setauket, LLC | 215 Hallock Road, Suite 2 Stony Brook, NY 11790 | LendBug, LLC | ☐ D _____ ☒ E/F __3.19__ ☐ G _____ |
| 2.30 | SVC of East Setauket, LLC | 215 Hallock Road, Suite 2 Stony Brook, NY 11790 | Speedy Capital | ☐ D _____ ☒ E/F __3.35__ ☐ G _____ |
| 2.31 | SVC of Elmhurst, LLC | 86-35 Queens Blvd., Suite 1D Elmhurst, NY 11373 | U.S. Eagle Federal Credit Union | ☒ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.32 | SVC of Elmhurst, LLC | 86-35 Queens Blvd., Suite 1D Elmhurst, NY 11373 | Capital Domain, LLC | ☐ D _____ ☒ E/F __3.6__ ☐ G _____ |
| 2.33 | SVC of Elmhurst, LLC | 86-35 Queens Blvd., Suite 1D Elmhurst, NY 11373 | Capital Domain, LLC | ☐ D _____ ☒ E/F __3.7__ ☐ G _____ |
| 2.34 | SVC of Elmhurst, LLC | 86-35 Queens Blvd., Suite 1D Elmhurst, NY 11373 | LendBug, LLC | ☐ D _____ ☒ E/F __3.19__ ☐ G _____ |
| 2.35 | SVC of Elmhurst, LLC | 86-35 Queens Blvd., Suite 1D Elmhurst, NY 11373 | Quick Funding Group | ☐ D _____ ☒ E/F __3.30__ ☐ G _____ |
| 2.36 | SVC of Elmhurst, LLC | 86-35 Queens Blvd., Suite 1D Elmhurst, NY 11373 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F __3.31__ ☐ G _____ |

Debtor     Sound Vision Care, Inc. _____     Case number *(if known)*    25-72421 _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.37 | SVC of Elmhurst, LLC | 86-35 Queens Blvd., Suite 1D Elmhurst, NY 11373 | Speedy Capital | ☐ D _____<br>☒ E/F __3.35__<br>☐ G _____ |
| 2.38 | SVC of Forest Hills One, LLC | 71-19 Austin St. Forest Hills, NY 11375 | U.S. Eagle Federal Credit Union | ☒ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.39 | SVC of Forest Hills One, LLC | 71-19 Austin St. Forest Hills, NY 11375 | Capital Domain, LLC | ☐ D _____<br>☒ E/F __3.6__<br>☐ G _____ |
| 2.40 | SVC of Forest Hills One, LLC | 71-19 Austin St. Forest Hills, NY 11375 | Capital Domain, LLC | ☐ D _____<br>☒ E/F __3.7__<br>☐ G _____ |
| 2.41 | SVC of Forest Hills One, LLC | 71-19 Austin St. Forest Hills, NY 11375 | LendBug, LLC | ☐ D _____<br>☒ E/F __3.19__<br>☐ G _____ |
| 2.42 | SVC of Forest Hills One, LLC | 71-19 Austin St. Forest Hills, NY 11375 | Quick Funding Group | ☐ D _____<br>☒ E/F __3.30__<br>☐ G _____ |
| 2.43 | SVC of Forest Hills One, LLC | 71-19 Austin St. Forest Hills, NY 11375 | Seamless Capital Group, LLC | ☐ D _____<br>☒ E/F __3.31__<br>☐ G _____ |
| 2.44 | SVC of Forest Hills One, LLC | 71-19 Austin St. Forest Hills, NY 11375 | Speedy Capital | ☐ D _____<br>☒ E/F __3.35__<br>☐ G _____ |
| 2.45 | SVC of Fresh Meadows, LLC | 61-30A 190th St. Fresh Meadows, NY 11365 | U.S. Eagle Federal Credit Union | ☒ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.46 | SVC of Fresh Meadows, LLC | 61-30A 190th St. Fresh Meadows, NY 11365 | Capital Domain, LLC | ☐ D _____<br>☒ E/F __3.6__<br>☐ G _____ |

Debtor    Sound Vision Care, Inc.                                    Case number *(if known)*    25-72421

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.47 | SVC of Fresh Meadows, LLC | 61-30A 190th St. Fresh Meadows, NY 11365 | Capital Domain, LLC | ☐ D _____<br>☒ E/F ___3.7___<br>☐ G _____ |
| 2.48 | SVC of Fresh Meadows, LLC | 61-30A 190th St. Fresh Meadows, NY 11365 | CFG Merchant Solutions, LLC | ☐ D _____<br>☒ E/F ___3.9___<br>☐ G _____ |
| 2.49 | SVC of Fresh Meadows, LLC | 61-30A 190th St. Fresh Meadows, NY 11365 | LendBug, LLC | ☐ D _____<br>☒ E/F ___3.19___<br>☐ G _____ |
| 2.50 | SVC of Fresh Meadows, LLC | 61-30A 190th St. Fresh Meadows, NY 11365 | Quick Funding Group | ☐ D _____<br>☒ E/F ___3.30___<br>☐ G _____ |
| 2.51 | SVC of Fresh Meadows, LLC | 61-30A 190th St. Fresh Meadows, NY 11365 | Seamless Capital Group, LLC | ☐ D _____<br>☒ E/F ___3.31___<br>☐ G _____ |
| 2.52 | SVC of Fresh Meadows, LLC | 61-30A 190th St. Fresh Meadows, NY 11365 | Speedy Capital | ☐ D _____<br>☒ E/F ___3.35___<br>☐ G _____ |
| 2.53 | SVC of Gramercy Park, LLC | 147 Third Ave. New York, NY 10003 | U.S. Eagle Federal Credit Union | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.54 | SVC of Gramercy Park, LLC | 147 Third Ave. New York, NY 10003 | The Huntington National Bank | ☐ D _____<br>☒ E/F ___3.41___<br>☐ G _____ |
| 2.55 | SVC of Gramercy Park, LLC | 147 Third Ave. New York, NY 10003 | Seamless Capital Group, LLC | ☐ D _____<br>☒ E/F ___3.31___<br>☐ G _____ |
| 2.56 | SVC of Manhasset, LLC | 433 Plandome Road Manhasset, NY 11030 | U.S. Eagle Federal Credit Union | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

Debtor    Sound Vision Care, Inc.                                              Case number *(if known)*    25-72421

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.57 | SVC of Manhasset, LLC | 433 Plandome Road Manhasset, NY 11030 | Capital Domain, LLC | ☐ D _____ ☒ E/F ___3.6___ ☐ G _____ |
| 2.58 | SVC of Manhasset, LLC | 433 Plandome Road Manhasset, NY 11030 | Capital Domain, LLC | ☐ D _____ ☒ E/F ___3.7___ ☐ G _____ |
| 2.59 | SVC of Manhasset, LLC | 433 Plandome Road Manhasset, NY 11030 | CFG Merchant Solutions, LLC | ☐ D _____ ☒ E/F ___3.9___ ☐ G _____ |
| 2.60 | SVC of Manhasset, LLC | 433 Plandome Road Manhasset, NY 11030 | LendBug, LLC | ☐ D _____ ☒ E/F ___3.19___ ☐ G _____ |
| 2.61 | SVC of Manhasset, LLC | 433 Plandome Road Manhasset, NY 11030 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F ___3.31___ ☐ G _____ |
| 2.62 | SVC of Manhasset, LLC | 433 Plandome Road Manhasset, NY 11030 | Speedy Capital | ☐ D _____ ☒ E/F ___3.35___ ☐ G _____ |
| 2.63 | SVC of Mastic, LLC | 1360 Montauk Highway, Suite 2E Mastic, NY 11950 | U.S. Eagle Federal Credit Union | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.64 | SVC of Mastic, LLC | 1360 Montauk Highway, Suite 2E Mastic, NY 11950 | LendBug, LLC | ☐ D _____ ☒ E/F ___3.19___ ☐ G _____ |
| 2.65 | SVC of Murray Hill, LLC | 458 Third Ave. New York, NY 10016 | U.S. Eagle Federal Credit Union | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.66 | SVC of Murray Hill, LLC | 458 Third Ave. New York, NY 10016 | Capital Domain, LLC | ☐ D _____ ☒ E/F ___3.6___ ☐ G _____ |

Debtor    Sound Vision Care, Inc.                                    Case number *(if known)*    25-72421

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.67 | SVC of Murray Hill, LLC | 458 Third Ave. New York, NY 10016 | Capital Domain, LLC | ☐ D _____ ☒ E/F __3.7__ ☐ G _____ |
| 2.68 | SVC of Murray Hill, LLC | 458 Third Ave. New York, NY 10016 | CFG Merchant Solutions, LLC | ☐ D _____ ☒ E/F __3.9__ ☐ G _____ |
| 2.69 | SVC of Murray Hill, LLC | 458 Third Ave. New York, NY 10016 | LendBug, LLC | ☐ D _____ ☒ E/F __3.19__ ☐ G _____ |
| 2.70 | SVC of Murray Hill, LLC | 458 Third Ave. New York, NY 10016 | Quick Funding Group | ☐ D _____ ☒ E/F __3.30__ ☐ G _____ |
| 2.71 | SVC of Murray Hill, LLC | 458 Third Ave. New York, NY 10016 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F __3.31__ ☐ G _____ |
| 2.72 | SVC of Murray Hill, LLC | 458 Third Ave. New York, NY 10016 | Speedy Capital | ☐ D _____ ☒ E/F __3.35__ ☐ G _____ |
| 2.73 | SVC of Port Jefferson Station, LLC | 5225 Nesconset Highway, Building 8, Suite 44 Port Jefferson Station, NY 11776 | Capital Domain, LLC | ☐ D _____ ☒ E/F __3.6__ ☐ G _____ |
| 2.74 | SVC of Port Jefferson Station, LLC | 5225 Nesconset Highway, Building 8, Suite 44 Port Jefferson Station, NY 11776 | Capital Domain, LLC | ☐ D _____ ☒ E/F __3.7__ ☐ G _____ |
| 2.75 | SVC of Port Jefferson Station, LLC | 5225 Nesconset Highway, Building 8, Suite 44 Port Jefferson Station, NY 11776 | LendBug, LLC | ☐ D _____ ☒ E/F __3.19__ ☐ G _____ |

Debtor __Sound Vision Care, Inc._____     Case number *(if known)* __25-72421_____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.76 | SVC of Port Jefferson Station, LLC | 5225 Nesconset Highway, Building 8, Suite 44 Port Jefferson Station, NY 11776 | Quick Funding Group | ☐ D _____ ☒ E/F ___3.30___ ☐ G _____ |
| 2.77 | SVC of Port Jefferson Station, LLC | 5225 Nesconset Highway, Building 8, Suite 44 Port Jefferson Station, NY 11776 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F ___3.31___ ☐ G _____ |
| 2.78 | SVC of Port Jefferson Station, LLC | 5225 Nesconset Highway, Building 8, Suite 44 Port Jefferson Station, NY 11776 | Speedy Capital | ☐ D _____ ☒ E/F ___3.35___ ☐ G _____ |
| 2.79 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | U.S. Eagle Federal Credit Union | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.80 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Capital Domain, LLC | ☐ D _____ ☒ E/F ___3.6___ ☐ G _____ |
| 2.81 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Capital Domain, LLC | ☐ D _____ ☒ E/F ___3.7___ ☐ G _____ |
| 2.82 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | CFG Merchant Solutions, LLC | ☐ D _____ ☒ E/F ___3.9___ ☐ G _____ |
| 2.83 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | LendBug, LLC | ☐ D _____ ☒ E/F ___3.19___ ☐ G _____ |
| 2.84 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Speedy Capital | ☐ D _____ ☒ E/F ___3.35___ ☐ G _____ |

Debtor    Sound Vision Care, Inc.                                    Case number *(if known)*    25-72421

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.85 | SVC of Southold, LLC | 44210 County Route 48, Suite 1 Southold, NY 11971 | U.S. Eagle Federal Credit Union | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.86 | SVC of Southold, LLC | 44210 County Route 48, Suite 1 Southold, NY 11971 | LendBug, LLC | ☐ D _____ ☒ E/F ___3.19___ ☐ G _____ |
| 2.87 | SVC of Southold, LLC | 44210 County Route 48, Suite 1 Southold, NY 11971 | Quick Funding Group | ☐ D _____ ☒ E/F ___3.30___ ☐ G _____ |
| 2.88 | SVC of Southold, LLC | 44210 County Route 48, Suite 1 Southold, NY 11971 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F ___3.31___ ☐ G _____ |
| 2.89 | SVC of Southold, LLC | 44210 County Route 48, Suite 1 Southold, NY 11971 | Speedy Capital | ☐ D _____ ☒ E/F ___3.35___ ☐ G _____ |
| 2.90 | SVC of The Hamptons, LLC | 200 Montauk Highway Westhampton Beach, NY 11978 | U.S. Eagle Federal Credit Union | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.91 | SVC of The Hamptons, LLC | 200 Montauk Highway Westhampton Beach, NY 11978 | LendBug, LLC | ☐ D _____ ☒ E/F ___3.19___ ☐ G _____ |
| 2.92 | SVC of The Hamptons, LLC | 200 Montauk Highway Westhampton Beach, NY 11978 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F ___3.31___ ☐ G _____ |
| 2.93 | SVC of West Islip, LLC | 502 Union Blvd. West Islip, NY 11795 | U.S. Eagle Federal Credit Union | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.94 | SVC of West Islip, LLC | 502 Union Blvd. West Islip, NY 11795 | Capital Domain, LLC | ☐ D _____ ☒ E/F ___3.6___ ☐ G _____ |

| Debtor | Sound Vision Care, Inc. | | Case number *(if known)* | 25-72421 |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.95 | SVC of West Islip, LLC | 502 Union Blvd. West Islip, NY 11795 | Capital Domain, LLC | ☐ D _____ ☒ E/F __3.7__ ☐ G _____ |
| 2.96 | SVC of West Islip, LLC | 502 Union Blvd. West Islip, NY 11795 | LendBug, LLC | ☐ D _____ ☒ E/F __3.19__ ☐ G _____ |
| 2.97 | SVC of West Islip, LLC | 502 Union Blvd. West Islip, NY 11795 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F __3.31__ ☐ G _____ |
| 2.98 | SVC of Yorkville, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | U.S. Eagle Federal Credit Union | ☒ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.99 | SVC of Yorkville, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Capital Domain, LLC | ☐ D _____ ☒ E/F __3.6__ ☐ G _____ |
| 2.100 | SVC of Yorkville, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Capital Domain, LLC | ☐ D _____ ☒ E/F __3.7__ ☐ G _____ |
| 2.101 | SVC of Yorkville, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | LendBug, LLC | ☐ D _____ ☒ E/F __3.19__ ☐ G _____ |
| 2.102 | SVC of Yorkville, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Panthers Capital | ☐ D _____ ☒ E/F __3.26__ ☐ G _____ |
| 2.103 | SVC of Yorkville, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Speedy Capital | ☐ D _____ ☒ E/F __3.35__ ☐ G _____ |
| 2.104 | SVC RE Holdings, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | U.S. Eagle Federal Credit Union | ☒ D __2.3__ ☐ E/F _____ ☐ G _____ |

| Debtor | Sound Vision Care, Inc. | | Case number *(if known)* | 25-72421 |
|--------|--------|--|--------|--------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|--|--------|--------|--------|--------|
| 2.10 5 | SVC RE Holdings, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | LendBug, LLC | ☐ D _____ ☒ E/F ___3.19___ ☐ G _____ |
| 2.10 6 | Williams Professional Property Care, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Pure Advance | ☐ D _____ ☒ E/F ___3.29___ ☐ G _____ |
| 2.10 7 | Williams Professional Property Care, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F ___3.31___ ☐ G _____ |
| 2.10 8 | Williams Professional Property Care, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Vex Capital | ☐ D _____ ☒ E/F ___3.46___ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name _____Sound Vision Care, Inc._____

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NEW YORK_____

Case number (if known) ___25-72421_____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date: From 01/01/2025 to Filing Date | ☒ Operating a business ☐ Other _____ | $59,424.00 |
| For prior year: From 01/01/2024 to 12/31/2024 | ☒ Operating a business ☐ Other _____ | $216,524.00 |
| For year before that: From 01/01/2023 to 12/31/2023 | ☒ Operating a business ☐ Other _____ | $393,418.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __Sound Vision Care, Inc._____     Case number *(if known)* __25-72421_____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | 435-451 Plandome Properties, LLC<br>246 Mineola Blvd.<br>Mineola, NY 11501 | 05/20/25 | $6,285.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other__Rent__ |
| 3.2. | Bank of America, N.A. HELOC<br>100 Federal St.<br>Boston, MA 02110 | 03/26/25<br>04/02/25<br>04/09/25<br>04/16/25<br>04/23/25<br>05/01/25<br>05/07/25<br>05/14/25<br>05/21/25<br>05/29/25<br>06/04/25<br>06/11/25<br>06/18/25 | $28,600.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | Sound Vision Care, Inc. | Case number *(if known)* | 25-72421 |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.3.   Capital Domain, LLC<br>300 Tice Blvd.<br>Woodcliff Lake, NJ 07677 | 03/26/25<br>03/26/25<br>03/26/25<br>03/27/25<br>03/27/25<br>03/28/25<br>03/28/25<br>04/03/25<br>04/03/25<br>04/03/25<br>04/03/25<br>04/04/25<br>04/10/25<br>04/10/25<br>04/11/25<br>04/11/25<br>04/22/25<br>04/23/25<br>04/23/25<br>04/24/25<br>04/24/25<br>04/25/25<br>04/30/25<br>04/30/25<br>04/30/25<br>04/30/25<br>05/01/25<br>05/01/25<br>05/02/25<br>05/02/25<br>05/05/25<br>05/07/25<br>05/07/25<br>05/07/25<br>05/07/25<br>05/08/25<br>05/08/25<br>05/09/25<br>05/09/25<br>05/13/25<br>05/14/25<br>05/14/25<br>05/14/25<br>05/14/25<br>05/15/25<br>05/15/25<br>05/16/25<br>05/16/25<br>05/20/25<br>05/21/25 | $22,500.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor    Sound Vision Care, Inc.                       Case number *(if known)*   25-72421

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.4.   Capital Domain, LLC<br>300 Tice Blvd.<br>Woodcliff Lake, NJ 07677 | 05/22/25<br>05/22/25<br>05/23/25<br>05/23/25<br>05/27/25<br>05/27/25<br>05/27/25<br>05/28/25<br>05/28/25<br>05/28/25<br>05/29/25<br>05/29/25<br>05/30/25<br>05/30/25<br>06/02/25<br>06/02/25<br>06/02/25<br>06/03/25<br>06/04/25<br>06/04/25<br>06/04/25<br>06/05/25<br>06/06/25<br>06/09/25<br>06/10/25<br>06/11/25<br>06/12/25<br>06/12/25<br>06/17/25<br>06/18/25<br>06/18/25<br>06/18/25<br>06/20/25<br>06/20/25 | $12,584.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5.   Federal Realty Investment Trust<br>909 Rose Ave., Suite 200<br>Rockville, MD 20852 | 03/31/25<br>04/11/25<br>05/21/25<br>06/05/25 | $55,788.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Rent _ |
| 3.6.   Hallock Road, LLC<br>215 Hallock Road, Ste 6B<br>Stony Brook, NY 11790 | 05/27/25 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Rent _ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    Sound Vision Care, Inc.          Case number *(if known)* 25-72421

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.7. Jeffrey Williams Jr.<br>1224 Ostrander Ave.<br>Riverhead, NY 11901 | 03/27/25<br>03/28/25<br>04/03/25<br>04/04/25<br>04/04/25<br>04/10/25<br>04/11/25<br>04/11/25<br>04/18/25<br>04/25/25<br>04/30/25<br>05/02/25<br>05/08/25<br>05/09/25<br>05/14/25<br>05/15/25<br>05/16/25<br>05/22/25<br>05/23/25<br>05/29/25<br>05/30/25<br>06/04/25<br>06/04/25<br>06/05/25<br>06/06/25<br>06/09/25<br>06/12/25<br>06/13/25 | $35,526.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ For the benefit of Jeffrey Williams Jr._ |
| 3.8. North Country Carpentry Restoration Inc.<br>24 White Birch Court<br>Riverhead, NY 11901 | 04/08/25<br>05/13/25<br>06/10/25 | $21,058.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.9. Flushing Bank<br>P.O. Box 9000<br>East Meadow, NY 11554 | 04/02/25<br>04/30/25<br>05/29/25 | $15,000.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | Sound Vision Care, Inc. | Case number *(if known)* | 25-72421 |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.10. | Small Business Administration<br>409 Third St. SW<br>Washington, DC 20416 | 03/25/25<br>03/25/25<br>04/01/25<br>04/01/25<br>04/03/25<br>04/07/25<br>04/08/25<br>04/08/25<br>04/14/25<br>04/15/25<br>04/21/25<br>04/22/25<br>04/28/25<br>04/30/25<br>05/05/25<br>05/05/25<br>05/07/25<br>05/12/25<br>05/13/25<br>05/19/25<br>05/20/25<br>05/27/25<br>05/27/25<br>06/02/25<br>06/03/25<br>06/03/25<br>06/09/25<br>06/10/25<br>06/17/25 | $6,982.25 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. | U.S. Eagle Federal Credit Union<br>3939 Osuna Road NE<br>Albuquerque, NM 87109 | 04/30/25 | $46,434.17 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. | Stark & Stark PC<br>5 Pennsylvania Plaza, 23rd Floor<br>New York, NY 10001 | 05/14/25<br>05/15/25 | $10,000.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. | SVC of Coram, LLC<br>1721 N. Ocean Ave., Suite A<br>Stony Brook, NY 11790 | 05/21/25<br>06/04/25 | $10,431.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Debtor Affiliate Transfer_ |
| 3.14. | SVC of Midtown East, LLC<br>1224 Ostrander Ave.<br>Riverhead, NY 11901 | 05/15/25 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Non-Debtor Affiliate Transfer_ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Sound Vision Care, Inc.                                             Case number *(if known)*  25-72421

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.15. | SVC of Yorkville, LLC 1224 Ostrander Ave. Riverhead, NY 11901 | 03/25/25 03/26/25 03/27/25 04/03/25 04/09/25 04/10/25 04/14/25 04/15/25 04/16/25 04/18/25 04/23/25 04/24/25 05/02/25 05/13/25 05/14/25 05/20/25 05/22/25 06/03/25 06/04/25 06/05/25 06/09/25 06/11/25 06/17/25 06/18/25 06/20/25 | $165,389.42 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other_ Non-Debtor Affiliate Transfer_ |
| 3.16. | Utica National Insurance Company P.O. Box 6540 Utica, NY 13504 | 05/09/25 | $14,742.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☒ Services ☐ Other__ |
| 3.17. | Wells Fargo Bank, N.A. 420 Montgomery St. San Francisco, CA 94104 | 03/31/25 04/03/25 04/18/25 05/02/25 05/09/25 05/16/25 05/23/25 05/30/25 06/06/25 | $9,000.00 | ☐ Secured debt ☒ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Bank of America, N.A. P.O. Box 25118 Tampa, FL 33622 Insider | 09/05/24 10/25/24 12/02/24 02/06/25 02/13/25 02/20/25 02/27/25 | $45,078.81 | For the benefit of Jeffrey Williams Jr. |

Debtor    Sound Vision Care, Inc.    Case number *(if known)*    25-72421

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.    Bank of America, N.A. HELOC<br>100 Federal St.<br>Boston, MA 02110<br>Insider | 06/26/24<br>07/03/24<br>07/10/24<br>07/17/24<br>07/24/24<br>07/31/24<br>08/07/24<br>08/14/24<br>08/21/24<br>08/28/24<br>09/04/24<br>09/11/24<br>09/18/24<br>09/25/24<br>10/02/24<br>10/09/24<br>10/16/24<br>10/23/24<br>10/30/24<br>11/06/24<br>11/13/24<br>11/20/24<br>11/27/24<br>12/04/24<br>12/11/24<br>12/18/24<br>12/26/24<br>01/02/25<br>01/08/25<br>01/15/25<br>01/23/25<br>01/29/25<br>02/05/25<br>02/12/25<br>02/19/25<br>02/26/25<br>03/05/25<br>03/12/25<br>03/19/25 | $85,800.00 | For the benefit of Jeffrey Williams Jr. |
| 4.3.    Charles Schwab Corporation<br>P.O. Box 982600<br>El Paso, TX 79998<br>Insider | 08/05/24<br>08/19/24<br>09/04/24<br>09/18/24<br>10/04/24<br>10/18/24<br>11/04/24<br>11/18/24<br>12/04/24<br>12/18/24<br>01/06/25<br>06/04/25<br>06/18/25 | $13,000.00 | For the benefit of Jeffrey Williams Jr. |

Debtor    Sound Vision Care, Inc.                                              Case number *(if known)*  25-72421

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4.  Fay Servicing, LLC<br>1601 Lyndon B. Johnson Freeway<br>Dallas, TX 75234<br>Insider | 07/01/24<br>07/01/24<br>07/01/24<br>07/01/24<br>07/01/24<br>08/01/24<br>08/01/24<br>08/01/24<br>08/01/24<br>08/01/24<br>09/03/24<br>09/03/24<br>09/03/24<br>09/03/24<br>09/03/24<br>10/01/24<br>10/01/24<br>10/01/24<br>10/01/24<br>10/01/24<br>11/01/24<br>11/01/24<br>11/01/24<br>11/01/24<br>11/01/24<br>12/02/24<br>12/02/24<br>12/02/24<br>12/02/24<br>12/02/24<br>01/06/25<br>01/07/25<br>02/05/25<br>02/05/25 | $103,645.36 | For the benefit of Jeffrey Williams Jr. |

| Debtor | Sound Vision Care, Inc. | | Case number *(if known)* | 25-72421 |

| **Insider's name and address<br>Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
|---|---|---|---|
| 4.5. Jeffrey Williams Jr.<br>1224 Ostrander Ave.<br>Riverhead, NY 11901<br>Insider | 06/28/24<br>06/28/24<br>07/10/24<br>07/10/24<br>07/12/24<br>07/16/24<br>07/18/24<br>07/18/24<br>07/25/24<br>07/25/24<br>07/30/24<br>07/30/24<br>07/31/24<br>07/31/24<br>07/31/24<br>08/02/24<br>08/12/24<br>08/13/24<br>08/14/24<br>08/14/24<br>08/15/24<br>08/16/24<br>08/16/24<br>08/21/24<br>08/21/24<br>08/23/24<br>08/28/24<br>08/29/24<br>08/30/24<br>09/16/24<br>09/16/24<br>09/20/24<br>09/30/24<br>09/30/24<br>09/30/24<br>10/01/24<br>10/11/24<br>10/15/24<br>10/16/24<br>10/16/24<br>10/28/24<br>10/28/24<br>10/28/24<br>10/28/24<br>10/29/24<br>10/31/24<br>11/01/24<br>11/08/24<br>11/14/24<br>11/15/24 | $44,749.20 | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Sound Vision Care, Inc. | Case number *(if known)* | 25-72421 |
|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.6.  Jeffrey Williams Jr.<br>     1224 Ostrander Ave.<br>     Riverhead, NY 11901<br>     Insider | 11/19/24<br>11/21/24<br>11/22/24<br>11/22/24<br>11/22/24<br>11/29/24<br>12/02/24<br>12/04/24<br>12/06/24<br>12/06/24<br>12/12/24<br>12/13/24<br>12/16/24<br>12/16/24<br>12/16/24<br>12/16/24<br>12/19/24<br>12/20/24<br>12/24/24<br>12/26/24<br>12/27/24<br>12/30/24<br>12/30/24<br>12/31/24<br>01/03/25<br>01/10/25<br>01/17/25<br>01/24/25<br>01/24/25<br>01/28/25<br>01/31/25<br>02/07/25<br>02/14/25<br>02/21/25<br>02/28/25<br>02/28/25<br>03/06/25<br>03/07/25<br>03/14/25<br>03/17/25<br>03/20/25<br>03/21/25 | $36,378.96 | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Sound Vision Care, Inc.                                    Case number *(if known)*  25-72421

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.7.  JPMorgan Chase Bank, N.A.<br>P.O. Box 15299<br>Wilmington, DE 19850<br>Insider | 06/24/24<br>06/24/24<br>06/24/24<br>06/24/24<br>06/24/24<br>06/25/24<br>06/25/24<br>06/27/24<br>06/28/24<br>06/28/24<br>07/05/24<br>07/26/24<br>07/29/24<br>07/29/24<br>07/31/24<br>08/01/24<br>08/02/24<br>08/05/24<br>08/05/24<br>08/06/24<br>08/06/24<br>08/07/24<br>08/08/24<br>08/09/24<br>08/13/24<br>08/14/24<br>08/15/24<br>08/16/24<br>08/16/24<br>08/19/24<br>08/19/24<br>08/19/24<br>08/21/24<br>08/21/24<br>08/22/24<br>08/22/24<br>08/23/24<br>08/23/24<br>08/26/24<br>08/26/24<br>08/26/24<br>08/26/24<br>08/26/24<br>08/27/24<br>08/28/24<br>08/28/24<br>08/29/24<br>08/29/24<br>08/30/24<br>08/30/24 | $44,526.21 | Credit Card; For the benefit of<br>Jeffrey Williams Jr. |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Sound Vision Care, Inc. _____    Case number *(if known)*  25-72421

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.8.   JPMorgan Chase Bank, N.A. P.O. Box 15299 Wilmington, DE 19850 Insider | 08/30/24 09/03/24 09/03/24 09/03/24 09/04/24 09/05/24 09/06/24 09/09/24 09/10/24 09/12/24 09/16/24 09/16/24 09/17/24 09/23/24 09/24/24 09/26/24 09/27/24 10/01/24 10/03/24 10/04/24 10/07/24 10/07/24 10/08/24 10/11/24 10/16/24 10/18/24 10/21/24 10/22/24 10/23/24 10/28/24 11/05/24 11/06/24 11/08/24 11/12/24 11/12/24 11/12/24 11/14/24 11/14/24 11/15/24 11/15/24 11/18/24 11/19/24 11/20/24 11/20/24 11/21/24 11/25/24 11/26/24 12/04/24 12/05/24 12/10/24 | $44,250.00 | Credit Card; For the benefit of Jeffrey Williams Jr. |
| 4.9.   JPMorgan Chase Bank, N.A. P.O. Box 15299 Wilmington, DE 19850 Insider | 01/02/25 01/10/25 02/10/25 | $1,277.00 | Credit Card; For the benefit of Jeffrey Williams Jr. |
| 4.10   Newrez, LLC · P.O. Box 10826 Greenville, SC 29603 Insider | 07/18/24 08/02/24 09/11/24 10/10/24 11/12/24 | $28,272.61 | For the benefit of Jeffrey Williams Jr. |

| Debtor | Sound Vision Care, Inc. | Case number *(if known)* 25-72421 |
|---|---|---|

| **Insider's name and address<br>Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
|---|---|---|---|
| 4.11<br>· | Sound Vision Facility and Home Care, LLC<br>1224 Ostrander Ave.<br>Riverhead, NY 11901<br>Insider | 09/05/24<br>09/12/24<br>09/24/24<br>09/26/24<br>10/03/24<br>10/10/24<br>10/24/24<br>10/31/24<br>11/07/24<br>11/14/24<br>11/21/24<br>11/29/24<br>12/12/24<br>12/24/24<br>03/06/25 | $272,236.98 | Non-Debtor Affiliate Transfer |
| 4.12<br>· | SVC of Bensonhurst, LLC<br>6806 Bay Parkway<br>Brooklyn, NY 11204<br>Insider | 07/01/24<br>07/08/24<br>07/19/24<br>07/23/24<br>07/26/24<br>08/02/24<br>08/22/24<br>08/23/24<br>08/26/24<br>09/16/24<br>09/16/24<br>09/23/24<br>10/03/24<br>10/23/24<br>10/24/24<br>11/01/24<br>11/01/24<br>11/14/24<br>11/21/24<br>11/21/24<br>11/26/24<br>12/06/24<br>12/12/24<br>12/19/24<br>12/31/24<br>01/23/25 | $23,418.74 | Non-Debtor Affiliate Transfer |
| 4.13<br>· | SVC of Coram, LLC<br>1721 N. Ocean Ave., Suite A<br>Stony Brook, NY 11790<br>Insider | 07/08/24<br>07/26/24<br>08/02/24<br>08/02/24<br>08/08/24<br>08/09/24<br>09/16/24<br>10/02/24<br>01/09/25<br>01/24/25<br>01/27/25<br>03/06/25 | $155,270.14 | Debtor Affiliate Transfer |

Debtor    Sound Vision Care, Inc.    Case number *(if known)*  25-72421

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.14  SVC of Elmhurst, LLC<br>·    86-35 Queens Blvd., Suite 1D<br>Elmhurst, NY 11373<br>Insider | 07/01/24<br>07/12/24<br>08/01/24<br>08/13/24<br>09/03/24<br>09/16/24<br>10/11/24<br>11/01/24<br>11/14/24<br>12/02/24<br>12/12/24<br>01/13/25 | $10,725.00 | Non-Debtor Affiliate Transfer |
| 4.15  SVC of Gramercy Park, LLC<br>·    147 Third Ave.<br>New York, NY 10003<br>Insider | 07/10/24<br>08/01/24<br>08/08/24<br>08/13/24<br>08/29/24<br>09/05/24<br>09/12/24<br>09/16/24<br>09/19/24<br>10/08/24<br>10/23/24<br>10/25/24<br>11/01/24<br>11/14/24<br>11/26/24<br>12/02/24<br>12/12/24<br>12/31/24<br>01/07/25<br>03/06/25 | $9,996.98 | Non-Debtor Affiliate Transfer |
| 4.16  SVC of Jamaica Forest Hills 2, LLC<br>·    1224 Ostrander Ave.<br>Riverhead, NY 11901<br>Insider | 01/21/25<br>01/29/25<br>03/06/25 | $14,301.06 | Non-Debtor Affiliate Transfer |
| 4.17  SVC of Manhasset, LLC<br>·    433 Plandome Road<br>Manhasset, NY 11030<br>Insider | 06/24/24<br>07/08/24<br>07/26/24<br>08/20/24<br>08/26/24<br>09/09/24<br>09/10/24<br>09/16/24<br>09/20/24<br>09/27/24<br>10/11/24<br>10/25/24<br>11/15/24<br>11/22/24<br>12/02/24<br>12/06/24<br>12/09/24<br>12/13/24<br>02/04/25<br>02/06/25 | $17,345.78 | Debtor Affiliate Transfer |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Sound Vision Care, Inc. | Case number *(if known)* | 25-72421 |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.18<br>· | SVC of Midtown East, LLC<br>1224 Ostrander Ave.<br>Riverhead, NY 11901<br>Insider | 01/07/25<br>01/08/25<br>01/08/25<br>01/09/25<br>01/10/25<br>01/15/25<br>01/17/25<br>02/07/25<br>02/11/25<br>02/13/25<br>02/19/25<br>02/26/25 | $108,611.95 | Non-Debtor Affiliate Transfer |
| 4.19<br>· | SVC of Murray Hill, LLC<br>458 Third Ave.<br>New York, NY 10016<br>Insider | 07/01/24<br>07/08/24<br>07/12/24<br>07/26/24<br>07/26/24<br>08/02/24<br>08/16/24<br>08/22/24<br>08/23/24<br>08/26/24<br>09/06/24<br>09/16/24<br>09/16/24<br>09/18/24<br>09/20/24<br>09/20/24<br>09/27/24<br>10/07/24<br>10/07/24<br>10/11/24<br>10/18/24<br>10/21/24<br>10/25/24<br>11/01/24<br>11/08/24<br>11/13/24<br>11/15/24<br>11/22/24<br>11/25/24<br>12/02/24<br>12/06/24<br>12/09/24<br>01/08/25 | $36,166.36 | Non-Debtor Affiliate Transfer |
| 4.20<br>· | SVC of Riverhead, LLC<br>1224 Ostrander Ave.<br>Riverhead, NY 11901<br>Insider | 07/26/24<br>09/16/24<br>09/20/24<br>09/27/24<br>10/03/24<br>10/28/24<br>11/01/24<br>11/04/24<br>11/04/24<br>12/04/24<br>12/06/24<br>12/12/24 | $18,293.83 | Debtor Affiliate Transfer |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __Sound Vision Care, Inc._____    Case number *(if known)* __25-72421_____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.21   SVC of Southold, LLC<br>·     44210 County Route 48, Suite 1<br>     Southold, NY 11971<br>     Insider | 07/08/24<br>07/12/24<br>07/19/24<br>07/26/24<br>08/02/24<br>08/20/24<br>08/23/24<br>08/26/24<br>09/16/24<br>09/18/24<br>09/20/24<br>09/27/24<br>10/07/24<br>10/07/24<br>10/18/24<br>10/23/24<br>10/25/24<br>11/01/24<br>11/01/24<br>11/08/24<br>11/15/24<br>11/21/24<br>11/22/24<br>12/06/24<br>01/07/25 | $12,443.09 | Debtor Affiliate Transfer |
| 4.22   SVC of The Hamptons, LLC<br>·     200 Montauk Highway<br>     Westhampton Beach, NY 11978<br>     Insider | 06/25/24<br>06/27/24<br>07/01/24<br>07/03/24<br>07/05/24<br>07/08/24<br>07/10/24<br>07/12/24<br>07/15/24<br>07/17/24<br>07/17/24<br>07/18/24<br>07/19/24<br>07/22/24<br>07/25/24<br>07/26/24<br>07/29/24<br>07/31/24<br>08/01/24<br>08/02/24<br>08/07/24<br>08/09/24<br>08/12/24<br>08/13/24<br>08/14/24<br>08/15/24<br>09/03/24<br>09/16/24<br>10/11/24<br>11/01/24<br>11/14/24<br>12/02/24<br>12/12/24<br>01/07/25<br>03/06/25 | $9,950.78 | Non-Debtor Affiliate Transfer |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | Sound Vision Care, Inc. | Case number (if known) | 25-72421 |
|--------|--------------------------|------------------------|----------|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.23 SVC of Yorkville, LLC<br>· 1224 Ostrander Ave.<br>Riverhead, NY 11901<br>Insider | 08/20/24<br>08/29/24<br>09/05/24<br>09/12/24<br>09/27/24<br>09/30/24<br>10/07/24<br>10/15/24<br>10/21/24<br>10/28/24<br>11/04/24<br>11/04/24<br>11/12/24<br>11/25/24<br>12/02/24<br>12/09/24<br>12/16/24<br>12/17/24<br>12/18/24<br>12/19/24<br>12/19/24<br>12/20/24<br>12/24/24<br>12/24/24<br>12/30/24<br>01/07/25<br>02/20/25<br>02/24/25<br>02/25/25<br>02/26/25<br>03/04/25<br>03/05/25<br>03/06/25<br>03/12/25<br>03/13/25<br>03/14/25<br>03/18/25<br>03/18/25<br>03/19/25<br>03/20/25<br>03/21/25<br>03/24/25 | $438,893.01 | Non-Debtor Affiliate Transfer |
| 4.24 TD Bank, N.A. Auto Finance<br>· 1701 Route 70 E.<br>Cherry Hill, NJ 08003<br>Insider | 07/08/24<br>08/07/24<br>09/09/24<br>10/07/24<br>11/07/24<br>12/09/24<br>01/07/25 | $10,497.34 | Car Loan Payment for the benefit of Jeffrey Williams Jr. |
| 4.25 Teachers Federal Credit Union<br>· P.O. Box 9005<br>Smithtown, NY 11787<br>Insider | 07/09/24<br>08/07/24<br>09/09/24<br>10/08/24<br>11/07/24<br>12/09/24<br>01/07/25<br>02/12/25 | $9,101.76 | For the benefit of Jeffrey Williams Jr. |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __Sound Vision Care, Inc.__      Case number *(if known)* __25-72421__

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.26 · Tesla Motors<br>12832 Frontrunner Blvd., Suite 100<br>Draper, UT 84020<br>Insider | 06/24/24<br>07/02/24<br>07/23/24<br>07/31/24<br>08/22/24<br>09/03/24<br>09/24/24<br>10/01/24<br>10/22/24<br>10/31/24<br>12/03/24<br>01/22/25<br>01/24/25<br>03/24/25<br>04/22/25<br>05/22/25 | $10,658.79 | Car Loan Payment for the benefit of Jeffrey Williams Jr. |
| 4.27 · Ulster Savings Bank<br>180 Schwenk Drive<br>Kingston, NY 12401<br>Insider | 07/02/24<br>08/02/24<br>09/03/24<br>10/02/24<br>11/04/24<br>12/02/24<br>01/02/25<br>04/03/25<br>06/02/25 | $15,489.63 | For the benefit of Jeffrey Williams Jr. |
| 4.28 · Winds Way<br>73 Winds Way, P.O. Box 1470<br>Jamesport, NY 11947<br>Insider | 07/19/24<br>08/20/24<br>09/19/24<br>10/21/24<br>01/23/25<br>02/19/25<br>03/19/25<br>05/21/25 | $20,993.68 | For the benefit of Jeffrey Williams Jr. |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Sound Vision Care, Inc.    Case number *(if known)*   25-72421

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Davis Professional Park, LLC v. SVC of Port Jefferson Station, LLC, et al.<br>603660/2025 | Contract | Suffolk County Supreme Court<br>One Court St.<br>Riverhead, NY 11901 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | L'Amy, Incorporated v. Sound Vision Care, Inc., et al.<br>613508/2025 | Contract | Suffolk County Supreme Court<br>One Court St.<br>Riverhead, NY 11901 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Covalent Careers, Inc. v. Sound Vision Care, Inc.<br>622387/2024 | Contract | Suffolk County Supreme Court<br>One Court St.<br>Riverhead, NY 11901 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Huntington Technology Finance, a division of The Huntington National Bank v. Sound Vision Care, Inc., et al.<br>622827/2024 | Contract | Suffolk County Supreme Court<br>One Court St.<br>Riverhead, NY 11901 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor     Sound Vision Care, Inc.                                          Case number *(if known)*  25-72421

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Davidoff Hutcher & Citron LLP 605 Third Ave. New York, NY 10158 | | 06/23/25 | $15,000.00 |
| | **Email or website address** dhclegal.com | | | |
| | **Who made the payment, if not debtor?** Jeffrey Williams Jr. | | | |
| 11.2. | CBIZ Forensic Consulting Group, LLC 1065 Avenue of the Americas 10th Floor New York, NY 10018 | | 06/23/25 | $5,000.00 |
| | **Email or website address** www.cbiz.com | | | |
| | **Who made the payment, if not debtor?** Jeffrey Williams Jr. | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☒    No. Go to Part 9.
   ☐    Yes. Fill in the information below.

Debtor    Sound Vision Care, Inc.                                    Case number (if known)   25-72421

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If   debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐   No.
   ☒   Yes. State the nature of the information collected and retained.

      Social Security Numbers, Medical Information Subject to HIPAA, Dates of
      Births, Phone Numbers, Addresses, and Insurance Identification Numbers

      Does the debtor have a privacy policy about that information?
      ☐ No
      ☒ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐   No. Go to Part 10.
   ☒   Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.
      ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Sound Vision Care Retirement Trust | EIN:   26-3090693 |

      Has the plan been terminated?
      ☒ No
      ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

| Debtor | Sound Vision Care, Inc. | Case number *(if known)* | 25-72421 |

---

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

---

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
| --- | --- | --- |
| 26a.1. | Macdonald, Rand & Vollaro LLP 550 NY 25A Rocky Point, NY 11778 | 2008 - Present |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Sound Vision Care, Inc.                                          Case number *(if known)*  25-72421

| Name and address | Date of service From-To |
|---|---|
| 26a.2.    Wolf's Edge Integrators, LLC<br>536 Barnard Ave.<br>Woodmere, NY 11598 | 04/07/25 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Macdonald, Rand & Vollaro LLP<br>550 NY 25A<br>Rocky Point, NY 11778 | 2008 - Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Macdonald, Rand & Vollaro LLP<br>550 NY 25A<br>Rocky Point, NY 11778 | |
| 26c.2.    Wolf's Edge Integrators, LLC<br>536 Barnard Ave.<br>Woodmere, NY 11598 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    The Investors Capital Group<br>155 Franklin Road<br>Brentwood, TN 37027 |
| 26d.2.    Pactola<br>2700 N. Plaza Drive<br>Rapid City, SD 57702 |
| 26d.3.    International Financial Group, Ltd<br>127 E. Main St.<br>Riverhead, NY 11901 |
| 26d.4.    Legendary Funding Group, LLC<br>11350 McCormick Road<br>Hunt Valley, MD 21031 |
| 26d.5.    National Business Capital<br>80 Arkay Drive<br>Hauppauge, NY 11788 |
| 26d.6.    Empire Global Advisory Services, LLC<br>3740 S. Ocean Blvd.<br>Boca Raton, FL 33487 |
| 26d.7.    Madison One<br>9375 E. Shea Blvd.<br>Scottsdale, AZ 85260 |

Debtor    Sound Vision Care, Inc.                                                          Case number *(if known)*   25-72421

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Sole Shareholder - Shareholder Interest | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See response at Part 2, No. 4 | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor    Sound Vision Care, Inc.                                        Case number *(if known)*  25-72421

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        July 31, 2025

/s/ Jeffery Williams, Jr.                                    Jeffery Williams, Jr.
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    Owner and Primary Operator

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **26**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy