UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>Sound Vision Care, Inc., et al. | CASE NO: 25-72421<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 8/1/2025, I did cause a copy of the following documents, described below,

Notice of Hearing to Consider First Interim Application for Allowance of Professional Compensation and Reimbursement of Expenses of Davidoff Hutcher & Citron LLP, Attorneys for the Debtors

First Interim Application for Allowance of Professional Compensation and Reimbursement of Expenses of Davidoff Hutcher & Citron LLP, Attorneys for the Debtors

Davidoff Hutcher & Citron Fees and Expenses

Davidoff Hutcher & Citron Certification In Support of First Interim Fee Application

Order Granting Interim Application for Allowance of Professional Compensation and Reimbursement of Expenses of Davidoff Hutcher & Citron LLP, Attorneys for the Debtors (proposed)

Notice of Hearing to Consider First Interim Application for Allowance of Professional Compensation and Reimbursement of Expenses of CBIZ Forensic Consulting Group LLC, Financial Advisors for the Debtors

First Interim Application for Allowance of Professional Compensation and Reimbursement of Expenses of CBIZ Forensic Consulting Group LLC, Financial Advisors for the Debtors

CBIZ Forensic Consulting Group LLC Fees and Expenses

CBIZ Forensic Consulting Group LLC Certification In Support of First Interim Fee Application

Order Granting First Interim Application of CBIZ Forensic Consulting Group LLC for Allowance of Professional Compensation and Reimbursement of Expenses (proposed)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/1/2025

/s/ Eric R. Schachter, Esq.
Eric R. Schachter, Esq.  6241426

Davidoff Hutcher & Citron LLP

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

Sound Vision Care, Inc., et al.

CASE NO: 25-72421

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 8/1/2025, a copy of the following documents, described below,

Notice of Hearing to Consider First Interim Application for Allowance of Professional Compensation and Reimbursement of Expenses of Davidoff Hutcher & Citron LLP, Attorneys for the Debtors

First Interim Application for Allowance of Professional Compensation and Reimbursement of Expenses of Davidoff Hutcher & Citron LLP, Attorneys for the Debtors

Davidoff Hutcher & Citron Fees and Expenses

Davidoff Hutcher & Citron Fee Application Certification

Order Granting Interim Application for Allowance of Professional Compensation and Reimbursement of Expenses of Davidoff Hutcher & Citron LLP, Attorneys for the Debtors (proposed)

Notice of Hearing to Consider First Interim Application for Allowance of Professional Compensation and Reimbursement of Expenses of CBIZ Forensic Consulting Group LLC, Financial Advisors for the Debtors

First Interim Application for Allowance of Professional Compensation and Reimbursement of Expenses of CBIZ Forensic Consulting Group LLC, Financial Advisors for the Debtors

CBIZ Forensic Consulting Group LLC Fees and Expenses

CBIZ Forensic Consulting Group LLC Certification In Support of Fee Application

Order Granting First Interim Application of CBIZ Forensic Consulting Group LLC for Allowance of Professional Compensation and Reimbursement of Expenses (proposed)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

Miles Wood

DATED: 8/1/2025

BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Eric R. Schachter, Esq.
Davidoff Hutcher & Citron LLP
120 Bloomingdale Road, Suite 100
White Plains, NY  10605

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

DEBTOR

SOUND VISION CARE, INC.
ATTN: JEFFREY WILLIAMS, JR.
1224 OSTRANDER AVENUE
RIVERHEAD, NY 11901

SVC OF CORAM LLC
1721 N. OCEAN AVE., STE. A
MEDFORD, NY 11763

SVC OF EAST SETAUKET LLC
215 HALLOCAK RD., STE. 2
STONY BROOK, NY 11790

SVC OF FRESH MEADOWS LLC
61-30A 190TH ST.
FRESH MEADOWS, NY 11365

SVC OF MANHASSET LLC
433 PLANDOME ROAD
MANHASSET, NY 11030

SVC OF SOUTHOLD LLC
44210 COUNTY RTE. 48, STE. 1
SOUTHOLD, NY 11971

SVC OF RIVERHEAD LLC
1224 OSTRANDER AVENUE
RIVERHEAD, NY 11901

435-451 PLANDOME PROPERTIES LLC
451 PLANDOME ROAD
MANHASSET, NY 11030

6417-6806 BAY PARKWAY REALTY LLC
2338 64TH STREET
BROOKLYN, NY 11204

ABB OPTICAL GROUP
125 ENTERPRISE DRIVE
MARSHFIELD, MA 02050

ACTION CARTING ENVIRONMENTAL SVCS.,
INC.
300 FRANK W. BURR BLVD., STE. 39
TEANECK, NJ 07666

ADVANCE SERVICE GROUP, LLC
230 W. 29TH ST.
HIALEAH, FL 33012-5706

ALL TYPES BUILDING MAINTENANCE, INC.
5514 MERRICK ROAD
MASSAPEQUA, NY 11758

ALTAIR EYEWEAR
10875 INTERNATIONAL DRIVE
RANCHO CORDOVA, CA 95670

AMERICAN EXPRESS
SUBPOENA RESPONSE UNIT
43 BUTTERFIELD CIRCLE
EL PASO, TX 79906

AMUR EQUIPMENT FINANCE
1 N. LEXINGTON AVE., #1101
WHITE PLAINS, NY 10601

ANGELICA VELASQUEZ
1050 YOUNGS AVENUE
SOUTHOLD, NY 11971

BAMBOOHR
42 FUTURE WAY
DRAPER, UT 84020

BANK OF AMERICA
PRACTICE SOLUTIONS
10 FEDERAL STREET
BOSTON, MA 02110

BANK OF AMERICA, N.A.
600 NORTH CLEVELAND AVE., STE. 300
WESTERVILLE, OH 43082, US

BUCHANAN INGERSOLL & ROONEY, P.C.
ATTN: CHRISTOPHER P. SCHUELLER, ESQ.
501 GRANT ST., STE. 200
PITTSBURGH, PA 15219-4413

CAPITAL DOMAIN FUNDING LLC
ATTN: AVI ULANO
300 TICE BLVD.
WOODCLIFF LAKE, NJ 07677

CAPITAL ONE
1680 CAPITAL ONE DRIVE
MCLEAN, VA 22102

CERTILMAN BALIN ADLER & HYMAN, LLP
ATTN: RICHARD J. MCCORD, ESQ.,
THOMAS J. MCNAMARA, ESQ.
90 MERRICK AVENUE, 9TH FL.
EAST MEADOW, NY 11554

CFG MERCHANT SOLUTIONS, LLC
180 MAIDEN LANE, 15TH FL.
NEW YORK, NY 10038

CITY HEAT SECURITY
2665 OCEANSIDE RD.
OCEANSIDE, NY 11572

CONSOLIDATED EDISON CO. OF NY, INC.
BANKRUPTCY/EAG GROUP
4 IRVING PLACE, 9TH FL.
NEW YORK, NY 10003

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


COOPERVISION
6101 BOLLINGER CANYON RD., STE. 500
SAN RAMON, CA 94583

CRYSTAL PRACTICE MGMT.
12112 ANDERSON MILL RD., BLDG. 12-A
AUSTIN, TX 78726-1176

CORPORATION SERVICE COMPANY
1090 VERMONT AVE., NW, STE. 430
WASHINGTON, D.C. 20005


CT CORPORATION SYSTEM
330 N BRAND BLVD., STE. 700
GLENDALE, CA 91203, USA

DE LAGE LANDEN FINANCIAL SERVICES, INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

DISCOVER
ATTN: LEGAL SUBPOENA PROCESSING
2500 LAKE COOK ROAD
RIVERWOODS, IL 60015


DRILL SPECIALTY CORP.
5020 MONTAUK HWY.
MASSAPEQUA PARK, NY 11762

DYNASTY PROTECTION
ATTN: PETE RUGGIA
P.O. BOX 1009
SEAFORD, NY 11783

EBF HOLDINGS, LLC
D/B/A EVEREST BUSINESS FUNDING
102 WEST 38TH ST., 6TH FL.
NEW YORK, NY 10018


ESSILORLUXOTTICA USA INC.
C/O NATIONAL REGISTERED AGENTS, INC.
1209 ORANGE STREET
WILMINGTON, DE 19801

EVERBANK COMMERCIAL FINANCE, INC.
10 WATERVIEW BLVD.
PARSIPPANY, NJ 07054

FAY SERVICING LLC
1601 LYNDON B. JOHNSON FWY.
FARMERS BRANCH, TX 75234


FC MARKETPLACE, LLC
707 17TH ST., STE. 2200
DENVER, CO 80202-3404

FEDERAL REALTY INVESTMENT TRUST
909 ROSE AVE., STE. 200
NORTH BETHESDA, MD 20852

FLAGSTAR BANK
ATTN: LEGAL DEPT.
102 DUFFY AVENUE
HICKSVILLE, NY 11801


FLUSHING BANK
ATTN: LEGAL DEPT.
144-51 NORTHERN BLVD.
FLUSHING, NY 11254

FORT CAPITAL RESOURCES, LLC
308 S. BLOUNT ST., APT. 1702
RALEIGH, NC 27601

FORT CAPITAL RESOURCES, LLC
841 SHELLEY ROAD
RALEIGH, NC 27609


FRANK SPINOSA & ROBIN ROSS
62 CANYON RIDGE DRIVE
SANDIA PARK, NM 87047

JELLUM LAW
ATTN: GARTH G. GAVENDA, ESQ.
7617 CURRELL BLVD., STE. 245
WOODBURY, MN 55125

GONZALO CAMPOS
1050 YOUNGS AVENUE
SOUTHOLD, NY 11971


GREATAMERICA FINANCIAL SERVICES CORP.
625 FIRST STREET
CEDAR RAPIDS, IA 52401-2030

GREAT WHITE PROPANE
44 KROEMER AVENUE
RIVERHEAD, NY 11901

HALLOCK ROAD LLC
215 HALLOCK RD., STE. 68
STONY BROOK, NY 11790


HEALTH RESOURCES & SVCS. ADMINISTRATION
5600 FISHERS LANE
ROCKVILLE, MD 20857

HILCO VISION
575 WEST ST., STE. 120
MANSFIELD, MA 02048

HUNTINGTON TECHNOLOGY FINANCE, INC
2285 FRANKLIN RD, STE 100,
BLOOMFIELD HILLS, MI 48302, USA

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

IGNITE IPA
140 LAKELAND AVENUE
SAYVILLE, NY 11782

IMATRIX
3 ETHEL ROAD, #305
EDISON, NJ 08817

INADVANCE CAPITAL
1430 BROADWAY
NEW YORK, NY 10018

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

ISLAND ELEVATOR
2100-2 ARCTIC AVENUE
BOHEMIA, NY 11716

JOHNSON & JOHNSON
7500 CENTURION PKWY.
JACKSONVILLE, FL 32256

SHANNA M. KAMINSKI, ESQ.
88 PINE STREET, STE. 2430
NEW YORK, NY 10005

KAPITUS FUNDING
120 WEST 445TH STREET
NEW YORK, NY 10036

LAFONT FRAMES
655 BROADWAY, STE. 401
NEW YORK, NY 10012

LENDBUG
ATTN: ANTHONY STEPHENS
260 WEST 35TH ST.
NEW YORK, NY 10001

LENS MODE CONTACTS
150 MAIN STREET
MILLBURN, NJ 07041

LEVELUP HCS LLC
90 BROAD ST., STE. 902
NEW YORK, NY 10004-2281

LUMENIS FINANCIAL SOLUTIONS
2077 GATEWAY PL., STE. 300
SAN JOSE, CA 95110

MACDONALD, RAND & VOLLARO, CPAS LLC
550 NY-25A
ROCKY POINT, NY 11778

MACQUARIE EQUIPMENT CAPITAL INC.
1301 RIVERPLACE BLVD., 4TH FL.
JACKSONVILLE, FL 32207

MACULOGIX INC.
3721 TECPORT DR., STE. 301
HARRISBURG, PA 17111

MADISONONE
9375 E. SHEA BLVD., STE. 100
SCOTTSDALE, AZ 85260

MARY FRAUSTO
2700 BRAY AVENUE
LAUREL, NY 11948

MATTITUCK ENVIRO
560 COMMERCE DRIVE
CUTCHOGUE, NY 11935

MERGED FUNDING
ONE FINANCIAL PLAZA
HARTFORD, CT 06103

ALAN MINKOFF
420 EAST 72ND ST., APT. 15A
NEW YORK, NY 10021

MORITT HOCK & HAMROFF LLP
ATTN: THERESA A. DRISCOLL, ESQ.
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

NASSAU VISION GROUP
160 LEGRAND AVENUE
NORTHVALE, NJ 07647

NATIONAL GRID
ATTN: LEGAL DEPT.
40 SYLVAN ROAD
WALTHAM, MA 02451-1120

NORTH OCEAN PROPERTIES, INC.
1721 N. OCEAN AVENUE
MEDFORD, NY 11763

NYS DEPT. OF LABOR
1220 WASHINGTON AVENUE
BUILDING 12, ROOM 256
ALBANY, NY 12226

NYS DEPT. OF TAXATION & FINANCE
OFFICE OF COUNSEL, BLDG. 9
W.A. HARRIMAN STATE CAMPUS
ALBANY, NY 12227-1002

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

NDC COMMUNITY IMPACT LOAN FUND
29 MARNE STREET
WATERVLIET, NY 12189

OCEAN FUNDING CORP
1000 NW 65TH ST., STE. 103
FORT LAUDERDALE, FL 33309

OGDEN CAP PROPERTIES
545 MADISON AVENUE
NEW YORK, NY 10020

ON DECK CAPITAL, INC.
4700 W. DAYBREAK PKWY., STE 200
SOUTH JORDAN, UT 84009

OPTIMUM
ATTN: LEGAL DEPT.
1 COURT SQUARE WEST
LONG ISLAND CITY, NY 11101

PANTHERS CAPITAL LLC
680 CENTRAL AVE., UNIT 109
CEDARHURST, NY 11516

PARAGON SOFTWARE GROUP
IRVINE SPECTRUM CENTER
100 SPECTRUM CENTER DR., #100
IRVINE, CA 92618

PORT WASHINGTON WINDOW CLEANING
P.O. BOX 1691
PORT WASHINGTON, NY 11050

PSEG CORPORATE SECRETARY
80 PARK PLAZA
NEWARK, NJ 07102

PURE ADVANCE
6 CHARLOTTE PLACE
SPRING VALLEY, NY 10977

QUICK FUNDING GROUP
583 GRANT PLACE
CEDARHURST, NY 11516

RELIN GOLDSTEIN & CRANE, LLP
28 E. MAIN ST., STE. 1800
ROCHESTER, NY 14614

RIVERHEAD WATER DISTRICT
1035 PULASKI STREET
RIVERHEAD, NY 11901

RIVKIN RADLER LLP
ATTN: MATTHEW V. SPERO, ESQ.
926 RXR PLAZA
UNIONDALE, NY 11556-0926

ROBERTSON, ANSCHUTZ, SCHNEID,
CRANE & PARTNERS, PLLC
ATTN: LUIS C. BRITO
6409 CONGRESS AVE., STE. 100
BOCA RATON, FL 33487

SEAMLESS CAPITAL GROUP, LLC
2329 NOSTRAND AVE., STE. 111
BROOKLYN, NY 11210

SIGNATURE SERVICES LLC
104 SOUTHCREEK DRIVE
MANTENO, IL 60950

SOLOMON, HERRERA
& MCCORMICK, PLLC
40 MARCUS DR., STE. 202
MELVILLE, NY 11747

SPECTRUM
1600 DUBLIN ROAD
COLUMBUS, OH 43215

SPEEDY FUNDING LLC
300 N. MAIN STREET
SPRING VALLEY, NY 10977

SQUARE ADVANCE
90 E. HALSEY ROAD
PARSIPPANY, NJ 07054

STERNS BANK N.A.
4191 2ND ST. SOUTH
ST. CLOUD, MN 56301

SUFFOLK COMPUTER CONSULTANTS
53A JAGGER LANE
WESTHAMPTON, NY 11977-1307

TD BANK
1701 RTE. 70 EAST
CHERRY HILL, NJ 08003

THE HARTFORD
ONE HARTFORD PLAZA
HARTFORD, CT 06155

THE HUNTINGTON NATIONAL BANK
17 S. HIGH STREET
COLUMBUS, OH 43215

TRIZETTO GATEWAY EDI
3300 RIDER TRAIL S.
EARTH CITY, MO 63045

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


UMANA HEATING & COOLING
P.O. BOX 196
MATTITUCK, NY 11952

UNIVEST CAPITAL, INC.
1041 YORK ROAD
WARMINSTER, PA 18974

UTICA NATIONAL INSURANCE CO.
P.O. BOX 530
NEW HARTFORD, NY 13413-0530


U.S. ATTORNEY'S OFFICE
ATTN: NICOLE M. ZITO, ESQ.
ASSISTANT U.S. ATTORNEY
EASTERN DISTRICT OF NY
271-A CADMAN PLAZA EAST
BROOKLYN, NY 11201

U.S. BANCORP
ATTN: LEGAL SERVICE OF PROCESS TEAM
409 SILVERSIDE RD., STE. 105
WILMINGTON, DE 19809

U.S. BANCORP EQUIPMENT FINANCE, INC.
1450 CHANNEL PARKWAY
MARSHALL, MN 56258


U.S. BANK NATIONAL ASSOCIATION
ATTN: LEGAL DEPT. - SUBPOENA PROCESSING
21ST FLOOR
MAIL CODE BC-MN-H21P
800 NICOLLET MALL
MINNEAPOLIS, MN 55402

U.S. EAGLE CREDIT UNION
ATTN: FRANCIS J. YAKABOSKI
3939 OSUNA RD. NE
ALBUQUERQUE, NM 87109

U.S. SMALL BUSINESS ADMINISTRATION
NEW YORK DISTRICT OFFICE
26 FEDERAL PLAZA, ROOM 3100
NEW YORK, NY 10278


U.S. SMALL BUSINESS ADMINISTRATION
OFFICE OF GENERAL COUNSEL
409 THIRD STREET, SW
WASHINGTON, D.C. 20416

VERIZON WIRELESS BANKRUPTCY ADMIN.
500 TECHNOLOGY DRIVE, STE. 550
WELDON SPRING, MO 63304

VEX CAPITAL MANAGEMENT LLC
48 WALL STREET, #1100
NEW YORK, NY 10005


WINCHESTER OPTICAL CO.
1935 LAKE STREET
ELMIRA, NY 14901

WOLF'S EDGE PARTNERS LLC
536 BARNARD AVENUE
WOODMERE, NY 11598

WELLS FARGO BANK, N.A.
ATTN: LEGAL ORDER PROCESSING
MAC# X9761-017
550 SOUTH 4TH ST.
MINNEAPOLIS, MN 55415


WHITE ROAD CAPITAL, LLC
D/B/A GFE HOLDINGS
27-01 QUEENS PLAZA N., STE. 802
LONG ISLAND CITY, NY 11101