DAVIDOFF HUTCHER & CITRON LLP
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
Telephone:  (914) 381-7400
Robert L. Rattet, Esq.
Craig M. Price, Esq.
John D. Molino, Esq.

*Proposed Counsel to the Debtors and Debtors*
*in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case |
| SOUND VISION CARE, INC, *et. al.*, | Case No.: 25-72421 (LAS) |
| Debtors.[1] | (Jointly Administered) |

                                                                    /

### NOTICE OF DEADLINE REQUIRING FILING OF
### PROOFS OF CLAIM ON OR BEFORE OCTOBER 31, 2025

**TO:    ALL PERSONS AND ENTITIES WITH CLAIMS**
**AGAINST SOUND VISION CARE, INC., et al.**

The United States Bankruptcy Court for the Eastern District of New York has entered an

Order establishing **October 31**, **2025**, as the last date for each person or  entity (including

individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file a proof

of claim against the debtors listed above (the "Debtors").

The Bar Date and the procedures set forth below for filing proofs of claim apply to all

claims against the Debtors that arose prior to June 23, 2025, the date on which the Debtors

commenced these cases under Chapter 11 of the United States Bankruptcy Code, except for

---

[1]    The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

claims listed in Section 4 below that are specifically excluded from the Bar Date filing requirement. Governmental units may have until **December 22**, **2025,** the date that is one hundred eighty (180) days after the order for relief, to file proofs of claim.

## 1.      WHO MUST FILE A PROOF OF CLAIM

You MUST file a proof of claim to vote on a Chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose prior to June 23, 2025 (the "Petition Date"), and it is not one of the types of claims described in Section 4 below. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or prior to the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

## 2.      WHAT TO FILE

Your filed proof of claim must conform substantially to Official Form No. 410. Proof of claim forms may be obtained at www.uscourts.gov/forms/bankruptcy-forms. All proof of claim forms must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You should attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

**Your proof of claim form must not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account).**

3.     **WHEN AND WHERE TO FILE**

Except as provided for herein, all proofs of claim (other than for governmental units) must be filed so as to be received **on or before October 31**, **2025.**

Attorneys (with full access accounts) and employees of institutional creditors (with limited access accounts) should file proofs of claim electronically on the Court's Case Management/Electronic Case File (CM/ECF) system.

Those without accounts to the CM/ECF system may create and electronically file their proofs of claim through the "File A Proof of Claim" link on the Court's website, www.nysb.uscourts.gov, or by mailing or delivering the original proof of claim to the Court at the address provided below:

**United States Bankruptcy Court Eastern District of New York**
**Office of the Clerk**
**290 Federal Plaza**
**Central Islip, New York 11722**

Proofs of claim will be deemed filed only when received by the Bankruptcy Court on or before the Bar Date.  Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission.

4.     **CLAIMS FOR WHICH PROOFS OF CLAIM NEED NOT BE FILED**

You do **not** need to file a proof of claim on behalf of a claim on or prior to the Bar Date if the claim falls into one of the following categories:

(a)     Any claim that has already been asserted in a proof of claim against the Debtors

with the Clerk of the Bankruptcy Court for the Eastern District of New York in a form substantially similar to Official Bankruptcy Form No. 410;

(b)     Any claim that is listed on the schedules filed by the Debtors, provided that (i) the claim is <u>not</u> scheduled as "disputed," "contingent," or "unliquidated" <u>and</u> (ii) the claimant does not disagree with the amount, nature and priority of the claim as set forth in the schedules;

(c)     Any claim that previously been allowed by Order of the Court;

(d)     Any claim that has been paid in full by the Debtors;

(e)     Any claim for which a different deadline has previously been fixed by this Court; and

(f)     Any claim allowable under section 503(b) and section 507(a) (2) of the Bankruptcy Code as an expense of administration of the Debtors' estates, except that claims filed under section 503(b)(9) must be filed by the deadlines herein.

If you are a holder of an equity interest in the Debtors, you need not file a proof of interest with respect to the ownership of such equity interest at this time.  However, if you assert a claim against the Debtors, including a claim relating to such equity interest or the purchase or sale of such interest, a proof of such claim must be filed on or prior to the Bar Date pursuant to procedures set forth in this Notice.

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors. The fact that you have received this Notice does not mean that you have a claim or that the Debtors or the Court believe that you have a claim against the Debtors.

**5.     EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

If you have a claim arising out of the rejection of an executory contract or unexpired lease as to which the order authorizing such rejection is dated on or before August ___, 2025, the date of entry of the Bar Date Order, you must file a proof of claim by the Bar Date.  Any person or entity that has a claim arising from the rejection of an executory contract or unexpired lease, as to

which the order is dated after the date of entry of the Bar Order, you must file a proof of claim with respect to such claim by the date fixed by the Court in the applicable order authorizing rejection of such contract or lease.

**6.      CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE BAR DATE**

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THIS ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

**7.      THE DEBTORS' SCHEDULES AND ACCESS THERETO**

You may be listed as the holder of a claim against the Debtors in the Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases (collectively, the "Schedules").  If you rely on the Debtors' Schedules, it is your responsibility to determine that the claim is accurately listed in the Schedules.

As set forth above, if you agree with the nature, amount and status of your claim as listed in the Debtors' Schedules, and if you do not dispute that your claim is only against the Debtors, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a proof of claim.  Otherwise, or if you decide to file a proof of claim, you must do so before the Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Debtors' Schedules are available for inspection on the Court's Internet Website at www.nyeb.uscourts.gov.  A login and password to the Court's Public Access to

Electronic Court Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.gov.  Copies of the Schedules may also be examined between the hours of 9:00 a.m. and 4:30 p.m., Monday through Friday at the Clerk of the Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722. Copies of the Debtors' Schedules may also be obtained by written request to Debtors counsel at the address and telephone number set forth below.

**A holder of a possible claim against the Debtors should consult an attorney regarding any matters not covered by this notice, such as whether the holder should file a proof of claim.**

*[Remainder of Page Intentionally Blank]*

Dated: August 8, 2025                                    **BY ORDER OF THE COURT**
      Central Islip, New York


*Attorneys for the Debtors and Debtors-In-Possession*

**DAVIDOFF HUTCHER & CITRON LLP**
Attention: Robert L. Rattet, Esq.
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400