**GOETZ PLATZER LLP**
1 Penn Plaza, Suite 3100
New York, New York  10119
Telephone:  (212) 593-3000
Facsimile:  (212) 593-0353
Teresa Sadutto-Carley, Esq.
tsadutto@goetzplatzer.com
Attorneys for LEAF Capital Funding, LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
In re:

SOUND VISION CARE, INC.,

                          Debtor.
--------------------------------------------------------x

Chapter 11
Case No.: 25-72421 (LAS)

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE**, that the undersigned hereby enters this Notice of

Appearance as counsel for LEAF Capital Funding, LLC, and demands, pursuant to Federal Rules

of Bankruptcy Procedure 2002 and 9010(b), that all notices given or required to be given in this

bankruptcy case and all papers served or required to be served in this case be given to and served

upon:

**GOETZ PLATZER LLP**
1 Penn Plaza, Suite 3100
New York, New York  10119
Attn:  Teresa Sadutto-Carley, Esq.
Telephone:  (212) 593-3000
Facsimile:  (212) 593-0353
tsadutto@goetzplatzer.com
Attorneys for LEAF Capital Funding, LLC

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the

notices and papers referred to in the Rules specified above, but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic mail or otherwise: (1) which affect or seek to affect in any way the rights or interests of LEAF Capital Funding, LLC, with respect to (a) the Debtor's bankruptcy estate; (b) property or proceeds thereof in which the Debtor's bankruptcy estate may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by the Debtor's bankruptcy estate.

Dated:  August 8, 2025

**GOETZ PLATZER LLP**
*Attorneys for LEAF Capital Funding, LLC*


By:   /s/ Teresa Sadutto-Carley
    Teresa Sadutto-Carley, Esq.
    1 Penn Plaza, Suite 3100
    New York, New York  10119
    Telephone:  (212) 593-3000
    tsadutto@goetzplatzer.com