DAVIDOFF HUTCHER & CITRON LLP
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
Telephone:  (914) 381-7400
Robert L. Rattet, Esq.
Craig M. Price, Esq.
John D. Molino, Esq.

*Proposed Counsel to the Debtors and Debtors*
*in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 Case |
| SOUND VISION CARE, INC, *et. al.*, | Case No.: 25-72421 (LAS) |
| Debtors.[1] | (Jointly Administered) |

/

### DECLARATION OF KRISTIN BIGGS
### REGARDING PAYMENT OF PREPETITION RETAINER

Kristin Biggs hereby declares, under penalties of perjury, as follows:

1.      I submit this Declaration in support of the application filed by the above-captioned Debtors relating to the retention of CBIZ Forensic Consulting Group LLC ("CBIZ") as their financial advisors, effective as of June 23, 2025 [ECF Docket No. 46].

2.      I am the Practice Administrator in charge of accounting for the Debtors.

3.      In order to secure DHC's services to the Debtors in these Chapter 11 Cases, immediately prior to the filing of these Chapter 11 Cases, I paid, using funds originating from the

---

[1]     The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead, LLC (9996), (v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (), (x) SVC of Manhasset, LLC (4333). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY.

Debtors, a retainer in the amount of $5,000.00 to CBIZ toward fees, costs, and expenses to be incurred in these Chapter 11 Cases (the "Retainer").

4.      I have been advised by CBIZ to consult with my own counsel; however, I have not retained independent legal counsel regarding the payment of the aforementioned Retainer to CBIZ.

5.      Further, I am not a creditor of the Debtors and do not have any intention of asserting a claim against the estates of the Debtors for funds advanced for legal fees in these cases.

6.      I also do not owe the Debtors any monies.

7.      Based upon the foregoing, it is my belief that I do not have any adverse interest against the estates of the Debtors herein, or with any creditor or any other party in interest.

Dated: Riverhead, New York
      August 12, 2025

                            */s/ Kristin Biggs*
                            Kristin Biggs