**Fill in this information to identify the case:**

Debtor name    Sound Vision Care, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    25-72421

☒ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | **Summary of Assets** |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*.................................................................................................................    $    335,333.89

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*..............................................................................................................    $    8,671,463.55

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*...............................................................................................................    $    9,006,797.44

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    2,235,517.17

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    **+**$    2,292,952.39

4. **Total liabilities** ..........................................................................................................................................................
   Lines 2 + 3a + 3b    $    4,528,469.56

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Sound Vision Care, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    25-72421

☒ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**  Bank of America Practice Solutions

Creditor's Name

100 Federal St.
Boston, MA 02110

Creditor's mailing address

christopher.schueller@bipc.com

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Receivables

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$310,082.82          $0.00

---

**2.2**  Bank of America, N.A

Creditor's Name
600 N. Cleveland Ave.
Suite 300
Westerville, OH 43082

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
09/07/17
**Last 4 digits of account number**
1776
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Receivables

**Describe the lien**
201209066001776
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Unknown          $0.00

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Sound Vision Care, Inc. | | Case number (if known) | 25-72421 |
|---|---|---|---|---|
| | Name | | | |

---

**2.3** C T Corporation System

Creditor's Name

As Representative
330 N. Brand Blvd.
Suite 700; Attn: SPRS
Glendale, CA 91203

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
08/27/21

**Last 4 digits of account number**
3078

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Receivables

**Describe the lien**
202108276383078

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

---

**2.4** C T Corporation System

Creditor's Name

As Representative
330 N. Brand Blvd.
Suite 700; Attn: SPRS
Glendale, CA 91203

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
05/19/23

**Last 4 digits of account number**
2926

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Loan - MCA

**Describe the lien**
Kapitus LLC - 202305195712926

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

---

**2.5** C T Corporation System

Creditor's Name

As Representative
330 N. Brand Blvd.
Suite 700; Attn: SPRS
Glendale, CA 91203

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
11/03/23

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Receivables

**Describe the lien**
202311036538460

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Unknown    $0.00

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Sound Vision Care, Inc.    Case number (if known)    25-72421
_____
Name

8460
_____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.6 | C T Corporation System |
|---|---|

Creditor's Name
As Representative
330 N. Brand Blvd.
Suite 700; Attn: SPRS
Glendale, CA 91203
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
03/03/25
**Last 4 digits of account number**
4832

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Receivables

**Describe the lien**
202503035254832

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Unknown        $0.00

---

| 2.7 | C T Corporation System |
|---|---|

Creditor's Name
As Representative
330 N. Brand Blvd.
Suite 700; Attn: SPRS
Glendale, CA 91203
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
04/07/25
**Last 4 digits of account number**
7244

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Receivables

**Describe the lien**
202504075417244

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Unknown        $0.00

---

| 2.8 | Capital Domain, LLC |
|---|---|

Creditor's Name

300 Tice Blvd.
Woodcliff Lake, NJ 07677
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Loan - MCA

**Describe the lien**
20240830844733

**Is the creditor an insider or related party?**
☒ No

Unknown        $0.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 12

Debtor    Sound Vision Care, Inc.                                    Case number (if known)    25-72421
                Name

| | | |
|---|---|---|
| Creditor's email address, if known | ☐ Yes | |

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
08/30/24

**Last 4 digits of account number**
7233

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

**2.9** Corporation Service Company

Creditor's Name

As Representative
P.O. Box 2576
Springfield, IL 62708

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/20/21

**Last 4 digits of account number**
9205

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Equipment Loan

**Describe the lien**
202110206689205

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Unknown          $0.00

---

**2.10** Corporation Service Company

Creditor's Name

As Representative
P.O. Box 2576
Springfield, IL 62708

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
11/17/23

**Last 4 digits of account number**
2226

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Receivables

**Describe the lien**
202311176602226

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Unknown          $0.00

---

**2.11** Flushing Bank

Creditor's Name

220 RXR Plaza

**Describe debtor's property that is subject to a lien**
Receivables

$495,000.00          $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 12

Debtor    Sound Vision Care, Inc.                                    Case number (if known)    25-72421
_____
Name

Uniondale, NY 11556
_____

_____
Creditor's mailing address                **Describe the lien**
                                           202206035944481
                                           _____
                                           **Is the creditor an insider or related party?**
rmccord@certilmanbalin.com                 ☒ No
_____          ☐ Yes
Creditor's email address, if known         **Is anyone else liable on this claim?**
                                           ☒ No
**Date debt was incurred**                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
06/03/22
**Last 4 digits of account number**
4481
**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply
☒ No                                       ☐ Contingent
☐ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.12 | FORT Capital Resources, LLC | **Describe debtor's property that is subject to a lien** | Unknown | $0.00 |

Creditor's Name                            Equipment Loan

841 Shelley Road
Raleigh, NC 27609
_____
Creditor's mailing address                **Describe the lien**
                                           202201055019751
                                           _____
                                           **Is the creditor an insider or related party?**
                                           ☒ No
_____          ☐ Yes
Creditor's email address, if known         **Is anyone else liable on this claim?**
                                           ☐ No
**Date debt was incurred**                 ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
01/05/22
**Last 4 digits of account number**
9751
**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply
☒ No                                       ☐ Contingent
☐ Yes. Specify each creditor,              ☒ Unliquidated
including this creditor and its relative   ☒ Disputed
priority.

---

| 2.13 | FORT Capital Resources, LLC | **Describe debtor's property that is subject to a lien** | Unknown | $0.00 |

Creditor's Name                            Equipment Loan

841 Shelley Road
Raleigh, NC 27609
_____
Creditor's mailing address                **Describe the lien**
                                           202111186862919
                                           _____
                                           **Is the creditor an insider or related party?**
                                           ☒ No
_____          ☐ Yes
Creditor's email address, if known         **Is anyone else liable on this claim?**
                                           ☐ No
**Date debt was incurred**                 ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
11/18/21
**Last 4 digits of account number**
2919
**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply
☒ No                                       ☐ Contingent
☐ Yes. Specify each creditor,              ☒ Unliquidated
including this creditor and its relative   ☒ Disputed
priority.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Sound Vision Care, Inc.
_____Name_____    Case number (if known)    25-72421

---

| 2.1 4 | FORT Capital Resources, LLC | | | | |
|---|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**
Equipment Loan                                                    Unknown        $0.00

Creditor's Name

841 Shelley Road
Raleigh, NC 27609
Creditor's mailing address

**Describe the lien**
202111186862868

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
11/18/21
**Last 4 digits of account number**
2868

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.1 5 | FORT Capital Resources, LLC | | | | |
|---|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**
Equipment Loan                                                    Unknown        $0.00

Creditor's Name

841 Shelley Road
Raleigh, NC 27609
Creditor's mailing address

**Describe the lien**
202111186861652

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
11/18/21
**Last 4 digits of account number**
1652

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.1 6 | FORT Capital Resources, LLC | | | | |
|---|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**
Equipment Loan                                                    Unknown        $0.00

Creditor's Name

841 Shelley Road
Raleigh, NC 27609
Creditor's mailing address

**Describe the lien**
202201055019787

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
01/05/22
**Last 4 digits of account number**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  __Sound Vision Care, Inc.__                    Case number (if known)    __25-72421__
        Name

__9787__

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.17 | Huntington Technology Finance, Inc. | | | Unknown | $0.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
Equipment Loan

2285 Franklin Road
Ste 100
Bloomfield Hills, MI 48302
Creditor's mailing address

**Describe the lien**
202012175137591

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/17/20
**Last 4 digits of account number**
7591

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.18 | Huntington Technology Finance, Inc. | | | Unknown | $0.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
Equipment Loan

2285 Franklin Road
Ste 100
Bloomfield Hills, MI 48302
Creditor's mailing address

**Describe the lien**
202106296045058

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
06/29/21
**Last 4 digits of account number**
5058

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.19 | Huntington Technology Finance, Inc. | | | Unknown | $0.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
Equipment Loan

2285 Franklin Road
Ste 100
Bloomfield Hills, MI 48302
Creditor's mailing address

**Describe the lien**
202107016062337

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 7 of 12

Debtor    Sound Vision Care, Inc.
          _____                    Case number (if known)    25-72421
          Name

Creditor's email address, if known

**Date debt was incurred**
07/01/21
**Last 4 digits of account number**
2337
**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.20 | Huntington Technology Finance, Inc. | | Unknown | $0.00 |

**Describe debtor's property that is subject to a lien**
Equipment Loan

Creditor's Name
2285 Franklin Road
Ste 100
Bloomfield Hills, MI 48302
Creditor's mailing address

**Describe the lien**
202108026222355

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
08/02/21
**Last 4 digits of account number**
2355
**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.21 | Huntington Technology Finance, Inc. | | Unknown | $0.00 |

**Describe debtor's property that is subject to a lien**
Equipment Loan

Creditor's Name
2285 Franklin Road
Ste 100
Bloomfield Hills, MI 48302
Creditor's mailing address

**Describe the lien**
202107016062274

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
07/01/21
**Last 4 digits of account number**
2274
**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.22 | Lend Bug, LLC | | Unknown | $0.00 |

**Describe debtor's property that is subject to a lien**

| Debtor | Sound Vision Care, Inc. | | Case number (if known) | 25-72421 |
|---|---|---|---|---|
| | Name | | | |

**Creditor's Name**
260 W. 35th St.
PH
New York, NY 10001

Creditor's mailing address

Loan - MCA

**Describe the lien**
202412176714532

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/17/24

**Last 4 digits of account number**
4532

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.23 | Lumenis Financial Solutions | **Describe debtor's property that is subject to a lien** | Unknown | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | Equipment Loan | | |

1111 Old Eagle School Road
Wayne, PA 19087

Creditor's mailing address

**Describe the lien**
202108186329671

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
08/18/21

**Last 4 digits of account number**
9671

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.24 | Macquarie Equipment Capital, Inc. | **Describe debtor's property that is subject to a lien** | Unknown | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | Equipment Loan | | |

1301 Riverplace Blvd.
Floor 4
Jacksonville, FL 32207

Creditor's mailing address

**Describe the lien**
202209066416663

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
09/06/22

**Last 4 digits of account number**
6663

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor,

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 12

| Debtor | Sound Vision Care, Inc. | Case number (if known) | 25-72421 |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.

☒ Unliquidated
☒ Disputed

---

**2.25**

Ocean Funding Corp.
Creditor's Name

1000 NW 65th St.
Suite 103
Fort Lauderdale, FL 33309
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
02/10/23
**Last 4 digits of account number**
4008

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Receivables

**Describe the lien**
202302100054008
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Unknown | $0.00

---

**2.26**

Stearns Bank, N.A.
Creditor's Name

500 13th St.
Albany, MN 56307
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/12/15
**Last 4 digits of account number**
8664

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Equipment Loan

**Describe the lien**
201510126138664
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Unknown | $0.00

---

**2.27**

U.S. Eagle Federal Credit Union
Creditor's Name

3939 Osuna Road NE
Albuquerque, NM 87109
Creditor's mailing address

garth.gavenda@jellumlaw.com
Creditor's email address, if known

**Date debt was incurred**
03/01/21

**Describe debtor's property that is subject to a lien**
Commercial Real Estate

**Describe the lien**
202103220094322
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$1,430,434.35 | $0.00

---

Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 10 of 12

| Debtor | Sound Vision Care, Inc. | Case number (if known) | 25-72421 |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**
8508

| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

---

| 2.28 | U.S. Small Business Administration | **Describe debtor's property that is subject to a lien**<br>Tangibles & Intangibles | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name
Two North St.
Suite 320
Birmingham, AL 35203
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
05/13/20

**Last 4 digits of account number**
6016

**Describe the lien**
202005135566016

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed |
|---|---|

---

| 2.29 | Univest Capital, Inc. | **Describe debtor's property that is subject to a lien**<br>Loan - MCA | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name
3220 Tillman Drive
Suite 503
Bensalem, PA 19020
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/21/21

**Last 4 digits of account number**
5414

**Describe the lien**
202110216695414

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed |
|---|---|

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  |  $2,235,517.17

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  __Sound Vision Care, Inc.__        Case number (if known)    __25-72421__
        Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Buchanan Ingersoll & Rooney P.C.<br>Christopher P. Schueller - 640 Fifth Ave., 9th Floor<br>New York, NY 10019 | Line __2.1__ | |
| Certilman Balin Adler & Hyman, LLP<br>Richard J. McCord, Thomas J. McNamara - 90 Merrick Ave., 9th Floor<br>East Meadow, NY 11554 | Line __2.11__ | |
| Moritt Hock & Hamroff LLP<br>Theresa A. Driscoll - 400 Garden City Plaza<br>Garden City, NY 11530 | Line __2.27__ | 8508 |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 12 of 12

**Fill in this information to identify the case:**

Debtor name    Sound Vision Care, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    25-72421

☒ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>NYS Department of Tax and Finance<br>NYS Office Building<br>250 Veterans Memorial Highway<br>Hauppauge, NY 11788 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | Unknown | Unknown |
| Date or dates debt was incurred<br>02/29/2024 | Basis for the claim:<br>Sales and use tax | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>90.io<br>1920 Prospector Ave.<br>Park City, UT 84060 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $97.88 |
| **Date(s) debt was incurred** 2025 | Basis for the claim: Trade debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>ABB Optical Group<br>125 Enterprise Drive<br>Marshfield, MA 02050 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,670.65 |
| **Date(s) debt was incurred** 2025 | Basis for the claim: Trade debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |
| **3.3** Nonpriority creditor's name and mailing address<br>American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,161.99 |
| **Date(s) debt was incurred** _ | Basis for the claim: Credit card purchases | |
| **Last 4 digits of account number** 8002 | Is the claim subject to offset?    ☒ No    ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   Sound Vision Care, Inc.                                     Case number (if known)      25-72421
_____Name_____

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,569.22 |

American Express
P.O. Box 981535
El Paso, TX 79998

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  1002

**Basis for the claim:**  Credit card purchases

Is the claim subject to offset?   ☒ No    ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84,917.92 |

Amur Equipment Finance
One N. Lexington Ave.
#1101
White Plains, NY 10601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  10/18/2021

**Last 4 digits of account number** _

**Basis for the claim:**  Equipment loan

Is the claim subject to offset?   ☒ No    ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,804.69 |

Capital One, N.A.
P.O. Box 71083
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  8967

**Basis for the claim:**  Credit card purchases

Is the claim subject to offset?   ☒ No    ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,968.00 |

CFG Merchant Solutions, LLC
180 Maiden Lane
15th Floor
New York, NY 10038

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred**  10/18/2024

**Last 4 digits of account number**  6165

**Basis for the claim:**  Loan - MCA

Is the claim subject to offset?   ☒ No    ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,665.80 |

Discover, a division of Capital One, NA
P.O. Box 6103
Wheaton, IL 60187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  6250

**Basis for the claim:**  Credit card purchases

Is the claim subject to offset?   ☒ No    ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,893.74 |

Drill Specialty Corporation
5020 Montauk Highway
Massapequa Park, NY 11762

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2025

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset?   ☒ No    ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,804.80 |

E-Wallet

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Credit card purchases

Is the claim subject to offset?   ☒ No    ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

EBF Holdings, LLC d/b/a Everest Business
102 W. 38th St.
6th Floor
New York, NY 10018

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Loan - MCA

Is the claim subject to offset?   ☒ No    ☐ Yes

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          **Page 2 of 7**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor  Sound Vision Care, Inc. _____    Case number (if known)    25-72421 _____
　　　　　　Name

| | | |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address** | $562,037.49 |

**3.12** | **Nonpriority creditor's name and mailing address**
Health Resources & Svcs Administration
5600 Fishers Lane
Rockville, MD 20857

**As of the petition filing date, the claim is:** *Check all that apply.*　　　　$562,037.49

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Loan

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**
Hilco Vision
575 West St., Suite 120
Mansfield, MA 02048

**As of the petition filing date, the claim is:** *Check all that apply.*　　　　$1,067.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**
iMatrix
Three Ethel Road
#305
Edison, NJ 08817

**As of the petition filing date, the claim is:** *Check all that apply.*　　　　$104.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**
Johnson & Johnson
7500 Centurion Parkway
Jacksonville, FL 32256

**As of the petition filing date, the claim is:** *Check all that apply.*　　　　$48,916.42

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**
Lens Mode Contacts
150 Main St.
Millburn, NJ 07041

**As of the petition filing date, the claim is:** *Check all that apply.*　　　　$3,151.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address**
Macdonald, Rand & Vollaro LLP
550 NY 25A
Rocky Point, NY 11778

**As of the petition filing date, the claim is:** *Check all that apply.*　　　　$83,201.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**
Mary Frausto
2700 Bray Ave.
Laurel, NY 11948

**As of the petition filing date, the claim is:** *Check all that apply.*　　　　$280.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**
Merged Funding
One Financial Plaza
Hartford, CT 06103

**As of the petition filing date, the claim is:** *Check all that apply.*　　　　Unknown

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 08/24/2023

**Last 4 digits of account number** _

**Basis for the claim:**  Loan - MCA

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Sound Vision Care, Inc.                                          Case number (if known)      25-72421
_____
Name

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,531.00 |

Nassau Vision Group
160 Legrand Ave.
Orangeburg, NJ 10962

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $95,606.71 |

On Deck Capital, Inc.
1400 Broadway
Fl 25
New York, NY 10018

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _04/13/2016_

**Basis for the claim:** _Loan - MCA_

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Panthers Capital
10 E. Merrick Road
Valley Stream, NY 11580

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Loan - MCA_

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,594.94 |

Paragon Software Group
947 E. Impala
Mesa, CA 85204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $279.00 |

Playbook Builder
171 College Ave.
Holland, MI 49423

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $60,050.00 |

Pure Advance
Six Charlotte Place
Spring Valley, NY 10977

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _10/01/2024_

**Basis for the claim:** _Loan - MCA_

**Last 4 digits of account number** _3586_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Quick Funding Group
99 W. Hawthorne Ave.
Valley Stream, NY 11580

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _02/17/2023_

**Basis for the claim:** _Loan - MCA_

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Seamless Capital Group, LLC
2329 Nostrand Ave., Suite 111
Brooklyn, NY 11210

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _01/23/2023_

**Basis for the claim:** _Loan - MCA_

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Sound Vision Care, Inc. | Case number (if known) | 25-72421 |
|---|---|---|---|
| | Name | | |

| 3.28 | **Nonpriority creditor's name and mailing address** Small Business Administration 409 Third St. SW Washington, DC 20416 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $368,761.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Loan | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** Small Business Administration 409 Third St. SW Washington, DC 20416 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Loan | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** Solomon Herrera McCormick PLLC 40 Marcus Drive Suite 202 Melville, NY 11747 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☒ Unliquidated ☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** Speedy Capital 300 N. Main St. Spring Valley, NY 10977 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☒ Unliquidated ☒ Disputed | $160,700.00 |
|---|---|---|---|
| | **Date(s) debt was incurred**  08/29/2024 | **Basis for the claim:**  Loan - MCA | |
| | **Last 4 digits of account number**  A621 | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** Square Advance 90 E. Halsey Road Parsippany, NJ 07054 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☒ Unliquidated ☒ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred**  12/22/2022 | **Basis for the claim:**  Loan - MCA | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** Square Advance 90 E. Halsey Road Parsippany, NJ 07054 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☒ Unliquidated ☒ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred**  12/20/2022 | **Basis for the claim:**  Loan - MCA | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** SVC of Coram, LLC 1721 N. Ocean Ave., Suite A Stony Brook, NY 11790 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $296,826.22 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Intercompany Payable | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** SVC of Riverhead, LLC 1224 Ostrander Ave. Riverhead, NY 11901 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $41,277.83 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Intercompany Payable | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 5 of 7**

| Debtor | Sound Vision Care, Inc. | Case number (if known) | 25-72421 |
|---|---|---|---|
| | Name | | |

---

**3.36** | **Nonpriority creditor's name and mailing address**
The Hartford
One Hartford Plaza
Hartford, CT 06155

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*       $1,912.42

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address**
The Huntington National Bank
17 S. High St.
Columbus, OH 43215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*       $25,581.97

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Loan

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**
TriZetto Gateway EDI
3300 Rider Trail S.
Earth City, MO 63045

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*       $5,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**
U.S. Bank National Association
1310 Madrid St.
Marshall, NM 56258

**Date(s) debt was incurred** 03/11/2020

**Last 4 digits of account number** 2095

**As of the petition filing date, the claim is:** *Check all that apply.*       $4,083.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment loan

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**
Utica National Insurance Company
P.O. Box 6540
Utica, NY 13504

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*       $7,269.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address**
Vex Capital
700 Canal St.
1st Floor
Stamford, CT 06902

**Date(s) debt was incurred** 11/19/2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*       $134,263.99

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Loan - MCA

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address**
Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*       $78,237.65

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address**
Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5926

**As of the petition filing date, the claim is:** *Check all that apply.*       $7,194.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card purchases

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  Sound Vision Care, Inc.
       Name

Case number (if known)    25-72421

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,898.09 |
|---|---|---|---|

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit card purchases

**Last 4 digits of account number** 0028

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $365.16 |
|---|---|---|---|

Wells Fargo Bank, N.A.
420 Montgomery St.
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit card purchases

**Last 4 digits of account number** 5693

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,208.08 |
|---|---|---|---|

Winchester Optical Co.
1935 Lake St.
Elmira, NY 14901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. **+** | $ 2,292,952.39 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 2,292,952.39 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Sound Vision Care, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)   25-72421

☒ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Merged Funding | ☐ D _____ ☒ E/F ___3.19___ ☐ G _____ |
| 2.2 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | On Deck Capital, Inc. | ☐ D _____ ☒ E/F ___3.21___ ☐ G _____ |
| 2.3 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Pure Advance | ☐ D _____ ☒ E/F ___3.25___ ☐ G _____ |
| 2.4 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Quick Funding Group | ☐ D _____ ☒ E/F ___3.26___ ☐ G _____ |
| 2.5 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F ___3.27___ ☐ G _____ |
| 2.6 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Speedy Capital | ☐ D _____ ☒ E/F ___3.31___ ☐ G _____ |

Debtor    Sound Vision Care, Inc.                                    Case number *(if known)*    25-72421

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.7 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Square Advance | ☐ D _____ ☒ E/F ___3.32___ ☐ G _____ |
| 2.8 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Square Advance | ☐ D _____ ☒ E/F ___3.33___ ☐ G _____ |
| 2.9 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Vex Capital | ☐ D _____ ☒ E/F ___3.41___ ☐ G _____ |
| 2.10 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Capital Domain, LLC | ☒ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.11 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | C T Corporation System | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.12 | Jeffrey Williams Jr. | 1224 Ostrander Ave. Riverhead, NY 11901 | Corporation Service Company | ☒ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.13 | Sound Vision Company of New York, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Quick Funding Group | ☐ D _____ ☒ E/F ___3.26___ ☐ G _____ |
| 2.14 | Sound Vision Company of New York, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | C T Corporation System | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.15 | Sound Vision Company of New York, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | C T Corporation System | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.16 | Sound Vision Facility and Home Care, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Quick Funding Group | ☐ D _____ ☒ E/F ___3.26___ ☐ G _____ |

Debtor    Sound Vision Care, Inc.                                                    Case number *(if known)*    25-72421

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.17 | Sound Vision Facility and Home Care, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Speedy Capital | ☐ D _____<br>☒ E/F ___3.31___<br>☐ G _____ |
| 2.18 | Sound Vision Facility and Home Care, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | C T Corporation System | ☒ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | SVC of Bensonhurst, LLC | 6806 Bay Parkway Brooklyn, NY 11204 | Seamless Capital Group, LLC | ☐ D _____<br>☒ E/F ___3.27___<br>☐ G _____ |
| 2.20 | SVC of Bensonhurst, LLC | 6806 Bay Parkway Brooklyn, NY 11204 | Speedy Capital | ☐ D _____<br>☒ E/F ___3.31___<br>☐ G _____ |
| 2.21 | SVC of Bensonhurst, LLC | 6806 Bay Parkway Brooklyn, NY 11204 | Corporation Service Company | ☒ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.22 | SVC of Bensonhurst, LLC | 6806 Bay Parkway Brooklyn, NY 11204 | FORT Capital Resources, LLC | ☒ D ___2.14___<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | SVC of Coram, LLC | 1721 N. Ocean Ave., Suite A Stony Brook, NY 11790 | U.S. Eagle Federal Credit Union | ☒ D ___2.27___<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | SVC of Coram, LLC | 1721 N. Ocean Ave., Suite A Stony Brook, NY 11790 | CFG Merchant Solutions, LLC | ☐ D _____<br>☒ E/F ___3.7___<br>☐ G _____ |
| 2.25 | SVC of Coram, LLC | 1721 N. Ocean Ave., Suite A Stony Brook, NY 11790 | Seamless Capital Group, LLC | ☐ D _____<br>☒ E/F ___3.27___<br>☐ G _____ |
| 2.26 | SVC of Coram, LLC | 1721 N. Ocean Ave., Suite A Stony Brook, NY 11790 | Speedy Capital | ☐ D _____<br>☒ E/F ___3.31___<br>☐ G _____ |

Debtor __Sound Vision Care, Inc._____    Case number *(if known)*  __25-72421_____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.27 | SVC of Coram, LLC | 1721 N. Ocean Ave., Suite A Stony Brook, NY 11790 | C T Corporation System | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.28 | SVC of Coram, LLC | 1721 N. Ocean Ave., Suite A Stony Brook, NY 11790 | C T Corporation System | ☒ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.29 | SVC of Coram, LLC | 1721 N. Ocean Ave., Suite A Stony Brook, NY 11790 | Corporation Service Company | ☒ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.30 | SVC of East Setauket, LLC | 215 Hallock Road, Suite 2 Stony Brook, NY 11790 | U.S. Eagle Federal Credit Union | ☒ D ___2.27___ ☐ E/F _____ ☐ G _____ |
| 2.31 | SVC of East Setauket, LLC | 215 Hallock Road, Suite 2 Stony Brook, NY 11790 | CFG Merchant Solutions, LLC | ☐ D _____ ☒ E/F ___3.7___ ☐ G _____ |
| 2.32 | SVC of East Setauket, LLC | 215 Hallock Road, Suite 2 Stony Brook, NY 11790 | Speedy Capital | ☐ D _____ ☒ E/F ___3.31___ ☐ G _____ |
| 2.33 | SVC of East Setauket, LLC | 215 Hallock Road, Suite 2 Stony Brook, NY 11790 | C T Corporation System | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.34 | SVC of East Setauket, LLC | 215 Hallock Road, Suite 2 Stony Brook, NY 11790 | Huntington Technology Finance, Inc. | ☒ D ___2.19___ ☐ E/F _____ ☐ G _____ |
| 2.35 | SVC of East Setauket, LLC | 215 Hallock Road, Suite 2 Stony Brook, NY 11790 | Corporation Service Company | ☒ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.36 | SVC of Elmhurst, LLC | 86-35 Queens Blvd., Suite 1D Elmhurst, NY 11373 | U.S. Eagle Federal Credit Union | ☒ D ___2.27___ ☐ E/F _____ ☐ G _____ |

Debtor    Sound Vision Care, Inc.                                    Case number *(if known)*    25-72421

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.37 | SVC of Elmhurst, LLC | 86-35 Queens Blvd., Suite 1D Elmhurst, NY 11373 | Quick Funding Group | ☐ D _____ ☒ E/F ___3.26___ ☐ G _____ |
| 2.38 | SVC of Elmhurst, LLC | 86-35 Queens Blvd., Suite 1D Elmhurst, NY 11373 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F ___3.27___ ☐ G _____ |
| 2.39 | SVC of Elmhurst, LLC | 86-35 Queens Blvd., Suite 1D Elmhurst, NY 11373 | Speedy Capital | ☐ D _____ ☒ E/F ___3.31___ ☐ G _____ |
| 2.40 | SVC of Elmhurst, LLC | 86-35 Queens Blvd., Suite 1D Elmhurst, NY 11373 | C T Corporation System | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.41 | SVC of Elmhurst, LLC | 86-35 Queens Blvd., Suite 1D Elmhurst, NY 11373 | Corporation Service Company | ☒ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.42 | SVC of Forest Hills One, LLC | 71-19 Austin St. Forest Hills, NY 11375 | U.S. Eagle Federal Credit Union | ☒ D ___2.27___ ☐ E/F _____ ☐ G _____ |
| 2.43 | SVC of Forest Hills One, LLC | 71-19 Austin St. Forest Hills, NY 11375 | Quick Funding Group | ☐ D _____ ☒ E/F ___3.26___ ☐ G _____ |
| 2.44 | SVC of Forest Hills One, LLC | 71-19 Austin St. Forest Hills, NY 11375 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F ___3.27___ ☐ G _____ |
| 2.45 | SVC of Forest Hills One, LLC | 71-19 Austin St. Forest Hills, NY 11375 | Speedy Capital | ☐ D _____ ☒ E/F ___3.31___ ☐ G _____ |
| 2.46 | SVC of Forest Hills One, LLC | 71-19 Austin St. Forest Hills, NY 11375 | C T Corporation System | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |

| Debtor | Sound Vision Care, Inc. | | | Case number *(if known)* | 25-72421 |
|---|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.47 | SVC of Forest Hills One, LLC | 71-19 Austin St. Forest Hills, NY 11375 | Corporation Service Company | ☒ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.48 | SVC of Forest Hills One, LLC | 71-19 Austin St. Forest Hills, NY 11375 | FORT Capital Resources, LLC | ☒ D ___2.13___ ☐ E/F _____ ☐ G _____ |
| 2.49 | SVC of Fresh Meadows, LLC | 61-30A 190th St. Fresh Meadows, NY 11365 | U.S. Eagle Federal Credit Union | ☒ D ___2.27___ ☐ E/F _____ ☐ G _____ |
| 2.50 | SVC of Fresh Meadows, LLC | 61-30A 190th St. Fresh Meadows, NY 11365 | CFG Merchant Solutions, LLC | ☐ D _____ ☒ E/F ___3.7___ ☐ G _____ |
| 2.51 | SVC of Fresh Meadows, LLC | 61-30A 190th St. Fresh Meadows, NY 11365 | Quick Funding Group | ☐ D _____ ☒ E/F ___3.26___ ☐ G _____ |
| 2.52 | SVC of Fresh Meadows, LLC | 61-30A 190th St. Fresh Meadows, NY 11365 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F ___3.27___ ☐ G _____ |
| 2.53 | SVC of Fresh Meadows, LLC | 61-30A 190th St. Fresh Meadows, NY 11365 | Speedy Capital | ☐ D _____ ☒ E/F ___3.31___ ☐ G _____ |
| 2.54 | SVC of Fresh Meadows, LLC | 61-30A 190th St. Fresh Meadows, NY 11365 | C T Corporation System | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.55 | SVC of Fresh Meadows, LLC | 61-30A 190th St. Fresh Meadows, NY 11365 | Corporation Service Company | ☒ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.56 | SVC of Fresh Meadows, LLC | 61-30A 190th St. Fresh Meadows, NY 11365 | Huntington Technology Finance, Inc. | ☒ D ___2.20___ ☐ E/F _____ ☐ G _____ |

Debtor   Sound Vision Care, Inc.                                          Case number *(if known)*   25-72421

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.57 | SVC of Gramercy Park, LLC | 147 Third Ave. New York, NY 10003 | U.S. Eagle Federal Credit Union | ☒ D ___2.27___ ☐ E/F _____ ☐ G _____ |
| 2.58 | SVC of Gramercy Park, LLC | 147 Third Ave. New York, NY 10003 | The Huntington National Bank | ☐ D _____ ☒ E/F ___3.37___ ☐ G _____ |
| 2.59 | SVC of Gramercy Park, LLC | 147 Third Ave. New York, NY 10003 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F ___3.27___ ☐ G _____ |
| 2.60 | SVC of Gramercy Park, LLC | 147 Third Ave. New York, NY 10003 | Corporation Service Company | ☒ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.61 | SVC of Manhasset, LLC | 433 Plandome Road Manhasset, NY 11030 | U.S. Eagle Federal Credit Union | ☒ D ___2.27___ ☐ E/F _____ ☐ G _____ |
| 2.62 | SVC of Manhasset, LLC | 433 Plandome Road Manhasset, NY 11030 | CFG Merchant Solutions, LLC | ☐ D _____ ☒ E/F ___3.7___ ☐ G _____ |
| 2.63 | SVC of Manhasset, LLC | 433 Plandome Road Manhasset, NY 11030 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F ___3.27___ ☐ G _____ |
| 2.64 | SVC of Manhasset, LLC | 433 Plandome Road Manhasset, NY 11030 | Speedy Capital | ☐ D _____ ☒ E/F ___3.31___ ☐ G _____ |
| 2.65 | SVC of Manhasset, LLC | 433 Plandome Road Manhasset, NY 11030 | C T Corporation System | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.66 | SVC of Manhasset, LLC | 433 Plandome Road Manhasset, NY 11030 | Corporation Service Company | ☒ D ___2.10___ ☐ E/F _____ ☐ G _____ |

Debtor    Sound Vision Care, Inc.                                    Case number *(if known)*    25-72421

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.67 | SVC of Mastic, LLC | 1360 Montauk Highway, Suite 2E Mastic, NY 11950 | U.S. Eagle Federal Credit Union | ☒ D ___2.27___ ☐ E/F _____ ☐ G _____ |
| 2.68 | SVC of Mastic, LLC | 1360 Montauk Highway, Suite 2E Mastic, NY 11950 | Corporation Service Company | ☒ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.69 | SVC of Murray Hill, LLC | 458 Third Ave. New York, NY 10016 | U.S. Eagle Federal Credit Union | ☒ D ___2.27___ ☐ E/F _____ ☐ G _____ |
| 2.70 | SVC of Murray Hill, LLC | 458 Third Ave. New York, NY 10016 | CFG Merchant Solutions, LLC | ☐ D _____ ☒ E/F ___3.7___ ☐ G _____ |
| 2.71 | SVC of Murray Hill, LLC | 458 Third Ave. New York, NY 10016 | Quick Funding Group | ☐ D _____ ☒ E/F ___3.26___ ☐ G _____ |
| 2.72 | SVC of Murray Hill, LLC | 458 Third Ave. New York, NY 10016 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F ___3.27___ ☐ G _____ |
| 2.73 | SVC of Murray Hill, LLC | 458 Third Ave. New York, NY 10016 | Speedy Capital | ☐ D _____ ☒ E/F ___3.31___ ☐ G _____ |
| 2.74 | SVC of Murray Hill, LLC | 458 Third Ave. New York, NY 10016 | C T Corporation System | ☒ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.75 | SVC of Murray Hill, LLC | 458 Third Ave. New York, NY 10016 | C T Corporation System | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.76 | SVC of Murray Hill, LLC | 458 Third Ave. New York, NY 10016 | Corporation Service Company | ☒ D ___2.10___ ☐ E/F _____ ☐ G _____ |

Debtor     Sound Vision Care, Inc.                                    Case number *(if known)*    25-72421

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.77 | SVC of Murray Hill, LLC | 458 Third Ave.<br>New York, NY 10016 | Huntington Technology Finance, Inc. | ☒ D ___2.21___<br>☐ E/F _____<br>☐ G _____ |
| 2.78 | SVC of Port Jefferson Station, LLC | 5225 Nesconset Highway, Building 8, Suite 44<br>Port Jefferson Station, NY 11776 | Quick Funding Group | ☐ D _____<br>☒ E/F ___3.26___<br>☐ G _____ |
| 2.79 | SVC of Port Jefferson Station, LLC | 5225 Nesconset Highway, Building 8, Suite 44<br>Port Jefferson Station, NY 11776 | Seamless Capital Group, LLC | ☐ D _____<br>☒ E/F ___3.27___<br>☐ G _____ |
| 2.80 | SVC of Port Jefferson Station, LLC | 5225 Nesconset Highway, Building 8, Suite 44<br>Port Jefferson Station, NY 11776 | Speedy Capital | ☐ D _____<br>☒ E/F ___3.31___<br>☐ G _____ |
| 2.81 | SVC of Port Jefferson Station, LLC | 5225 Nesconset Highway, Building 8, Suite 44<br>Port Jefferson Station, NY 11776 | C T Corporation System | ☒ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.82 | SVC of Port Jefferson Station, LLC | 5225 Nesconset Highway, Building 8, Suite 44<br>Port Jefferson Station, NY 11776 | Corporation Service Company | ☒ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.83 | SVC of Riverhead, LLC | 1224 Ostrander Ave.<br>Riverhead, NY 11901 | U.S. Eagle Federal Credit Union | ☒ D ___2.27___<br>☐ E/F _____<br>☐ G _____ |
| 2.84 | SVC of Riverhead, LLC | 1224 Ostrander Ave.<br>Riverhead, NY 11901 | CFG Merchant Solutions, LLC | ☐ D _____<br>☒ E/F ___3.7___<br>☐ G _____ |
| 2.85 | SVC of Riverhead, LLC | 1224 Ostrander Ave.<br>Riverhead, NY 11901 | Speedy Capital | ☐ D _____<br>☒ E/F ___3.31___<br>☐ G _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Sound Vision Care, Inc.                                          Case number *(if known)*    25-72421

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.86 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Bank of America, N.A | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.87 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Stearns Bank, N.A. | ☒ D ___2.26___<br>☐ E/F _____<br>☐ G _____ |
| 2.88 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | U.S. Small Business Administration | ☒ D ___2.28___<br>☐ E/F _____<br>☐ G _____ |
| 2.89 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Huntington Technology Finance, Inc. | ☒ D ___2.17___<br>☐ E/F _____<br>☐ G _____ |
| 2.90 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Huntington Technology Finance, Inc. | ☒ D ___2.18___<br>☐ E/F _____<br>☐ G _____ |
| 2.91 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Lumenis Financial Solutions | ☒ D ___2.23___<br>☐ E/F _____<br>☐ G _____ |
| 2.92 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | C T Corporation System | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.93 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Corporation Service Company | ☒ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.94 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Univest Capital, Inc. | ☒ D ___2.29___<br>☐ E/F _____<br>☐ G _____ |
| 2.95 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | FORT Capital Resources, LLC | ☒ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |

Debtor    Sound Vision Care, Inc. _____    Case number *(if known)*    25-72421 _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.96 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Macquarie Equipment Capital, Inc. | ☒ D ___2.24___ ☐ E/F _____ ☐ G _____ |
| 2.97 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Ocean Funding Corp. | ☒ D ___2.25___ ☐ E/F _____ ☐ G _____ |
| 2.98 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | C T Corporation System | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.99 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | C T Corporation System | ☒ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.100 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Capital Domain, LLC | ☒ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.101 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Lend Bug, LLC | ☒ D ___2.22___ ☐ E/F _____ ☐ G _____ |
| 2.102 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | C T Corporation System | ☒ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.103 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | C T Corporation System | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.104 | SVC of Riverhead, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Corporation Service Company | ☒ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.105 | SVC of Southold, LLC | 44210 County Route 48, Suite 1 Southold, NY 11971 | U.S. Eagle Federal Credit Union | ☒ D ___2.27___ ☐ E/F _____ ☐ G _____ |

Debtor    Sound Vision Care, Inc.                                         Case number *(if known)*    25-72421

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.106 | SVC of Southold, LLC | 44210 County Route 48, Suite 1 Southold, NY 11971 | Quick Funding Group | ☐ D _____ ☒ E/F ___3.26___ ☐ G _____ |
| 2.107 | SVC of Southold, LLC | 44210 County Route 48, Suite 1 Southold, NY 11971 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F ___3.27___ ☐ G _____ |
| 2.108 | SVC of Southold, LLC | 44210 County Route 48, Suite 1 Southold, NY 11971 | Speedy Capital | ☐ D _____ ☒ E/F ___3.31___ ☐ G _____ |
| 2.109 | SVC of Southold, LLC | 44210 County Route 48, Suite 1 Southold, NY 11971 | Bank of America, N.A | ☒ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.110 | SVC of Southold, LLC | 44210 County Route 48, Suite 1 Southold, NY 11971 | C T Corporation System | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.111 | SVC of Southold, LLC | 44210 County Route 48, Suite 1 Southold, NY 11971 | Corporation Service Company | ☒ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.112 | SVC of Southold, LLC | 44210 County Route 48, Suite 1 Southold, NY 11971 | FORT Capital Resources, LLC | ☒ D ___2.16___ ☐ E/F _____ ☐ G _____ |
| 2.113 | SVC of The Hamptons, LLC | 200 Montauk Highway Westhampton Beach, NY 11978 | U.S. Eagle Federal Credit Union | ☒ D ___2.27___ ☐ E/F _____ ☐ G _____ |
| 2.114 | SVC of The Hamptons, LLC | 200 Montauk Highway Westhampton Beach, NY 11978 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F ___3.27___ ☐ G _____ |
| 2.115 | SVC of The Hamptons, LLC | 200 Montauk Highway Westhampton Beach, NY 11978 | Corporation Service Company | ☒ D ___2.10___ ☐ E/F _____ ☐ G _____ |

| Debtor | Sound Vision Care, Inc. | Case number *(if known)* | 25-72421 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.116 | SVC of The Hamptons, LLC | 200 Montauk Highway Westhampton Beach, NY 11978 | FORT Capital Resources, LLC | ☒ D ___2.15___<br>☐ E/F _____<br>☐ G _____ |
| 2.117 | SVC of The Hamptons, LLC | 200 Montauk Highway Westhampton Beach, NY 11978 | Huntington Technology Finance, Inc. | ☒ D ___2.18___<br>☐ E/F _____<br>☐ G _____ |
| 2.118 | SVC of West Islip, LLC | 502 Union Blvd. West Islip, NY 11795 | U.S. Eagle Federal Credit Union | ☒ D ___2.27___<br>☐ E/F _____<br>☐ G _____ |
| 2.119 | SVC of West Islip, LLC | 502 Union Blvd. West Islip, NY 11795 | Seamless Capital Group, LLC | ☐ D _____<br>☒ E/F ___3.27___<br>☐ G _____ |
| 2.120 | SVC of West Islip, LLC | 502 Union Blvd. West Islip, NY 11795 | Corporation Service Company | ☒ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.121 | SVC of Yorkville, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | U.S. Eagle Federal Credit Union | ☒ D ___2.27___<br>☐ E/F _____<br>☐ G _____ |
| 2.122 | SVC of Yorkville, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Panthers Capital | ☐ D _____<br>☒ E/F ___3.22___<br>☐ G _____ |
| 2.123 | SVC of Yorkville, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Speedy Capital | ☐ D _____<br>☒ E/F ___3.31___<br>☐ G _____ |
| 2.124 | SVC RE Holdings, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | U.S. Eagle Federal Credit Union | ☒ D ___2.27___<br>☐ E/F _____<br>☐ G _____ |
| 2.125 | Williams Professional Property Care, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Pure Advance | ☐ D _____<br>☒ E/F ___3.25___<br>☐ G _____ |

Debtor    Sound Vision Care, Inc.                                        Case number *(if known)*    25-72421

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.12 6 | Williams Professional Property Care, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Seamless Capital Group, LLC | ☐ D _____ ☒ E/F ___3.27___ ☐ G _____ |
| 2.12 7 | Williams Professional Property Care, LLC | 1224 Ostrander Ave. Riverhead, NY 11901 | Vex Capital | ☐ D _____ ☒ E/F ___3.41___ ☐ G _____ |