Patricia C. Delaney, Esq.
c/o Damianos Realty Group LLC
222 Middle Country Road, Suite 300
Smithtown, New York 11787
T: (631) 360-9000
Generalcounsel@drgrealty.com

Attorney for Davis Professional Park LLC

UNITED STATES BANKRUPCTY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Sound Vision Care, Inc., et al[1] | : | Case No. 8-25-72421 (LAS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for Davis Professional Park LLC, a creditor and party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the Post Office address, email addresses and telephone and facsimile numbers set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex, email or otherwise, which affects the Debtors or property of their estates.

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number arc: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi). SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of Papers, nor any later appearance, pleading, claim or suit, shall constitute an election of remedies or waiver of (i) the right to have a final orders in non-core matters entered only after *de nova* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding relating to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments Davis Professional Park LLC expressly reserves.

Dated: Smithtown, New York
       August 11, 2025

Respectfully submitted

By: _Patricia Delaney_____
       Patricia C. Delaney, Esq.

c/o Damianos Realty Group LLC
222 Middle Country Road, Suite 300
Smithtown, New York 11787
T: (631) 360-9000
F: (631) 360-0103
Generalcounsel@drgrealty.com

Attorney for Davis Professional Park LLC