Theresa A. Driscoll, Esq.
Michael Kwiatkowski, Esq.
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, New York 11530
T: (516) 873-2000
tdriscoll@moritthock.com
mkwiatkowski@moritthock.com

*Attorneys for U.S. Eagle Federal Credit Union*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:                                                                      Chapter 11

    Sound Vision Care, Inc., *et al*.[1]                    Case No. 25-72421 (LAS)
                                   (Jointly Administered).
                         Debtors.
------------------------------------------------------------------------X

### RESERVATION OF RIGHTS OF U.S. EAGLE FEDERAL CREDIT UNION CONCERNING DEBTORS' MOTION TO USE CASH COLLATERAL

U.S. Eagle Federal Credit Union ("**U.S. Eagle**"), secured creditor of the Debtors,

respectfully submits this reservation of rights concerning the *Motion Pursuant to 11 U.S.C. §§*

*105, 361, 362 and 363 and Rules 4001(b), 4001(d) and 9014 of the Federal Rules of Bankruptcy*

*Procedure for Interim and Final Order (A) Authorizing Debtor's Use of Cash Collateral and*

*Providing Adequate Protection, and (B) Approving Proposed Interim Order Authorizing Use of*

*Cash Collateral* dated June 26, 2025 [ECF No. 7] ("**Motion**") and sets forth and respectfully

represents as follows:

1.      U.S. Eagle is a secured creditor of each of the Debtors and holds liens on all of

the Debtors' personal property, including, but not limited to, Debtors' cash collateral.

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232) (collectively, the "**Debtors**").

2.     At this time, U.S. Eagle generally supports Debtors' use of cash collateral. As such, counsel for U.S. Eagle and the Debtors have been working to reach a consensual agreement on the Debtors' continued use of cash collateral, including negotiations on a proposed *Second Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* ("**Proposed Second Interim Cash Collateral Order**").[2] U.S. Eagle is hopeful that between now and the hearing on August 21, 2025, the parties, including the Debtor and U.S. Eagle, as well as Bank of America, N.A. and Flushing National Bank (who have also asserted liens on personal property of one or more of the Debtors, including cash collateral of one or more of the Debtors), will reach an agreement on the terms and conditions of the Proposed Second Interim Cash Collateral Order.

3.     However, until the parties reach such consensual agreement on the terms and conditions of the Proposed Second Interim Cash Collateral Order, U.S. Eagle reserves the right to raise objections to the Motion at the time of the August 21, 2025 hearing.

Dated:  Garden City, New York
          August 15, 2025

                                        MORITT HOCK & HAMROFF LLP


                                        By:        */s/ Michael Kwiatkowski*
                                             Theresa A. Driscoll
                                             Michael Kwiatkowski
                                        400 Garden City Plaza
                                        Garden City, NY  11530
                                        T: (516) 873-2000
                                        tdriscoll@moritthock.com
                                        mkwiatkowski@moritthock.com

                                        *Attorneys for US Eagle Federal Credit Union*

4004315

---

[2] On July 24, 2025, the Court entered *Interim Order Authorizing Use of Cash Collateral by Debtor Pursuant to 11 U.S.C. Section 363* [ECF No. 63] ("**First Interim Cash Collateral Order**").

2