**Sound Vision Care, Inc, *et. al*.**

**Combined DIP Cash Flow Budget\***
**From August 17, 2025 through November 15, 2025**
**(Unaudited)**

*Petition Date: June 23, 2025*

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week Ended** | | 08/23/25 | 08/30/25 | 09/06/25 | 09/13/25 | 09/20/25 | 09/27/25 | 10/04/25 | 10/11/25 | 10/18/25 | 10/25/25 | 11/01/25 | 11/08/25 | 11/15/25 | 8/23/2025 11/15/2025 |
| Gross Revenue | | $ 279,306 | $ 312,876 | $ 177,532 | $ 265,451 | $ 257,853 | $ 282,099 | $ 316,005 | $ 260,398 | $ 298,362 | $ 321,195 | $ 279,005 | $ 271,631 | $ 232,535 | $ 3,554,248 |
| Discounts | | 1,360 | 2,477 | 1,361 | 1,626 | 1,047 | 2,821 | 3,160 | 2,604 | 2,984 | 3,212 | 2,790 | 2,716 | 2,325 | 30,483 |
| **Net Revenue** | | $ 277,946 | $ 310,399 | $ 176,171 | $ 263,825 | $ 256,806 | $ 279,278 | $ 312,845 | $ 257,794 | $ 295,378 | $ 317,983 | $ 276,215 | $ 268,915 | $ 230,210 | $ 3,523,765 |
| **Cash Receipts:** | | | | | | | | | | | | | | | |
| AR Collections (Net of Allowances) | | $ 120,087 | $ 165,788 | $ 78,286 | $ 73,700 | $ 72,918 | $ 121,288 | $ 167,446 | $ 179,873 | $ 71,588 | $ 90,220 | $ 108,734 | $ 118,239 | $ 105,377 | $ 1,473,544 |
| | | 120,087 | 165,788 | 78,286 | 73,700 | 72,918 | 121,288 | 167,446 | 179,873 | 71,588 | 90,220 | 108,734 | 118,239 | 105,377 | 1,473,544 |
| **Operating Disbursements:** | | | | | | | | | | | | | | | |
| Payroll and Related Expenses | | 76,000 | 55,000 | 73,000 | - | 73,000 | - | 73,000 | - | 73,000 | - | 73,000 | - | 73,000 | 569,000 |
| Officer Compensation | | 8,000 | - | 8,000 | - | 8,000 | - | 8,000 | - | 8,000 | - | 8,000 | - | 8,000 | 56,000 |
| Rent and Related Occupancy Costs (e.g. CAM, Utilizes) | | 35,000 | - | 35,000 | - | - | - | 35,000 | - | - | - | 35,000 | - | - | 140,000 |
| Inventory purchases (frames/lenses) | | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 9,700 | 126,100 |
| Sales & Use Tax (Not Applicable) | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Allocated Expenses\*\* (See Page 2) | | 17,300 | 17,300 | 17,300 | 17,300 | 17,300 | 17,300 | 17,300 | 17,300 | 17,300 | 17,300 | 17,300 | 17,300 | 17,300 | 224,900 |
| | | 146,000 | 82,000 | 143,000 | 27,000 | 108,000 | 27,000 | 143,000 | 27,000 | 108,000 | 27,000 | 143,000 | 27,000 | 108,000 | 1,116,000 |
| **Net Cash Flows from Operations** | | (25,913) | 83,788 | (64,714) | 46,700 | (35,082) | 94,288 | 24,446 | 152,873 | (36,412) | 63,220 | (34,266) | 91,239 | (2,623) | 357,544 |
| *Cumulative* | | *490,225* | *574,013* | *509,299* | *555,999* | *520,917* | *615,205* | *639,651* | *792,524* | *756,112* | *819,332* | *785,066* | *876,305* | *873,682* | |
| **Chapter 11 Related Disbursements:** | | | | | | | | | | | | | | | |
| Bankruptcy professional fees | (1) | - | 85,000 | - | - | - | - | - | - | - | - | - | - | - | 85,000 |
| Debt Service - Adequate Assurance: | | | - | | | | | | | | | | | | |
| U.S. Eagle Federal Credit Union / SBA | (2) | - | 45,458 | - | - | - | 45,458 | - | - | - | - | 45,458 | - | - | 136,374 |
| Bank of America | (3) | 1,822 | 1,822 | - | - | - | 1,822 | - | - | - | - | 1,822 | - | - | 7,288 |
| Flushing Bank | (3) | 4,332 | 4,332 | - | - | - | 4,332 | - | - | - | - | 4,332 | - | - | 17,328 |
| Critical Vendors/503(b)(9) payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| UST Fees (Estimated Accruals) | | - | - | - | - | - | - | - | - | 10,000 | - | - | - | - | 10,000 |
| | | 6,154 | 136,612 | - | - | - | 51,612 | - | - | 10,000 | - | 51,612 | - | - | 255,990 |
| **Net Cash Flows** | | $ (32,067) | $ (52,824) | $ (64,714) | $ 46,700 | $ (35,082) | $ 42,676 | $ 24,446 | $ 152,873 | $ (46,412) | $ 63,220 | $ (85,878) | $ 91,239 | $ (2,623) | $ 101,554 |
| **Cumulative Cash Balance - Post Petition (All Debtors)** | | | | | | | | | | | | | | | |
| Beginning of Week | | $ 516,138 | $ 484,071 | $ 431,247 | $ 366,533 | $ 413,233 | $ 378,151 | $ 420,827 | $ 445,273 | $ 598,146 | $ 551,734 | $ 614,954 | $ 529,076 | $ 620,315 | |
| Net Cash Flows | | (32,067) | (52,824) | (64,714) | 46,700 | (35,082) | 42,676 | 24,446 | 152,873 | (46,412) | 63,220 | (85,878) | 91,239 | (2,623) | |
| End of Week | | $ 484,071 | $ 431,247 | $ 366,533 | $ 413,233 | $ 378,151 | $ 420,827 | $ 445,273 | $ 598,146 | $ 551,734 | $ 614,954 | $ 529,076 | $ 620,315 | $ 617,692 | |

\* The 13-week cash flow budget (the "Budget") has been prepared based on Debtors' representations, prior tax returns, and internally prepared worksheets. As we obtain additional information, we will revise the Budget accordingly.

\*\* Allocated Expenses of approximately $17,300/week are detailed on Page 2.

(1) Bankruptcy professional fees consist of a payment of $85,000 (Week 2) on first interim fee applications. This payment will not create a negative cash flow balance for the Debtors.

(2) Assumes interest only payments for mortgage on location 1224 Ostrander Ave Riverhead, NY 11901, owned by SVC RE Holdings, LLC, a non-debtor. The lender has a first position lien on SVC RE Holdings, LLC on the premises with guarantees from 15 other entities including

(3) Per Cash Collateral Motion

*Draft for Discussion Purposes Only*

**Sound Vision Care, Inc.** *et al.*
**DIP Cash Flow Budget - Schedule of Allocated Expenses**
**From August 17, 2025 through November 15, 2025**
**(Unaudited)**

|  | Annual | Quarterly |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| **Allocated Expenses** |  |  |  |  |  |  |  |  |  |
| Advertising | 90,000 | 22,500 |  |  |  |  |  |  |  |
| Auto  and truck | 24,000 | 6,000 |  |  |  |  |  |  |  |
| Equipment rental | 36,000 | 9,000 |  |  |  |  |  |  |  |
| Health insurance | 210,000 | 52,500 |  |  |  |  |  |  |  |
| Liability insurance | 140,000 | 35,000 |  |  |  |  |  |  |  |
| Licenses and fees | 24,000 | 6,000 |  |  |  |  |  |  |  |
| Office and supplies | 90,000 | 22,500 | *10%* | *7%* | *13%* | *65%* | *5%* | *100%* |  |
| Utilities | 90,000 | 22,500 | East Set. | Fresh Med. | Manhst | River | South | **Total** |  |
| Other | 200,000 | 50,000 |  |  |  |  |  |  |  |
|  | 904,000 | 226,000 | 23,000 | 16,000 | 29,000 | 147,000 | 11,000 | 226,000 | Quarterly |
|  |  |  | 1,800 | 1,200 | 2,200 | 11,300 | 800 | 17,300 | **Weekly** |
|  |  |  |  |  |  |  |  |  |  |
| **Inventory** |  |  |  |  |  |  |  |  |  |
| Frames / Lenses | 480,000 | 120,000 | 12,000 | 8,000 | 16,000 | 78,000 | 6,000 | 120,000 | Quarterly |
|  |  |  | 1,000 | 1,000 | 1,200 | 6,000 | 500 | 9,700 | Weekly |

*   The 13-week cash flow budget (the "Budget") has been prepared based on Debtors' representations, prior tax returns, and internally
    prepared worksheets.  As we obtain additional information, we will revise the Budget accordingly.

*Draft for Discussion Purposes Only*

**SVC of East Setauket, LLC**
**DIP Cash Flow Budget**
**From August 17, 2025 through November 15, 2025**
**(Unaudited)**

*Petition Date: June 23, 2025*

| Week Ended | 1 08/23/25 | 2 08/30/25 | 3 09/06/25 | 4 09/13/25 | 5 09/20/25 | 6 09/27/25 | 7 10/04/25 | 8 10/11/25 | 9 10/18/25 | 10 10/25/25 | 11 11/01/25 | 12 11/08/25 | 13 11/15/25 | 13 Weeks 8/23/2025 11/15/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Revenue | $ 32,671 | $ 45,489 | $ 17,173 | $ 34,927 | $ 35,591 | $ 32,998 | $ 45,944 | $ 26,524 | $ 29,010 | $ 30,239 | $ 14,307 | $ 43,893 | $ 6,031 | $ 394,797 |
| Discounts | 50 | 262 | 109 | - | - | 330 | 459 | 265 | 290 | 302 | 143 | 439 | 60 | 2,710 |
| **Net Revenue** | $ 32,621 | $ 45,227 | $ 17,064 | $ 34,927 | $ 35,591 | $ 32,668 | $ 45,484 | $ 26,259 | $ 28,720 | $ 29,937 | $ 14,164 | $ 43,454 | $ 5,971 | $ 392,086 |
| **Cash Receipts:** | | | | | | | | | | | | | | |
| **Gross Receipts** | $ 11,937 | $ 17,826 | $ 7,118 | $ 5,598 | $ 8,856 | $ 12,056 | $ 18,004 | $ 13,072 | $ 4,044 | $ 5,551 | $ 5,139 | $ 9,115 | $ 4,083 | $ 122,400 |
| | 11,937 | 17,826 | 7,118 | 5,598 | 8,856 | 12,056 | 18,004 | 13,072 | 4,044 | 5,551 | 5,139 | 9,115 | 4,083 | 122,400 |
| **Operating Disbursements:** | | | | | | | | | | | | | | |
| Payroll and Related Expenses | 2,000 | 1,400 | 2,000 | - | 2,000 | - | 2,000 | - | 2,000 | - | 2,000 | - | 2,000 | 15,400 |
| Officer Compensation | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent and Related Occupancy Costs (e.g. CAM, Utilizes) | 5,000 | - | 5,000 | - | - | - | 5,000 | - | - | - | 5,000 | - | - | 20,000 |
| Inventory purchases (frames/lenses) | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 13,000 |
| Allocated Expenses | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 23,400 |
| | 9,800 | 4,200 | 9,800 | 2,800 | 4,800 | 2,800 | 9,800 | 2,800 | 4,800 | 2,800 | 9,800 | 2,800 | 4,800 | 71,800 |
| **Net Cash Flows from Operations** | $ 2,137 | $ 13,626 | $ (2,682) | $ 2,798 | $ 4,056 | $ 9,256 | $ 8,204 | $ 10,272 | $ (756) | $ 2,751 | $ (4,661) | $ 6,315 | $ (717) | $ 50,600 |
| | 2,137 | 15,763 | 13,081 | 15,879 | 19,935 | 29,191 | 37,396 | 47,668 | 46,912 | 49,663 | 45,002 | 51,317 | 50,600 | |

\* *The 13-week cash flow budget (the "Budget") has been prepared based on Debtors' representations, prior tax returns, and internally prepared worksheets. As we obtain additional information, we will revise the Budget accordingly.*

*Draft for Discussion Purposes Only*

**SVC of Fresh Meadows, LLC**
**DIP Cash Flow Budget**
**From August 17, 2025 through November 15, 2025**
**(Unaudited)**

*Petition Date: June 23, 2025*

| Week Ended | 1<br>08/23/25 | 2<br>08/30/25 | 3<br>09/06/25 | 4<br>09/13/25 | 5<br>09/20/25 | 6<br>09/27/25 | 7<br>10/04/25 | 8<br>10/11/25 | 9<br>10/18/25 | 10<br>10/25/25 | 11<br>11/01/25 | 12<br>11/08/25 | 13<br>11/15/25 | 13 Weeks<br>8/23/2025<br>11/15/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Revenue | $ 18,288 | $ 19,878 | $ 12,489 | $ 16,353 | $ 19,893 | $ 18,471 | $ 20,077 | $ 19,326 | $ 15,426 | $ 20,261 | $ 20,028 | $ 17,912 | $ 22,378 | $ 240,780 |
| Discounts | - | - | 160 | - | 218 | 185 | 201 | 193 | 154 | 203 | 200 | 179 | 224 | 1,917 |
| **Net Revenue** | $ 18,288 | $ 19,878 | $ 12,329 | $ 16,353 | $ 19,675 | $ 18,286 | $ 19,876 | $ 19,133 | $ 15,272 | $ 20,058 | $ 19,828 | $ 17,733 | $ 22,154 | $ 238,863 |
| **Cash Receipts:** | | | | | | | | | | | | | | |
| **Gross Receipts** | $ 2,379 | $ 7,067 | $ 4,018 | $ 4,756 | $ 3,037 | $ 2,403 | $ 7,138 | $ 14,290 | $ 7,443 | $ 8,156 | $ 3,209 | $ 4,563 | $ 4,311 | $ 72,769 |
| | 2,379 | 7,067 | 4,018 | 4,756 | 3,037 | 2,403 | 7,138 | 14,290 | 7,443 | 8,156 | 3,209 | 4,563 | 4,311 | 72,769 |
| **Operating Disbursements:** | | | | | | | | | | | | | | |
| Payroll and Related Expenses | 3,000 | 2,000 | 3,000 | - | 3,000 | - | 3,000 | - | 3,000 | - | 3,000 | - | 3,000 | 23,000 |
| Officer Compensation | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent and Related Occupancy Costs (e.g. CAM, Utilizes) | 16,000 | - | 16,000 | - | - | - | 16,000 | - | - | - | 16,000 | - | - | 64,000 |
| Inventory purchases (frames/lenses) | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 13,000 |
| Allocated Expenses | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 15,600 |
| | 21,200 | 4,200 | 21,200 | 2,200 | 5,200 | 2,200 | 21,200 | 2,200 | 5,200 | 2,200 | 21,200 | 2,200 | 5,200 | 115,600 |
| **Net Cash Flows from Operations** | $ (18,821) | $ 2,867 | $ (17,182) | $ 2,556 | $ (2,163) | $ 203 | $ (14,062) | $ 12,090 | $ 2,243 | $ 5,956 | $ (17,991) | $ 2,363 | $ (889) | $ (42,831) |
| | (47,064) | (44,197) | (61,379) | (58,823) | (60,986) | (60,783) | (74,846) | (62,756) | (60,513) | (54,557) | (72,548) | (70,185) | (71,074) | |

*\* The 13-week cash flow budget (the "Budget") has been prepared based on Debtors' representations, prior tax returns, and internally prepared worksheets. As we obtain additional information, we will revise the Budget accordingly.*

**SVC of Manhasset, LLC**
**DIP Cash Flow Budget**
**From August 17, 2025 through November 15, 2025**
**(Unaudited)**

*Petition Date: June 23, 2025*

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week Ended** | | 08/23/25 | 08/30/25 | 09/06/25 | 09/13/25 | 09/20/25 | 09/27/25 | 10/04/25 | 10/11/25 | 10/18/25 | 10/25/25 | 11/01/25 | 11/08/25 | 11/15/25 | 8/23/2025 – 11/15/2025 |
| Gross Revenue | $ | 43,734 | 36,910 | 23,106 | 24,571 | 36,041 | 44,171 | 37,279 | 41,096 | 35,172 | 31,570 | 28,256 | 30,732 | 36,511 | $ 449,149 |
| Discounts | | 610 | 229 | - | 406 | 154 | 442 | 373 | 411 | 352 | 316 | 283 | 307 | 365 | 4,247 |
| **Net Revenue** | $ | 43,124 | 36,681 | 23,106 | 24,165 | 35,887 | 43,730 | 36,906 | 40,685 | 34,820 | 31,254 | 27,973 | 30,425 | 36,146 | $ 444,903 |
| **Cash Receipts:** | | | | | | | | | | | | | | | |
| **Gross Receipts** | $ | 7,323 | 7,190 | 6,145 | 9,037 | 10,282 | 7,396 | 7,262 | 14,249 | 6,479 | 10,822 | 11,094 | 11,118 | 8,998 | $ 117,395 |
| | | 7,323 | 7,190 | 6,145 | 9,037 | 10,282 | 7,396 | 7,262 | 14,249 | 6,479 | 10,822 | 11,094 | 11,118 | 8,998 | 117,395 |
| **Operating Disbursements:** | | | | | | | | | | | | | | | |
| Payroll and Related Expenses | | 17,000 | 11,500 | 17,000 | - | 17,000 | - | 17,000 | - | 17,000 | - | 17,000 | - | 17,000 | 130,500 |
| Officer Compensation | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent and Related Occupancy Costs (e.g. CAM, Utilizes) | | 7,000 | - | 7,000 | - | - | - | 7,000 | - | - | - | 7,000 | - | - | 28,000 |
| Inventory purchases (frames/lenses) | | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 15,600 |
| Allocated Expenses | | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 28,600 |
| | | 27,400 | 14,900 | 27,400 | 3,400 | 20,400 | 3,400 | 27,400 | 3,400 | 20,400 | 3,400 | 27,400 | 3,400 | 20,400 | 202,700 |
| **Net Cash Flows from Operations** | $ | (20,077) | (7,710) | (21,255) | 5,637 | (10,118) | 3,996 | (20,138) | 10,849 | (13,921) | 7,422 | (16,306) | 7,718 | (11,402) | $ (85,305) |
| | | (20,077) | (27,787) | (49,042) | (43,405) | (53,523) | (49,527) | (69,665) | (58,816) | (72,737) | (65,315) | (81,621) | (73,903) | (85,305) | |

 * *The 13-week cash flow budget (the "Budget") has been prepared based on Debtors' representations, prior tax returns, and internally prepared worksheets. As we obtain additional information, we will revise the Budget accordingly.*

**SVC of Riverhead, LLC**
**DIP Cash Flow Budget**
**From August 17, 2025 through November 15, 2025**
**(Unaudited)**

*Petition Date: June 23, 2025*

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13 Weeks 8/23/2025 11/15/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Week Ended* | | 08/23/25 | 08/30/25 | 09/06/25 | 09/13/25 | 09/20/25 | 09/27/25 | 10/04/25 | 10/11/25 | 10/18/25 | 10/25/25 | 11/01/25 | 11/08/25 | 11/15/25 | |
| Gross Revenue | $ | 173,577 | 190,047 | 116,115 | 167,269 | 150,441 | 175,313 | 191,947 | 153,539 | 186,658 | 215,656 | 191,914 | 159,126 | 154,510 | 2,226,112 |
| Discounts | | 700 | 1,956 | 1,092 | 493 | 242 | 1,753 | 1,919 | 1,535 | 1,867 | 2,157 | 1,919 | 1,591 | 1,545 | 18,770 |
| **Net Revenue** | $ | **172,877** | **188,091** | **115,023** | **166,776** | **150,199** | **173,560** | **190,028** | **152,004** | **184,791** | **213,499** | **189,995** | **157,535** | **152,965** | **2,207,343** |
| **Cash Receipts:** | | | | | | | | | | | | | | | |
| **Gross Receipts** | $ | **87,531** | **127,748** | **56,460** | **48,769** | **46,125** | **88,406** | **129,025** | **136,356** | **46,912** | **59,914** | **82,612** | **80,417** | **78,493** | **1,068,769** |
| | | 87,531 | 127,748 | 56,460 | 48,769 | 46,125 | 88,406 | 129,025 | 136,356 | 46,912 | 59,914 | 82,612 | 80,417 | 78,493 | 1,068,769 |
| **Operating Disbursements:** | | | | | | | | | | | | | | | |
| Payroll and Related Expenses | | 48,000 | 36,000 | 45,000 | - | 45,000 | - | 45,000 | - | 45,000 | - | 45,000 | - | 45,000 | 354,000 |
| Officer Compensation | | 8,000 | - | 8,000 | - | 8,000 | - | 8,000 | - | 8,000 | - | 8,000 | - | 8,000 | 56,000 |
| Related Occupancy Costs (e.g. CAM, Utilizes) | | 2,000 | - | 2,000 | - | - | - | 2,000 | - | - | - | 2,000 | - | - | 8,000 |
| Inventory purchases (frames/lenses) | | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 78,000 |
| Allocated Expenses | | 11,300 | 11,300 | 11,300 | 11,300 | 11,300 | 11,300 | 11,300 | 11,300 | 11,300 | 11,300 | 11,300 | 11,300 | 11,300 | 146,900 |
| | | 75,300 | 53,300 | 72,300 | 17,300 | 70,300 | 17,300 | 72,300 | 17,300 | 70,300 | 17,300 | 72,300 | 17,300 | 70,300 | 642,900 |
| **Net Cash Flows from Operations** | $ | **12,231** | **74,448** | **(15,840)** | **31,469** | **(24,175)** | **71,106** | **56,725** | **119,056** | **(23,388)** | **42,614** | **10,312** | **63,117** | **8,193** | **425,869** |
| | | *12,231* | *86,679* | *70,839* | *102,308* | *78,133* | *149,239* | *205,965* | *325,021* | *301,633* | *344,247* | *354,559* | *417,676* | *425,869* | |

\* *The 13-week cash flow budget (the "Budget") has been prepared based on Debtors' representations, prior tax returns, and internally prepared worksheets. As we obtain additional information, we will revise the Budget accordingly.*

**SVC of Southold, LLC**
**DIP Cash Flow Budget**
**From August 17, 2025 through November 15, 2025**
**(Unaudited)**

*Petition Date: June 23, 2025*

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week Ended | 08/23/25 | 08/30/25 | 09/06/25 | 09/13/25 | 09/20/25 | 09/27/25 | 10/04/25 | 10/11/25 | 10/18/25 | 10/25/25 | 11/01/25 | 11/08/25 | 11/15/25 | 8/23/2025 11/15/2025 |
| Gross Revenue | | $ 11,036 | $ 20,552 | $ 8,649 | $ 22,331 | $ 15,887 | $ 11,146 | $ 20,758 | $ 19,913 | $ 32,096 | $ 23,469 | $ 24,500 | $ 19,968 | $ 13,105 | $ 243,410 |
| Discounts | | - | 30 | - | 727 | 433 | 111 | 208 | 199 | 321 | 235 | 245 | 200 | 131 | 2,840 |
| **Net Revenue** | | **$ 11,036** | **$ 20,522** | **$ 8,649** | **$ 21,604** | **$ 15,454** | **$ 11,035** | **$ 20,550** | **$ 19,714** | **$ 31,775** | **$ 23,234** | **$ 24,255** | **$ 19,768** | **$ 12,974** | **$ 240,570** |
| **Cash Receipts:** | | | | | | | | | | | | | | | |
| **Gross Receipts** | | **$ 10,917** | **$ 5,957** | **$ 4,545** | **$ 5,540** | **$ 4,618** | **$ 11,026** | **$ 6,017** | **$ 1,906** | **$ 6,710** | **$ 5,777** | **$ 6,680** | **$ 13,026** | **$ 9,492** | **$ 92,211** |
| | | 10,917 | 5,957 | 4,545 | 5,540 | 4,618 | 11,026 | 6,017 | 1,906 | 6,710 | 5,777 | 6,680 | 13,026 | 9,492 | 92,211 |
| **Operating Disbursements:** | | | | | | | | | | | | | | | |
| Payroll and Related Expenses | | 6,000 | 4,100 | 6,000 | - | 6,000 | - | 6,000 | - | 6,000 | - | 6,000 | - | 6,000 | 46,100 |
| Officer Compensation | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent and Related Occupancy Costs (e.g. CAM, Utilizes) | | 5,000 | - | 5,000 | - | - | - | 5,000 | - | - | - | 5,000 | - | - | 20,000 |
| Inventory purchases (frames/lenses) | | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,500 |
| Allocated Expenses | | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 10,400 |
| | | 12,300 | 5,400 | 12,300 | 1,300 | 7,300 | 1,300 | 12,300 | 1,300 | 7,300 | 1,300 | 12,300 | 1,300 | 7,300 | 83,000 |
| **Net Cash Flows from Operations** | | **$ (1,383)** | **$ 557** | **$ (7,755)** | **$ 4,240** | **$ (2,682)** | **$ 9,726** | **$ (6,283)** | **$ 606** | **$ (590)** | **$ 4,477** | **$ (5,620)** | **$ 11,726** | **$ 2,192** | **$ 9,211** |
| | | *15,058* | *15,615* | *7,860* | *12,100* | *9,418* | *19,144* | *12,861* | *13,467* | *12,877* | *17,354* | *11,734* | *23,460* | *25,652* | |

\* *The 13-week cash flow budget (the "Budget") has been prepared based on Debtors' representations, prior tax returns, and internally prepared worksheets. As we obtain additional information, we will revise the Budget accordingly.*