**In re** Sound Vision Care, Inc., et. al.    **Lead Case No.** 25-72421 (LAS)
**Debtor**    **Reporting Period:** July 1, 2025 - July 31, 2025

**Statement of Operations (Profit or Loss Statement) - Cash Basis**

| DEBTOR / Case No. | Sound Vision Care, Inc. 25-72421 | SVC of Coram, LLC 25-72422 | SVC of East Setauket, LLC 25-72423 | SVC of Fresh Meadows, LLC 25-72424 | SVC of Manhasset, LLC 25-72425 | SVC of Riverhead, LLC 25-72426 | SVC of Southold, LLC 25-72428 | Total |
|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | |
| **Income** | | | | | | | | |
| Gross Receipts | | | | | | | | |
| Gross Receipts - Checks | $ 9,446 | $ - | $ - | $ - | $ - | $ - | $ - | $ 9,446 |
| Gross Receipts - Other | 115,996 | 106,583 | 34,558 | 37,208 | 48,406 | 182,233 | 29,255 | 554,239 |
| **Total Gross Receipts** | 125,442 | 106,583 | 34,558 | 37,208 | 48,406 | 182,233 | 29,255 | 563,686 |
| Other Income | 28,139 | - | - | - | - | - | - | 28,139 |
| **Total Income** | 153,581 | 106,583 | 34,558 | 37,208 | 48,406 | 182,233 | 29,255 | 591,825 |
| **Cost of Goods Sold** | | | | | | | | |
| Purchases | | | | | | | | |
| Purchases - Shared | (21,878) | - | - | - | - | - | - | (21,878) |
| Purchases - Other | 21,987 | - | 2,558 | 2,923 | 2,278 | 19,490 | 1,855 | 51,091 |
| Total Purchases | 109 | - | 2,558 | 2,923 | 2,278 | 19,490 | 1,855 | 29,213 |
| **Total COGS** | 109 | - | 2,558 | 2,923 | 2,278 | 19,490 | 1,855 | 29,213 |
| **Gross Profit** | 153,472 | 106,583 | 31,999 | 34,285 | 46,128 | 162,743 | 27,400 | 562,612 |
| **Expense** | | | | | | | | |
| Franchise Fees SVC of Coram | 12,116 | 30,799 | - | - | - | - | - | |
| Merchant Services Fees | - | 411 | 303 | 34 | 524 | 18 | 205 | 1,496 |
| Alarm | - | - | - | - | - | - | - | - |
| Advertising | 286 | - | - | - | - | - | - | |
| Auto & Truck Expense | 946 | - | - | - | - | - | - | 946 |
| Bank Charges | 277 | 92 | - | 147 | - | - | - | 517 |
| Continuing Education | 760 | - | - | - | - | - | - | 760 |
| Contributions | 45 | - | - | - | - | - | - | |
| Credit Card Fees | 78 | - | - | - | - | - | - | 78 |
| Dues & Subscriptions | 98 | - | - | - | - | - | - | 98 |
| Entertainment & Meals | 1,822 | - | - | - | - | - | - | 1,822 |
| Insurance | 9,403 | - | - | - | - | - | - | 9,403 |
| Interest | 1,789 | - | - | - | - | - | - | 1,789 |
| IT Expense | 6,160 | - | - | - | - | - | - | 6,160 |
| Cleaning | - | - | - | - | - | - | - | - |
| Management Fees | - | - | - | 6,664 | - | - | - | 6,664 |
| Office Expense | - | - | - | - | - | - | - | - |
| Postage | 203 | - | - | - | - | - | - | 203 |
| Office Expense - Other | 3,075 | - | - | - | - | - | - | 3,075 |
| Total Office Expense | 3,278 | - | - | - | - | - | - | 3,278 |
| Payroll | | | | | | | | |
| Wages | - | - | 28,527 | 11,990 | 25,150 | 106,113 | 5,317 | 177,098 |
| Salaries - Officers | 133,182 | - | - | - | - | - | - | 133,182 |
| Reallocated Wages | (201,775) | - | - | - | - | - | - | (201,775) |
| Total Wages | (68,594) | - | 28,527 | 11,990 | 25,150 | 106,113 | 5,317 | 108,504 |
| Taxes - Payroll | - | - | 2,354 | 989 | 2,270 | 9,970 | 439 | 16,021 |
| Reallocated PR Taxes | (18,184) | - | - | - | - | - | - | (18,184) |
| Taxes - Payroll - Other | 10,978 | - | - | - | - | - | - | 10,978 |
| Total Taxes - Payroll | (7,206) | - | 2,354 | 989 | 2,270 | 9,970 | 439 | 8,815 |
| Total Payroll | (75,800) | - | 30,881 | 12,980 | 27,420 | 116,083 | 5,756 | 117,319 |
| Professional Fees | - | 8,375 | - | - | - | - | - | 8,375 |
| Rent | 1,124 | - | 4,308 | 14,928 | 13,095 | - | 4,000 | 37,454 |
| Repairs & Maintenance | - | - | - | - | - | - | - | - |
| Supplies | 341 | - | - | - | - | - | - | 341 |
| Travel | 422 | - | - | - | - | - | - | 422 |
| Utilities | - | - | - | 413 | - | - | - | 413 |
| Cable/Internet Expense | 408 | - | - | - | 313 | 1,157 | 253 | 2,131 |
| Telephone | - | - | - | - | 76 | - | - | 76 |
| Electric | - | - | - | - | - | - | - | - |
| Gas | - | - | - | - | - | - | - | - |
| Utilities - Other | 149 | - | - | - | 391 | - | - | 540 |
| Total Utilities | 557 | - | - | 413 | 780 | 1,157 | 253 | 3,160 |
| **Total Expense** | (36,298) | 39,677 | 35,492 | 35,165 | 41,819 | 117,258 | 10,214 | 243,328 |
| **Net Ordinary Income** | 189,770 | 66,906 | (3,492) | (880) | 4,309 | 45,485 | 17,186 | 319,284 |
| **Other Income/Expense** | | | | | | | | |
| **Other Expense** | | | | | | | | |
| Other Expenses | - | - | - | - | - | - | - | - |
| **Total Other Expense** | - | - | - | - | - | - | - | - |
| Net Other Income | - | - | - | - | - | - | - | - |
| **Net Income** | $ 189,770 | $ 66,906 | $ (3,492) | $ (880) | $ 4,309 | $ 45,485 | $ 17,186 | $ 319,284 |

[1]The Debtors have a centralized payroll system under Sound Vision Care, Inc. and certain shared overhead expenses. As needed, funds are transferred from the affiliated Debtors to Sound Vision Care, Inc. to fund shared business expenses. These shared business expenses are allocated to each respective Debtor through journal entries. We are actively reviewing and evaluating these practices for future efficiencies. For purposes of calculating the UST Fees and MOR Part 1, cash balances are net of Inter-Debtor transfers.