UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In re: | Chapter 11 Case |
| SOUND VISION CARE, INC., *et. al.*, | Case No.: 25-72421 (LAS) |
| Debtors.[1] | (Jointly Administered) |

_____/

### AGENDA FOR HEARING TO BE HELD
### AUGUST 21, 2025, AT 10:00 A.M. (PREVAILING EASTERN TIME)

**I. Initial Case Status Conference**
    a. **Monthly Operating Report (MOR):**
        i. **June:** Filed on July 22, 2025 [Docket Nos. 54-60]
        ii. **July:** Filed on August 20, 2025 [Docket Nos. 89-95]

    b. **Bar Date Motion:** Filed on August 7, 2025 [Docket No. 73], Order approving Bar Date Motion filed on August 14, 2025 [Docket No. 81]

    c. **341(a) Meeting:** Concluded on August 15, 2025

    d. **Schedules:** Filed on August 1, 2025 [Docket No. 69]; Amended Schedules filed on August 13, 2025 [Docket No. 78]

    e. **1121 Exclusivity Motion:** To be filed in near term for September hearing.

    f. **365(d)(4) Motions:** To be filed in near term for September hearing.

**II. Uncontested Matters Going Forward on Final Basis:**

    1. **Utility Motion.** *Debtors' Motion for Order (A) Prohibiting Utility Providers from Discontinuing, Altering, or Refusing Services, (B) Deeming Utility Providers to Have Adequate Assurance of Future Performance, and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance* [Docket No. 8].

        **Interim Order:** Approved on July 24, 2025 [Docket No. 62]

        **Responses Received**: None.

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

**Status**: This matter is going forward. No objections filed. Service not completed and seeking Second Interim Order so that hearing may be noticed. Second Interim Order delivered to chambers.

2.    **Cash Management Motion.** *Debtors' Motion for Interim and Final Orders Authorizing the Debtors to (I) Continue Using Debtors' Bank Accounts and Cash Management System, and (II) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief* [Docket 20].

**Interim Order:**  Approved on July 24, 2025 [Docket No. 64]

**Responses Received**: None.

**Status**: This matter is going forward.  No objections filed. Service not completed and seeking Second Interim Order so that hearing may be noticed. Second Interim Order delivered to chambers.

## III. Uncontested Matters Going Forward on Interim Basis:

3.    **Cash Collateral Motion.** *Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 and Rules 4001(b), 4001(d) and 9014 of the Federal Rules of Bankruptcy Procedure for Interim and Final Orders (A) Authorizing Debtors' Use of Cash Collateral and Providing Adequate Protection, and (B) Approving Proposed Interim Order Authorizing Use of Cash Collateral* [Docket No. 7]

**Responses Received**: Reservation of Rights of U.S. Eagle Federal Credit Union Concerning Debtors' Motion to Use Cash Collateral [Docket No. 83]

**Interim Order**: Approved July 24, 2025 [Docket No. 64]

**Status**: This matter is going forward. No objections filed. Bank of America, U.S. Eagle Federal Credit Union, and Flushing Bank have all agreed upon form of order.  Order delivered to chambers.

## IV. Retention Applications

4.    *Debtors' Application for an Order Authorizing the Retention and Employment of MacDonald, Rand & Vollaro LLP as Special Tax Advisors Effective as of June 23, 2025* [Docket No. 52]

**Related Documents**: *First Supplemental Affidavit of David P. MacDonald, CPA., in Support of Application for an Order Authorizing and Approving the*

*Employment and Retention of MacDonald, Rand & Vollaro CPS LLP as Special Tax Advisors to the Debtors* [Docket No. 82]

**Status**: This matter is going forward. No objections filed. Order delivered to chambers.

## V. Interim Fee Applications

5.      *First Interim Fee Application of Davidoff Hutcher & Citron LLP* [Docket No. 65].

**Responses Received**: None.

**Status**: This matter is going forward. No objections filed. Order delivered to chambers.

6.      *First Interim Fee Application of CBIZ Forensic Consulting Group LLC* [Docket No. 66].

**Responses Received**: None.

**Status**: This matter is going forward. No objections filed. Order delivered to chambers.

Dated:   August 20, 2025
      White Plains, New York      Respectfully submitted,

      /s/ *Robert L. Rattet*
      Robert L. Rattet, Esq.
      Craig M. Price, Esq.
      John D. Molino, Esq.

      **DAVIDOFF HUTCHER & CITRON LLP**
      120 Bloomingdale Road, Suite 100
      White Plains, New York 10605
      Telephone:   (914) 381-7400
      Email:   rlr@dhclegal.com
              cmp@dhclegal.com
              jdm@dhclegal.com

      *Proposed Counsel to the Debtors and Debtors in Possession*