UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:

SOUND VISION CARE, INC., *et al*.,

Debtors.[1]

Chapter 11 Case

Case No.: 25-72421-las

(Jointly Administered)

/

**ORDER AUTHORIZING AND APPROVING EMPLOYMENT
AND RETENTION OF CBIZ FORENSIC CONSULTING GROUP, LLC
AS FINANCIAL ADVISORS, EFFECTIVE AS OF JUNE 23, 2025**

UPON the Application (the "Application"),[2] of the above-captioned debtors and debtors-in-possession (the "Debtors"), seeking to retain CBIZ Forensic Consulting Group, LLC ("CBIZ FCG") as financial advisors to the Debtors pursuant to § 327(a) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"); and upon the accompanying Declaration of Mark D'Agostino attached to the Application; and the Court having found that CBIZ FCG neither holds nor represents an interest adverse to the Debtors or their estates, is disinterested within the meaning of § 101(14) of the Bankruptcy Code, and that its employment is necessary and would be in the best interests of the estate; and no additional notice being required; it is hereby

ORDERED, that the Application is granted as set forth herein; and it is further

ORDERED, that pursuant to § 327(a) of the Bankruptcy Code, the Debtors are hereby authorized to employ and retain CBIZ FCG as their financial advisor, effective as of June 23, 2025; and it is further

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

[2] Capitalized terms not otherwise defined herein have the meanings given in the Application.

ORDERED, that CBIZ FCG shall use its best efforts to avoid any duplication of services provided by any of the Debtors' other retained professionals in these Chapter 11 Cases; and it is further

ORDERED, that CBIZ FCG will not seek to use affiliates, independent contractors, subcontractors or subsidiaries of CBIZ to perform services without supplementing the Application and obtaining separate Court approval; and it is further

ORDERED, notwithstanding anything to the contrary to the terms of its engagement, professionals from CBIZ FCG will bill time in six (6) minute increments and will bill at 50% its rate for travel time; and it is further

ORDERED, that compensation to CBIZ FCG shall be sought upon, and compensated and reimbursed only following a noticed hearing and further upon an order granting a proper application pursuant to §§ 330 and 331 of the Bankruptcy Code, as the case may be, and the applicable Bankruptcy Rules, Local Rules and fee and expense guidelines and orders of this Court; and it is further

ORDERED, that at least ten (10) days before implementing any increases in CBIZ FCG's rates for professionals in this case, CBIZ FCG shall file a supplemental affidavit with the Court that shall explain the basis for the rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code. All parties in interest, including the U.S. Trustee, retain all rights to object to any rate increase on all grounds, including but not limited to, the reasonableness standard provided for in § 330 of the Bankruptcy Code; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order; and it is further

ORDERED, that if there is any inconsistency between the terms of this Order, the Application, and the Declaration of Mark D'Agostino in support thereof, the terms of this Order shall govern.

Dated: Central Islip, New York
        September 3, 2025

No Objection

/s/ William J. Birmingham
Trial Attorney
Office of the United States Trustee

Dated: September 8, 2025
        Central Islip, New York



Louis A. Scarcella
United States Bankruptcy Judge