# Buchanan

**Christopher P. Schueller**
412 562 8432
christopher.schueller@bipc.com

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219-4413
T 412 562 8800
F 412 562 1041

September 16, 2025

**VIA ELECTRONIC MAIL AND ECF**

Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

**Re:  Sound Vision Care, Inc., *et al* Case No. 25-72421-LAS**

Honorable Judge Scarcella:

Our firm represents creditor Bank of America, N.A. in the above-referenced case. I am writing to you to respectfully request permission to appear telephonically at the hearing in the subject matter on Thursday, September 25, 2025 at 10:00 a.m.  I am in Pittsburgh Pennsylvania and I am unable to appear in person.

Respectfully,

BUCHANAN INGERSOLL & ROONEY PC

By: */s/ Christopher P. Schueller*
Christopher P. Schueller

cc:    Robert L. Rattet (rlr@dhclegal.com)
United States Trustee (USTPRegion02.LI.ECF@usdoj.gov)
Parties-in-Interest via ECF Notification