STARK & STARK, PC
100 American Metro Blvd.
Hamilton, NJ 08619
(609) 791-7022
Joseph H. Lemkin, Esq.
*Attorneys for De Lage Landen Financial*
*Services, Inc.*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Sound Vision Care, Inc., *et al.*, | : | Case No. 8-25-72421-las |
| | : | |
| Debtor.[1] | : | (Jointly Administered) |
| _____ | : | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

TO:    Clerk of the U.S. Bankruptcy Court
       Central Islip, New York

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), De Lage

Landen Financial Services, Inc. by and through its counsel, Stark & Stark, PC, hereby respectfully

submits this Notice of Appearance and Demand for Service of Papers in the above-captioned case

by the Court, the Debtor, and/or any other parties-in-interest, be given to and served upon the following:

STARK & STARK, PC
Attn: Joseph H. Lemkin, Esq.
P.O. Box 5315
Princeton, NJ 08543
Phone: (609) 791-7022
Fax (609)-895-7395
jlemkin@stark-stark.com

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi). SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue Riverhead, NY 11901.

Dated:  Hamilton, NJ
September 18, 2025

**STARK & STARK, P.C.**

By: /s/ Joseph H. Lemkin
Joseph H. Lemkin, Esquire
100 American Metro Blvd.
Hamilton, NJ 08619
(609) 791-7022
jlemkin@stark-stark.com
*Attorneys for De Lage Landen Financial*
*Services, Inc.*

STARK & STARK, PC
100 American Metro Blvd.
Hamilton, NJ 08619
(609) 791-7022
Joseph H. Lemkin, Esq.
*Attorneys for De Lage Landen Financial*
*Services, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Sound Vision Care, Inc., | : | Case No. 8-25-72421-las |
| | : | |
| Debtor.[1] | : | |
| | : | |
| _____ | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that I served or caused to be served this 18th day of September, 2025 a true and

correct copy of the foregoing Notice of Appearance and Demand for Notices and Papers via ECF

notification upon all parties-in-interest.


Dated:  Hamilton, NJ       **STARK & STARK, P.C.**
September 18, 2025


                           *By: /s/ Joseph H. Lemkin*
                           Joseph H. Lemkin, Esquire
                           100 American Metro Blvd.
                           Hamilton, NJ 08619
                           (609) 791-7022
                           jlemkin@stark-stark.com
                           *Attorneys for De Lage Landen Financial*
                           *Services, Inc.*

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi). SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue Riverhead, NY 11901.