Michael Kwiatkowski, Esq.
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, New York 11530
T: (516) 873-2000
mkwiatkowski@moritthock.com

*Attorneys for U.S. Eagle Federal Credit Union*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:                                                      Chapter 11

    Sound Vision Care, Inc., *et al.*[1]          Case No. 25-72421 (LAS)
                                (Jointly Administered).
                      Debtors.
------------------------------------------------------------------------X

**RESERVATION OF RIGHTS OF U.S. EAGLE FEDERAL CREDIT UNION
CONCERNING DEBTORS' MOTION TO USE CASH COLLATERAL**

U.S. Eagle Federal Credit Union ("**U.S. Eagle**"), secured creditor of the Debtors, respectfully submits this reservation of rights concerning the *Motion Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 and Rules 4001(b), 4001(d) and 9014 of the Federal Rules of Bankruptcy Procedure for Interim and Final Order (A) Authorizing Debtor's Use of Cash Collateral and Providing Adequate Protection, and (B) Approving Proposed Interim Order Authorizing Use of Cash Collateral* dated June 26, 2025 [ECF No. 7] ("**Motion**") and sets forth and respectfully represents as follows:

1.     U.S. Eagle is a secured creditor of each of the Debtors and holds liens on all of the Debtors' personal property, including, but not limited to, Debtors' cash collateral.

2.     At this time, U.S. Eagle generally supports Debtors' use of cash collateral. As such,

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232) (collectively, the "**Debtors**").

counsel for U.S. Eagle and the Debtors have discussed a potential consensual agreement on the Debtors' continued use of cash collateral, including a potential proposed *Third Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363*.[2]  U.S. Eagle is hopeful that between now and the hearing on September 25, 2025, the parties will be able to reach an agreement on Debtors' continued use of cash collateral.

3.      However, until the parties reach such consensual agreement, U.S. Eagle reserves the right to raise objections to the Motion at the time of the September 25, 2025 hearing.

Dated:  Garden City, New York
          September 18, 2025

MORITT HOCK & HAMROFF LLP


By:          */s/ Michael Kwiatkowski*
          Michael Kwiatkowski
400 Garden City Plaza
Garden City, NY  11530
T: (516) 873-2000
mkwiatkowski@moritthock.com

*Attorneys for US Eagle Federal Credit Union*

4048940

---

[2] On July 24, 2025, the Court entered *Interim Order Authorizing Use of Cash Collateral by Debtor Pursuant to 11 U.S.C. Section 363* [ECF No. 63] and, on August 27, 2025, the Court entered *Second Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* [ECF No. 99].