# Ballard Spahr
### LLP

— — — — — — — — — — — — — — — — — —

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
TEL 302.252.4465
FAX 302.252.4466
www.ballardspahr.com

Margaret Vesper
Tel: 302.252.4453
Fax: 302.252.4466
vesperm@ballardspahr.com

September 19, 2025

**<u>VIA ELECTRONIC MAIL AND ECF</u>**

Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

**Re:** **<u>Sound Vision Care, Inc. et al Case No. 25-72421-LAS</u>**

Honorable Judge Scarcella:

Our firm represents Street Retail, LLC, a landlord to the Debtors in the above-referenced case.  I am based in Wilmington, Delaware and am unable to attend the hearing in person.  Therefore, I am writing to respectfully request permission to appear telephonically at the hearing before Your Honor on Thursday, September 25, 2025 at 10:00 a.m. (ET).

Respectfully submitted,

*Margaret Vesper*

Margaret Vesper

#4916-8743-5369 v1