DAVIDOFF HUTCHER & CITRON LLP
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
Telephone:  (914) 381-7400
Robert L. Rattet, Esq.
Craig M. Price, Esq.
John D. Molino, Esq.

*Counsel to the Debtors and Debtor Possession*

*Hearing Date: October 30, 2025*
*Hearing Time: 10:00 a.m.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:

SOUND VISION CARE, INC, *et. al*.,

      Debtors.[1]
----------------------------------------------------------------X

Chapter 11 Case

Case No. 25-72421 (LAS)

(Jointly Administered)

## NOTICE OF HEARING ON MOTION TO MODIFY THE AUTOMATIC STAY

**PLEASE TAKE NOTICE**, upon the annexed motion (the "Motion")  of the above-captioned debtors ("Debtors"), by their attorneys, Davidoff Hutcher & Citron LLP, will move the Court, before the Honorable Louis A. Scarcella, United States Bankruptcy Judge for the Eastern District of New York, 290 Federal Plaza, Courtroom 970, Central Islip, New York 11722 on the 30th day of October, 2025 at 10:00 a.m. (the "Hearing Date") for the entry of an Order modifying the automatic stay (the "Stay") pursuant to section 362(d)(1) of title 11 of Chapter 11 of the United States Code (the "Bankruptcy Code") to allow Jeffrey Williams to file an answer,

---

[1]    The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead, LLC (9996), (v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (4333), (x) SVC of Manhasset, LLC (7234). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY.

including third-party claims against Riverhead in an action entitled <u>Kapitus Servicing, Inc. v.</u> <u>Jeffrey S. Williams Jr</u>. pending in State of Virginia, Chesterfield County (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the First Day Motions, shall be considered at the hearing and may also be made in writing, filed with the Court on the Court's Electronic Case Filing System at www.ecf.nysb.uscourts.gov (Login and password required) no later than October 23, 2025 at 4:00 p.m.

**PLEASE TAKE FURTHER NOTICE**, all attorneys and unrepresented parties are required to register for the hearing(s) at least two (2) business days in advance of the scheduled hearing by using the Court's eCourt Appearances platform: https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. For more information on eCourt Appearances. If for some reason you are not able to use the eCourt Appearances platform, you must email the Courtroom Deputy at: las_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing and state that a reasonable effort to use the platform has been made. You must include your name, the case number(s), who you represent if you are an attorney, and the date of the hearing. Your email must include in the Re line "I am not able to register using eCourt Appearances." You will then be provided with the dial in / log in information. If you do not have internet access you may call the Courtroom Deputy with this information at (631) 712-6278.

Conduct during audio only hearings:

- Announce your name each time before speaking.

- Speak up and enunciate so that you can be heard and understood.

- Avoid the use of a speaker phone (use a landline, if possible).

- If you are not speaking, keep your phone muted.

Dated:  October 9, 2025
New York, New York

Respectfully submitted,

/s/ James B. Glucksman
Robert L. Rattet, Esq.
James B. Glucksman, Esq.
John D. Molino, Esq.

**DAVIDOFF HUTCHER & CITRON LLP**
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
Telephone:   (914) 381-7400
Email:   rlr@dhclegal.com
cmp@dhclegal.com
jdm@dhclegal.com

*Counsel to the Debtors and Debtors in Possession*