DAVIDOFF HUTCHER & CITRON, LLP            Hearing Date: October 30, 2025
*Attorneys for the Debtors*                         Presentment TIME: 10:00 A.M.
120 Bloomingdale Road
White Plains, New York 10605
(212) 557-7200
Robert L. Rattet, Esq.
James B. Glucksman, Esq.


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          :    Chapter 11
                                                                     Case No. 25-72421 (LAS)
SOUND VISION CARE, INC, *et. al*.,            :

                                    Debtors. [1]    :
------------------------------------------------------------x


## DECLARATION OF SERVICE

JAMES B. GLUCKSMAN, an attorney duly admitted to practice in the Courts of the

State of New York, the U.S. District Courts for the Southern, and Eastern Districts of New York,

under penalty of perjury pursuant to 28 U.S.C. Section 1946 as follows:

On October 9, 2025 I served the Notice of Hearing on Motion to Lift the Automatic Stay
(ECF Docket No. 134), related to Motion (ECF Docket No. 123 by ECF Service upon the
following entities, unless only address indicated is postal address.

Service list

Inadvance Capital (FIRST CLASS MAIL ON OCTOBER 9, 2025)
1450 Broadway, Ste. 402
New York, NY 10018

All other parties, as required by Fed.R.Bankr.P. Rule 4001(a)(1)(A) as made applicable by
Fed.R.Bankr.P. Rule 4001(d)(1)(C) were served by ECF Service on October 9, 2025:

---

[1]    The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care,
    Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows,
    LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold,
    LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

William J. Birmingham
william.birmingham@usdoj.gov

Patricia C Delaney on behalf of Creditor Davis Professional Park LLC
pdelaney@drgrealty.com

Theresa A Driscoll on behalf of Creditor US Eagle Federal Credit Union
tdriscoll@moritthock.com

Shanna M Kaminski on behalf of Interested Party CFG Merchant Solutions, LLC
skaminski@kaminskilawpllc.com

Michael Kwiatkowski on behalf of Creditor US Eagle Federal Credit Union
mkwiatkowski@moritthock.com, crodriguez@cullenllp.com

Stephen M. Lasser on behalf of Creditor Fresh Meadows Place West Street Retail, LLC
slasser@lasserlg.com

Joseph H. Lemkin on behalf of Creditor De Lage Landen Financial Services, Inc.
jlemkin@stark-stark.com

Richard J McCord on behalf of Creditor Flushing Bank
rmccord@certilmanbalin.com, afollett@certilmanbalin.com; cfollett@certilmanbalin.com;
rnosek@certilmanbalin.com; CBAHECM@gmail.com; mmccord@certilmanbalin.com

Thomas J McNamara on behalf of Creditor Flushing Bank
tmcnamara@certilmanbalin.com

Laurel D Roglen on behalf of Creditor Street Retail, LLC
roglenl@ballardspahr.com, lanoc@ballardspahr.com;carbonej@ballardspahr.com

Teresa Sadutto-Carley on behalf of Creditor Leaf Capital Funding, LLC
tsadutto@platzerlaw.com, mkaplan@platzerlaw.com

Christopher P Schueller on behalf of Creditor Bank of America, N.A.
christopher.schueller@bipc.com, donna.curcio@bipc.com; joseph.roadarmel@bipc.com;
eservice@bipc.com

Matthew V Spero on behalf of Interested Party Kapitus Servicing Inc., as authorized sub-
servicing agent of Kapitus LLC matthew.spero@rivkin.com

Enid Nagler Stuart on behalf of Creditor New York State Department Of Taxation & Finance
enid.stuart@ag.ny.gov, leo.gagion@ag.ny.gov
United States Trustee

USTPRegion02.LI.ECF@usdoj.gov
Dated: September 8, 2025

/s/ James B. Glucksman
James B. Glucksman, Esq.