UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In re:                                                    Chapter 11 Case

SOUND VISION CARE, INC., *et al.*,        Case No.: 8-25-72421-las

     Debtors. [1]                                     (Jointly Administered)

_____/

### ORDER AUTHORIZING THE RETENTION AND
### EMPLOYMENT OF MACDONALD, RAND & VOLLARO CPA'S
### LLP AS SPECIAL TAX ADVISORS EFFECTIVE AS OF JUNE 23, 2025

**UPON** the application ("Application") [2] [ECF No. 52] of the above captioned debtors and debtors-in-possession (the "Debtors") pursuant to section 327(a) of title 11 of the United States Code, 11 U.S.C. §§101, et seq. (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), to retain and employ MacDonald, Rand & Vollaro CPA's LLP ("MRV") as special tax advisors, and upon the *Affidavit of David P. MacDonald, CPA., in Support of Application for an Order Authorizing and Approving the Employment and Retention of Macdonald, Rand & Vollaro CPA's LLP as Special Tax Advisors to the Debtors* (the "MacDonald Affidavit"), and the *First Supplemental Affidavit of David MacDonald, CPA., in Support of Application for an Order Authorizing and Approving the Employment and Retention of MacDonald, Rand & Vollaro CPA's LLP as Special Tax Advisors to the Debtors* [ECF No. 82] (the "Supplemental MacDonald Affidavit"); and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. § 1334 and the Standing Order of Reference entered by the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 157(a), dated August 28, 1986, as amended by Order dated December 5, 2012;

---

[1]    The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

[2]    Capitalized terms not defined herein shall have the meanings as set forth in the Application.

and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157; and the Court having found that venue of Debtors' Chapter 11 cases and related proceedings being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Application and opportunity for a hearing on the Application having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and the Court having held a hearing to consider the relief requested in the Application on August 21, 2025 (the "Hearing"); and the Court having reviewed and considered the Application, the MacDonald Affidavit, and the Supplemental MacDonald Affidavit; and the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and the Court having found based upon the representations made in the Application, the Supplemental MacDonald Affidavit and at the Hearing that (i) MRV does not hold or represent an interest adverse to the Debtors' estates in the matters upon which MRV is to be engaged and (ii) MRV is a "disinterested person," as defined in 11 U.S.C. § 101(14), as required by 11 U.S.C. § 327(a); and MRV having represented in the Supplemental MacDonald Affidavit that it has waived all prepetition fees in connection with the Debtors' Chapter 11 cases and does not possess any prepetition claims against the Debtors' estates; and it appearing that the relief requested in the Application is in the best interest of the Debtors, their estates, their creditors, and other parties in interest; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor; it is hereby:

**ORDERED**, that pursuant to section 327(a) of the Bankruptcy Code, the Debtors are hereby authorized to retain and employ MRV as special tax advisors to represent the

Debtors in connection with the matters set forth in the Application, effective as of June 23, 2025; and it is further

**ORDERED**, that included in the Tax Services that MRV is authorized to perform for the Debtors are:

a. Monthly compile the Debtors' financial books and records;

b. Prepare and file Debtors' New York and Federal Corporate tax returns for the years 2023, 2024, and 2025;

c. Prepare and assist in any Federal or New York State tax audits;

d. Prepare and file with the Internal Revenue Service an annual 1099 tax form;

e. Prepare any New York State sales tax filings;

f. Attend meetings with the Internal Revenue Service and New York State Department of Taxation & Finance;

g. Advise and assist the Debtors and their bankruptcy legal counsel with the development of business and financial information required for administration of these Chapter 11 cases and other required bankruptcy disclosures;

h. Advise and assist the Debtors and their bankruptcy legal counsel with the development of a reorganization exit plan;

i. Assist the Debtors and the Debtors' legal counsel with the preparation of data in order to prepare pleadings and fiduciary filings required throughout the Chapter 11 bankruptcy proceeding, including, but not limited to, monthly operating reports;

j. Provide testimony on such matters that are within MRV's expertise; and

k. Perform other professional services not otherwise listed which have been requested by the Debtors and are directly related to the Debtors' administration of a bankruptcy restructuring proceeding; and it is further

3

**ORDERED**, that compensation and reimbursement of expenses to MRV shall be paid upon an order of the Court granting a proper application, following notice and a hearing, pursuant to sections 330 and 331 of the Bankruptcy Code and the applicable Bankruptcy Rules, Local Rules, fee and expense guidelines, and other procedures and orders of the Court; and it is further

**ORDERED**, that prior to any increases in MRV's rates, MRV shall file a supplemental affidavit with the Court and provide ten (10) business days' notice to the Debtors, the United States Trustee, and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with Bankruptcy Code section 330(a)(3)(F) and state whether the Debtors have consented to the rate increase. All parties in interest, including the United States Trustee, retain all rights to object to any rate increase on all grounds, including but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code; and it is further

**ORDERED,** that notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry; and it is further

**ORDERED,** that the Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

**ORDERED**, that if there is any inconsistency between the terms of this Order, the Application, the MacDonald Affidavit, and the Supplemental MacDonald Affidavit, the terms of this Order shall govern; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

.

NO OBJECTION:
UNITED STATES TRUSTEE

By:     /s/ William J. Birmingham
        William J. Birmingham, Esq., Trial Attorney



Dated: October 9, 2025
       Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge