UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

Sound Vision Care, Inc., et al.

CASE NO: 25-72421

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 11

On 10/8/2025, I did cause a copy of the following documents, described below,

Ex Parte Motion to Shorten Notice Period and Schedule Expedited Hearing on Debtors' Motion for Extension of Time to Assume or Reject Its Unexpired Leases of Nonresidential Real Property and Granting Related Relief

Order Granting Ex Parte Motion to Shorten Notice Period and Schedule Expedited Hearing on Debtors' Motion for Extension of Time to Assume or Reject Its Unexpired Leases of Nonresidential Real Property and Granting Related Relief (proposed)

Declaration of Robert L. Rattet In Support of Ex Parte Motion to Shorten Notice Period and Schedule Expedited Hearing on Debtors' Motion for Extension of Time to Assume or Reject Its Unexpired Leases of Nonresidential Real Property and Granting Related Relief

SVC of Coram, LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property

SVC of East Setauket, LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property

SVC of Fresh Meadows, LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property

SVC of Manhasset, LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property

SVC of Riverhead LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property

SVC of Southold LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/8/2025

/s/ John D. Molino, Esq.

John D. Molino, Esq. 5793435
Davidoff Hutcher & Citron LLP
120 Bloomingdale Road, Suite 100
White Plains, NY 10605

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

Sound Vision Care, Inc., et al.

CASE NO: 25-72421

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 10/8/2025, a copy of the following documents, described below,

Ex Parte Motion to Shorten Notice Period and Schedule Expedited Hearing on Debtors' Motion for Extension of Time to Assume or Reject Its Unexpired Leases of Nonresidential Real Property and Granting Related Relief

Order Granting Ex Parte Motion to Shorten Notice Period and Schedule Expedited Hearing on Debtors' Motion for Extension of Time to Assume or Reject Its Unexpired Leases of Nonresidential Real Property and Granting Related Relief (proposed)

Declaration of Robert L. Rattet In Support of Ex Parte Motion to Shorten Notice Period and Schedule Expedited Hearing on Debtors' Motion for Extension of Time to Assume or Reject Its Unexpired Leases of Nonresidential Real Property and Granting Related Relief

SVC of Coram, LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property

SVC of East Setauket, LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property

SVC of Fresh Meadows, LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property

SVC of Manhasset, LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property

SVC of Riverhead LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property

SVC of Southold LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient
postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth
herein.
The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above
referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of
Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/8/2025

Miles Wood

BK Attorney Services, LLC
d/b/a certificateofservice.com, for

Davidoff Hutcher & Citron LLP

120 Bloomingdale Road, Suite 100
White Plains, NY 10605

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

DEBTOR

SOUND VISION CARE, INC.
ATTN: JEFFREY WILLIAMS, JR.
1224 OSTRANDER AVENUE
RIVERHEAD, NY 11901

SVC OF CORAM LLC
1721 N. OCEAN AVE., STE. A
MEDFORD, NY 11763

SVC OF EAST SETAUKET LLC
215 HALLOCK RD., STE. 2
STONY BROOK, NY 11790

SVC OF FRESH MEADOWS LLC
61-30A 190TH ST.
FRESH MEADOWS, NY 11365

SVC OF MANHASSET LLC
433 PLANDOME ROAD
MANHASSET, NY 11030

SVC OF SOUTHOLD LLC
44210 COUNTY RTE. 48, STE. 1
P.O. BOX 463
SOUTHOLD, NY 11971

SVC OF RIVERHEAD LLC
1224 OSTRANDER AVENUE
RIVERHEAD, NY 11901

435-451 PLANDOME PROPERTIES LLC
451 PLANDOME ROAD
MANHASSET, NY 11030

6417-6806 BAY PARKWAY REALTY LLC
2338 64TH STREET
BROOKLYN, NY 11204

ABB OPTICAL GROUP
4 SKYLINE DRIVE
HAWTHORNE, NY 10532

ABB OPTICAL GROUP
ATTN: DIANE SERRAVALE
580 CHERRY BARK ROAD
MIDDLETOWN, DE 19709

ACTION CARTING ENVIRONMENTAL SVCS., INC.
300 FRANK W. BURR BLVD., STE. 39
TEANECK, NJ 07666

ADVANCE SERVICE GROUP, LLC
230 W. 29TH ST.
HIALEAH, FL 33012-5706

ALL TYPES BUILDING MAINTENANCE, INC.
5514 MERRICK ROAD
MASSAPEQUA, NY 11758

ALTAIR EYEWEAR
10875 INTERNATIONAL DRIVE
RANCHO CORDOVA, CA 95670

AMERICAN EXPRESS
SUBPOENA RESPONSE UNIT
43 BUTTERFIELD CIRCLE
EL PASO, TX 79906

AMUR EQUIPMENT FINANCE
10 BANK ST., #810
WHITE PLAINS, NY 10606

ANGELICA VELASQUEZ
1050 YOUNGS AVENUE
SOUTHOLD, NY 11971

BALLARD SPAHR LLP
ATTN: LESLIE C. HEILMAN, ESQ.
919 N. MARKET STREET, 11TH FL.
WILMINGTON, DE 19801-3034

BAMBOOHR
42 FUTURE WAY
DRAPER, UT 84020

BANCORP N.A.
ATTN: LEGAL SERVICE OF PROCESS TEAM
409 SILVERSIDE RD., STE. 105
WILMINGTON, DE 19809

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


BANCORP N.A.
345 N. REID PLACE, STE. 700
SIOUX FALLS, SD 57103

BANK OF AMERICA
PRACTICE SOLUTIONS
10 FEDERAL STREET
BOSTON, MA 02110

BANK OF AMERICA, N.A.
600 NORTH CLEVELAND AVE., STE. 300
WESTERVILLE, OH 43082, US


BUCHANAN INGERSOLL & ROONEY, P.C.
ATTN: CHRISTOPHER P. SCHUELLER, ESQ.
501 GRANT ST., STE. 200
PITTSBURGH, PA 15219-4413

CAPITAL DOMAIN
300 TICE BLVD.
WOODCLIFF LAKE, NJ 07677

CAPITAL ONE
1680 CAPITAL ONE DRIVE
MCLEAN, VA 22102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CERTILMAN BALIN ADLER & HYMAN, LLP<br>ATTN: RICHARD J. MCCORD, ESQ.<br>THOMAS J. MCNAMARA, ESQ.<br>90 MERRICK AVENUE, 9TH FL.<br>EAST MEADOW, NY 11554 | CFG MERCHANT SOLUTIONS, LLC<br>180 MAIDEN LANE, 15TH FL.<br>NEW YORK, NY 10038 | CITY HEAT SECURITY<br>2665 OCEANSIDE RD.<br>OCEANSIDE, NY 11572 |
| CONSOLIDATED EDISON CO. OF NY, INC.<br>BANKRUPTCY/EAG GROUP<br>4 IRVING PLACE, 9TH FL.<br>NEW YORK, NY 10003 | COOPERVISION<br>6101 BOLLINGER CANYON RD., STE. 500<br>SAN RAMON, CA 94583 | CRYSTAL PRACTICE MGMT.<br>12112 ANDERSON MILL RD., BLDG. 12-A<br>AUSTIN, TX 78726-1176 |
| CORPORATION SERVICE COMPANY<br>1156 15TH ST. NW, STE. 605<br>WASHINGTON, D.C. 20005 | CT CORPORATION SYSTEM<br>ATTN: SPRS<br>330 N. BRAND BLVD., STE. 700<br>GLENDALE, CA 91203, USA | DAMIANOS REALTY GROUP LLC<br>ATTN: PATRICIA C. DELANEY, ESQ.<br>222 MIDDLE COUNTRY RD., STE. 300<br>SMITHTOWN, NY 11787 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | DISCOVER<br>ATTN: LEGAL SUBPOENA PROCESSING<br>2500 LAKE COOK ROAD<br>RIVERWOODS, IL 60015 | DRILL SPECIALTY CORP.<br>5020 MONTAUK HWY.<br>MASSAPEQUA PARK, NY 11762 |
| DYNASTY PROTECTION<br>ATTN: PETE RUGGIA<br>P.O. BOX 1009<br>SEAFORD, NY 11783 | EBF HOLDINGS, LLC<br>D/B/A EVEREST BUSINESS FUNDING<br>102 WEST 38TH ST., 6TH FL.<br>NEW YORK, NY 10018 | ESSILORLUXOTTICA USA INC.<br>C/O NATIONAL REGISTERED AGENTS, INC.<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801 |
| EVERBANK COMMERCIAL FINANCE, INC.<br>10 WATERVIEW BLVD.<br>PARSIPPANY, NJ 07054 | FAY SERVICING LLC<br>1601 LYNDON B. JOHNSON FWY.<br>FARMERS BRANCH, TX 75234 | FC MARKETPLACE, LLC<br>D/B/A FUNDING CIRCLE<br>110 SE 6TH STREET, STE. 700<br>FT. LAUDERDALE, FL 33301-5002 |
| FEDERAL REALTY INVESTMENT TRUST<br>909 ROSE AVE., STE. 200<br>NORTH BETHESDA, MD 20852 | FLAGSTAR BANK<br>ATTN: LEGAL DEPT.<br>102 DUFFY AVENUE<br>HICKSVILLE, NY 11801 | FLUSHING BANK<br>ATTN: LEGAL DEPT.<br>144-51 NORTHERN BLVD.<br>FLUSHING, NY 11254 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


FORT CAPITAL RESOURCES, LLC
841 SHELLEY ROAD
RALEIGH, NC 27609

FRANK SPINOSA & ROBIN ROSS
62 CANYON RIDGE DRIVE
SANDIA PARK, NM 87047

JELLUM LAW
ATTN: GARTH G. GAVENDA, ESQ.
7617 CURRELL BLVD., STE. 245
WOODBURY, MN 55125


GOETZ PLATZER LLP
ATTN: TERESA SADUTTO-CARLEY, ESQ.
1 PENN PLAZA, STE. 3100
NEW YORK, NY 10119

GONZALO CAMPOS
1050 YOUNGS AVENUE
SOUTHOLD, NY 11971

GREATAMERICA FINANCIAL SERVICES CORP.
625 FIRST STREET
CEDAR RAPIDS, IA 52401-2030

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

GREAT WHITE PROPANE
44 KROEMER AVENUE
RIVERHEAD, NY 11901

HALLOCK ROAD LLC
215 HALLOCK RD., STE. 68
STONY BROOK, NY 11790

HEALTH RESOURCES & SVCS. ADMINISTRATION
5600 FISHERS LANE
ROCKVILLE, MD 20857

HILCO VISION
575 WEST ST., STE. 120
MANSFIELD, MA 02048

HUNTINGTON TECHNOLOGY FINANCE, INC
2285 FRANKLIN RD, STE. 100
BLOOMFIELD HILLS, MI 48302, USA

IGNITE IPA
140 LAKELAND AVENUE
SAYVILLE, NY 11782

IMATRIX
3 ETHEL ROAD, #305
EDISON, NJ 08817

INADVANCE CAPITAL
1450 BROADWAY, RM. 402
NEW YORK, NY 10018

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

ISLAND ELEVATOR
2100-2 ARCTIC AVENUE
BOHEMIA, NY 11716

JOHNSON & JOHNSON
7500 CENTURION PKWY.
JACKSONVILLE, FL 32256

KAMINSKY LAW PLLC
ATTN: SHANNA M. KAMINSKI, ESQ.
P.O. BOX 247
GRASS LAKE, MI 49240

KAPITUS SERVICING, INC.
ATTN: BENJAMIN D. JOHNSTON, COO
120 WEST 45TH STREET, 4TH FL.
NEW YORK, NY 10036

LAFONT FRAMES
655 BROADWAY, STE. 401
NEW YORK, NY 10012

LASSER LAW GROUP, PLLC
633 THIRD AVENUE, STE. 1301
NEW YORK, NY 10017

LEND BUG LLC
ATTN: CYNTHIA L. KOLB
260 WEST 35TH ST. PH
NEW YORK, NY 10001

LENS MODE CONTACTS
150 MAIN STREET
MILLBURN, NJ 07041

LUMENIS FINANCIAL SOLUTIONS
2077 GATEWAY PL., STE. 300
SAN JOSE, CA 95110

MACDONALD, RAND & VOLLARO, CPAS LLC
550 NY-25A
ROCKY POINT, NY 11778

MACQUARIE EQUIPMENT CAPITAL INC.
1301 RIVERPLACE BLVD., 4TH FL.
JACKSONVILLE, FL 32207

MADISONONE
9375 E. SHEA BLVD., STE. 100
SCOTTSDALE, AZ 85260

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


MARY FRAUSTO
2700 BRAY AVENUE
LAUREL, NY 11948

MATTITUCK ENVIRO
560 COMMERCE DRIVE
CUTCHOGUE, NY 11935

MEGED FUNDING
1 PRINCETON AVENUE
BRICK, NJ 08724


ALAN MINKOFF
420 EAST 72ND ST., APT. 15A
NEW YORK, NY 10021

MORITT HOCK & HAMROFF LLP
ATTN: THERESA A. DRISCOLL, ESQ.
MICHAEL KWIATKOWSKI, ESQ.
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

NATIONAL GRID
ATTN: LEGAL DEPT.
40 SYLVAN ROAD
WALTHAM, MA 02451-1120

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


NORTH OCEAN PROPERTIES, INC.
1721 N. OCEAN AVENUE
MEDFORD, NY 11763

NYS DEPT. OF LABOR
1220 WASHINGTON AVENUE
BUILDING 12, ROOM 256
ALBANY, NY 12226

NYS DEPT. OF TAXATION AND FINANCE
BUILDING 9
W.A. HARRIMAN CAMPUS
ALBANY, NEW YORK 12227


NDC COMMUNITY IMPACT LOAN FUND
29 MARNE STREET
WATERVLIET, NY 12189

OCEAN FUNDING CORP.
1800 NEW CENTRAL AVE.
LAKEWOOD, NJ 08701-3094

OFFICE OF THE NY STATE ATTORNEY GENERAL
ATTN: ENID N. STUART, ESQ.
ASSISTANT ATTORNEY GENERAL
SPECIAL BANKRUPTCY COUNSEL
28 LIBERTY STREET, 17TH FL.
NEW YORK, NY 10005


OGDEN CAP PROPERTIES
545 MADISON AVENUE
NEW YORK, NY 10020

ON DECK CAPITAL, INC.
4700 W. DAYBREAK PKWY., STE 200
SOUTH JORDAN, UT 84009

OPTIMUM
ATTN: LEGAL DEPT.
1 COURT SQUARE WEST
LONG ISLAND CITY, NY 11101


PANTHERS CAPITAL LLC
680 CENTRAL AVE., UNIT 109
CEDARHURST, NY 11516

PORT WASHINGTON WINDOW CLEANING
P.O. BOX 1691
PORT WASHINGTON, NY 11050

PSEG CORPORATE SECRETARY
80 PARK PLAZA
NEWARK, NJ 07102


PURE ADVANCE
6 CHARLOTTE PLACE
SPRING VALLEY, NY 10977

QUICK FUNDING GROUP
583 GRANT PLACE
CEDARHURST, NY 11516

RELIN GOLDSTEIN & CRANE, LLP
28 E. MAIN ST., STE. 1800
ROCHESTER, NY 14614


RIVERHEAD WATER DISTRICT
1035 PULASKI STREET
RIVERHEAD, NY 11901

RIVKIN RADLER LLP
ATTN: MATTHEW V. SPERO, ESQ.
926 RXR PLAZA
UNIONDALE, NY 11556-0926

ROBERTSON, ANSCHUTZ, SCHNEID
CRANE & PARTNERS, PLLC
ATTN: LUIS C. BRITO
6409 CONGRESS AVE., STE. 100
BOCA RATON, FL 33487


SEAMLESS CAPITAL GROUP, LLC
2329 NOSTRAND AVE., STE. 111
BROOKLYN, NY 11210

SIGNATURE SERVICES LLC
104 SOUTHCREEK DRIVE
MANTENO, IL 60950

SOLOMON, HERRERA
& MCCORMICK, PLLC
ATTN: MICHAEL D. SOLOMON, ESQ.
40 MARCUS DR., STE. 202
MELVILLE, NY 11747

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


SPECTRUM
1600 DUBLIN ROAD
COLUMBUS, OH 43215

SPEEDY FUNDING LLC
300 N. MAIN STREET
SPRING VALLEY, NY 10977

SQUARE CAPITAL PROGRAM
ATTN: CAPITAL SERVICING
1455 MARKET ST., STE. 600
SAN FRANCISCO, CA 94103


STARK & STARK, P.C.
ATTN: MARSHALL KIZNER, ESQ.
JOSEPH H. LEMKIN, ESQ.
100 AMERICAN METRO BLVD.
HAMILTON, NJ 08619

STERNS BANK N.A.
4191 2ND ST. SOUTH
ST. CLOUD, MN 56301

SUFFOLK COMPUTER CONSULTANTS
295 MONTAUK HWY.
SPEONK, NY 11972

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


TD BANK
1701 RTE. 70 EAST
CHERRY HILL, NJ 08003

THE HARTFORD
ONE HARTFORD PLAZA
HARTFORD, CT 06155

THE HUNTINGTON NATIONAL BANK
17 S. HIGH STREET
COLUMBUS, OH 43215


TRIZETTO GATEWAY EDI
3300 RIDER TRAIL S.
EARTH CITY, MO 63045

UMANA HEATING & COOLING
P.O. BOX 196
MATTITUCK, NY 11952

UNITED HEALTHCARE INSURANCE CO.
ATTN: CDM/BANKRUPTCY
185 ASYLUM ST. - 03B
HARTFORD, CT 06103


UNIVEST CAPITAL, INC.
ATTN: MICHAEL GREGAN
1041 YORK ROAD
WARMINSTER, PA 18974

UNIVEST CAPITAL, INC.
3220 TILLMAN DR., STE. 503
BENSALEM, PA 19020

UTICA NATIONAL INSURANCE CO.
180 GENESEE STREET
NEW HARTFORD, NY 13413


U.S. ATTORNEY'S OFFICE
ATTN: NICOLE M. ZITO, ESQ.
ASSISTANT U.S. ATTORNEY
EASTERN DISTRICT OF NY
271-A CADMAN PLAZA EAST
BROOKLYN, NY 11201

U.S. BANCORP EQUIPMENT FINANCE, INC.
1450 CHANNEL PARKWAY
MARSHALL, MN 56258

U.S. BANK NATIONAL ASSOCIATION
ATTN: LEGAL DEPT. - SUBPOENA PROCESSING
21ST FLOOR
MAIL CODE BC-MN-H21P
800 NICOLLET MALL
MINNEAPOLIS, MN 55402


U.S. EAGLE CREDIT UNION
ATTN: FRANCIS J. YAKABOSKI
3939 OSUNA RD. NE
ALBUQUERQUE, NM 87109

U.S. SMALL BUSINESS ADMINISTRATION
NEW YORK DISTRICT OFFICE
ATTN: ANDREW SELKOW, ESQ.
26 FEDERAL PLAZA, ROOM 3100
NEW YORK, NY 10278

U.S. SMALL BUSINESS ADMINISTRATION
OFFICE OF GENERAL COUNSEL
409 THIRD STREET, SW
WASHINGTON, D.C. 20416


VERIZON WIRELESS BANKRUPTCY ADMIN.
500 TECHNOLOGY DRIVE, STE. 550
WELDON SPRING, MO 63304

VERIZON CONNECT
ATTN: WILLIAM M. VERMETTE
22001 LOUDOUN COUNTY PKWY.
ASHBURN, VA 20147

VEX CAPITAL MANAGEMENT LLC
48 WALL STREET, #1100
NEW YORK, NY 10005


WINCHESTER OPTICAL CO.
1935 LAKE STREET
ELMIRA, NY 14901

WOLF'S EDGE PARTNERS LLC
536 BARNARD AVENUE
WOODMERE, NY 11598

WELLS FARGO BANK, N.A.
ATTN: LEGAL ORDER PROCESSING
MAC# X9761-017
550 SOUTH 4TH ST.
MINNEAPOLIS, MN 55415

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


WHITE ROAD CAPITAL, LLC
D/B/A GFE HOLDINGS
27-01 QUEENS PLAZA N., STE. 802
LONG ISLAND CITY, NY 11101