**Hearing Date and Time: October 21, 2025 at 10:00 a.m.**

Theresa A. Driscoll, Esq.
Michael Kwiatkowski, Esq.
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, New York 11530
T: (516) 873-2000
tdriscoll@moritthock.com
mkwiatkowski@moritthock.com

*Attorneys for U.S. Eagle Federal Credit Union*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:                                                              Chapter 11

    Sound Vision Care, Inc., *et al*.[1]          Case No. 25-72421 (LAS)
                                                        (Jointly Administered)
                         Debtors.
------------------------------------------------------------------------X

### RESERVATION OF RIGHTS OF U.S. EAGLE FEDERAL CREDIT UNION CONCERNING DEBTORS' MOTIONS FOR EXTENSIONS OF TIME TO ASSUME OR REJECT THEIR UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4) (Related to ECF No. 124, 125, 126, 127, 128, 129, 130, 143, 144 and 146)

U.S. Eagle Federal Credit Union ("**U.S. Eagle**"), secured creditor of the Debtors,

respectfully submits this reservation of rights concerning Debtors' motions for extension of time

to assume or reject their unexpired leases of nonresidential real property pursuant to 11 U.S.C. §

365(d)(4) [ECF No. 124, 125, 126, 127, 128, 129, 130, 143, 144 and 146] (collectively, the

"**Motions**") and sets forth and respectfully represents as follows:

    1.      U.S. Eagle is a secured creditor of each of the Debtors.

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232) (collectively, the "**Debtors**").

2.    On October 7, 2025, the Debtors filed the following Motions:

(a)    *SVC of Coram, LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property Under Section 365(d)(4) of the Bankruptcy Code* [ECF No. 124] related to real property located at 1721 North Ocean Avenue, Suite A, Medford, New York 11763.

(b)    *SVC of East Setauket, LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property Under Section 365(d)(4) of the Bankruptcy Code* [ECF No. 125] related to real property located at 215 Hallock Road, Suite 2, Stony Brook, New York 11790.

(c)    *SVC of Fresh Meadows, LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property Under Section 365(d)(4) of the Bankruptcy Code* [ECF No. 126] related to real property located at 61-30A 190th Street, Fresh Meadows, New York 11365.

(d)    *SVC of Manhasset, LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property Under Section 365(d)(4) of the Bankruptcy Code* [ECF No. 127] related to real property located at 433 Plandome Road, Manhasset, New York 11030.

(e)    *SVC of Riverhead, LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property Under Section 365(d)(4) of the Bankruptcy Code* [ECF No. 128] related to real property located at 1224 Ostrander Avenue, Riverhead, New York 11901.

(f)    *SVC of Southold, LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property Under Section 365(d)(4) of the Bankruptcy Code* [ECF No. 129] related to real property located at 44210 Route 48, Suite 1, Southold, New York 11971.

(g)    *Debtors' Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property Under Section 365(d)(4) of the Bankruptcy Code* [ECF No. 130] related to real property located at 1224 Ostrander Avenue, Riverhead, New York 11901.

3.    Also on October 7, 2025, the Debtors filed *Ex Parte Motion to Shorten Notice*

2

*Period and Schedule Expedited Hearing on Debtors' Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property Under Section 365(d)(4) of the Bankruptcy Code and Granting Related Relief* [ECF No. 131] ("**Motion to Shorten Notice**") in connection with the above-referenced seven (7) Motions filed on October 7, 2025. In connection with the Motion to Shorten Notice, on October 9, 2025, the Court entered *Order Scheduling Hearing on Shortened Notice to Consider Relief Requested in Debtors' Motions for Extensions of Time to Assume or Reject Their Unexpired Leases of Nonresidential Real Property Under Section 365(d)(4) of the Bankruptcy Code and Granting Related Relief* [ECF No. 138].

4.      Subsequently, on October 14, 2025, the Debtors filed (i) *Amended SVC of Riverhead, LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property Under Section 365(d)(4) of the Bankruptcy Code* [ECF No. 143] related to real property located at 1224 Ostrander Avenue, Riverhead, New York 11901; and (ii) *Debtors' Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property Under Section 365(d)(4) of the Bankruptcy Code* [ECF No. 144] related to real property located at 1224 Ostrander Avenue, Riverhead, New York 11901. On October 16, 2025, the Debtors filed *SVC of Fresh Meadows, LLC's Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property Under Section 365(d)(4) of the Bankruptcy Code* [ECF No. 146] related to real property located at 61-30A 190th Street, Fresh Meadows, New York 11365.

5.      At this time, U.S. Eagle generally does not object to Debtors' requests to extend their time to assume or reject the various nonresidential real property leases which are the subject of the Motions. However, due to confusion related to the Motions, the subject leases, and the counterparties to those leases, including multiple filed Motions related to the same subject real

properties, counsel for U.S. Eagle contacted counsel for the Debtors and had multiple calls, including on October 14, 2025 and October 16, 2025, to discuss certain concerns related to the Motions. U.S. Eagle is hopeful that between now and the hearing on October 21, 2025, the Debtors will be able to resolve any of U.S. Eagle's remaining concerns related to the Motions.

6.      However, until such time, U.S. Eagle reserves the right to raise objections to the Motions at the time of the October 21, 2025 hearing.

Dated: Garden City, New York
October 17, 2025

MORITT HOCK & HAMROFF LLP


By:           */s/ Michael Kwiatkowski*
Theresa A. Driscoll
Michael Kwiatkowski
400 Garden City Plaza
Garden City, NY  11530
T: (516) 873-2000
tdriscoll@moritthock.com
mkwiatkowski@moritthock.com

*Attorneys for US Eagle Federal Credit Union*

4079496

4