Michael Kwiatkowski, Esq.
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, New York 11530
T: (516) 873-2000
mkwiatkowski@moritthock.com

*Attorneys for U.S. Eagle Federal Credit Union*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
In re:                                                                          Chapter 11

    Sound Vision Care, Inc., *et al*.[1]                Case No. 25-72421 (LAS)
                                        (Jointly Administered)

                              Debtors.
-------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

       I, Michael Kwiatkowski, hereby certify that on October 17, 2025, I caused a true and correct copy of *Reservation of Rights of U.S. Eagle Federal Credit Union Concerning Debtors' Motions for Extensions of Time to Assume or Reject Their Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)* dated October 17, 2025 [ECF No. 151] to be served via (i) CM/ECF electronic notice of all parties who received such notice, and (ii) electronic mail (email) upon the individuals set forth below at the email addresses set forth below.

       William J. Birmingham, Esq.         william.birmingham@usdoj.gov
       Office of the United States Trustee

       Robert L. Rattet, Esq.              rlr@dhclegal.com
       James B. Glucksman, Esq.         jbg@dhclegal.com
       Jonathan S. Pasternak, Esq.      jsp@dhclegal.com
       Craig M. Price, Esq.               cmp@dhclegal.com
       Jack D. Molino, Esq.              jdm@dhclegal.com
       Eric R. Schachter, Esq.         ers@dhclegal.com
       Davidoff Hutcher & Citron LLP
       *Counsel for Debtors*

                                   */s/ Michael Kwiatkowski*
                                 Michael Kwiatkowski

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232) (collectively, the "**Debtors**").