**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re:

SOUND VISION CARE, INC., *et. al.*,

                                Debtors.

------------------------------------------------------------------x

SOUND VISION CARE, INC., *et. al.*,

                            Plaintiffs.

                      -against-

WELLS FARGO BANK, N.A.,

                            Defendants.

------------------------------------------------------------------x

Chapter 11 Case

Case No.: 25-72421 (LAS)

(Jointly Administered)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that the undersigned, an attorney with the law firm of Davidoff Hutcher & Citron LLP, 605 Third Avenue, 34th Floor, New York, New York 10158, hereby appears as counsel for Debtors-Plaintiffs (i) Sound Vision Care, Inc., (ii) SVC of Coram, LLC, (iii) SVC of East Setauket, LLC, (iv) SVC of Riverhead, LLC, (v) SVC of Southold, LLC, (vi) SVC of Fresh Meadows, LLC, and (vii) SVC of Manhasset, LLC (collectively, "**Debtors-Plaintiffs**"), and respectfully requests that all papers be forwarded to the undersigned at the address set forth below.

Dated: New York, New York
       October 20, 2025

                                 DAVIDOFF HUTCHER & CITRON LLP
                                 *Attorneys for Debtors-Plaintiffs*

                                 By:_____
                                    Matthew R. Yogg
                                 605 Third Avenue, 34th Floor
                                 New York, New York 10158
                                 (212) 557-7200
                                 mry@dhclegal.com