

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

---

October 22, 2025

**By ECF**
Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alphonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 12722

Re:    **Sound Vision Care, Inc. Dkt.  No. 25-7242**

Dear Judge Scarcella,

This Office represents the New York State Department of Taxation and Finance, a creditor of the above referenced Debtor.  Pursuant to Your Honor's Rules, I request permission to appear telephonically at the hearing scheduled for October 30, 2025 at 10 a.m.  My work commitments will not permit me to appear in Central Islip for the hearing, but I nonetheless wish to attend the hearing.

Respectfully,

Enid Nagler Stuart
Assistant Attorney General
Special Bankruptcy Counsel
212-416-8666
Enid.Stuart@ag.ny.gov