UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:                                                                    Chapter 11 Case

SOUND VISION CARE, INC., *et al.*,                                        Case No.: 25-72421 (LAS)

      Debtors. [1]                                               (Jointly Administered)
-------------------------------------------------------------------x

### ORDER EXTENDING SVC OF CORAM, LLC'S TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE

Upon consideration of the motion [ECF No. 124] (the "Motion")[2] of SVC of Coram, LLC ("SVC of Coram"), one of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an Order, pursuant to section 365(d)(4) of Title 11, the United States Code (the "Bankruptcy Code") and Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), extending the time for SVC of Coram to assume or reject the Medford Lease for the premises located at 1721 North Ocean Avenue, Suite A, Medford, New York, under which SVC of Coram is a lessee, through and including January 19, 2026, without prejudice to SVC of Coram's right to seek additional extensions thereof, all as described more fully in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334 and the Standing Order of Reference entered by the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 157(a), dated August 28, 1986, as amended by Order dated December 5, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157; and the Court having found that venue of these Chapter 11 Cases and related proceedings being proper in this district pursuant to 28

---

[1]    The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

[2]    Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

U.S.C. §§ 1408 and 1409; and due and appropriate notice of the Motion having been provided under the circumstances, and it appearing that no other or further notice of the Motion need be provided; and the Court having held a hearing on shortened notice to consider the relief requested in the Motion on October 23, 2025 (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and all parties in interest; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.      The Motion is hereby granted to the extent provided herein.

2.      SVC of Coram's time to assume or reject the Medford Lease, under which SVC of Coram is a lessee, pursuant to section 365(d)(4) of the Bankruptcy Code is extended through and including **January 19, 2026**, without prejudice to SVC of Coram's right to seek further extensions thereof consistent with Section 365(d)(4)(B)(ii) of the Bankruptcy Code.

3.      SVC of Coram is authorized, but not directed, to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.



Dated: October 28, 2025
    Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge