UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In re: | Chapter 11 Case |
| SOUND VISION CARE, INC., *et. al.*, | Case No.: 25-72421 (LAS) |
| Debtors.[1] | (Jointly Administered) |

_____/

## AGENDA FOR HEARING TO BE HELD
## OCTOBER 30, 2025, AT 10:00 A.M. (PREVAILING EASTERN TIME)

### I.  Status Report

### II.  Cash Collateral

1.  *Motion to Use Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 362, and 363 and Rules 4001(b), 4001(d) and 9014 of the Federal Rules of Bankruptcy Procedure for Interim and Final Orders (A) Authorizing Debtors Use of Cash Collateral and Providing Adequate Protection, and (B) Approving Proposed Interim Order Authorizing Cash Collateral* [Docket No. 7].

    **Responses Received**: *Statement and Reservation of Rights of U.S. Eagle Federal Credit Union in Response to (I) Debtors' Motion to Use Cash Collateral, and (II) Debtor SBC Of Riverhead, LLC's Motion for Relief to Modify the Automatic Stay* [Docket No. 166].

    **Status**: The Debtor is seeking approval of the Fourth Interim Order authorizing use of cash collateral through December 3, 2025.

### III. Motion

2.  *Debtor's Motion for Relief Modifying Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code to Allow Jeffrey Williams to Answer State Court Complaint and Bring Third-Party Claims Against Debtor SVC of Riverhead, LLC* [Docket No. 123].

---

[1]  The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

**Responses Received**: *Statement and Reservation of Rights of U.S. Eagle Federal Credit Union in Response to (I) Debtors' Motion to Use Cash Collateral, and (II) Debtor SBC Of Riverhead, LLC's Motion for Relief to Modify the Automatic Stay* [Docket No. 166].

**Status**: This matter is going forward. No objections filed. Order delivered to chambers.

Dated:   October 29, 2025
White Plains, New York                    Respectfully submitted,

/s/ *Robert L. Rattet*
Robert L. Rattet, Esq.
Craig M. Price, Esq.
John D. Molino, Esq.

**DAVIDOFF HUTCHER & CITRON LLP**
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
Telephone:   (914) 381-7400
Email:   rlr@dhclegal.com
cmp@dhclegal.com
jdm@dhclegal.com

*Counsel to the Debtors and Debtors in Possession*