Richard J. McCord, Esq.
Robert D. Nosek, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
Counsel for Flushing Bank
90 Merrick Avenue
East Meadow, NY 11554
Phone: (516) 296-7000
rmccord@certilmanbalin.com
rnosek@certilmanbalin.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                              Chapter 11

SOUND VISION CARE, INC., et al.[1]

                                                    Case No.: 25-72421 (LAS)
                                                    (Jointly Administered)

                              Debtors.

-------------------------------------------------------------x

### STATEMENT AND RESERVATION OF RIGHTS OF FLUSHING BANK IN RESPONSE TO MOTION FOR RELIEF FROM STAY TO ALLOW JEFFREY WILLIAMS TO FILE 3RD PARTY CLAIM AGAINST DEBTOR SVC OF RIVERHEAD, LLC AND DEBTORS' MOTION TO USE CASH COLLATERAL

Flushing Bank ("FB"), secured creditor of above captioned debtors and debtors in possession (collectively, the "Debtors"), by and through its counsel, Certilman Balin Adler & Hyman, LLP, hereby submits this statement and reservation of rights regarding, (i) Motion for Relief from Stay to Allow Jeffrey Williams to File 3rd Party Claim Against Debtor SVC of Riverhead LLC (Dkt. No. 123) ("Motion to Lift Stay"); and (ii) Motion to Use Cash Collateral Pursuant to 11 U.S.C. Sections 105, 361, 362 and 363 and Rules 4001(b) 4001(d) and 9014 of the Federal Rules of Bankruptcy Procedure for Interim and Final Orders (A) Authorizing Debtors Use of Cash Collateral and Providing Adequate Protection and (B) Approving Proposed

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

Interim Order Authorizing Use of Cash Collateral (Dkt. No. 7) ("Motion for Use of Cash Collateral"), respectfully represents as follows:

1.     FB is a secured creditor of the Debtors based on a revolving demand line of credit and security agreement on the Debtor's business collateral located at 1224 Ostrander Avenue, Riverhead, New York 11901.

2.     In connection with the Motion for Use of Cash Collateral, the Third Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. Section 363 (Dkt. No. 154)("Third Interim Order") was entered on October 21, 2025 which allowed the Debtors to use the cash collateral on an interim basis, through and including October 31, 2025, subject to the terms of the Third Interim Order and limited to the payment of the authorized expenses reflected in the budget, with adequate monthly protection payments to be made to the prepetition lenders, including FB, in the amount of $4,331.40 by the first day of the month, starting with October 1, 2025 and thereafter.

3.     FB did not receive its monthly adequate protection payment timely due to the funds in the Debtors' Wells Frago bank accounts being frozen. Upon the funds being released back to the Debtors by Wells Fargo, payment was made to FB on October 24, 2025, in the amount of $4,331.40.

4.     FB reserves its right to raise objections at the hearing on the Motion for Use of Cash Collateral which is scheduled for hearing on October 30, 2025, at 10:00 a.m.

5.     The Motion for Relief from Stay seeks to modify the automatic stay to allow Jeffrey Williams ("Williams"), principal of the Debtors, to file an answer, including third-party claims against SVC of Riverhead LLC in an action entitled <u>Kapitus Servicing , Inc. v. Jeffrey W. Williams Jr.,</u> pending in the State of Virginia, Chesterfield County ("Pending Action"). The

2

Motion for Relief from Stay attaches a Stipulation and Order Modifying the Automatic Stay Pursuant to 11 U.S.C. Section 362(d) to allow Williams indemnification and hold him harmless from any obligations arising from his role as the officer of the Debtor. The Motion for Relief from Stay fails to provide details as to why Williams should be indemnified and what claim Willaims may have against SVC of Riverhead.

6.    In light of the recent activities involving the individuals who perpetrated a conspiracy to defraud the Debtors and the length of time that it took for the funds to be released back to the Debtors, FB is concerned that granting the Motion for Relief from Stay will be a costly expense to the bankruptcy estate. FB requests that if the Motion for Relief from Stay is granted that FB be provided with a budget that is agreeable to FB with respect to the fees and expenses incurred by the Debtors in connection with the Pending Action.

Dated: East Meadow, New York
     October 29, 2025

                        **CERTILMAN BALIN ADLER & HYMAN, LLP**
                        Counsel to Flushing Bank

BY:         /s/ Richard J. McCord_____
              **Richard J. McCord, Esq.**
              **Robert D. Nosek, Esq.**
              90 Merrick Avenue
              East Meadow, New York 11554
              (516) 296-7000

8695352.1