

**Office of the New York State**                                    **Letitia James**
**Attorney General**                                               **Attorney General**

---

November 13, 2025

**VIA EMAIL**

Hon. Louis A. Scarcella
United States Bankruptcy Court
  For the Eastern District of New York State Office of the Attorney General
Alphonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

      Re:     **In re Soundview Communications Inc., 25-72421 (Bankr. EDNY)**

Dear Judge Scarcella:

This Office represents the New York State Department of Taxation and Finance, a creditor in the above-referenced Bankruptcy Case. Pursuant to Your Honor's Rules, I request permission to appear telephonically at the conference scheduled in this Case for **Thursday, October 30, 2025, at 10:00 am.** My work commitments will not permit me to appear in Central Islip for the conference but I nonetheless wish to attend. Thank you for your consideration of my request.

           Respectfully submitted,

           */.s/Leo V. Gagion___*
           Leo V. Gagion
           Assistant Attorney General
           28 Liberty Street, 17th Floor
           New York, New York 10005
           Telephone: (212) 416-8592