

**Michael Kwiatkowski**
Counsel
Direct Tel.: (516) 880-7207
mkwiatkowski@moritthock.com

November 17, 2025

**Via ECF and Email (diane_corsini@nyeb.uscourts.gov)**
Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

      Re:    *In re Sound Vision Care, Inc. et al.* (Bankr. E.D.N.Y. Case No. 25-72421 (LAS))

Dear Judge Scarcella:

We represent creditor U.S. Eagle Federal Credit Union in this chapter 11 case. I am writing to respectfully request permission to appear telephonically at the hearing scheduled for Thursday, November 20, 2025 at 10:00 a.m.

There are two matters currently scheduled for this hearing – (i) motion for relief from stay filed by Amur Equipment Finance, Inc. [ECF No. 156] ("**Stay Motion**"); and (ii) first interim fee application of MacDonald, Rand & Vollaro CPA, LLP, accountants for the Debtors [ECF No. 157] ("**Fee Application**"). On November 14, 2025, counsel for the Debtors submitted a notice of adjournment of the hearing on the Fee Application to December 2, 2025 at 10:00 a.m. As such, the sole matter expected to be heard on November 20, 2025 is the Stay Motion and no responses have been filed to the Stay Motion. Undersigned counsel does not expect to need to be heard on the Stay Motion but nonetheless would like to attend the hearing, particularly since hearings in this case usually include general case status updates.

We thank the Court for its consideration of this request.

      Respectfully,

      */s/ Michael Kwiatkowski*
      Michael Kwiatkowski

cc:    Robert L. Rattet, Esq. (via rlr@dhclegal.com)
       Parties-in-Interest (via ECF notification)

---