DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtors and Debtors*
*in Possession*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet, Esq.
James B. Glucksman, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In re: | Chapter 11 Case |
| SOUND VISION CARE, INC, *et. al.*, | Case No.: 25-72421 (LAS) |
| Debtors.[1] | (Jointly Administered) |

_____/

## <u>NOTICE OF ADJOURNMENT OF HEARING</u>

**PLEASE TAKE NOTICE,** that the hearing on the *Application for Compensation for MacDonald, Rand & Vollaro CPA LLP as Accountants for the Debtors and Debtors-in-Possession* [ECF No. 157] (the "<u>Application</u>"), along with any other scheduled matters, in the above captioned case has been adjourned by the Court from November 20, 2025, at 10:00 a.m**.** to **December 2, 2025, at 10:00 a.m.** before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, at the United States Bankruptcy Court, 290 Federal Plaza, courtroom 970, Central Islip, New York 11722.

**PLEASE TAKE FURTHER NOTICE**, that the Application will be on file with the Office of the Clerk of the Bankruptcy Court at the address stated above and may be examined on the Court's website www.nyeb.uscourts.gov (a PACER password and login are required) or may be obtained from the undersigned upon written request.

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

Dated: White Plains, New York
      November 20, 2025

DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtors and Debtors*
*in Possession*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400

By: */s/ Robert L. Rattet*
     Robert L. Rattet