DAVIDOFF HUTCHER & CITRON, LLP      Hearing Date: November 20, 2025
*Attorneys for the Debtors*
120 Bloomingdale Road
White Plains, New York 10605
(212) 557-7200
Robert L. Rattet, Esq.
James B. Glucksman, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                :   Chapter 11
                                      Case No. 25-72421 (LAS)

SOUND VISION CARE, INC, *et. al.*,        :

                         Debtors. [1]    :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER GRANTING RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE,** that Sound Vision Care Inc. et. al. ("Debtors") hereby

withdraw their Motion Seeking Entry of an Order Granting Relief From Automatic Stay (ECF

Docket No. 134), related to Motion (ECF Docket No. 123).

Dated: White Plains, New York
        October 23, 2025

                         DAVIDOFF HUTCHER & CITRON LLP
                         *Attorneys for the Debtors*
                         605 Third Avenue
                         New York, New York 10158
                         (212) 557-7200

                         By: */s/ James B. Glucksman*
                            James B. Glucksman

---

[1]    The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.