UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                           Chapter 11

Sound Vision Care, Inc., *et al.*,                               Case No. 8-25-72421-las

                      Debtors[1].                                (Jointly Administered)
--------------------------------------------------------X

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the motion [ECF No. 156] (the "Motion") of Amur Equipment Finance, Inc. ("Movant"), for relief from the automatic stay with respect to the Tempsure, Icon (the "Collateral"); and a hearing on the Motion having been held on November 20, 2025 (the "Hearing"); and good and sufficient notice of the Motion and the Hearing having been provided; and objections, if any, having been overruled, withdrawn or resolved; and after due deliberation and good and sufficient cause appearing therefor, it is hereby

**ORDERED,** that the automatic stay in effect pursuant to 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. §362(d)(1) and (d)(2) to permit Movant, its agents, assigns, or successors in interest, to exercise their rights and remedies available under applicable law as to the Collateral; and it is further

**ORDERED,** that within thirty (30) days of any sale or disposition of the Collateral, the Movant shall serve a copy of the report of sale of disposition of the Collateral on the above captioned debtors (the "Debtors"). Any surplus proceeds realized from the sale or other disposition of the Collateral shall be remitted promptly to the Debtors; and it is further

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

**ORDERED**, that all other relief requested in the Motion is denied.



Dated: November 24, 2025
Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge