

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

November 25, 2025

**VIA EMAIL**

Hon. Louis A. Scarcella
United States Bankruptcy Court
  For the Eastern District of New York State Office of the Attorney General
Alphonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

     Re:    **In re Sound Vision Care Inc., 25-72421 (Bankr. EDNY)**

Dear Judge Scarcella:

This Office represents the New York State Department of Taxation and Finance, a creditor in the above-referenced Bankruptcy Case. Pursuant to Your Honor's Rules, I request permission to appear telephonically at the conference scheduled in this Case for **Tuesday, December 2, 2025, at 10:00 am.** My work commitments will not permit me to appear in Central Islip for the conference but I nonetheless wish to attend. Thank you for your consideration of my request.

       Respectfully submitted,

       */.s/Leo V. Gagion*
       Leo V. Gagion
       Assistant Attorney General
       28 Liberty Street, 17th Floor
       New York, New York 10005
       Telephone: (212) 416-8592