UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                             Chapter 11

SOUND VISION CARE, INC., *et al*.,                 Case No. 25-72421-las


                          Debtors.[1]              (Jointly Administered)

------------------------------------------------------------x

### ORDER EXTENDING DEBTORS' EXCLUSIVE TIME PERIODS
### TO FILE A PLAN AND SOLICIT ACCEPTANCES THERETO

Upon the motion dated October 8, 2025 (the "Motion") [ECF No. 133] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 1121(d) of title 11, United States Code (the "Bankruptcy Code") further extending the Debtors' exclusive time periods (the "Exclusivity Period") to file a Chapter 11 plan (the "Plan") and solicit acceptances thereto; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Standing Order of Reference entered by the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 157(a), dated August 28, 1986, as amended by Order dated December 5, 2012; and this Court having found that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and this Court having reviewed the Motion and heard the statements in support of the relief requested therein at the October 30, 2025 hearing on the

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

Motion; and this Court having found and determined that the relief requested in the Motion is in the best interest of the Debtors' estates, their creditors, and other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and no objections to the relief requested herein having been filed; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion is GRANTED as set forth herein; and it is further

ORDERED, that pursuant to section 1121(d) of the Bankruptcy Code, the Exclusivity Period is extended for: (i) filing the Plan through and including **February 18, 2026**; and (ii) obtaining acceptances thereof through and including **April 17, 2026**; and it is further

ORDERED, that nothing herein shall prejudice the Debtors' right to seek further extension of the Exclusivity Period consistent with 1121(d) of the Bankruptcy Code or the rights of any party in interest to object to any further requests; and it is further

ORDERED, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that the Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: November 25, 2025
     Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge