**Hearing Date and Time: December 2, 2025 at 10:00 a.m.**

Theresa A. Driscoll, Esq.
Michael Kwiatkowski, Esq.
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, New York 11530
T: (516) 873-2000
tdriscoll@moritthock.com
mkwiatkowski@moritthock.com

*Attorneys for U.S. Eagle Federal Credit Union*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

In re:                                                                  Chapter 11

    Sound Vision Care, Inc., *et al*.[1]                          Case No. 25-72421 (LAS)
                                       (Jointly Administered)

               Debtors.
------------------------------------------------------------------------X

**STATEMENT AND RESERVATION OF RIGHTS OF
U.S. EAGLE FEDERAL CREDIT UNION IN RESPONSE TO
(I) DEBTORS' MOTION TO USE CASH COLLATERAL, AND
(II) FIRST INTERIM FEE APPLICATION FOR ALLOWANCE OF
PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF
EXPENSES OF MACDONALD, RAND & VOLLARO CPA, LLP,
<u>AS ACCOUNTANTS FOR THE DEBTORS</u>
(Related to ECF No. 7 and 157)**

     U.S. Eagle Federal Credit Union ("**U.S. Eagle**"), prepetition lender and secured creditor of

the Debtors, respectfully submits this statement and reservation of rights concerning (i) *Motion*

*Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 and Rules 4001(b), 4001(d) and 9014 of the*

*Federal Rules of Bankruptcy Procedure for Interim and Final Order (A) Authorizing Debtor's Use*

*of Cash Collateral and Providing Adequate Protection, and (B) Approving Proposed Interim*

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232) (collectively, the "**Debtors**").

*Order Authorizing Use of Cash Collateral* dated June 26, 2025 [ECF No. 7] ("**Cash Collateral Motion**"), and (ii) *First Interim Application for Allowance of Professional Compensation and Reimbursement of Expenses of MacDonald, Rand & Vollaro CPA LLP, Accountants for the Debtors* [ECF No. 157] filed October 22, 2025 ("**Fee Application**"), and sets forth and respectfully represents as follows:

1.      U.S. Eagle is a prepetition lender and secured creditor of each of the Debtors and holds liens against substantially all of the Debtors' personal property, including, but not limited to, Debtors' cash collateral.

### A.      Cash Collateral Motion

2.      At the most recent hearing in connection with the Cash Collateral Motion, on October 30, 2025, the Court granted further authorization for Debtors' use of cash collateral through December 5, 2025 based upon an agreement between the Debtors and various parties, including U.S. Eagle.[2] As part of that consensual authorization, the Debtor agreed, among other things, to make a monthly adequate protection payment to U.S. Eagle in the amount of $45,457.76 on or before November 1, 2025 ("**November Payment**"). The November Payment was made on or about November 19, 2025.

3.      Based on ongoing discussions with Debtors' counsel, U.S. Eagle expects that between now and the hearing on December 2, 2025, the parties may be able to reach a further interim agreement on Debtors' continued use of cash collateral. However, until the parties reach such consensual agreement, U.S. Eagle reserves the right to raise objections to the Cash Collateral

---

[2] As of now, an interim Order evidencing that authorization has not been entered.  Previously, in connection with the Cash Collateral Motion, the Court has entered the following Orders: (i) *Interim Order Authorizing Use of Cash Collateral by Debtor Pursuant to 11 U.S.C. Section 363* entered July 24, 2025 [ECF No. 63]; *Second Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* entered August 27, 2025 [ECF No. 99]; and *Third Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* entered October 21, 2025 [ECF No. 154].

Motion and the Debtors' continued use of U.S. Eagle's cash collateral at the time of the December 2, 2025 hearing.

**B.      Fee Application**

4.      On October 9, 2025, by *Order Authorizing the Retention and Employment of MacDonald, Rand & Vollaro CPA's LLC as Special Tax Advisors Effective as of June 23, 2025* [ECF No. 137], this Court authorized retention and employment of MacDonald, Rand & Vollaro CPA LLC ("**MRV**") as special tax advisors to the Debtors.

5.      The Fee Application seeks approval of $63,953.13 in professional fees to MRV.

6.      U.S. Eagle files this statement in connection with the Fee Application because it appears that a portion of the fees being requested by MRV relates to work done by MRV on behalf of non-debtor entities affiliated with the Debtors. For example, MRV invoice dated August 29, 2025 which is attached to the Fee Application includes the following entries which appear to expressly reference non-debtor entities (including entities related to the Bensonhurst, Elmhurst, and Murray Hill store locations):

- *Consulting – DK – 8/16/25 – Upload June financials for Bensonhurst, Elmhurst & Murray Hill* (1 hour at rate of $225/hour for fee of $225);

- *Consulting – DK – 8/24/25 – Pull Elmhurst Bank Statement* (0.75 hours at rate of $225.00/hour for fee of $168.75); and

- *Tax Return Preparation – DK – Prepare 2024 books and records for tax returns – Sound Vision Care, et al. (21 separate business entities)* (133 hours at rate of $225.00/hour for fee of $29,925.00).

*See* ECF No. 157 (Fee Application, MRV Invoice dated 8/29/2025). Most importantly, the last invoice entry listed above – for total fees of $29,925.00 – references "21 separate business entities" which, presumably, includes the seven (7) Debtors and fourteen (14) non-debtor affiliates.

7.      Additionally, the first MRV invoice attached to the Fee Application - invoice dated

June 23, 2025 – appears to relate to work performed by MRV before commencement of Debtors' cases and the effective date of MRV's retention in these cases (*i.e.*, June 23, 2025).

8.      U.S. Eagle is concerned that granting the fees requested in the Fee Application will result in Debtors' bankruptcy estate paying for work done by MRV on behalf of non-Debtors.

9.      Counsel for U.S. Eagle contacted Debtors' counsel and advised of these concerns in the expectation of reaching a potential consensual resolution. However, at this time, the parties have not reached a resolution and, as such, U.S. Eagle files this statement and reserves the right to object to the Fee Application at the time of the December 2, 2025 hearing on the Fee Application.

Dated: Garden City, New York
        November 25, 2025

MORITT HOCK & HAMROFF LLP


By:        */s/ Michael Kwiatkowski*
           Theresa A. Driscoll
           Michael Kwiatkowski
400 Garden City Plaza
Garden City, NY  11530
T: (516) 873-2000
tdriscoll@moritthock.com
mkwiatkowski@moritthock.com

*Attorneys for US Eagle Federal Credit Union*

4112390

4