Michael Kwiatkowski, Esq.
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, New York 11530
T: (516) 873-2000
mkwiatkowski@moritthock.com

*Attorneys for U.S. Eagle Federal Credit Union*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
In re:                                                                                    Chapter 11

    Sound Vision Care, Inc., *et al*.[1]                        Case No. 25-72421 (LAS)
                                               (Jointly Administered)
                        Debtors.
-------------------------------------------------------------------------X

## <u>CERTIFICATE OF SERVICE</u>

        I, Michael Kwiatkowski, hereby certify that on November 25, 2025, I caused a true and correct copy of *Statement and Reservation of Rights of U.S. Eagle Federal Credit Union in Response to (I) Debtors' Motion to Use Cash Collateral, and (II) First Interim Fee Application for Allowance of Professional Compensation and Reimbursement of Expenses of MacDonald, Rand & Vollaro CPA, LLP, as Accountants for the Debtors* dated November 25, 2025 [ECF No. 200] to be served via (i) CM/ECF electronic notice of all parties who received such notice, and (ii) electronic mail (email) upon the individuals set forth below at the email addresses set forth below.

| | |
|---|---|
| William J. Birmingham, Esq.<br>Office of the United States Trustee | william.birmingham@usdoj.gov |
| Robert L. Rattet, Esq.<br>James B. Glucksman, Esq.<br>Jonathan S. Pasternak, Esq.<br>Craig M. Price, Esq.<br>Jack D. Molino, Esq.<br>Eric R. Schachter, Esq.<br>Matthew R. Yogg, Esq.<br>Davidoff Hutcher & Citron LLP<br>*Counsel for Debtors* | rlr@dhclegal.com<br>jbg@dhclegal.com<br>jsp@dhclegal.com<br>cmp@dhclegal.com<br>jdm@dhclegal.com<br>ers@dhclegal.com<br>mry@dhclegal.com |

                                        */s/ Michael Kwiatkowski*
                                        Michael Kwiatkowski

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232) (collectively, the "**Debtors**").