Richard J. McCord, Esq.
Robert D. Nosek, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
Counsel for Flushing Bank
90 Merrick Avenue
East Meadow, NY 11554
Phone: (516) 296-7000
rmccord@certilmanbalin.com
rnosek@certilmanbalin.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                          Chapter 11

SOUND VISION CARE, INC., et al.[1]

                                                                Case No.: 25-72421 (LAS)
                                                                (Jointly Administered)

                                    Debtors.

-------------------------------------------------------------x

## STATEMENT AND RESERVATION OF RIGHTS OF FLUSHING BANK IN RESPONSE TO DEBTORS' MOTION TO USE CASH COLLATERAL

Flushing Bank ("FB"), secured creditor of above captioned debtors and debtors in possession (collectively, the "Debtors"), by and through its counsel, Certilman Balin Adler & Hyman, LLP, hereby submits this statement and reservation of rights regarding, Motion to Use Cash Collateral Pursuant to 11 U.S.C. Sections 105, 361, 362 and 363 and Rules 4001(b) 4001(d) and 9014 of the Federal Rules of Bankruptcy Procedure for Interim and Final Orders (A) Authorizing Debtors Use of Cash Collateral and Providing Adequate Protection and (B) Approving Proposed Interim Order Authorizing Use of Cash Collateral (Dkt. No. 7) ("Motion for Use of Cash Collateral"), respectfully represents as follows:

1.      FB is a secured creditor of the Debtors based on a revolving demand line of credit

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

and security agreement on the Debtor's business collateral located at 1224 Ostrander Avenue, Riverhead, New York 11901.

2.      In connection with the Motion for Use of Cash Collateral, the Third Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. Section 363 (Dkt. No. 154)("Third Interim Order") was entered on October 21, 2025 which allowed the Debtors to use the cash collateral on an interim basis, through and including October 31, 2025, subject to the terms of the Third Interim Order and limited to the payment of the authorized expenses reflected in the budget, with adequate monthly protection payments to be made to the prepetition lenders, including FB, in the amount of $4,331.40 by the first day of the month, starting with October 1, 2025 and thereafter.

3.      A hearing on the Motion for Use of Cash Collateral was held on October 30, 2025 at which time the record was "So Ordered" extending the use of cash collateral through December 5, 2025, with the next hearing scheduled for December 2, 2025, at 10:00 a.m.

4.      On November 26, 2025, the Fourth Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. §363 (Dkt. No. 202) was entered.

5.      FB has received the draft Fifth Interim Order Authorizing use of Cash Collateral by Debtors Pursuant to 11 U.S.C. §363, and although it has not been finalized, agrees to the terms proposed therein.

2

6.    FB reserves its right to raise objections at the hearing on the Motion for Use of Cash Collateral, which is scheduled for December 2, 2025, at 10:00 a.m.

Dated: East Meadow, New York
       November 26, 2025

**CERTILMAN BALIN ADLER & HYMAN, LLP**
Counsel to Flushing Bank

BY:        /s/ Richard J. McCord _____
           **Richard J. McCord, Esq.**
           **Robert D. Nosek, Esq.**
           90 Merrick Avenue
           East Meadow, New York 11554
           (516) 296-7000

3

8719177.1