UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| IN RE: | CASE NO: 25-72421 |
|---|---|
| Sound Vision Care, Inc., et al. | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 11/28/2025, I did cause a copy of the following documents, described below,

Notice of Hearing for Final Order Authorizing Use of Cash Collateral by Debtors

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/28/2025


/s/ John D. Molino, Esq.
John D. Molino, Esq.  5793435

Davidoff Hutcher & Citron LLP
120 Bloomingdale Road, Suite 100
White Plains, NY 10605

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

Sound Vision Care, Inc., et al.

CASE NO: 25-72421

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 11/28/2025, a copy of the following documents, described below,

Notice of Hearing for Final Order Authorizing Use of Cash Collateral by Debtors

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/28/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John D. Molino, Esq.
Davidoff Hutcher & Citron LLP
120 Bloomingdale Road, Suite 100
White Plains, NY  10605

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

EXPRESS (1 DAY) ER 234 522 125 US

SOUND VISION CARE, INC.
ATTN: JEFFREY WILLIAMS, JR.
1224 OSTRANDER AVENUE
RIVERHEAD, NY 11901

EXPRESS (1 DAY) ER 234 522 196 US

SVC OF CORAM LLC
1721 N. OCEAN AVE., STE. A
MEDFORD, NY 11763

EXPRESS (1 DAY) ER 234 522 205 US

SVC OF EAST SETAUKET LLC
215 HALLOCK RD., STE. 2
STONY BROOK, NY 11790

EXPRESS (1 DAY) ER 234 522 219 US

SVC OF EAST SETAUKET LLC
23 TECHNOLOGY DR., STE. 5
STONY BROOK, NY 11733

EXPRESS (1 DAY) ER 234 522 222 US

SVC OF FRESH MEADOWS LLC
61-30A 190TH ST.
FRESH MEADOWS, NY 11365

EXPRESS (1 DAY) ER 234 522 236 US

SVC OF MANHASSET LLC
433 PLANDOME ROAD
MANHASSET, NY 11030

EXPRESS (1 DAY) ER 234 522 253 US

SVC OF SOUTHOLD LLC
44210 COUNTY RTE. 48, STE. 1
P.O. BOX 463
SOUTHOLD, NY 11971

EXPRESS (1 DAY) ER 234 522 240 US

SVC OF RIVERHEAD LLC
1224 OSTRANDER AVENUE
RIVERHEAD, NY 11901

EXPRESS (1 DAY) ER 234 520 990 US

435-451 PLANDOME PROPERTIES LLC
451 PLANDOME ROAD
MANHASSET, NY 11030

EXPRESS (1 DAY) ER 234 521 006 US

6417-6806 BAY PARKWAY REALTY LLC
2338 64TH STREET
BROOKLYN, NY 11204

EXPRESS (1 DAY) ER 234 521 010 US

ABB OPTICAL GROUP
4 SKYLINE DRIVE
HAWTHORNE, NY 10532

EXPRESS (1 DAY) ER 234 521 023 US

ABB OPTICAL GROUP
ATTN: DIANE SERRAVALE
580 CHERRY BARK ROAD
MIDDLETOWN, DE 19709

EXPRESS (1 DAY) ER 234 521 037 US

ACTION CARTING ENVIRONMENTAL SVCS., INC.
300 FRANK W. BURR BLVD., STE. 39
TEANECK, NJ 07666

EXPRESS (1 DAY) ER 234 521 045 US

ADVANCE SERVICE GROUP, LLC
230 W. 29TH ST.
HIALEAH, FL 33012-5706

EXPRESS (1 DAY) ER 234 521 068 US

ALL TYPES BUILDING MAINTENANCE, INC.
5514 MERRICK ROAD
MASSAPEQUA, NY 11758

EXPRESS (1 DAY) ER 234 521 071 US

ALTAIR EYEWEAR
10875 INTERNATIONAL DRIVE
RANCHO CORDOVA, CA 95670

EXPRESS (1 DAY) ER 234 521 085 US

AMERICAN EXPRESS
SUBPOENA RESPONSE UNIT
43 BUTTERFIELD CIRCLE
EL PASO, TX 79906

EXPRESS (1 DAY) ER 234 521 099 US

AMUR EQUIPMENT FINANCE
ATTN: ARIELLA ALVARADO
304 W.  3RD STREET
GRAND ISLAND, NE 68801

EXPRESS (1 DAY) ER 234 521 108 US

ANGELICA VELASQUEZ
1050 YOUNGS AVENUE
SOUTHOLD, NY 11971

EXPRESS (1 DAY) ER 234 521 125 US

ATLAS ACQUISITIONS LLC
492C CEDAR LANE, STE. 442
TEANECK, NJ 07666

EXPRESS (1 DAY) ER 234 521 139 US

BALLARD SPAHR LLP
ATTN: LESLIE C. HEILMAN, ESQ.,
ERIN L. WILLIAMSON, ESQ.
919 N. MARKET STREET, 11TH FL.
WILMINGTON, DE 19801-3034

EXPRESS (1 DAY) ER 234 521 142 US

BAMBOOHR
42 FUTURE WAY
DRAPER, UT 84020

EXPRESS (1 DAY) ER 234 521 156 US

BANCORP N.A.
ATTN: LEGAL SERVICE OF PROCESS TEAM
409 SILVERSIDE RD., STE. 105
WILMINGTON, DE 19809

EXPRESS (1 DAY) ER 234 521 160 US

BANCORP N.A.
345 N. REID PLACE, STE. 700
SIOUX FALLS, SD 57103

EXPRESS (1 DAY) ER 234 521 173 US

BANK OF AMERICA
PRACTICE SOLUTIONS
10 FEDERAL STREET
BOSTON, MA 02110

EXPRESS (1 DAY) ER 234 521 187 US

BANK OF AMERICA, N.A.
600 NORTH CLEVELAND AVE., STE. 300
WESTERVILLE, OH 43082, US

EXPRESS (1 DAY) ER 234 521 200 US

BUCHANAN INGERSOLL & ROONEY, P.C.
ATTN: CHRISTOPHER P. SCHUELLER, ESQ.
501 GRANT ST., STE. 200
PITTSBURGH, PA 15219-4413

EXPRESS (1 DAY) ER 234 521 213 US

CAPITAL DOMAIN LLC
ATTN: JORDAN MORRISON
749 GATEWAY, STE. G-601
ABILENE, TX 79602

EXPRESS (1 DAY) ER 234 521 227 US

CAPITAL ONE
1680 CAPITAL ONE DRIVE
MCLEAN, VA 22102

EXPRESS (1 DAY) ER 234 521 235 US

CERTILMAN BALIN ADLER & HYMAN, LLP
ATTN: RICHARD J. MCCORD, ESQ.
90 MERRICK AVENUE, 9TH FL.
EAST MEADOW, NY 11554

EXPRESS (1 DAY) ER 234 521 244 US

CFG MERCHANT SOLUTIONS, LLC
180 MAIDEN LANE, 15TH FL.
NEW YORK, NY 10038

EXPRESS (1 DAY) ER 234 521 258 US

CITY HEAT SECURITY
2665 OCEANSIDE RD.
OCEANSIDE, NY 11572

EXPRESS (1 DAY) ER 234 521 261 US

CONSOLIDATED EDISON CO. OF NY, INC.
BANKRUPTCY/EAG GROUP
4 IRVING PLACE, 9TH FL.
NEW YORK, NY 10003

EXPRESS (1 DAY) ER 234 521 275 US

COOPERVISION
6101 BOLLINGER CANYON RD., STE. 500
SAN RAMON, CA 94583

EXPRESS (1 DAY) ER 234 521 292 US

CRYSTAL PRACTICE MGMT.
12112 ANDERSON MILL RD., BLDG. 12-A
AUSTIN, TX 78726-1176

EXPRESS (1 DAY) ER 234 521 289 US

CORPORATION SERVICE COMPANY
1156 15TH ST. NW, STE. 605
WASHINGTON, D.C. 20005

EXPRESS (1 DAY) ER 234 521 301 US

CT CORPORATION SYSTEM
ATTN: SPRS
330 N. BRAND BLVD., STE. 700
GLENDALE, CA 91203, USA

EXPRESS (1 DAY) ER 234 521 315 US

DAMIANOS REALTY GROUP LLC
ATTN: PATRICIA C. DELANEY, ESQ.
222 MIDDLE COUNTRY RD., STE. 300
SMITHTOWN, NY 11787

EXPRESS (1 DAY) ER 234 521 329 US

DE LAGE LANDEN FINANCIAL SERVICES, INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

EXPRESS (1 DAY) ER 234 521 332 US

DISCOVER
ATTN: LEGAL SUBPOENA PROCESSING
2500 LAKE COOK ROAD
RIVERWOODS, IL 60015

EXPRESS (1 DAY) ER 234 521 346 US

DRILL SPECIALTY CORP.
5020 MONTAUK HWY.
MASSAPEQUA PARK, NY 11762

EXPRESS (1 DAY) ER 234 521 350 US

DYNASTY PROTECTION
ATTN: PETE RUGGIA
P.O. BOX 1009
SEAFORD, NY 11783

EXPRESS (1 DAY) ER 234 521 363 US

EBF HOLDINGS, LLC
D/B/A EVEREST BUSINESS FUNDING
ATTN: YOLDAY DIAZ-BARRETO, ESQ.
12496 NW 25 STREET
SWEETWATER, FL 33182

EXPRESS (1 DAY) ER 234 521 377 US

ESSILORLUXOTTICA USA INC.
C/O NATIONAL REGISTERED AGENTS, INC.
1209 ORANGE STREET
WILMINGTON, DE 19801

EXPRESS (1 DAY) ER 234 521 385 US

EVERBANK COMMERCIAL FINANCE, INC.
10 WATERVIEW BLVD.
PARSIPPANY, NJ 07054

EXPRESS (1 DAY) ER 234 521 394 US

FAY SERVICING LLC
1601 LYNDON B. JOHNSON FWY.
FARMERS BRANCH, TX 75234

EXPRESS (1 DAY) ER 234 521 403 US

FC MARKETPLACE, LLC
D/B/A FUNDING CIRCLE
110 SE 6TH STREET, STE. 700
FT. LAUDERDALE, FL 33301-5002

EXPRESS (1 DAY) ER 234 521 417 US

FEDERAL REALTY INVESTMENT TRUST
909 ROSE AVE., STE. 200
NORTH BETHESDA, MD 20852

EXPRESS (1 DAY) ER 234 521 425 US

FLAGSTAR BANK
ATTN: LEGAL DEPT.
102 DUFFY AVENUE
HICKSVILLE, NY 11801

EXPRESS (1 DAY) ER 234 521 434 US

FLUSHING BANK
220 RXR PLAZA
UNIONDALE, NY 11556

EXPRESS (1 DAY) ER 234 521 448 US

FORT CAPITAL RESOURCES, LLC
841 SHELLEY ROAD
RALEIGH, NC 27609

EXPRESS (1 DAY) ER 234 521 451 US

FOX SWIBEL LEVIN & CARROLL
ATTN: KEN THOMAS
200 W. MADISON, STE. 3000
CHICAGO, IL 60606

EXPRESS (1 DAY) ER 234 521 465 US

FRANK SPINOSA & ROBIN ROSS
62 CANYON RIDGE DRIVE
SANDIA PARK, NM 87047

EXPRESS (1 DAY) ER 234 521 765 US

MARY FRAUSTO
2700 BRAY AVENUE
LAUREL, NY 11948

| | | |
|---|---|---|
| EXPRESS (1 DAY) ER 234 521 615 US<br><br>JELLUM LAW<br>ATTN: GARTH G. GAVENDA, ESQ.<br>7617 CURRELL BLVD., STE. 245<br>WOODBURY, MN 55125 | EXPRESS (1 DAY) ER 234 521 479 US<br><br>GOETZ PLATZER LLP<br>ATTN: TERESA SADUTTO-CARLEY, ESQ.<br>1 PENN PLAZA, STE. 3100<br>NEW YORK, NY 10119 | EXPRESS (1 DAY) ER 234 521 482 US<br><br>GONZALO CAMPOS<br>1050 YOUNGS AVENUE<br>SOUTHOLD, NY 11971 |
| EXPRESS (1 DAY) ER 234 521 505 US<br><br>GREATAMERICA FINANCIAL SERVICES CORP.<br>625 FIRST STREET<br>CEDAR RAPIDS, IA 52401-2030 | EXPRESS (1 DAY) ER 234 521 496 US<br><br>GREAT WHITE PROPANE<br>44 KROEMER AVENUE<br>RIVERHEAD, NY 11901 | EXPRESS (1 DAY) ER 234 521 519 US<br><br>HALLOCK ROAD LLC<br>215 HALLOCK RD., STE. 68<br>STONY BROOK, NY 11790 |
| EXPRESS (1 DAY) ER 234 521 522 US<br><br>HEALTH RESOURCES & SVCS. ADMINISTRATION<br>5600 FISHERS LANE<br>ROCKVILLE, MD 20857 | EXPRESS (1 DAY) ER 234 521 536 US<br><br>HILCO VISION<br>575 WEST ST., STE. 120<br>MANSFIELD, MA 02048 | EXPRESS (1 DAY) ER 234 521 540 US<br><br>HOOD VENTURE COUNSEL, P.C.<br>ATTN: JONATHAN L. HOOD, ESQ.<br>75 SOUTH BROADWAY, STE. 4484<br>WHITE PLAINS, NY 10601 |
| EXPRESS (1 DAY) ER 234 521 553 US<br><br>HUNTINGTON TECHNOLOGY FINANCE, INC<br>2285 FRANKLIN RD., STE. 100<br>BLOOMFIELD HILLS, MI 48302 | EXPRESS (1 DAY) ER 234 521 567 US<br><br>IGNITE INTELLIGENT<br>PROCESS AUTOMATION LLC<br>140 LAKELAND AVENUE<br>SAYVILLE, NY 11782 | EXPRESS (1 DAY) ER 234 521 575 US<br><br>IMATRIX<br>3 ETHEL ROAD, #305<br>EDISON, NJ 08817 |
| EXPRESS (1 DAY) ER 234 521 584 US<br><br>INADVANCE CAPITAL<br>1450 BROADWAY, RM. 402<br>NEW YORK, NY 10018 | EXPRESS (1 DAY) ER 234 521 598 US<br><br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | EXPRESS (1 DAY) ER 234 521 607 US<br><br>ISLAND ELEVATOR<br>2100-2 ARCTIC AVENUE<br>BOHEMIA, NY 11716 |
| EXPRESS (1 DAY) ER 234 521 624 US<br><br>JOHNSON & JOHNSON<br>7500 CENTURION PKWY.<br>JACKSONVILLE, FL 32256 | EXPRESS (1 DAY) ER 234 521 690 US<br><br>LENS MODE CONTACTS<br>150 MAIN STREET<br>MILLBURN, NJ 07041 | EXPRESS (1 DAY) ER 234 521 638 US<br><br>KAMINSKY LAW PLLC<br>ATTN: SHANNA M. KAMINSKI, ESQ.<br>P.O. BOX 247<br>GRASS LAKE, MI 49240 |
| EXPRESS (1 DAY) ER 234 521 641 US<br><br>KAPITUS SERVICING, INC.<br>ATTN: BENJAMIN D. JOHNSTON, COO<br>120 WEST 45TH STREET, 4TH FL.<br>NEW YORK, NY 10036 | EXPRESS (1 DAY) ER 234 521 655 US<br><br>L'AMY INCORPORATED<br>C/O SMITH CARROAD WAN & PARIKH, P.C.<br>ATTN: TIMOTHY WAN, ESQ.<br>202 EAST MAIN STREET<br>SMITHTOWN, NY 11787 | EXPRESS (1 DAY) ER 234 521 669 US<br><br>LAFONT FRAMES<br>655 BROADWAY, STE. 401<br>NEW YORK, NY 10012 |
| EXPRESS (1 DAY) ER 234 521 672 US<br><br>LASSER LAW GROUP, PLLC<br>633 THIRD AVENUE, STE. 1301<br>NEW YORK, NY 10017 | EXPRESS (1 DAY) ER 234 521 686 US<br><br>LEND BUG LLC<br>ATTN: CYNTHIA L. KOLB<br>260 WEST 35TH ST. PH<br>NEW YORK, NY 10001 | EXPRESS (1 DAY) ER 234 521 709 US<br><br>LENS MODE CONTACTS<br>150 MAIN STREET<br>MILLBURN, NJ 07041 |
| EXPRESS (1 DAY) ER 234 521 712 US<br><br>LEVELUP HCS LLC<br>90 BROAD ST., STE. 902<br>NEW YORK, NY 10004-2281 | EXPRESS (1 DAY) ER 234 521 726 US<br><br>LUMENIS FINANCIAL SOLUTIONS<br>2077 GATEWAY PL., STE. 300<br>SAN JOSE, CA 95110 | EXPRESS (1 DAY) ER 234 521 730 US<br><br>MACDONALD, RAND & VOLLARO, CPAS LLC<br>550 NY-25A<br>ROCKY POINT, NY 11778 |

EXPRESS (1 DAY) ER 234 521 743 US

MACQUARIE EQUIPMENT CAPITAL INC.
1301 RIVERPLACE BLVD., 4TH FL.
JACKSONVILLE, FL 32207

EXPRESS (1 DAY) ER 234 521 757 US

MADISONONE
9375 E. SHEA BLVD., STE. 100
SCOTTSDALE, AZ 85260

EXPRESS (1 DAY) ER 234 521 774 US

MATTITUCK ENVIRO
560 COMMERCE DRIVE
CUTCHOGUE, NY 11935

EXPRESS (1 DAY) ER 234 521 788 US

MCGUIREWOODS LLP
ATTN: JARROD D. SHAW, ESQ.
TOWER TWO-SIXTY
260 FORBES AVE., STE. 1800
PITTSBURGH, PA 15222-3142

EXPRESS (1 DAY) ER 234 521 791 US

MEGED FUNDING
1 PRINCETON AVENUE
BRICK, NJ 08724

EXPRESS (1 DAY) ER 234 521 805 US

MERGED FUNDING
ONE FINANCIAL PLAZA
HARTFORD, CT 11948

EXPRESS (1 DAY) ER 234 521 054 US

ALAN MINKOFF
420 EAST 72ND ST., APT. 15A
NEW YORK, NY 10021

EXPRESS (1 DAY) ER 234 521 814 US

MORITT HOCK & HAMROFF LLP
ATTN: THERESA A. DRISCOLL, ESQ.,
MICHAEL KWIATKOWSKI, ESQ.
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

EXPRESS (1 DAY) ER 234 521 831 US

NATIONAL GRID
ATTN: LEGAL DEPT.
40 SYLVAN ROAD
WALTHAM, MA 02451-1120

EXPRESS (1 DAY) ER 234 521 828 US

NASSAU VISION GROUP
160 LEGRAND AVENUE
ORANGEBURG, NJ 10962

EXPRESS (1 DAY) ER 234 521 862 US

NORTH OCEAN PROPERTIES, INC.
1721 N. OCEAN AVENUE
MEDFORD, NY 11763

EXPRESS (1 DAY) ER 234 521 876 US

NYS DEPT. OF LABOR
1220 WASHINGTON AVENUE
BUILDING 12, ROOM 256
ALBANY, NY 12226

EXPRESS (1 DAY) ER 234 521 880 US

NYS DEPT. OF TAXATION AND FINANCE
BUILDING 9
W.A. HARRIMAN CAMPUS
ALBANY, NEW YORK 12227

EXPRESS (1 DAY) ER 234 521 845 US

NDC COMMUNITY IMPACT LOAN FUND
29 MARNE STREET
WATERVLIET, NY 12189

EXPRESS (1 DAY) ER 234 521 859 US

NDC COMMUNITY IMPACT LOAN FUND
ATTN: MICHAEL ANTONELLI
633 THIRD AVENUE, STE. 19J
NEW YORK, NY 10017

EXPRESS (1 DAY) ER 234 521 893 US

OCEAN FUNDING CORP.
1800 NEW CENTRAL AVE.
LAKEWOOD, NJ 08701-3094

EXPRESS (1 DAY) ER 234 521 902 US

OFFICE OF THE NY STATE ATTORNEY GENERAL
ATTN: ENID N. STUART, ESQ.
ASSISTANT ATTORNEY GENERAL
SPECIAL BANKRUPTCY COUNSEL
28 LIBERTY STREET, 17TH FL.
NEW YORK, NY 10005

EXPRESS (1 DAY) ER 234 521 916 US

OFFICE OF THE U.S. ATTORNEY
EASTERN DISTRICT OF NEW YORK
ATTN: WILLIAM BIRMINGHAM, ESQ.
560 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722

EXPRESS (1 DAY) ER 234 521 933 US

OGDEN CAP PROPERTIES
545 MADISON AVENUE
NEW YORK, NY 10020

EXPRESS (1 DAY) ER 234 521 947 US

ON DECK CAPITAL, INC.
4700 W. DAYBREAK PKWY., STE 200
SOUTH JORDAN, UT 84009

EXPRESS (1 DAY) ER 234 521 955 US

OPTIMUM
ATTN: LEGAL DEPT.
1 COURT SQUARE WEST
LONG ISLAND CITY, NY 11101

EXPRESS (1 DAY) ER 234 521 964 US

PANTHERS CAPITAL LLC
680 CENTRAL AVE., UNIT 109
CEDARHURST, NY 11516

EXPRESS (1 DAY) ER 234 521 978 US

PARAGON SOFTWARE GROUP
947 E. IMPALA
MESA, CA 85204

EXPRESS (1 DAY) ER 234 521 981 US

PATTERSON BELKNAP
WEBB & TYLER LLP
ATTN: DAVID W. DYKHOUSE, ESQ.
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

EXPRESS (1 DAY) ER 234 521 995 US

PECONIC PARTNERS LLC
715 ROANOKE AVE., STE. 1
RIVERHEAD, NY 11901

EXPRESS (1 DAY) ER 234 522 001 US

PLAYBOOK BUILDER
171 COLLEGE AVENUE
HOLLAND, MI 49423

EXPRESS (1 DAY) ER 234 522 015 US

PORT WASHINGTON WINDOW CLEANING
P.O. BOX 1691
PORT WASHINGTON, NY 11050

| | | |
|---|---|---|
| EXPRESS (1 DAY) ER 234 522 029 US<br><br>PSEG CORPORATE SECRETARY<br>80 PARK PLAZA<br>NEWARK, NJ 07102 | EXPRESS (1 DAY) ER 234 522 032 US<br><br>PURE ADVANCE<br>6 CHARLOTTE PLACE<br>SPRING VALLEY, NY 10977 | EXPRESS (1 DAY) ER 234 522 046 US<br><br>QUICK FUNDING GROUP<br>583 GRANT PLACE<br>CEDARHURST, NY 11516 |
| EXPRESS (1 DAY) ER 234 522 050 US<br><br>RELIN GOLDSTEIN & CRANE, LLP<br>28 E. MAIN ST., STE. 1800<br>ROCHESTER, NY 14614 | EXPRESS (1 DAY) ER 234 522 063 US<br><br>RIVERHEAD WATER DISTRICT<br>1035 PULASKI STREET<br>RIVERHEAD, NY 11901 | EXPRESS (1 DAY) ER 234 522 077 US<br><br>RIVKIN RADLER LLP<br>ATTN: MATTHEW V. SPERO, ESQ.<br>926 RXR PLAZA<br>UNIONDALE, NY 11556-0926 |
| EXPRESS (1 DAY) ER 234 522 085 US<br><br>ROBERTSON, ANSCHUTZ, SCHNEID,<br>CRANE & PARTNERS, PLLC<br>ATTN: LUIS C. BRITO<br>6409 CONGRESS AVE., STE. 100<br>BOCA RATON, FL 33487 | EXPRESS (1 DAY) ER 234 522 094 US<br><br>SEAMLESS CAPITAL GROUP, LLC<br>2329 NOSTRAND AVE., STE. 111<br>BROOKLYN, NY 11210 | EXPRESS (1 DAY) ER 234 522 103 US<br><br>SIGNATURE SERVICES LLC<br>154 E. COURT STREET<br>KANKAKEE, IL 60901 |
| EXPRESS (1 DAY) ER 234 522 117 US<br><br>SOLOMON, HERRERA<br>& MCCORMICK, PLLC<br>ATTN: MICHAEL D. SOLOMON, ESQ.<br>40 MARCUS DR., STE. 202<br>MELVILLE, NY 11747 | EXPRESS (1 DAY) ER 234 522 134 US<br><br>SPECTRUM<br>1600 DUBLIN ROAD<br>COLUMBUS, OH 43215 | EXPRESS (1 DAY) ER 234 522 148 US<br><br>SPEEDY FUNDING LLC<br>300 N. MAIN STREET<br>SPRING VALLEY, NY 10977 |
| EXPRESS (1 DAY) ER 234 521 195 US<br><br>BLOCK, INC.<br>(SQUARE CAPITAL)<br>1955 BROADWAY, STE. 600<br>OAKLAND, CA 94612 | EXPRESS (1 DAY) ER 234 522 151 US<br><br>STARK & STARK, P.C.<br>ATTN: MARSHALL KIZNER, ESQ.,<br>JOSEPH H. LEMKIN, ESQ.<br>100 AMERICAN METRO BLVD.<br>HAMILTON, NJ 08619 | EXPRESS (1 DAY) ER 234 522 179 US<br><br>STERNS BANK N.A.<br>4191 2ND ST. SOUTH<br>ST. CLOUD, MN 56301 |
| EXPRESS (1 DAY) ER 234 522 165 US<br><br>STEREO OPTICAL COMPANY<br>D/B/A WALMAN INSTRUMENT<br>ATTN: JOE BARTON, LEGAL DEPT.<br>4000 LUXOTTICA PLACE<br>MASON, OH 45040 | EXPRESS (1 DAY) ER 234 522 182 US<br><br>SUFFOLK COMPUTER CONSULTANTS<br>295 MONTAUK HWY.<br>SPEONK, NY 11972 | EXPRESS (1 DAY) ER 234 522 267 US<br><br>TD BANK<br>1701 RTE. 70 EAST<br>CHERRY HILL, NJ 08003 |
| EXPRESS (1 DAY) ER 234 522 275 US<br><br>THE HARTFORD<br>301 WOODS PARK DRIVE<br>CLINTON, NY 13323 | EXPRESS (1 DAY) ER 234 522 284 US<br><br>THE HUNTINGTON NATIONAL BANK<br>17 S. HIGH STREET<br>COLUMBUS, OH 43215 | EXPRESS (1 DAY) ER 234 522 315 US<br><br>TRIZETTO GATEWAY EDI<br>3300 RIDER TRAIL S.<br>EARTH CITY, MO 63045 |
| EXPRESS (1 DAY) ER 234 522 488 US<br><br>UMANA HEATING & COOLING<br>P.O. BOX 196<br>MATTITUCK, NY 11952 | EXPRESS (1 DAY) ER 234 522 491 US<br><br>UNITED HEALTHCARE INSURANCE CO.<br>ATTN: CDM/BANKRUPTCY<br>185 ASYLUM ST. - 03B<br>HARTFORD, CT 06103 | EXPRESS (1 DAY) ER 234 522 505 US<br><br>UNIVEST CAPITAL, INC.<br>ATTN: MICHAEL GREGAN<br>1041 YORK ROAD<br>WARMINSTER, PA 18974 |
| EXPRESS (1 DAY) ER 234 522 514 US<br><br>UNIVEST CAPITAL, INC.<br>3331 STREET ROAD, STE. 325<br>BENSALEM, PA 19020 | EXPRESS (1 DAY) ER 234 522 528 US<br><br>UTICA NATIONAL INSURANCE CO.<br>180 GENESEE STREET<br>NEW HARTFORD, NY 13413 | EXPRESS (1 DAY) ER 234 522 324 US<br><br>U.S. ATTORNEY'S OFFICE<br>ATTN: NICOLE M. ZITO, ESQ.<br>ASSISTANT U.S. ATTORNEY<br>EASTERN DISTRICT OF NY<br>271-A CADMAN PLAZA EAST, 7TH FL.<br>BROOKLYN, NY 11201 |

EXPRESS (1 DAY) ER 234 521 920 US

OFFICE OF THE U.S. ATTORNEY
EASTERN DISTRICT OF NY
ATTN: KEVIN YIM, ESQ.
LONG ISLAND BK PROCESSING
610 FEDERAL PLAZA, 5TH FL.
CENTRAL ISLIP, NY 11722-4454

EXPRESS (1 DAY) ER 234 522 430 US

U.S. BANCORP EQUIPMENT FINANCE, INC.
1450 CHANNEL PARKWAY
MARSHALL, MN 56258

EXPRESS (1 DAY) ER 234 522 443 US

U.S. BANK NATIONAL ASSOCIATION
ATTN: LEGAL DEPT. - SUBPOENA PROCESSING
21ST FLOOR
MAIL CODE BC-MN-H21P
800 NICOLLET MALL
MINNEAPOLIS, MN 55402

EXPRESS (1 DAY) ER 234 522 457 US

U.S. EAGLE FEDERAL CREDIT UNION
ATTN: FRANCIS J. YAKABOSKI
3939 OSUNA RD. NE
ALBUQUERQUE, NM 87109

EXPRESS (1 DAY) ER 234 522 465 US

U.S. SMALL BUSINESS ADMINISTRATION
DISTRICT COUNSEL
NEW YORK DISTRICT OFFICE
26 FEDERAL PLAZA, ROOM 3100
NEW YORK, NY 10278

EXPRESS (1 DAY) ER 234 522 474 US

U.S. SMALL BUSINESS ADMINISTRATION
OFFICE OF GENERAL COUNSEL
409 THIRD STREET, SW
WASHINGTON, D.C. 20416

EXPRESS (1 DAY) ER 234 521 111 US

ANGELICA VELASQUEZ
1050 YOUNGS AVENUE
SOUTHOLD, NY 11971

EXPRESS (1 DAY) ER 234 522 545 US

VERIZON WIRELESS BANKRUPTCY ADMIN.
500 TECHNOLOGY DRIVE, STE. 550
WELDON SPRING, MO 63304

EXPRESS (1 DAY) ER 234 522 531 US

VERIZON CONNECT
ATTN: WILLIAM M. VERMETTE
22001 LOUDOUN COUNTY PKWY.
ASHBURN, VA 20147

EXPRESS (1 DAY) ER 234 522 559 US

VEX CAPITAL MANAGEMENT LLC
48 WALL STREET, #1100
NEW YORK, NY 10005

EXPRESS (1 DAY) ER 234 522 593 US

WINCHESTER OPTICAL CO.
1935 LAKE STREET
ELMIRA, NY 14901

EXPRESS (1 DAY) ER 234 522 602 US

WOLF'S EDGE PARTNERS LLC
536 BARNARD AVENUE
WOODMERE, NY 11598

EXPRESS (1 DAY) ER 234 522 562 US

WEBER LAW GROUP
ATTN: CAREN ZAROFF, ESQ.
290 BROADHOLLOW RD., STE. 200E
MELVILLE, NY 11747

EXPRESS (1 DAY) ER 234 522 576 US

WELLS FARGO BANK, N.A.
P.O. BOX 10438 MAC F8235-02F
ATTN: IVORY L. WEINMAN
DES MOINES, IA 50306-0438

EXPRESS (1 DAY) ER 234 522 580 US

WHITE ROAD CAPITAL, LLC
D/B/A GFE HOLDINGS
27-01 QUEENS PLAZA N., STE. 802
LONG ISLAND CITY, NY 11101

EXPRESS (1 DAY) ER 234 522 307 US

THE WALMAN OPTICAL COMPANY
D/B/A X-CEL SPECIALTY CONTACTS
ATTN: JOE BARTON, LEGAL DEPT.
4000 LUXOTTICA PLACE
MASON, OH 45040