

**Michael Kwiatkowski**
Counsel
Direct Tel.: (516) 880-7207
mkwiatkowski@moritthock.com

December 1, 2025

**Via ECF and Email (diane_corsini@nyeb.uscourts.gov)**

Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

   Re: *In re Sound Vision Care, Inc. et al.* (Bankr. E.D.N.Y. Case No. 25-72421 (LAS))

Dear Judge Scarcella:

  We represent creditor U.S. Eagle Federal Credit Union in this chapter 11 case. I am writing to respectfully request permission to appear telephonically at the hearing scheduled for **Tuesday, December 2, 2025 at 10:00 a.m**.

  There are three matters currently scheduled for this hearing – (i) case management conference; (ii) Debtors' continued motion for use of cash collateral [ECF No. 7] ("**Cash Collateral Motion**"); and (iii) first interim fee application of MacDonald, Rand & Vollaro CPA, LLP, accountants for the Debtors [ECF No. 157] ("**Fee Application**"). On November 25, 2025, we filed a statement and reservation of rights in connection with the Cash Collateral Motion and the Fee Application [ECF No. 200] ("**Statement**").

  Since filing the Statement on November 25, 2025, we discussed the Cash Collateral Motion and Fee Application with Debtors' counsel. The undersigned counsel and Debtors' counsel have agreed on the terms of proposed fifth interim cash collateral order in connection with the Cash Collateral Motion.  The undersigned counsel and Debtors' counsel may also be able to resolve the concerns with the Fee Application raised in the Statement prior to the December 2, 2025 hearing.

  Accordingly, to the extent we are able to fully resolve the concerns in connection with the Fee Application, we respectfully request permission to appear telephonically at the December 2, 2025 hearing. If the parties cannot resolve the concerns related to the Fee Application, the undersigned counsel will appear at the December 2, 2025 hearing in person.

---



Hon. Louis A. Scarcella
December 1, 2025
Page 2

We thank the Court for its consideration of this request.

Respectfully,

*/s/ Michael Kwiatkowski*
Michael Kwiatkowski

cc:    Robert L. Rattet, Esq. (via rlr@dhclegal.com)
       Parties-in-Interest (via ECF notification)