**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, NY 10019
(212) 237-1000
Aryana P. Badery, Esq.
abadery@windelsmarx.com
*Attorneys for Kapitus Servicing, Inc. as authorized*
*sub-servicing agent of Kapitus LLC, and Kapitus LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

In re:                                                              Chapter 11

Sound Vision Care, Inc., *et al.*[1]                                 Case No. 25-72421 (LAS)

                        Debtors.                                    (Jointly Administered)
-----------------------------------------------------------------------x
SOUND VISION CARE, INC.,

                        Plaintiff,

        -against-                                                   Adv. Proc. No. 25-08112-las

KAPITUS LLC, KAPITUS SERVICING INC., AS
AUTHORIZED SUB-SERVICING AGENT OF KAPITUS
LLC, ADVANCE SERVICE GROUP, LLC D/B/A
INADVANCE WORKING CAPITAL, CAPITALDOMAIN
LLC D/B/A CAPITAL DOMAIN, PANTHERS CAPITAL
LLC D/B/A PANTHERS CAPITAL, ATLAS
ACQUISITIONS LLC ON BEHALF OF SPEEDY
CAPITAL, VEX CAPITAL, QUICK FUNDING GROUP,
WHITE ROAD CAPITAL, LLC D/B/A GFE HOLDINGS,
EBF HOLDINGS DBA EVEREST BUSINESS FUNDING,
CFG MERCHANT SOLUTIONS, LLC, MEGED FUNDING
GROUP CORP, a/k/a MERGED FUNDING, LENDBUG,
LLC, PURE ADVANCE, SQUARE FUNDING LLC d/b/a
SQUARE ADVANCE, PARKVIEW ADVANCE U.S.
EAGLE FEDERAL CREDIT UNION, BANK OF
AMERICA, N.A., FLUSHING BANK, and U.S. SMALL
BUSINESS ADMINISTRATION,

                        Defendants.
-------------------------------------------------------------------------------x

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

{12537807:1}                                    1

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Attorneys for Kapitus Servicing, Inc., as authorized sub-servicing agent of Kapitus LLC, and Kapitus LLC, creditors and defendants, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this adversary proceeding be given or served, as the case may be, to or upon the undersigned at the Post Office address, email addresses and telephone and facsimile numbers set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex, email or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers, nor any later appearance, pleading, claim or suit, shall constitute an election of remedies or waiver of (i) the right to have a final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding relating to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: December 2, 2025
New York, New York

**WINDELS MARX LANE & MITTENDORF, LLP**

By: */s/Aryana P. Badery*
**ARYANA P. BADERY, ESQ.**

156 West 56th Street
New York, New York 10019
(212) 237-1000

*Attorneys for Kapitus Servicing, Inc., as authorized
sub-servicing agent of Kapitus LLC, and Kapitus LLC*

To:    James B. Glucksman, Esq.
John D. Molino, Esq.
Robert Rattet, Esq.
Davidoff Hutcher & Citron LLP
120 Bloomingdale Road, Ste. 100
White Plains, New York 10605

Theresa A. Driscoll, Esq.
Michael Kwiatkowski, Esq.
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530

Thomas J. McNamara, Esq.
Richard J. McCord, Esq.
Certilman Balin Adler & Hyman LLP
90 Merrick Avenue
East Meadow, NY 11554

{12537807:1}                                    3