UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SOUND VISION CARE, INC, *et. al.*, | Case No.: 25-72421 (LAS) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING INTERIM APPLICATION OF
MACDONALD, RAND & VOLLARO CPA LLP, FOR ALLOWANCE OF
PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the First Interim Application for Allowance of Professional Compensation and Reimbursement of Expenses dated October 21, 2025 (the "Application") [ECF No. 157] of MacDonald, Rand & Vollaro CPA LLP, accountants for the above captioned debtors and debtors in possession (the "Debtors"), seeking allowance of fees and reimbursement of expenses for professional services rendered and expenses incurred during the period commencing June 23, 2025, through August 31, 2025; and upon the statement and reservation of rights made by U.S. Eagle Federal Credit Union in response to the Application dated November 25, 2025 [ECF No. 200]; and upon the affidavit of Jared Vollaro in support of the Application dated December 1, 2025 [ECF No. 208]; and notice have been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and a hearing having been held to consider the Application on December 2, 2025 (the "Hearing"); and upon the representations made by Debtor's counsel at the Hearing; and upon due deliberation, the Court having found and determined that any responses or objections to the Application having been resolved at the Hearing and in accordance with this Order; and sufficient cause having been shown therefor, it is hereby

---

1  The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

**ORDERED**, that the Application is granted on an interim basis to the extent set forth in <u>Schedule A</u>.



Dated: December 22, 2025
Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge

**Case No: 25-72421 (LAS)**          **INTEIM FEE PERIOD**          Schedule A
**Case Name: Sound Vision**          **(6/23/2025-8/31/2025)**
**Care, Inc.,** *et al.*

| (1)<br><br>Applicant | (2)<br><br>Date/ Document Number of Application | (3)<br><br>Interim Fees Requested on Application | (4)<br><br>Fees Allowed | (5)<br><br>Fees to be Paid for Current Fee Period | (6)<br><br>Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7)<br><br>Total Fees to be Paid | (8)<br><br>Interim Expenses Requested | (9)<br><br>Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| MacDonald, Rand, & Vollaro CPA LLP | 10/21/2025 Doc. 157 | $63,953.13 | $45,000.00 | $45,000.00 | N/A | $45,000.00 | $0 | $0 |