**GOETZ PLATZER LLP**
1 Penn Plaza, Suite 3100
New York, New York  10119
Telephone:  (212) 593-3000
Facsimile:  (212) 593-0353
Teresa Sadutto-Carley, Esq.
tsadutto@goetzplatzer.com
Attorneys for LEAF Capital Funding, LLC

**HEAERNG DATE:  JANUARY 29, 2026**
**at 10:00 a.m.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re:

SOUND VISION CARE, INC. *et al.*,

                        Debtor.
---------------------------------------------------------x

Chapter 11
Case No.: 25-72421 (LAS)
Jointly Administered

### AMENDED NOTICE OF MOTION BY LEAF CAPITAL FUNDING, LLC FOR ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE**, a hearing will be held on **January 29, 2026 at 10:00 a.m.** at the U.S. Bankruptcy Court for the Eastern District of New York, located at 290 Federal Plaza, Central Islip, New York 11722, before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, to the consider the motion (the "Motion") of LEAF Capital Funding, LLC for an order granting relief from the automatic stay pursuant to sections 362(d)(1) and/or (d)(2) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion, must be made in writing, filed with the Court on the Court's Electronic Case Filing System at www.ecf.nyef.uscourts.gov (Login and password required) no later than January 22, 2026 at 4:00 p.m. (EST).

**REGISTER FOR HEARING:  All parties must register at least two (2) business days prior to the hearing on the Court's eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-**

**bin/nyebAppearances.pl.  If for some reason you are not able to use the eCourt Appearances platform, you must email the Courtroom Deputy at las_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing and state that a reasonable effort to use the platform has been made.  You must include your name, the case number, who you represent if you are an attorney, and the date of the hearing.**

    **PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned without further notice other than the announcement of such adjournment in open Court, or the filing of a notice of adjournment on the docket of the Debtor's case.

Dated:  December 23, 2025

**Goetz Platzer LLP**
*Attorneys for LEAF Capital Funding, LLC*


By:    /s/ Teresa Sadutto-Carley
Teresa Sadutto-Carley, Esq.
1 Penn Plaza, Suite 3100
New York, New York 10119
(212) 593-3000
tsadutto@goetzplatzer.com