# Ballard Spahr
LLP

_____

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
TEL 302.252.4465
FAX 302.252.4466
www.ballardspahr.com

Margaret Vesper
Tel: 302.252.4453
Fax: 302.252.4466
vesperm@ballardspahr.com

December 29, 2025

**VIA ELECTRONIC MAIL AND ECF**

Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

**Re:    Sound Vision Care, Inc. et al Case No. 25-72421-LAS**

Honorable Judge Scarcella:

Our firm represents Street Retail, LLC, a landlord to the Debtors in the above-referenced case.  I am based in Wilmington, Delaware and am unable to attend the hearing in person.  Therefore, I am writing to respectfully request permission to appear telephonically at the hearing before Your Honor on Thursday, January 8, 2026, at 10:00 a.m. (ET).

Respectfully submitted,

*Margaret Vesper*

Margaret Vesper