**Hearing Date and Time: January 8, 2026 at 10:00 a.m.**

Michael Kwiatkowski, Esq.
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, New York 11530
T: (516) 873-2000
mkwiatkowski@moritthock.com

*Attorneys for U.S. Eagle Federal Credit Union*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
In re:                                                                                    Chapter 11

    Sound Vision Care, Inc., *et al*.[1]                          Case No. 25-72421 (LAS)
                                   (Jointly Administered)
                         Debtors.
-------------------------------------------------------------------------X

### STATEMENT AND RESERVATION OF RIGHTS OF
### U.S. EAGLE FEDERAL CREDIT UNION CONCERNING
### <u>DEBTORS' MOTION TO USE CASH COLLATERAL</u>
### (Related to ECF No. 7)

U.S. Eagle Federal Credit Union ("**U.S. Eagle**"), prepetition lender and secured creditor of

the Debtors, respectfully submits this statement and reservation of rights concerning *Motion*

*Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 and Rules 4001(b), 4001(d) and 9014 of the*

*Federal Rules of Bankruptcy Procedure for Interim and Final Order (A) Authorizing Debtor's Use*

*of Cash Collateral and Providing Adequate Protection, and (B) Approving Proposed Interim*

*Order Authorizing Use of Cash Collateral* dated June 26, 2025 [ECF No. 7] ("**Motion**"), and sets

forth and respectfully represents as follows:

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232) (collectively, the "**Debtors**").

1.      U.S. Eagle is a prepetition lender and secured creditor of each of the Debtors and holds liens against substantially all of the Debtors' personal property, including, but not limited to, Debtors' cash collateral.

2.      In connection with the Motion, on December 22, 2025, this Court entered *Fifth Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* [ECF No. 224] ("**Fifth Interim Cash Collateral Order**").[2] As set forth in the Fifth Interim Cash Collateral Order, the Court granted further authorization for Debtors' use of cash collateral through January 9, 2026 at 5:00 p.m. In return for the authorization to use cash collateral, the Debtors are required, among other things, to make a monthly adequate protection payment to U.S. Eagle in the amount of $45,457.76 on the first day of each month. Fifth Interim Cash Collateral Order, ¶ 2(a). The Debtors made the most recent monthly adequate protection payment to U.S. Eagle on or about December 3, 2025, and the next payment is due on January 1, 2026.

3.      Based on ongoing discussions with Debtors' counsel regarding continued use of cash collateral, including a potential proposed *Sixth Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363*, U.S. Eagle expects that between now and the hearing on January 8, 2026, the parties may be able to reach a further interim agreement on Debtors' continued use of cash collateral.

---

[2] Previously, the Court entered the following Orders in connection with the Motion: (i) *Interim Order Authorizing Use of Cash Collateral by Debtor Pursuant to 11 U.S.C. Section 363* entered July 24, 2025 [ECF No. 63]; *Second Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* entered August 27, 2025 [ECF No. 99]; *Third Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* entered October 21, 2025 [ECF No. 154]; and *Fourth Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* entered November 26, 2025 [ECF No. 202].

4.      However, until the parties reach such consensual agreement, U.S. Eagle reserves the right to raise objections to the Motion and the Debtors' continued use of U.S. Eagle's cash collateral at the time of the January 8, 2026 hearing.

Dated:  Garden City, New York
        December 31, 2025

                                        MORITT HOCK & HAMROFF LLP


                                        By:       */s/ Michael Kwiatkowski*
                                              Michael Kwiatkowski
                                        400 Garden City Plaza
                                        Garden City, NY  11530
                                        T: (516) 873-2000
                                        mkwiatkowski@moritthock.com

                                        *Attorneys for US Eagle Federal Credit Union*

4157097