UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

SOUND VISION CARE, INC. et al.,

Debtor.

Chapter 11

Case No. 25-72421(LAS)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF NEW YORK )

Mike Torres being duly sworn, says:

I am not a party to the within action; I am over 18 years of age and reside in New York County, New York.

On December 18, 2025, I deposited a true copy of the **NOTICE OF MOTION BY LEAF CAPITAL FUNDING, LLC FOR ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY, MOTION BY LEAF CAPITAL FUNDING, LLC FOR ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY with EXHIBITS A-K** by mailing same via US MAIL in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the United States Postal Service within the State of New York to the recipients on the attached service list.

_____
Mike Torres

Sworn to before me this
8th day of January, 2026

_____
Notary Public

TERESA SADUTTO-CARLEY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02SA6358210
QUALIFIED IN NEW YORK COUNTY
MY COMMISION EXPIRES MAY 08, 2029

Bank of America, N.A.
Buchanan Ingersoll & Rooney PC
c/o Christopher P. Schueller
640 5th Avenue, 9th Floor
New York, NY 10019-6102

CBIZ Forensic Consulting Group, LLC
Five Bryant Park
1065 Avenue of the Americas
New York, NY 10018-1878

Davidoff Hutcher & Citron LLP
120 Bloomingdale Road
Suite 100
White Plains, NY 10605-1519

(p)DAVIS PROFESSIONAL PARK LLC
ATTN C/O DAMIANOS REALTY GROUP LLC
222 MIDDLE COUNTRY ROAD SUITE 300
SMITHTOWN NY 11787-2827

De Lage Landen Financial Services, Inc.
c/o Stark & Stark, PC
100 American Metro Blvd.
Hamilton, NJ 08619-2319

Flushing Bank
c/o Certilman Balin Adler & Hyman, LLP.
90 Merrick Avenue
East Meadow, NY 11554-1571

Kapitus Servicing Inc., as authorized sub-se
c/o Rivkin Radler LLP
926 RXR Plaza
Uniondale, NY 11556-0926

MacDonald, Rand & Vollaro CPA's LLP
550 Route 25A
Rocky Point, NY 11778-9813

SVC of Coram, LLC
1721 North Ocean Ave.
Suite A
Medford, NY 11763-2684

SVC of East Setauket, LLC
215 Hallock Rd, Suite 2
Stony Brook, NY 11790-3077

SVC of Fresh Meadows, LLC
61-30A 190th St.
Suite A
Fresh Meadows, NY 11365-2700

SVC of Manhasset, LLC
433 Plandome Road
Manhasset, NY 11030-1942

SVC of Riverhead, LLC
1224 Ostrander Avenue
Riverhead, NY 11901-2109

SVC of Southold, LLC
44210 County Rd 48,
Suite 1
Southold, NY 11971-5032

Sound Vision Care, Inc.
1224 Ostrander Avenue
Riverhead, NY 11901-2109

US Eagle Federal Credit Union
c/o Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530-3322

435451 Plandome Properties LLC
246 Mineola Blvd.
Mineola, NY 11501-2436

64176806 Bay Parkway Realty LLC
2338 64th Street
Brooklyn, NY 11204-3360

ABB Optical Group
125 Enterprise Drive
Marshfield, MA 02050-2132

AMUR
304 W 3rd St
Grand Island, NE 68801-5941

Action Carting
300 Frank W. Burr Blvd , Ste. 39
Teaneck, NJ 07666-6730

Action Carting Enviornmental Services, Inc.
300 Frank W Burr Blvd., Suite 39
Teaneck, NJ 07666-6730

Alan Minkoff
420 East 72nd St., Apt. 15A
New York, NY 10021-4647

All Types Building Maintenance
5514 Merrick Road
Massapequa, NY 11758-6216

Altair Eyewear
10875 International Drive
Rancho Cordova, CA 95670-7371

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amur Financial
10875 International Dr
Rancho Cordova, CA 95670-7371

Angelica Velasquez
1050 Youngs Avenue
Southold, NY 11971-1607

(p)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

BambooHR
42 Future Way
Draper, UT 84020-9858

Bank of America
Practice Solutions
10 Federal Street
Boston, MA 02110

Bank of America, N.A.
600 North Cleveland Ave., Ste. 300
Westerville, OH 43082-6926

Bank of America, N.A.
Buchanan Ingersoll & Rooney PC
c/o Christopher P. Schueller
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413

Bank of America, N.A.
c/o Buchanan Ingersoll & Rooney PC
640 5th Avenue, 9th Floor
New York, NY 10019-6102

Bay Ridge Cleaning Contractors
1620 Bay Ridge Avenue
Brooklyn, NY 11204-5054

Buchanan Ingersoll & Rooney PC
c/o Christopher P. Schueller
640 5th Avenue, 9th Floor
New York, NY 10019-6102

Buchanan Ingersoll & Rooney, P.C.
Attn: Christopher P. Schueller, Esq.
501 Grant St., Ste. 200
Pittsburgh, PA 152194413

Bullion Exchange, LLC
c/o Davidoff Hutcher & Citron LLP
120 Bloomingdale Road
White Plains, New York 10605-1500

C T Corporation System
330 N Brand Blvd., Ste 700
Glendale, CA 91203-2336
ATTN: SPRS

CFG Merchant Solutions, LLC
180 Maiden Lane, 15th Fl.
New York, NY 10038-5150

CFG Merchant Solutions, LLC
c/o Kaminski Law, PLLC
88 Pine Street, Ste. 2430
New York, New York 10005-1847

Capital Domain Funding LLC
Attn: Avi Ulano
300 Tice Blvd.
Woodcliff Lake, NJ 07677-8405

Capital Domain LLC
254 Brick Blvd., Unit 10
Brick, NJ 08723-7197

City Heat Security
2665 Oceanside Rd.
Oceanside, NY 11572-1521

Consolidated Edison Co of NY, Inc.
Bankruptcy/EAG Group
4 Irving Place, 9th Fl
New York, NY 10003-3502

CooperVision
6101 Bollinger Canyon Rd., Ste. 500
San Ramon, CA 94583-5108

Corporation Service Company
1090 Vermont Ave., NW, Ste. 430
Washington, D.C. 20005-4905

Crystal Practice Mgmt.
12112 Anderson Mill Rd , Bldg. 12A
Austin, TX 78726-1188

David W. Dykhouse
Patterson Belknap Webb & Tyler LLP
ATTN: David W. Dykhouse
1133 Avenue of the Americas
New York, NY 10036-6731

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

De Lage Landen Financial Services, Inc.
c/o Stark & Stark, PC
Attn: Joseph H. Lemkin, Esq.
P.O. Box 5315
Princeton, NJ 08543-5315

Drill Specialty Corp.
5020 Montauk Hwy.
Massapequa Park, NY 11762

Dynasty Protection
4 W. Mineola Ave., Bldg. 1
Valley Stream, NY 11580-5740

EBF Holdings, LLC
d/b/a Everest Business Funding
102 West 38th St, 6th Fl.
New York, NY 10018-3664

Enid Nagler Stuart, Ass't Attorney Gene
Counsel for NYS Dep't of Taxation
28 Liberty Street - 17th floor
New York, NY 10005-1495

Essilor Luxottica
12 Harbor Acres Rd.
Sands Point, NY 11050-2637

Everbank Commercial Finance, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054-1286

FC Marketplace, LLC
747 Front St., 4th Fl.
San Francisco, CA 94111-1922

(p)FAY SERVICING  LLC
P.O BOX 814609
DALLAS TX 75381-4609

Federal Realty Investment Trust
909 Rose Ave., Ste. 200
North Bethesda, MD 20852-8724

Flagstar Bank
5151 Corporate Drive, E2031
Troy, MI 48098-2639

Flushing Bank
Attn: Legal Dept.
14451 Northern Blvd.
Flushing, NY 11354-4230

Fort Capital Resources, LLC
410 Blanding Blvd.,
Ste. 10, #149
Orange Park, FL 32073-5065

Fort Capital Resources, LLC
841 Shelley Road
Raleigh, NC 27609-5167

Frank Spinosa & Robin Ross
62 Canyon Ridge Drive
Sandia Park, NM 87047-8506

Gonzalo Campos
1050 Youngs Avenue
Southold, NY 11971-1607

Great White Propane
44 Kroemer Avenue
Riverhead, NY 11901-3108

Greatamerica Financial Services Corp.
625 First Street
Cedar Rapids, IA 52401-2032

Hallock Road LLC
215 Hallock Rd., Ste. 68
Stony Brook, NY 11790-3080

Humana, Inc., Humana Insurance Company,
Humana Health Company of New York, Inc.
Fox Swibel Levin & Carroll c/o Ken Thoma
200 W. Madison, Suite 3000
Chicago IL 60606-3417

Huntington Technology Finance, Inc
2285 Franklin Rd, Ste 100,
Bloomfield Hills, MI 48302-0363

Ignite IPA
140 Lakeland Avenue
Sayville, NY 11782-1912

Ignite Intelligent Process Automation LLC
140 Lakeland Avenue
Sayville, NY 11782-1912

InAdvance Capital
10 West 37th St., Ste. 6E
New York, NY 10018-7481

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 191017346

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

Island Elevator
21002 Arctic Avenue
Bohemia, NY 11716

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Jellum Law
Attn: Garth G. Gavenda, Esq.
7617 Currell Blvd., Ste. 245
Woodbury, MN 55125

Johnson & Johnson
7500 Centurion Pkwy.
Jacksonville, FL 32256-0517

Johnson & Johnson Vision Care, Inc.
Patterson Belknap Webb & Tyler LLP
ATTN: David W. Dykhouse
1133 Avenue of the Americas
New York, NY 10036-6731

Kapitus LLC
2500 Wilson Blvd., Ste. 350
Arlington, VA 22201-3873

Kapitus Servicing, Inc.
120 West 45th Street
4th Floor
New York, NY 10036-4041

Kapitus Servicing, Inc. as authorized sub-se
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019-3800
Attn: Aryana Badery

Kapitus Servicing, Inc., as authorized sub-s
c/o Windels Marx Lane & Mittendorf, LLP
156 W 56th Street
NY, NY 10019-3800

L'AMY INCORPORATED
c/o Smith Carroad Wan & Parikh, P.C.
202 East Main Street
Smithtown, NY 11787-2806

LaFont Frames
655 Broadway, Ste. 401
New York, NY 10012-2302

LendBug, LLC
260 West 35th St. PH
New York, NY 10001-2528

Lens Mode Contacts
150 Main Street
Millburn, NJ 07041-1179

LevelUp HCS LLC
90 Broad St., Ste. 902
New York, NY 100042281

Lumenis Financial Solutions
2077 Gateway Pl., Ste. 300
San Jose, CA 95110-1149

Macdonald, Rand & Vollaro, CPAs LLC
550 NY25A
Rocky Point, NY 11778

Macquarie Equipment Capital Inc.
1301 Riverplace Blvd., 4th Fl.
Jacksonville, FL 32207-9047

MadisonOne
9375 E. Shea Blvd., Ste. 100
Scottsdale, AZ 85260-6986

Mary Frausto
2700 Bray Avenue
Laurel, NY 11948-1662

Mattituck Enviro
560 Commerce Drive
Cutchogue, NY 11935-3210

Merged Funding
One Financial Plaza
Hartford, CT 061032608

NDC Community Impact Loan Fund
P29 Marne Street
Watervliet, NY 12189

NEW YORK STATE DEPARTMENT OF LABOR
1220 WASHINGTON AVE, BLDG 12 RM 256
ALBANY, NY 12226-1799

NEY YORK STATE DEPARTMENT OF LABOR
1220 WASHINGTON AVE BLDG 12, RM 256
ALBANY, NY 12226-1799

NFPRA
44210 County Road 48, Ste. 2
Southold, NY 11971-5032

NYS Dept. of Taxation & Finance
Office of Counsel, Bldg. 9
W.A. Harriman State Campus
Albany, NY 122271002

Nassau Vision Group
160 Legrand Avenue
Orangeburg, NJ 10962

National Grid
Attn: Legal Dept.
40 Sylvan Road
Waltham, MA 024511120

New York State Department of Taxation & Fina
Bankruptcy Section
P O Box 5300
Albany New York 12205-0300

Ninety
1920 Prospector Avenue, Ste. 300
Park City, UT 84060-7580

North Ocean Properties, Inc.
1721 N. Ocean Avenue
Medford, NY 11763-2684

Ocean Funding Corp
1000 NW 65th St., Ste. 103
Fort Lauderdale, FL 33309-1113

Ogden CAP Properties
545 Madison Avenue
New York, NY 10022-4219

On Deck Capital Inc
4700 W Daybreak Pkwy. Ste 200
South Jordan, UT 84009-5133

On Deck Capital, Inc.
1400 Broadway, 25th Fl.
New York, NY 100185225

Optimum
Attn: Legal Dept.
1 Court Square West
Long Island City, NY 11101

PSEG
Attn: Legal Dept.
80 Park Plaza
Newark, NJ 07102-4194

Panthers Capital LLC
10 E. Merrick Road
Valley Stream, NY 11580-5800

Paragon Software Group
947 E. Impala
Mesa, CA 85204-6619

Playbook Builder
171 College Avenue
Holland, MI 49423-2919

Port Washington Window Cleaning
P.O. Box 1691
Port Washington, NY 11050-7691

Pure Advance
6 Charlotte Place
Spring Valley, NY 10977-3831

Quick Funding Group
99 W. Hawthorne Ave.
Valley Stream, NY 11580-6163

Riverhead Water District
1035 Pulaski Street
Riverhead, NY 11901-3043

Signature Services LLC
104 Southcreek Drive
Manteno, IL 60950-3704

Smith Carroad Wan & Parikh, P.C.
202 East Main Street
Smithtown, NY 11787-2806

Solomon Herrera McCormick PLLC
40 Marcus Drive
Suite 202
Melville, NY 11747-4200

Solomon, Herrera
& McCormick, PLLC
40 Marcus Dr., Ste. 202
Melville, NY 11747-4200

Sound Vision Care, Inc.
Attn: Jeffrey Williams, Jr.
1224 Ostrander Avenue
Riverhead, NY 11901-2109

Spectrum
1600 Dublin Road
Columbus, OH 43215-2098

Spectrum
4145 S. Lakenburg Rd.
Riverview, FL 33578-8652

Speedy Funding LLC
300 N. Main Street
Spring Valley, NY 10977-3774

Stereo Optical Company, Inc. dba Walman Inst
Joe Barton, Legal Department
4000 Luxottica Place
Mason, OH 45040-8114

Sterns Bank N.A.
4191 2nd St. South
St. Cloud, MN 56301-3761

Street Retail, LLC
c/o Baqllard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3023

Suffolk Computer Consultants
295 Montauk Hwy.
Speonk, NY 11972

(p)TD BANKNORTH NA
70 GRAY ROAD
FALMOUTH ME 04105-2019

(p)THE HARTFORD
ATTN BANKRUPTCY UNIT
ONE HARTFORD PLAZA
MAIL DROP T-16-285
HARTFORD CT 06155-0001

The Walman Optical Company dba X-Cel Special
Joe Barton, Legal Department
4000 Luxottica Place
Mason, OH 45040-8114

TriZetto Gateway EDI
3300 Rider Trail S.
Earth City, MO 63045-1311

U.S. Attorney's Office
Attn: Nicole M. Zito, Esq.
Assistant U.S. Attorney
Eastern District of NY
271A Cadman Plaza East
Brooklyn, NY 11201-1820

U.S. Bancorp
Attn: Legal Service of Process Team
409 Silverside Rd., Ste. 105
Wilmington, DE 19809-1771

U.S. Bancorp Equipment Finance, Inc.
1450 Channel Parkway
Marshall, MN 56258

U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, NM 56258-4099

U.S. Eagle Credit Union
Attn: Francis J. Yakaboski
3939 Osuna Rd. NE
Albuquerque, NM 87109-4431

U.S. Eagle Federal Credit Union
c/o Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530-3322

U.S. Small Business Administration
Denver Finance Center
721 19th Street
Denver, CO 80202-2517

U.S. Small Business Administration
New York District Office
26 Federal Plaza, Room 3100
New York, NY 10278-3199

US Eagle Federal Credit Union
c/o Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530-3327
Attn: Michael Kwiatkowski, Esq.

US Eagle Federal Credit Union
c/o Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, New York 11530-3322

Ulster Savings Bank
10 Schwenk Drive
Kingston, NY 12401

Omaha
P.O. Box 196
Mattituck, NY 11952-0196

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4456

Univest Capital, Inc.
3220 Tillman Dr., Ste. 503
Bensalem, PA 19020-2049

Utica National Insurance Co.
P.O. Box 6540
Utica, NY 13504-6540

Verizon Connect
William M Vermette
22001 Loudoun County PKWY
Ashburn
Ashburn, VA 20147-6122

Verizon Wireless Bankruptcy Admin.
500 Technology Drive, Ste. 550
Weldon Spring, MO 63304-2225

Vex Capital
700 Canal St., 1st Fl.
Stamford, CT 06902-5921

Wells Fargo Bank, N.A.
Attn: Legal Order Processing
MAC# X9761017
550 South 4th St.
Minneapolis, MN 55415-1529

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Winchester Optical Co.
1935 Lake Street
Elmira, NY 14901-1239

Wolf's Edge Partners LLC
536 Barnard Avenue
Woodmere, NY 11598-2708

capitaldomain llc
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

iMatrix
3 Ethel Road, #305
Edison, NJ 08817-2855

James B. Glucksman
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158-3499

Jonathan S Pasternak
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158-3499

Matthew R. Yogg
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158-3499

Robert L Rattet
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158-3499

William J. Birmingham
Office of The United States Trustee - Re
560 Federal Plaza
Central Islip, NY 11722-4456

Davis Professional Park LLC
c/o /Damianos Realty Group LLC
222 Middle Country Road Suite 300
Smithtown, NY 11787 United States

Atlas Acquisitions LLC
on behalf of Speedy Funding LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

(d)Davis Professional Park LLC
Patricia C. Delaney
c/o Damianos Realty Group LLC
222 Middle Country Road Suite 300
Smithtown, NY 11788

(d)Davis Professional Park LLC
c/o Damianos Realty Group LLC
222 Middle Country Road Suite 300
Smithtown, New York 11787

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087

Fay Servicing LLC
1601 Lyndon B. Johnson Fwy.
Farmers Branch, TX 75234

TD Bank
1701 Rte. 70 East
Cherry Hill, NJ 08003

The Hartford
One Hartford Plaza
Hartford, CT 06155

(d)Flushing Bank
c/o Certilman Balin Adler & Hyman, LLP.
90 Merrick Avenue
East Meadow, NY 11554-1571

(d)Flushing Bank
c/o Certilman Balin Adler & Hyman, LLP.
90 Merrick Avenue
East Meadow, NY 11554-1571

(d)Kapitus Servicing Inc., as Authorized Sub-
c/o Rivkin Radler LLP
926 RXR Plaza
Uniondale, NY 11556-0926