UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:

SOUND VISION CARE, INC, *et. al.*,

Debtors.[1]

Chapter 11 Case

Case No.: 25-72421 (LAS)

(Jointly Administered)

/

## STIPULATION AND ORDER AUTHORIZING ASSUMPTION OF NONRESIDENTIAL REAL PROPERTY LEASE PURSUANT TO 11 U.S.C. §365

This stipulation (the "Stipulation") is made by and between the Debtor SVC of Coram LLC ("Coram"), one of above-captioned debtors and debtors-in-possession (the "Debtors") and North Ocean Properties Inc. (the "Landlord", and collectively, the "Parties") concerning a non-residential real property lease, as follows,

**WHEREAS,** on or about March 22, 2022, the Landlord and the Debtor entered into a non-residential real property lease dated March 22, 2022 and commencing May 1, 2022 for the premises known as 1721 North Ocean Avenue, Suite A, Medford, New York (the "Premises") expiring April 30, 2027 (the "Lease"); and

**WHEREAS,** on June 23, 2025 (the "Petition Date") the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code and have continued to operate and manage its business as a debtor-in-possession under §§ 1107 and 108 of the Bankruptcy Code; and

**WHEREAS,** by order dated October 28, 2025, the Debtors' deadline to assume or reject the Lease was extended through an including January 20, 2025[2]; and

---

[1]   The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead,

**WHEREAS**, Debtor/Coram desires to assume the Lease pursuant to 11 U.S.C. §365(a) and the Debtors have no Pre-Petition Rent Arrears;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the Debtor and the Landlord as follows:

1.  The Debtor hereby assumes the Lease pursuant to Section 365(b) of the Bankruptcy Code.

2.  The Debtors shall continue to pay rent as required under the Lease.

---

LLC (9996), (v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (4333), (x) SVC of Manhasset, LLC (7234). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY.

[2] The date on the order says January 19, 2026, which is a Federal holiday. Under Fed.R.Bankr.P. Rule 9006(a)(1)(C) the time expires the next business day, January 20, 2026.

3.      The Court shall retain jurisdiction with respect to all matters arising from or

relating to the implementation of this Order.

**DAVIDOFF HUTCHER & CITRON LLP**          Date: January 8, 2026
*Counsel to the Debtors*

/s/ James B. Glucksman

By:_____
        Robert L. Rattet
        James B. Glucksman
        605 Third Avenue, New York, NY 10158
        (212) 557-7200

**NORTH OCEAN PROPERTIES INC.**          Date: January 8, 2026
1721-D N Ocean Ave
Medford NY 11763
(631) 207-5730

BY:_____
        **Jeffrey Rimland, Authorized Signatory**

3