UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case |
| SOUND VISION CARE, INC., *et al.*, | Case No.: 25-72421 (LAS) |
| Debtors.[1] | (Jointly Administered) |

/

**STIPULATION AND ORDER EXTENDING DEBTOR'S TIME TO
ASSUME OR REJECT UNEXPIRED COMMERCIAL LEASE TO
PREMISES LOCATED AT 61-30A 190TH STREET, FRESH
MEADOWS, NEW YORK 11365, UNDER SECTION 365(d)(4) OF
THE BANKRUPTCY CODE**

**IT IS STIPULATED AND ORDERED AS FOLLOWS:**

1) The Debtors' time in which to assume or reject the Debtors' lease (the "Lease") to Premises 61-30A 190th Street, Fresh Meadows, New York (the "Premises") with Landlord Street Retail, LLC (the "Landlord") is hereby extended by consent of the Landlord through and including January 29, 2026, without prejudice to the Debtors' rights to seek a further extension of same upon consent of the Landlord to the Lease or by way of adjournment upon consent of the Landlord of the hearing on the contemplated Motion to Assume the Lease (the "Motion"); and

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead, LLC (9996), (v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (4333), (vii) SVC of Manhasset, LLC (7234). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY.

2)  This Stipulation and Order is without prejudice to the Landlord seeking an order terminating or shortening the Debtors' time to assume or reject the Lease, or its right to object to any assumption or rejection of the Lease on any grounds.

**DAVIDOFF HUTCHER & CITRON LLP**
*Counsel to the Debtors*

Date: January 8, 2026

/s/ James B. Glucksman

By:_____

Robert L. Rattet
James B. Glucksman
605 Third Avenue, New York, NY 10158
(212) 557-7200

**BALLARD SPAHR LLP**
*Counsel to Street Retail, LLC*

Date: January 8, 2026

/s/ Leslie C. Heilman

By:    _____

Leslie C. Heilman, Esq.
Laurel D. Roglen, Esq.
Margaret A. Vesper, Esq.
Erin L. Williamson, Esq.

919 N. Market St, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com
williamsone@ballardspahr.com

**SO ORDERED.**



Dated: January 9, 2026
        Central Islip, New York

_Louis A. Scarcella_
Louis A. Scarcella
United States Bankruptcy Judge