DAVIDOFF HUTCHER & CITRON LLP　　　*Hearing Date: January 29, 2026*
120 Bloomingdale Road, Suite 100　　　　*Hearing Time: 10:00 a.m.*
White Plains, New York 10605
Telephone:  (914) 381-7400
Robert L. Rattet, Esq.
Craig M. Price, Esq.
John D. Molino, Esq.

*Counsel to the Debtors and Debtor*
*Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:　　　　　　　　　　　　　　　　　Chapter 11 Case

SOUND VISION CARE, INC, *et. al*.,　　　Case No. 25-72421 (LAS)

　　　Debtors.[1]　　　　　　　　　　　(Jointly Administered)
-----------------------------------------------------------------X

## NOTICE OF HEARING ON MOTION TO ASSUME LEASE
## (CORAM)

**PLEASE TAKE NOTICE**, upon the annexed motion (the "Motion")  of the above-

captioned debtors ("Debtors"), by their attorneys, Davidoff Hutcher & Citron LLP, the Debtors

will move the Court, before the Honorable Louis A. Scarcella, United States Bankruptcy Judge

for the Eastern District of New York, 290 Federal Plaza, Courtroom 970, Central Islip, New

York 11722 on the 29th day of January, 2026 at 10:00 a.m. (the "Hearing Date") for the entry of

the Stipulation and Order allowing the Debtors to Assume the Nonresidential Real Property

between Coram and North Ocean Properties Inc. (the "Landlord"), dated March 22, 2022 due to

---

[1]　　The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead, LLC (9996), (v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (4333), (x) SVC of Manhasset, LLC (7234). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY.

expire April 30, 2027 for the premises known as 1721 North Ocean Avenue, Suite A, Medford, New York 11763 (the "Premises").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the First Day Motions, shall be considered at the hearing and may also be made in writing, filed with the Court on the Court's Electronic Case Filing System at www.ecf.nysb.uscourts.gov (Login and password required) no later than January 22, 2026 at 4:00 p.m.

**PLEASE TAKE FURTHER NOTICE**, all attorneys and unrepresented parties are required to register for the hearing(s) at least two (2) business days in advance of the scheduled hearing by using the Court's Zoom for Government platform, https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl?reginit=las. For more information on eCourt Appearances. If for some reason you are not able to use the Zoom for Government platform, you must email the Courtroom Deputy at: las_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing and state that a reasonable effort to use the platform has been made. You must include your name, the case number(s), who you represent if you are an attorney, and the date of the hearing. Your email must include in the Re line "I am not able to register using eCourt Appearances." You will then be provided with the dial in / log in information. If you do not have internet access you may call the Courtroom Deputy with this information at (631) 712-6278.

Conduct during hearings:

- Announce your name each time before speaking.

- Speak up and enunciate so that you can be heard and understood.

- Avoid the use of a speaker phone (use a landline, if possible).

- If you are not speaking, keep your phone muted.

Dated:  January 12, 2026
      New York, New York                     Respectfully submitted,

                                  /s/ James B. Glucksman
                                  Robert L. Rattet, Esq.
                                  James B. Glucksman, Esq.
                                  John D. Molino, Esq.

                                  **DAVIDOFF HUTCHER & CITRON LLP**
                                  120 Bloomingdale Road, Suite 100
                                  White Plains, New York 10605
                                  Telephone:   (914) 381-7400
                                  Email:  rlr@dhclegal.com
                                            cmp@dhclegal.com
                                            jdm@dhclegal.com

                                  *Counsel to the Debtors and Debtors in*
                                  *Possession*