DAVIDOFF HUTCHER & CITRON LLP
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
Telephone:  (914) 381-7400
Robert L. Rattet, Esq.
Craig M. Price, Esq.
John D. Molino, Esq.

*Hearing Date: January 29, 2026*
*Hearing Time: 10:00 a.m.*

*Counsel to the Debtors and Debtor
Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

SOUND VISION CARE, INC, *et. al*.,

          Debtors.[1]

------------------------------------------------------------------X

Chapter 11 Case

Case No. 25-72421 (LAS)

(Jointly Administered)

## NOTICE OF HEARING ON MOTION TO ASSUME LEASE
## (FRESH MEADOWS)

**PLEASE TAKE NOTICE**, upon the annexed motion (the "Motion")  of the above-captioned debtors ("Debtors"), by their attorneys, Davidoff Hutcher & Citron LLP, the Debtors will move the Court, before the Honorable Louis A. Scarcella, United States Bankruptcy Judge for the Eastern District of New York, 290 Federal Plaza, Courtroom 970, Central Islip, New York 11722 on the 29th day of January, 2026 at 10:00 a.m. (the "Hearing Date") for the entry of the Stipulation and Order allowing the Debtors to assume that certain nonresidential real property lease (the "Lease") between Fresh Meadows and Street Retail, Inc. (the "Landlord"),

---

[1]    The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead, LLC (9996), (v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (4333), (x) SVC of Manhasset, LLC (7234). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY.

dated November 13, 2020 due to expire April 30, 2027 for the premises known as 61-38 190th Street, Fresh Meadows, New York 11365 (the "Premises").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the First Day Motions, shall be considered at the hearing and may also be made in writing, filed with the Court on the Court's Electronic Case Filing System at www.ecf.nysb.uscourts.gov (Login and password required) no later than January 22, 2026 at 4:00 p.m.

**PLEASE TAKE FURTHER NOTICE**, all attorneys and unrepresented parties are required to register for the hearing(s) at least two (2) business days in advance of the scheduled hearing by using the Court's Zoom for Government platform, https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl?reginit=las. For more information on eCourt Appearances. If for some reason you are not able to use the Zoom for Government platform, you must email the Courtroom Deputy at: las_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing and state that a reasonable effort to use the platform has been made. You must include your name, the case number(s), who you represent if you are an attorney, and the date of the hearing. Your email must include in the Re line "I am not able to register using eCourt Appearances." You will then be provided with the dial in / log in information. If you do not have internet access you may call the Courtroom Deputy with this information at (631) 712-6278.

Conduct during hearings:

- Announce your name each time before speaking.

- Speak up and enunciate so that you can be heard and understood.

- Avoid the use of a speaker phone (use a landline, if possible).

- If you are not speaking, keep your phone muted.

Dated:  January 12, 2026
New York, New York

Respectfully submitted,

/s/ James B. Glucksman
Robert L. Rattet, Esq.
James B. Glucksman, Esq.
John D. Molino, Esq.

**DAVIDOFF HUTCHER & CITRON LLP**
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
Telephone:   (914) 381-7400
Email:   rlr@dhclegal.com
cmp@dhclegal.com
jdm@dhclegal.com

*Counsel to the Debtors and Debtors in
Possession*