UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In re:                                                                  Chapter 11 Case

SOUND VISION CARE, INC, *et. al*.,                 Case No.: 25-72421 (LAS)

Debtors.[1]                                                       (Jointly Administered)
_____ /

**BRIDGE ORDER EXTENDING DEBTOR'S TIME TO ASSUME
OR REJECT UNEXPIRED COMMERCIAL LEASE TO PREMISES
LOCATED AT 1721 NORTH OCEAN AVENUE, SUITE A,
MEDFORD, NEW YORK 11763, UNDER SECTION 365(d)(4) OF
THE BANKRUPTCY CODE**

The Debtors having uploaded a proposed Stipulation and Order Assuming Lease (ECF Docket No. 240) and the Court having directed notice upon the Debtors' creditors, Debtors' counsel having filed a Motion to Assume the Debtors' lease (the "Motion," ECF Docket No. 238) to certain nonresidential real property lease (the "Lease") between Debtor SVC of Coram ("Coram") and North Ocean Properties Inc. (the "Landlord"), dated March 22, 2022 due to expire April 30, 2027 for the premises known as 1721 North Ocean Avenue, Suite A, Medford, New York 11763 (the "Premises") and the Court having allowed the Debtors to extend the time to assume or reject the Lease to the Premises pending the hearing scheduled for January 29, 2026, it is

**ORDERED:**

1.       The Debtors' time in which to assume or reject the Lease is hereby extended by consent of the Landlord through and including January 29, 2026, without prejudice to the

---

[1]    The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead, LLC (9996), (v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (4333), (x) SVC of Manhasset, LLC (7234). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY.

Debtors' rights to seek a further extension of same upon consent of the Landlord to the Lease or by way of adjournment upon consent of the Landlord of the hearing on the Motion; and

2.        This Stipulation and Order is without prejudice to the Landlord seeking an order terminating or shortening the Debtors' time to assume or reject the Lease, or its right to object to any assumption or rejection of the Lease on any grounds.