

## DAVIDOFF HUTCHER & CITRON LLP

ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NEW YORK 10605

TEL: (914) 381-7400
WWW.DHCLEGAL.COM

FIRM OFFICES

NEW YORK
ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NY 10158
(212) 557-7200

WEST PALM BEACH
ATTORNEYS AT LAW
1107 NORTH OLIVE AVENUE
WEST PALM BEACH, FL 33401
(561) 567-8488

FIRM OFFICES

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WRITER'S DIRECT: 646-428-3272
E-MAIL: mry@dhclegal.com

January 13, 2026

**Via Email (diane_corsini@nyeb.uscourts.gov)**
Hon. Louis A. Scarcella, U.S.D.J.
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

> **Re:** **Chapter 11, Eastern District of New York, *In re Sound Vision Care, Inc.*, Lead Case No. 25-72421, *et al.* (Chapter 11 filings)**
>
> **Sound Vision Care, Inc. v. Kapitus et. al., Adv. Proc No. 25-08112 (Adversary Case)**

Dear Judge Scarcella:

This firm serves as counsel to Sound Vision Care, Inc. ("**SVC**") and its six affiliated debtors (collectively, the "**Debtors**") in the above-captioned proceeding.

At the January 6, 2026 hearing in the above matter, the Court requested that this office obtain a consensus on an adjourned hearing date on the Pretrial Conference, now scheduled for January 29, 2026. The consensus among counsel is March 5, 2026.

On December 1, 2025 the Court entered an Order Setting Pretrial Conference for January 29, 2026 at 10:00 AM (the "Pretrial Conference," Adversary Case, ECF Docket No. 14). This Order included certain other deadlines, including holding a Fed.R.Civ.P. Rule 26(f) conference and by January 22, 2026 a joint letter addressing the following in separate paragraphs: (i) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (ii) any contemplated motions; (iii) a brief description of any discovery that has already taken place; and (iv) the prospect for settlement (the "Pre-Conference Letter").

January 13, 2026
Sound Vision Care, Inc. *et. al.*
Page 2

On December 22, 2025 the Court entered Stipulations and Orders extending the time of Kapitus LLC, Kapitus Services LLC and Flushing Savings Bank to plead to the Adversary Proceeding (Adversary Case, ECF Docket Nos. 27 and 28). Our office has been approached by other parties seeking similar extensions.

In view of the extensions and the complexity of this case, we request adjournment of the Pretrial Conference, extension of the requirement to file time to file the Pre-Conference Letter and all other related deadlines to March 5, 2026.  This letter is being docketed in both the main Chapter 11 Proceeding and the Adversary Proceeding.

Thank you for your attention to these matters. If you have any questions or concerns, please do not hesitate to contact this office.

Respectfully submitted,

DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for Debtors-Plaintiffs*

/s/ James B. Glucksman

By:_____
        James B. Glucksman

Cc (via ECF Service):

All Parties Receiving ECF Notices in Main
Case and Adversary