# Buchanan

**Christopher P. Schueller**
412 562 8432
christopher.schueller@bipc.com

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219-4413

T 412 562 8800
F 412 562 1041

January 14, 2026

**VIA ELECTRONIC MAIL AND ECF**

Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

      **Re:  Sound Vision Care, Inc.,** *et al* **Case No. 25-72421-LAS**

Honorable Judge Scarcella:

      Our firm represents creditor Bank of America, N.A. in the above-referenced case. I am writing to you to respectfully request permission to appear telephonically at the hearing in the subject matter on Tuesday, January 29, 2026 at 10:00 a.m.  I am in Pittsburgh Pennsylvania and I am unable to appear in person.

           Respectfully,

           BUCHANAN INGERSOLL & ROONEY PC

           By: */s/ Christopher P. Schueller*
               Christopher P. Schueller

cc:   James B. Glucksman (jbg@dhclegal.com)
      Robert L. Rattet (rlr@dhclegal.com)
      United States Trustee (USTPRegion02.LI.ECF@usdoj.gov)
      William J. Brimingham (william.birmingham@usdoj.gov)
      Parties-in-Interest via ECF Notification