United States Bankruptcy Court

Eastern District of New York

In re:

Sound Vision Care, Inc.

Debtor

Case No. 25-72421-las

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0207-8                    User: admin                    Page 1 of 8

Date Rcvd: Jan 13, 2026                    Form ID: pdf000                    Total Noticed: 165

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sound Vision Care, Inc., 1224 Ostrander Avenue, Riverhead, NY 11901-2109 |
| aty | + | Davidoff Hutcher & Citron LLP, 120 Bloomingdale Road, Suite 100, White Plains, NY 10605-1519 |
| aty | + | Erin L. Williamson, Ballard Spahr LLP, 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| aty | + | Leslie C Heilman, Ballard Spahr LLP, 919 N Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| cr | + | Bank of America, N.A., Buchanan Ingersoll & Rooney PC, c/o Christopher P. Schueller, 640 5th Avenue, 9th Floor, New York, NY 10019 UNITED STATES 10019-6102 |
| consult | + | CBIZ Forensic Consulting Group, LLC, Five Bryant Park, 1065 Avenue of the Americas, New York, NY 10018-1878 |
| cr | + | De Lage Landen Financial Services, Inc., c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Leaf Capital Funding, LLC, c/o Goetz Platzer LLP, One Penn Plaza, Suite 3100, New York, NY 10119-3100 |
| acc | + | MacDonald, Rand & Vollaro CPA's LLP, 550 Route 25A, Rocky Point, NY 11778-9813 |
| jtadmdb | + | SVC of Coram, LLC, 1721 North Ocean Ave., Suite A, Medford, NY 11763-2684 |
| jtadmdb | | SVC of East Setauket, LLC, 215 Hallock Rd, Suite 2, Stony Brook, NY 11790-3077 |
| jtadmdb | + | SVC of Fresh Meadows, LLC, 61-30A 190th St., Suite A, Fresh Meadows, NY 11365-2700 |
| jtadmdb | | SVC of Manhasset, LLC, 433 Plandome Road, Manhasset, NY 11030-1942 |
| jtadmdb | + | SVC of Riverhead, LLC, 1224 Ostrander Avenue, Riverhead, NY 11901-2109 |
| jtadmdb | | SVC of Southold, LLC, 44210 County Rd 48,, Suite 1, Southold, NY 11971-5032 |
| cr | + | US Eagle Federal Credit Union, c/o Moritt Hock & Hamroff LLP, 400 Garden City Plaza, Garden City, NY 11530-3322 |
| 10553922 | + | 435451 Plandome Properties LLC, 246 Mineola Blvd., Mineola, NY 11501-2436 |
| 10553923 | + | 64176806 Bay Parkway Realty LLC, 2338 64th Street, Brooklyn, NY 11204-3360 |
| 10553924 | + | ABB Optical Group, 125 Enterprise Drive, Marshfield, MA 02050-2132 |
| 10553925 | + | Action Carting, 300 Frank W. Burr Blvd., Ste. 39, Teaneck, NJ 07666-6730 |
| 10536687 | + | Action Carting Enviornmental Services, Inc., 300 Frank W Burr Blvd., Suite 39, Teaneck, NJ 07666-6730 |
| 10553985 | + | Alan Minkoff, 420 East 72nd St., Apt. 15A, New York, NY 10021-4647 |
| 10553926 | + | All Types Building Maintenance, 5514 Merrick Road, Massapequa, NY 11758-6216 |
| 10553927 | + | Altair Eyewear, 10875 International Drive, Rancho Cordova, CA 95670-7371 |
| 10553928 | + | Amur Financial, 10875 International Dr., Rancho Cordova, CA 95670-7371 |
| 10553929 | + | Angelica Velasquez, 1050 Youngs Avenue, Southold, NY 11971-1607 |
| 10553930 | + | BambooHR, 42 Future Way, Draper, UT 84020-9858 |
| 10553931 | | Bank of America, Practice Solutions, 10 Federal Street, Boston, MA 02110 |
| 10567914 | + | Bank of America, N.A., Buchanan Ingersoll & Rooney PC, c/o Christopher P. Schueller, 501 Grant Street, Suite 200, Pittsburgh, PA 15219-4413 |
| 10534288 | + | Bank of America, N.A., c/o Buchanan Ingersoll & Rooney PC, 640 5th Avenue, 9th Floor, New York, NY 10019-6102 |
| 10553932 | + | Bank of America, N.A., 600 North Cleveland Ave., Ste. 300, Westerville, OH 43082-6926 |
| 10553933 | + | Bay Ridge Cleaning Contractors, 1620 Bay Ridge Avenue, Brooklyn, NY 11204-5054 |
| 10533631 | + | Buchanan Ingersoll & Rooney PC, c/o Christopher P. Schueller, 640 5th Avenue, 9th Floor, New York, NY 10019-6102 |
| 10553934 | | Buchanan Ingersoll & Rooney, P.C., Attn: Christopher P. Schueller, Esq., 501 Grant St., Ste. 200, Pittsburgh, PA 152194413 |
| 10538600 | + | Bullion Exchange, LLC, c/o Davidoff Hutcher & Citron LLP, 120 Bloomingdale Road, White Plains, New York 10605-1500 |
| 10537978 | + | CFG Merchant Solutions, LLC, c/o Kaminski Law, PLLC, 88 Pine Street, Ste. 2430, New York, New York 10005-1847 |
| 10553936 | + | Capital Domain Funding LLC, Attn: Avi Ulano, 300 Tice Blvd., Woodcliff Lake, NJ 07677-8405 |
| 10553935 | #+ | Capital Domain LLC, 254 Brick Blvd., Unit 10, Brick, NJ 08723-7197 |
| 10553938 | + | City Heat Security, 2665 Oceanside Rd., Oceanside, NY 11572-1521 |
| 10553940 | + | CooperVision, 6101 Bollinger Canyon Rd., Ste. 500, San Ramon, CA 94583-5108 |
| 10553942 | #+ | Corporation Service Company, 1090 Vermont Ave., NW,Ste. 430, Washington, D.C. 20005-4905 |
| 10553941 | + | Crystal Practice Mgmt., 12112 Anderson Mill Rd., Bldg. 12A, Austin, TX 78726-1188 |

10593635  + David W. Dykhouse, Patterson Belknap Webb & Tyler LLP, ATTN: David W. Dykhouse, 1133 Avenue of the Americas, New York, NY 10036-6731

10570364  + De Lage Landen Financial Services, Inc., c/o Stark & Stark, PC, Attn: Joseph H. Lemkin, Esq., P.O. Box 5315, Princeton, NJ 08543-5315

10553945    Drill Specialty Corp., 5020 Montauk Hwy., Massapequa Park, NY 11762

10553946  + Dynasty Protection, 4 W. Mineola Ave., Bldg. 1, Valley Stream, NY 11580-5740

10581252  + Enid Nagler Stuart, Ass't Attorney General, Counsel for NYS Dep't of Taxation, 28 Liberty Street - 17th floor, New York, NY 10005-1495

10553948  + Essilor Luxottica, 12 Harbor Acres Rd., Sands Point, NY 11050-2637

10553949  + Everbank Commercial Finance, Inc., 10 Waterview Blvd., Parsippany, NJ 07054-1286

10553951  + FC Marketplace, LLC, 747 Front St., 4th Fl., San Francisco, CA 94111-1922

10553952  + Federal Realty Investment Trust, 909 Rose Ave., Ste. 200, North Bethesda, MD 20852-8724

10537237  + Flushing Bank, c/o Certilman Balin Adler & Hyman, LLP., 90 Merrick Avenue, East Meadow, NY 11554-1571

10553954  + Flushing Bank, Attn: Legal Dept., 14451 Northern Blvd., Flushing, NY 11354-4230

10553955  + Fort Capital Resources, LLC, 410 Blanding Blvd., Ste. 10, #149, Orange Park, FL 32073-5065

10553956  + Fort Capital Resources, LLC, 841 Shelley Road, Raleigh, NC 27609-5167

10551993  + Frank Spinosa & Robin Ross, 62 Canyon Ridge Drive, Sandia Park, NM 87047-8506

10553959  + Gonzalo Campos, 1050 Youngs Avenue, Southold, NY 11971-1607

10553961  + Great White Propane, 44 Kroemer Avenue, Riverhead, NY 11901-3108

10553962  + Hallock Road LLC, 215 Hallock Rd., Ste. 68, Stony Brook, NY 11790-3080

10585970  + Humana, Inc., Humana Insurance Company,, Humana Health Company of New York, Inc., Fox Swibel Levin & Carroll c/o Ken Thoma, 200 W. Madison, Suite 3000, Chicago IL 60606-3417

10553963  + Huntington Technology Finance, Inc, 2285 Franklin Rd, Ste 100,, Bloomfield Hills, MI 48302-0363

10553964  + Ignite IPA, 140 Lakeland Avenue, Sayville, NY 11782-1912

10593154  + Ignite Intelligent Process Automation LLC, 140 Lakeland Avenue, Sayville, NY 11782-1912

10553966  + InAdvance Capital, 10 West 37th St., Ste. 6E, New York, NY 10018-7481

10553968    Island Elevator, 21002 Arctic Avenue, Bohemia, NY 11716

10553958    Jellum Law, Attn: Garth G. Gavenda, Esq., 7617 Currell Blvd., Ste. 245, Woodbury, MN 55125

10553972  + Johnson & Johnson, 7500 Centurion Pkwy., Jacksonville, FL 32256-0517

10593636  + Johnson & Johnson Vision Care, Inc., Patterson Belknap Webb & Tyler LLP, ATTN: David W. Dykhouse, 1133 Avenue of the Americas, New York, NY 10036-6731

10547931  + Kapitus Servicing Inc., as Authorized Sub-Servicin, c/o Rivkin Radler LLP, 926 RXR Plaza, Uniondale, NY 11556-0926

10617094  + Kapitus Servicing, Inc. as authorized sub-servicin, Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019-3800, Attn: Aryana Badery

10614573  + Kapitus Servicing, Inc., as authorized sub-servici, c/o Windels Marx Lane & Mittendorf, LLP, 156 W 56th Street, NY, NY 10019-3800

10592938  + L'AMY INCORPORATED, c/o Smith Carroad Wan & Parikh, P.C., 202 East Main Street, Smithtown, NY 11787-2806

10569360  + LEAF Capital Funding, LLC, c/o Goetz Platzer LLP, 1 Penn Plaza, Suite 3100, New York, New York 10119-3100, Attn: T. Sadutto-Carley, Esq.

10552150  + LEAF Capital Funding, LLC, c/o Goetz Platzer, LLP, Attn: T. Sadutto-Carley, Esq., One Penn Plaza, Suite 3100, New York, New York 10119-3100

10553974  + LaFont Frames, 655 Broadway, Ste. 401, New York, NY 10012-2302

10553975  + LendBug, LLC, 260 West 35th St. PH, New York, NY 10001-2528

10553976  + Lens Mode Contacts, 150 Main Street, Millburn, NJ 07041-1179

10553977    LevelUp HCS LLC, 90 Broad St., Ste. 902, New York, NY 100042281

10553978  + Lumenis Financial Solutions, 2077 Gateway Pl., Ste. 300, San Jose, CA 95110-1149

10553979    Macdonald, Rand & Vollaro, CPAs LLC, 550 NY25A, Rocky Point, NY 11778

10553980  + Macquarie Equipment Capital Inc., 1301 Riverplace Blvd., 4th Fl., Jacksonville, FL 32207-9047

10553981  + MadisonOne, 9375 E. Shea Blvd., Ste. 100, Scottsdale, AZ 85260-6986

10553982  + Mary Frausto, 2700 Bray Avenue, Laurel, NY 11948-1662

10553983  + Mattituck Enviro, 560 Commerce Drive, Cutchogue, NY 11935-3210

10553984    Merged Funding, One Financial Plaza, Hartford, CT 061032608

10553992    NDC Community Impact Loan Fund, P29 Marne Street, Watervliet, NY 12189

10601098  + NEY YORK STATE DEPARTMENT OF LABOR, 1220 WASHINGTON AVE BLDG 12, RM 256, ALBANY, NY 12226-1799

10553988  + NFPRA, 44210 County Road 48, Ste. 2, Southold, NY 11971-5032

10553991    NYS Dept. of Taxation & Finance, Office of Counsel, Bldg. 9, W.A. Harriman State Campus, Albany, NY 122271002

10553986    Nassau Vision Group, 160 Legrand Avenue, Orangeburg, NJ 10962

10553987    National Grid, Attn: Legal Dept., 40 Sylvan Road, Waltham, MA 024511120

10553989  + Ninety, 1920 Prospector Avenue, Ste. 300, Park City, UT 84060-7580

10553990  + North Ocean Properties, Inc., 1721 N. Ocean Avenue, Medford, NY 11763-2684

10553993  + Ocean Funding Corp, 1000 NW 65th St., Ste. 103, Fort Lauderdale, FL 33309-1113

10553994  + Ogden CAP Properties, 545 Madison Avenue, New York, NY 10022-4219

10554005    Optimum, Attn: Legal Dept., 1 Court Square West, Long Island City, NY 11101

10554006  + Panthers Capital LLC, 10 E. Merrick Road, Valley Stream, NY 11580-5800

10554007  + Paragon Software Group, 947 E. Impala, Mesa, CA 85204-6619

10554008  + Playbook Builder, 171 College Avenue, Holland, MI 49423-2919

10554009  + Port Washington Window Cleaning, P.O. Box 1691, Port Washington, NY 11050-7691

| District/off: 0207-8 | User: admin | Page 3 of 8 |
|---|---|---|
| Date Rcvd: Jan 13, 2026 | Form ID: pdf000 | Total Noticed: 165 |

| | | |
|---|---|---|
| 10554011 | + | Pure Advance, 6 Charlotte Place, Spring Valley, NY 10977-3831 |
| 10554012 | + | Quick Funding Group, 99 W. Hawthorne Ave., Valley Stream, NY 11580-6163 |
| 10554013 | + | Riverhead Water District, 1035 Pulaski Street, Riverhead, NY 11901-3043 |
| 10554014 | + | Signature Services LLC, 104 Southcreek Drive, Manteno, IL 60950-3704 |
| 10592937 | + | Smith Carroad Wan & Parikh, P.C., 202 East Main Street, Smithtown, NY 11787-2806 |
| 10563624 | + | Solomon Herrera McCormick PLLC, 40 Marcus Drive, Suite 202, Melville, NY 11747-4200 |
| 10554015 | + | Solomon, Herrera, & McCormick, PLLC, 40 Marcus Dr., Ste. 202, Melville, NY 11747-4200 |
| 10554016 | + | Sound Vision Care, Inc., Attn: Jeffrey Williams, Jr., 1224 Ostrander Avenue, Riverhead, NY 11901-2109 |
| 10554018 | + | Speedy Funding LLC, 300 N. Main Street, Spring Valley, NY 10977-3774 |
| 10593661 | + | Stereo Optical Company, Inc. dba Walman Instrument, Joe Barton, Legal Department, 4000 Luxottica Place, Mason, OH 45040-8114 |
| 10554019 | + | Sterns Bank N.A., 4191 2nd St. South, St. Cloud, MN 56301-3761 |
| 10550951 | + | Street Retail, LLC, c/o Baqllard Spahr LLP, 919 N. Market Street, 11th Floor, Wilmington, Delaware 19801-3023 |
| 10554020 | | Suffolk Computer Consultants, 295 Montauk Hwy., Speonk, NY 11972 |
| 10593662 | + | The Walman Optical Company dba X-Cel Specialty Con, Joe Barton, Legal Department, 4000 Luxottica Place, Mason, OH 45040-8114 |
| 10554023 | + | TriZetto Gateway EDI, 3300 Rider Trail S., Earth City, MO 63045-1311 |
| 10554028 | + | U.S. Attorney's Office, Attn: Nicole M. Zito, Esq., Assistant U.S. Attorney, Eastern District of NY, 271A Cadman Plaza East Brooklyn, NY 11201-1820 |
| 10554030 | + | U.S. Bancorp, Attn: Legal Service of Process Team, 409 Silverside Rd., Ste. 105, Wilmington, DE 19809-1771 |
| 10554031 | | U.S. Bancorp Equipment Finance, Inc., 1450 Channel Parkway, Marshall, MN 56258 |
| 10554032 | + | U.S. Bank Equipment Finance, 1310 Madrid Street, Marshall, NM 56258-4099 |
| 10554033 | + | U.S. Eagle Credit Union, Attn: Francis J. Yakaboski, 3939 Osuna Rd. NE, Albuquerque, NM 87109-4431 |
| 10593091 | + | U.S. Eagle Federal Credit Union, c/o Moritt Hock & Hamroff LLP, 400 Garden City Plaza, Garden City, NY 11530-3322 |
| 10549738 | + | US Eagle Federal Credit Union, c/o Moritt Hock & Hamroff LLP, 400 Garden City Plaza, Garden City, NY 11530-3327, Attn: Michael Kwiatkowski, Esq. |
| 10540692 | + | US Eagle Federal Credit Union, c/o Moritt Hock & Hamroff LLP, 400 Garden City Plaza, Garden City, New York 11530-3322 |
| 10554024 | | Ulster Savings Bank, 10 Schwenk Drive, Kingston, NY 12401 |
| 10554025 | + | Umana, P.O. Box 196, Mattituck, NY 11952-0196 |
| 10554026 | + | Univest Capital, Inc., 3220 Tillman Dr., Ste. 503, Bensalem, PA 19020-2049 |
| 10554027 | + | Utica National Insurance Co., P.O. Box 6540, Utica, NY 13504-6540 |
| 10554037 | + | Vex Capital, 700 Canal St., 1st Fl., Stamford, CT 06902-5921 |
| 10554038 | + | Winchester Optical Co., 1935 Lake Street, Elmira, NY 14901-1239 |
| 10554039 | + | Wolf's Edge Partners LLC, 536 Barnard Avenue, Woodmere, NY 11598-2708 |
| 10587851 | + | capitaldomain llc, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 10553965 | + | iMatrix, 3 Ethel Road, #305, Edison, NJ 08817-2855 |

TOTAL: 132

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Generalcounsel@drgrealty.com | Jan 13 2026 18:14:00 | Davis Professional Park LLC, c/o /Damianos Realty Group LLC, 222 Middle Country Road Suite 300, Smithtown, NY 11787, UNITED STATES |
| 10588414 | + | Email/Text: bankruptcy@amuref.com | Jan 13 2026 18:14:00 | AMUR, 304 W 3rd St, Grand Island, NE 68801-5941 |
| 10593366 | | Email/Text: bnc@atlasacq.com | Jan 13 2026 18:13:00 | Atlas Acquisitions LLC, on behalf of Speedy Funding LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 10550697 | | Email/PDF: bncnotices@becket-lee.com | Jan 13 2026 18:24:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 10553943 | ^ | MEBN | Jan 13 2026 18:54:09 | C T Corporation System, 330 N Brand Blvd., Ste. 700, Glendale, CA 91203-2336, ATTN: SPRS |
| 10553937 | + | Email/Text: jpaige@cfgms.com | Jan 13 2026 18:13:00 | CFG Merchant Solutions, LLC, 180 Maiden Lane, 15th Fl., New York, NY 10038-5150 |
| 10553939 | + | Email/Text: EAGBankruptcy@coned.com | Jan 13 2026 18:13:00 | Consolidated Edison Co. of NY, Inc., Bankruptcy/EAG Group, 4 Irving Place, 9th Fl., New York, NY 10003-3502 |
| 10594429 | | Email/Text: Generalcounsel@drgrealty.com | Jan 13 2026 18:14:00 | Davis Professional Park LLC, Patricia C. Delaney, c/o Damianos Realty Group LLC, 222 Middle |

District/off: 0207-8

Date Rcvd: Jan 13, 2026

User: admin

Form ID: pdf000

Page 4 of 8

Total Noticed: 165

| | | | |
|---|---|---|---|
| | | | Country Road Suite 300, Smithtown, NY 11788 |
| 10554561 | | Email/Text: Generalcounsel@drgrealty.com | |
| | | Jan 13 2026 18:14:00 | Davis Professional Park LLC, c/o Damianos Realty Group LLC, 222 Middle Country Road Suite 300, Smithtown, New York 11787 |
| 10553944 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | |
| | | Jan 13 2026 18:13:00 | De Lage Landen Financial Services, Inc., 1111 Old Eagle School Road, Wayne, PA 19087 |
| 10553947 | ^ | MEBN | |
| | | Jan 13 2026 18:54:15 | EBF Holdings, LLC, d/b/a Everest Business Funding, 102 West 38th St, 6th Fl., New York, NY 10018-3664 |
| 10553950 | | Email/Text: ECF@fayservicing.com | |
| | | Jan 13 2026 18:13:00 | Fay Servicing LLC, 1601 Lyndon B. Johnson Fwy., Farmers Branch, TX 75234 |
| 10553953 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Jan 13 2026 18:13:00 | Flagstar Bank, 5151 Corporate Drive, E2031, Troy, MI 48098-2639 |
| 10553960 | + | Email/Text: dpetersen@greatamerica.com | |
| | | Jan 13 2026 18:13:00 | Greatamerica Financial Services Corp., 625 First Street, Cedar Rapids, IA 52401-2032 |
| 10553967 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Jan 13 2026 18:13:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 191017346 |
| 10542471 | + | Email/Text: RASEBN@raslg.com | |
| | | Jan 13 2026 18:13:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 10553973 | + | Email/Text: bankruptcy@kapitus.com | |
| | | Jan 13 2026 18:13:00 | Kapitus LLC, 2500 Wilson Blvd., Ste. 350, Arlington, VA 22201-3873 |
| 10558679 | + | Email/Text: bankruptcy@kapitus.com | |
| | | Jan 13 2026 18:13:00 | Kapitus Servicing, Inc., 120 West 45th Street, 4th Floor, New York, NY 10036-4041 |
| 10537517 | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | |
| | | Jan 13 2026 18:13:00 | NEW YORK STATE DEPARTMENT OF LABOR, 1220 WASHINGTON AVE, BLDG 12 RM 256, ALBANY, NY 12226-1799 |
| 10532181 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | |
| | | Jan 13 2026 18:14:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 10541706 | + | Email/Text: bankruptcy@ondeck.com | |
| | | Jan 13 2026 18:14:00 | On Deck Capital Inc, 4700 W Daybreak Pkwy. Ste 200, South Jordan, UT 84009-5133 |
| 10553995 | | Email/Text: bankruptcy@ondeck.com | |
| | | Jan 13 2026 18:14:00 | On Deck Capital, Inc., 1400 Broadway, 25th Fl., New York, NY 100185225 |
| 10554010 | ^ | MEBN | |
| | | Jan 13 2026 18:54:08 | PSEG, Attn: Legal Dept., 80 Park Plaza, Newark, NJ 07102-4194 |
| 10539030 | + | Email/Text: dl-csgbankruptcy@charter.com | |
| | | Jan 13 2026 18:14:00 | Spectrum, 1600 Dublin Road, Columbus, OH 43215-2098 |
| 10554017 | + | Email/Text: dl-csgbankruptcy@charter.com | |
| | | Jan 13 2026 18:14:00 | Spectrum, 4145 S. Lakenburg Rd., Riverview, FL 33578-8652 |
| 10554021 | | Email/Text: bankruptcy@td.com | |
| | | Jan 13 2026 18:14:00 | TD Bank, 1701 Rte. 70 East, Cherry Hill, NJ 08003 |
| 10554022 | | Email/Text: bankruptcycollectionsunit@thehartford.com | |
| | | Jan 13 2026 18:13:00 | The Hartford, One Hartford Plaza, Hartford, CT 06155 |
| 10554034 | + | Email/Text: bankruptcynotices@sba.gov | |
| | | Jan 13 2026 18:13:00 | U.S. Small Business Administration, New York District Office, 26 Federal Plaza, Room 3100, New York, NY 10278-3199 |
| 10554035 | + | Email/Text: bankruptcynotices@sba.gov | |
| | | Jan 13 2026 18:13:00 | U.S. Small Business Administration, Denver Finance Center, 721 19th Street, Denver, CO 80202-2517 |
| 10563502 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Jan 13 2026 18:13:00 | Verizon Connect, William M Vermette, 22001 Loudoun County PKWY, Ashburn, Ashburn, VA |

| District/off: 0207-8 | User: admin | Page 5 of 8 |
|---|---|---|
| Date Rcvd: Jan 13, 2026 | Form ID: pdf000 | Total Noticed: 165 |

| | | | 20147-6122 |
|---|---|---|---|
| 10554036 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Jan 13 2026 18:13:00 | Verizon Wireless Bankruptcy Admin., 500 Technology Drive, Ste. 550, Weldon Spring, MO 63304-2225 |
| 10554040 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | |
| | | Jan 13 2026 18:24:35 | Wells Fargo Bank, N.A., Attn: Legal Order Processing, MAC# X9761017, 550 South 4th St., Minneapolis, MN 55415-1529 |
| 10586459 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | |
| | | Jan 13 2026 18:24:35 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Amur Equipment Finance, Inc. |
| intp | | CFG Merchant Solutions, LLC |
| cr | | New York State Department Of Taxation & Finance |
| cr | | Street Retail, LLC |
| 10527564 | | Capital Domain 1 |
| 10527565 | | Capital Domain 2 |
| 10538881 | | ColalentCareers, Inc. c/o Relin Goldstein & Crane, |
| 10538880 | | CovalentCareers, Inc. c/o Relin, Goldstein & Crane |
| 10527566 | | LendBug |
| 10554562 | | Patricia C. Delaney, Esq., Attorney for Davis Professional Park LLC |
| 10527567 | | Quick Funding |
| 10527568 | | Speedy |
| 10527569 | | VEX Capital |
| cr | *+ | Flushing Bank, c/o Certilman Balin Adler & Hyman, LLP., 90 Merrick Avenue, East Meadow, NY 11554-1571 |
| intp | *+ | Kapitus Servicing Inc., as authorized sub-servicin, c/o Rivkin Radler LLP, 926 RXR Plaza, Uniondale, NY 11556-0926 |
| 10550698 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 10537248 | *+ | Flushing Bank, c/o Certilman Balin Adler & Hyman, LLP., 90 Merrick Avenue, East Meadow, NY 11554-1571 |
| 10553957 | *+ | Frank Spinosa & Robin Ross, 62 Canyon Ridge Drive, Sandia Park, NM 87047-8506 |
| 10551987 | * | Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |

TOTAL: 13 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2026                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aryana P. Badery | |
| | on behalf of Defendant Kapitus Servicing Inc. as Authorized Sub-Servicing Agent of Kapitus LLC abadery@windelsmarx.com |

Aryana P. Badery
on behalf of Interested Party Kapitus Servicing Inc.  as authorized sub-servicing agent of Kapitus LLC
abadery@windelsmarx.com

Christopher P Schueller
on behalf of Creditor Bank of America  N.A. christopher.schueller@bipc.com,
donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com

Christopher P Schueller
on behalf of Defendant Bank of America  N.A. christopher.schueller@bipc.com,
donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com

Elizabeth Uphaus
on behalf of Defendant Kapitus Servicing Inc. as Authorized Sub-Servicing Agent of Kapitus LLC euphaus@windelsmarx.com

Enid Nagler Stuart
on behalf of Creditor New York State Department Of Taxation & Finance enid.stuart@ag.ny.gov  leo.gagion@ag.ny.gov

Erin L. Williamson
on behalf of Creditor Street Retail  LLC williamsone@ballardspahr.com, weidmanb@ballardspahr.com

Geoffrey J Peters
on behalf of Creditor Amur Equipment Finance  Inc. colnyecf@weltman.com

James B. Glucksman
on behalf of Jointly Administered Debtor SVC of Manhasset  LLC jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman
on behalf of Jointly Administered Debtor SVC of Coram  LLC jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman
on behalf of Jointly Administered Debtor SVC of Southold  LLC jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman
on behalf of Plaintiff Sound Vision Care  Inc. jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman
on behalf of Jointly Administered Debtor SVC of East Setauket  LLC jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman
on behalf of Jointly Administered Debtor SVC of Fresh Meadows  LLC jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman
on behalf of Debtor Sound Vision Care  Inc. jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman
on behalf of Jointly Administered Debtor SVC of Riverhead  LLC jbg@dhclegal.com, ch11esq@yahoo.com

Jay B Solomon
on behalf of Creditor Mastic Associates of New York LLC jsolomon@bbgllp.com

John D. Molino
on behalf of Plaintiff Sound Vision Care  Inc. jdm@dhclegal.com

Jonathan S Pasternak
on behalf of Debtor Sound Vision Care  Inc. jsp@dhclegal.com,
ms@dhclegal.com;rlr@dhclegal.com;jdm@dhclegal.com;jbg@dhclegal.com;cmp@dhclegal.com

Joseph H. Lemkin
on behalf of Creditor De Lage Landen Financial Services  Inc. jlemkin@stark-stark.com

Laurel D Roglen
on behalf of Creditor Street Retail  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Leo V. Gagion
on behalf of Creditor New York State Department Of Taxation & Finance Leo.Gagion@ag.ny.gov  Enid.Stuart@ag.ny.gov

Matthew R. Yogg
on behalf of Jointly Administered Debtor SVC of Fresh Meadows  LLC mry@dhclegal.com

Matthew R. Yogg
on behalf of Plaintiff Sound Vision Care  Inc. mry@dhclegal.com

Matthew R. Yogg
on behalf of Jointly Administered Debtor SVC of East Setauket  LLC mry@dhclegal.com

Matthew R. Yogg
on behalf of Debtor Sound Vision Care  Inc. mry@dhclegal.com

Matthew R. Yogg
on behalf of Jointly Administered Debtor SVC of Manhasset  LLC mry@dhclegal.com

Matthew R. Yogg

on behalf of Jointly Administered Debtor SVC of Riverhead  LLC mry@dhclegal.com

Matthew R. Yogg

on behalf of Jointly Administered Debtor SVC of Southold  LLC mry@dhclegal.com

Matthew R. Yogg

on behalf of Jointly Administered Debtor SVC of Coram  LLC mry@dhclegal.com

Matthew V Spero

on behalf of Interested Party Kapitus Servicing Inc.  as authorized sub-servicing agent of Kapitus LLC matthew.spero@rivkin.com

Michael Kwiatkowski

on behalf of Creditor US Eagle Federal Credit Union mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor U.S. Eagle Federal Credit Union mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Defendant U.S. Eagle Federal Credit Union mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Patricia C Delaney

on behalf of Creditor Davis Professional Park LLC pdelaney@drgrealty.com

Richard J McCord

on behalf of Defendant Flushing Bank rmccord@certilmanbalin.com
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.com;mmccord@certil
manbalin.com

Richard J McCord

on behalf of Creditor Flushing Bank rmccord@certilmanbalin.com
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.com;mmccord@certil
manbalin.com

Robert Jerome Malatak

on behalf of Defendant Kapitus Servicing Inc. as Authorized Sub-Servicing Agent of Kapitus LLC rmalatak@windelsmarx.com

Robert Jerome Malatak

on behalf of Interested Party Kapitus Servicing Inc.  as authorized sub-servicing agent of Kapitus LLC
rmalatak@windelsmarx.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of Fresh Meadows  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Coram  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor Sound Vision Care  Inc. rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of Southold  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of Coram  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Plaintiff Sound Vision Care  Inc. rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of Riverhead  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of Manhasset  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Riverhead  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Fresh Meadows  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Southold  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

District/off: 0207-8

Date Rcvd: Jan 13, 2026

User: admin

Form ID: pdf000

Page 8 of 8

Total Noticed: 165

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of East Setauket  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Manhasset  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Murray Hill  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of East Setauket  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Shanna M Kaminski

on behalf of Interested Party CFG Merchant Solutions  LLC skaminski@kaminskilawpllc.com

Shanna M Kaminski

on behalf of Defendant CFG Merchant Solutions  LLC skaminski@kaminskilawpllc.com

Stephen M. Lasser

on behalf of Creditor Fresh Meadows Place West Street Retail  LLC slasser@lasserlg.com

Teresa Sadutto-Carley

on behalf of Creditor Leaf Capital Funding  LLC tsadutto@platzerlaw.com, mkaplan@platzerlaw.com

Theresa A Driscoll

on behalf of Defendant U.S. Eagle Federal Credit Union tdriscoll@moritthock.com

Theresa A Driscoll

on behalf of Creditor U.S. Eagle Federal Credit Union tdriscoll@moritthock.com

Theresa A Driscoll

on behalf of Creditor US Eagle Federal Credit Union tdriscoll@moritthock.com

Thomas J McNamara

on behalf of Defendant Flushing Bank tmcnamara@certilmanbalin.com

Thomas J McNamara

on behalf of Creditor Flushing Bank tmcnamara@certilmanbalin.com

United States Trustee

USTPRegion02.LI.ECF@usdoj.gov

William J. Birmingham

william.birmingham@usdoj.gov

TOTAL: 65

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In re:                                                                  Chapter 11 Case

SVC OF MURRAY HILL, LLC,                                Case No.: 25-74829-las

      Debtor.[1]

_____/

## ORDER DIRECTING (I) JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion dated December 22, 2025 (the "Motion")[2] [ECF No. 11] of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order (this "Order") (a) directing the joint administration of the Debtor's Chapter 11 Case with the Related Cases for procedural purposes only, and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Standing Order of Reference entered by the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 157(a), dated August 28, 1986, as amended by Order dated December 5, 2012; and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157 and venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having found that the Debtor's notice of Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the

---

[1]    The Debtor and the last four digits of the Debtor's federal tax identification number is: SVC of Murray Hill, LLC (8674). The Debtor's mailing address is 1224 Ostrander Avenue, Riverhead, NY.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

statements in support of the relief requested therein at a hearing before this Court on January 8, 2026 (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The above-captioned chapter 11 case is consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 25-72421-las.

3.      The Caption of the jointly administered cases should read as follows:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____/
 In re:

 SOUND VISION CARE, INC., *et al.*,            Chapter 11 Case

                                               Case No. 25-72421-las

     Debtors.[1]                               (Jointly Administered)
_____/

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead, LLC (9996), (v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (4333), (vii) SVC of Manhasset, LLC (7234), and (viii) SVC Murray Hill, LLC (8674). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

4.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5.      A docket entry, substantially similar to the following, shall be entered on the docket of each of the Related Debtors' dockets to reflect the joint administration of these chapter 11 cases:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Sound Vision Care, Inc.; SVC of Coram, LLC; SVC of East Setauket, LLC; SVC of Riverhead, LLC; SVC of Southold, LLC; SVC of Fresh Meadows,

2

LLC; SVC of Manhasset, LLC; and SVC Murray Hill, LLC. The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901. All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 25-72421-las.

6.    The Debtor shall maintain, and the Clerk of the Court shall keep one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7.    The Debtor shall file the monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the U.S. Trustee, in accordance with the applicable Instructions for UST Form 11-MOR: Monthly Operating Report and Supporting Documentation.

8.    Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of this Chapter 11 Case with the Related Cases and this Order shall be without prejudice to the rights of the Debtor to seek entry of an order substantively consolidating their respective cases.

9.    The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10.    Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Code, Bankruptcy Rules, and Local Rules of this Court are satisfied by such notice.

11.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.



Dated: January 13, 2026
     Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge

3