UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

        SOUND VISION CARE, INC., et al.,

                  Debtor.
-------------------------------------------------------------X

Case No. 25-72421 (LAS)

Chapter   11

## CERTIFICATE OF SERVICE

The undersigned certifies that on _____January 23, 2026_____, a copy of
<br>(Date of Service/Mailing)

NOTICE OF HEARING & MOTION, DECLARATION IN SUPPORT AND PROPOSED ORDER
WITH EXHIBITS A-E
<br>(Title of Document(s) served)

was deposited in an enclosed, properly addressed postage-paid envelope, and served by

Federal Express Overnight Mail
<br>(Method of Delivery, e.g., Federal Express Overnight, U.S. Post Office Priority Mail.....)

upon the following *[below specify the name and mailing address of each party served]*:

Davidoff Hutcher & Citron LLP
Attn: Robert L. Rattet
605 Third Avenue
New York, New York 10158

Dated: January 23, 2026

_____
TIMOTHY SANABRIA



ORIGIN ID:JHCA    (212) 867-4466
AMANDA B. ZIFCHAK, ESQ.
BELKIN BURDEN & GOLDMAN LLP
60 E 42 STREET
16TH FL.
NEW YORK, NY 10165
UNITED STATES US

SHIP DATE: 23JAN26
ACTWGT: 1.00 LB
CAD: 105958921/INET4535

BILL SENDER

TO  DAVIDOFF HUTCHER & CITRON LLP
ATTN: ROBERT L. RATTET
605 THIRD AVENUE

NEW YORK NY 10158
(212) 557-7200
INV:
PO: ABZ/3826.0609/SJ    REF: ABZ/3826.0609/SJ
DEPT:

TRK# 8881 5953 0630    SATURDAY 5:00P
0201                    STANDARD OVERNIGHT

06 JRAA                 NY-US  EWR
                        10158

FedEx Express
E
J261026012001uv    58KJ4/747B/484B

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.