

January 27, 2026

**VIA ELECTRONIC MAIL AND ECF**

Hon. Louis A. Sarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:     **Sound Vision Care, Inc. et al Case No. 25-72421-LAS**

Honorable Judge Scarcella:

Our firm represents Hallock Road, LLC, landlord to debtor, SVC of East Setauket, LLC, in the above referenced case.  I am unable to attend the hearing scheduled for Thursday January 29, 2026, at 10:00 a.m. (ET), in person due to a conflict with another court appearance. Therefore, I am writing to respectfully request permission to appear telephonically at such hearing, one of the subjects of which is the "Notice of hearing to consider stipulation and agreed order settling claims of Hallock Road, LLC against the debtors and guarantor Jeffrey Williams." We hereby and respectfully confirm that Hallock Road, LLC consents to and agrees to that stipulation.

Respectfully submitted,

Jason A. Stern