Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Sound Vision Care, Inc., Case Number 25-72421, las

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**8**
**290 Federal Plaza**
**Central Islip, NY 11722**

Undeliverable Address:
CFG Merchant Solutions, LLC

Role type/cr id: intp
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Kaminsky Law PLLC
P.O. Box 247
Grass Lake, MI 49240
Attn: Shanna M. Kaminski, Esq.

Undeliverable Address:
Street Retail, LLC

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Ballard Spahr LLP
919 N. Market St., 11th Fl.
Wilmington, DE 19801
Attn: Leslie C. Heilman, Esq.

Undeliverable Address:
New York State Department Of Taxation & Finance

2

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

NYS Dept. of Taxation and Finance
Building 9 – Office of Counsel
W.A. Harriman Campus
Albany, NY 12227

---

Undeliverable Address:
Amur Equipment Finance, Inc.

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Amur Equipment Finance, Inc.
304 W. 3rd Street
Grand Island, NE 68801
Attn: Ariella Alvarado

---

Undeliverable Address:
Capital Domain 1

Role type/cr id: 10527564
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

CapitalDomain LLC
749 Gateway, Ste G-601
Abilene, TX 79602
Attn: Jordan Morrison

---

Undeliverable Address:
Capital Domain 2

Role type/cr id: 10527565
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

CapitalDomain LLC
749 Gateway, Ste G-601
Abilene, TX 79602
Attn: Jordan Morrison

---

Undeliverable Address:
ColalentCareers, Inc. c/o Relin Goldstein & Crane,

Role type/cr id: 10538881
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Relin Goldstein & Crane, LLP
28 E. Main St., Ste. 1800
Rochester, NY 14614

---

Undeliverable Address:
CovalentCareers, Inc. c/o Relin, Goldstein & Crane

3

Role type/cr id: 10538880
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Undeliverable Address:
LendBug

Beaulieu Law Firm, P.C.
11 Broadway, Ste. 615
New York, NY 10004
Attn: Maxime H. Beaulieu, Esq.

Role type/cr id: 10527566
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Undeliverable Address:
Patricia C. Delaney, Esq.
Attorney for Davis Professional Park LLC

Davis Professional Park LLC
222 Middle Country Road, Suite 300
Smithtown, NY 11787
Attn: Patricia C. Delaney, Esq.

Role type/cr id: 10554562
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Undeliverable Address:
Quick Funding

Quick Funding Group
99 West Hawthorne Ave.
Valley Stream, NY 11580
Attn: Mark Kern, President

Role type/cr id: 10527567
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Undeliverable Address:
Speedy

Speedy Funding
243 Tresser Blvd., Ste. 18
Stamford, CT 06901
Attn: Mordechai Yitzchakoy

Role type/cr id: 10527568
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

4

Undeliverable Address:
VEX Capital

Role type/cr id: 10527569
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Vex Capital
700 Canal St., 1st Fl.
Stamford, CT 06902
Attn: Chanan Fuzailov

_____        ___1/22/26_____
Signature of Debtor or Debtor's Attorney                Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**