DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtors and Debtors*
*in Possession*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet, Esq.
James B. Glucksman, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 Case |
| SOUND VISION CARE, INC, *et. al.*, | Case No.: 25-72421 (LAS) |
| Debtors.[1] | (Jointly Administered) |

---------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE,** that the Hearing on Motion to Assume Fresh Meadows lease

[ECF No. 266] (the "Fresh Meadows Motion") in the above captioned case has been adjourned on

consent from January 29, 2026, at 10:00 a.m**.** to **February 12, 2022, at 10:00 a.m.** before the

Honorable Louis A. Scarcella, United States Bankruptcy Judge, at the United States Bankruptcy

Court, 290 Federal Plaza, courtroom 970, Central Islip, New York 11722.

Dated: White Plains, New York
        January 28, 2026

DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtors and Debtors*
*in Possession*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400

By: */s/ Robert L. Rattet*
        Robert L. Rattet

---

[1]    The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision
Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of
Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996),
and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue,
Riverhead, NY 11901.