# Buchanan

| | |
|---|---|
| **Christopher P. Schueller**<br>412 562 8432<br>christopher.schueller@bipc.com | Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA  15219-4413<br>T 412 562 8800<br>F 412 562 1041 |

January 30, 2026

**VIA ELECTRONIC MAIL AND ECF**

Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:  **Sound Vision Care, Inc.,** *et al* **Case No. 25-72421-LAS**

Honorable Judge Scarcella:

     Our firm represents creditor Bank of America, N.A. in the above-referenced case. I am writing to you to respectfully request permission to appear telephonically at the hearing in the subject matter on Thursday, February 12, 2026 at 10:00 a.m.  I am in Pittsburgh Pennsylvania and I am unable to appear in person.

     Respectfully,

     BUCHANAN INGERSOLL & ROONEY PC


     By: */s/ Christopher P. Schueller*
           Christopher P. Schueller

cc:   James B. Glucksman (jbg@dhclegal.com)
      Robert L. Rattet (rlr@dhclegal.com)
      United States Trustee (USTPRegion02.LI.ECF@usdoj.gov)
      William J. Brimingham (william.birmingham@usdoj.gov)
      Parties-in-Interest via ECF Notification