UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In re:                                                                    Chapter 11 Case

SOUND VISION CARE, INC., *et al.*,                    Case No.: 25-72421 (LAS)

        Debtors.[1]                                              (Jointly Administered)

_____/


### STIPULATION AND ORDER AUTHORIZING ASSUMPTION OF NONRESIDENTIAL REAL PROPERTY LEASE PURSUANT TO 11 U.S.C. §365


This stipulation (the "Stipulation") is made by and between the Debtor SVC of Coram LLC ("Coram" or the "Debtor"), one of above-captioned debtors and debtors-in-possession (the "Debtors") and North Ocean Properties Inc. (the "Landlord", and collectively, the "Parties") concerning a non-residential real property lease, as follows,

**WHEREAS,** on or about March 22, 2022, the Landlord and the Debtor entered into a non-residential real property lease dated March 22, 2022 and commencing May 1, 2022 for the premises known as 1721 North Ocean Avenue, Suite A, Medford, New York (the "Premises") expiring April 30, 2027 (the "Lease"); and

**WHEREAS**, on June 23, 2025 (the "Petition Date") the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code and have continued to operate and manage its business as a debtor-in-possession under §§ 1107 and 1108 of the Bankruptcy Code; and

---

[1]    The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead, LLC (9996), (v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (4333), (vii) SVC of Manhasset, LLC (7234), and (viii) SVC of Murray Hill, LLC (8674). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY.

**WHEREAS**, on October 7, 2025, Coram filed a motion, seeking to extend the time to assume or reject the Lease through and including January 19, 2026, without prejudice to Coram's right to seek additional extensions thereof [ECF No. 124];

**WHEREAS**, by order dated October 28, 2025 [ECF No. 169], Coram's deadline to assume or reject the Lease was extended through and including January 19, 2026; and

**WHEREAS**, Debtor/Coram desires to assume the Lease pursuant to 11 U.S.C. §365(a) and the Debtors have no Pre-Petition Rent Arrears;

**WHEREAS**, on January 9, 2026, the Debtors filed a notice of proposed Stipulation by and between Coram and the Landlord to assume the Lease [ECF No. 236];

**WHEREAS**, on January 12, 2026, the Debtors filed a motion to assume the Lease pursuant to 11 U.S.C. §365(a) (the "Motion") [ECF No. 238];

**WHEREAS**, on January 16, 2026, the Court entered a bridge order, extending Debtors' time to assume or reject the Lease through and including the date of the hearing on January 29, 2026 (the "Hearing") [ECF No. 249];

**WHEREAS**, on January 29, 2026, the Court held the Hearing to consider the relief requested in the Motion; and after due deliberation and sufficient cause appearing,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the Debtor and the Landlord as follows:

1.    The Debtor hereby assumes the Lease pursuant to Section 365(a) of the Bankruptcy Code.

2.    The Debtors shall continue to pay rent as required under the Lease.

3.    The Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, or enforcement of this Order.

**DAVIDOFF HUTCHER & CITRON LLP**  Date: January 8, 2026
*Counsel to the Debtors*

/s/ James B. Glucksman

By:_____

    Robert L. Rattet
    James B. Glucksman
    605 Third Avenue, New York, NY 10158
    (212) 557-7200

**NORTH OCEAN PROPERTIES INC.**  Date: January 8, 2026
1721-D N Ocean Ave
Medford NY 11763
(631) 207-5730

    /s/ Jeffrey Rimland

By:_____
    Jeffrey Rimland, Authorized Signatory

**SO ORDERED.**

Dated: January 30, 2026
    Central Islip, New York



          Louis A. Scarcella
      United States Bankruptcy Judge