UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case |
| SOUND VISION CARE, INC, *et. al*., | Case No.: 25-72421 (LAS) |
| Debtors.[1] | (Jointly Administered) |

## STIPULATION AND AGREED ORDER SETTLING CLAIMS OF HALLOCK ROAD LLC AGAINST THE DEBTORS AND GUARANTOR JEFFREY WILLIAMS

### RECITALS

1. On June 23, 2025, (the "Petition Date") each of the above captioned debtors and debtors in possession (collectively, the "Debtors") filed a voluntary petition for reorganization under Chapter 11 of title 11 of the United States Code, as amended commencing these cases (the "Chapter 11 Cases").

2. The Debtors continue to operate and maintain their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No party has requested the appointment of a trustee or examiner in this case, and no statutory committee has been appointed.

3. Hallock Road LLC ("Hallock Road" or "Claimant") is a party with SVC of East Setauket, LLC (the "East Setauket Debtor"), one of the Debtors, to a lease (the "Lease") for real property in East Setauket, New York, whereby East Setauket Debtor operated a retail location (the

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

"Location"). The Lease was personally guaranteed (the "Guaranty") by Dr. Jeffrey Williams, the president of the Debtor (the "Guarantor").

4.       The Lease terminated by its terms on December 31, 2025.  As set forth in the Claim, the Debtors owe approximately $51,927.34 under the Lease (the "East Setauket Obligations").

5.       The Claimant is likely to assert claims against the Guarantor for the East Setauket Obligations.

6.       The Debtors and Guarantor, on the one hand, and Claimant on the other (the Debtors, Claimant, and the Guarantor, collectively, the "Parties") wish to avoid the cost, risk, and expense of further litigation on the Claim and related claims between and among the Parties (collectively, the "Claims"), and/or in connection with the plan process in the Chapter 11 Cases, and after arms' length negotiations, the Parties have reached a settlement resolving the Claims on the terms set forth below (this "Stipulation").

Upon consideration of the recitals and the Stipulation reached between the Debtors and Claimant, and good cause appearing for the resolution of the Claim, and the Court being otherwise fully advised, it is:

**ORDERED**, as follows:

1.       The Claim shall be allowed, as filed, in the Chapter 11 Cases as an unsecured claim in the amount of $51,972.34, and Claimant shall be entitled to a distribution under the Debtors' Chapter 11 plan (the "Plan") as an unsecured creditor. Any other claim of Claimant, except the Claim, shall be disallowed.

2.       In consideration of the allowance of the Claim and the payment to Claimant under the Plan as set forth herein, Claimant and its shareholders, partners, members, officers, directors, agents, heirs, executors, administrators, successors, assigns, affiliates, employees, and affiliated

entities, and each of their respective shareholders, partners, members, officers, directors, agents, heirs, executors, administrators, successors, assigns, affiliates, employees, and affiliated entities (collectively, the "Hallock Releasing Parties"), shall be deemed to hereby irrevocably, fully, finally, and forever release, remise, extinguish, absolve, acquit, and discharge the Debtors, their estates, and the Guarantor and their respective shareholders, partners, members, officers, directors, agents, heirs, executors, administrators, successors, assigns, affiliates, employees, and affiliated entities, and each of their respective shareholders, partners, members, officers, directors, agents, heirs, executors, administrators, successors, assigns, affiliates, employees, and affiliated entities, of and from any and all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damage, consequential damages, compensatory damages, punitive damages, judgments, extents, executions, claims, counterclaims, and demands related to any transactions between the Debtors, Guarantor and the Claimant, known or unknown, foreseen or unforeseen, in law or equity, from the beginning of the world to the date of this release, including any claims the Hallock Releasing Parties may have had or claim to have had, or now have or claim to have, or could have asserted against the Debtors, their estates, or the Guarantor.

3.      In consideration of the terms and conditions of this Stipulation, upon execution of this Stipulation, the Debtors, their estates, and the Guarantor and each of their respective shareholders, partners, members, officers, directors, agents, heirs, executors, administrators, successors, assigns, affiliates, employees, and affiliated entities, and each of their respective shareholders, partners, members, officers, directors, agents, heirs, executors, administrators, successors, assigns, affiliates, employees, and affiliated entities, hereby irrevocably, fully, finally, and forever release, remise, extinguish, absolve, acquit, and discharge the Claimant and its

shareholders, partners, members, officers, directors, agents, heirs, executors, administrators, successors, assigns, affiliates, employees, and affiliated entities, and each of their respective shareholders, partners, members, officers, directors, agents, heirs, executors, administrators, successors, assigns, affiliates, employees, and affiliated entities, of and from any and all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damage, consequential damages, compensatory damages, punitive damages, judgments, extents, executions, claims, counterclaims, and demands whatsoever, known or unknown, foreseen or unforeseen, in law or equity, from the beginning of the world to the to the date of this release, including any claims the Debtors, their estates, and/or the Guarantor may have had or claim to have had, or now have or claim to have, or hereafter may have or claim to have, or could have asserted against Claimant.

4.      Notwithstanding the release set forth herein, to the extent that the Debtors do not make all payments to Claimant under the Plan as required, or otherwise violate the terms of this Order, the Guaranty and Guarantor will not be released, and Claimant will retain whatever rights to enforce the Guaranty against the Guarantor.

5.      This Stipulation is subject to approval by the Bankruptcy Court pursuant to Bankruptcy Rule 9019.

6.      The Court shall retain jurisdiction of this matter to enforce this Order.

**STIPULATED AND AGREED TO**:

Dated:  New York, New York
         December 29, 2025

                                             **SVC OF EAST SETAUKET LLC**

                                             By: */s/ Jeffrey Williams* _____
                                             Dr. Jeffrey Williams, President

                                             **GUARANTOR**

                                             By: */s/ Jeffrey Williams* _____
                                             Dr. Jeffrey Williams, Guarantor

 Dated: December 29, 2025

                                             **DAVIDOFF HUTCHER & CITRON LLP**
                                             605 Third Avenue
                                             New York, New York 10158
                                             Telephone: (212) 557-7200
                                             Email:  rlr@dhclegal.com
                                                            jdm@dhclegal.com

                                             *Counsel for the Debtors*

Dated: December 29, 2025

                                             **HALLOCK ROAD LLC**

                                             By:*/s/Richard Kolsch* _____
                                               Richard Kolsch