PENACHIO MALARA LLP
Counsel to Jeffrey Slaney Williams Jr.
245 Main Street, Suite 450
White Plains, NY  10601
(914) 946-2889

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
In re

SOUND VISION CARE, INC. *et al*,

                                        Debtors.

|  |  |
|---|---|
|  | Chapter 11 |
|  | Case No.: 8-25-72421-las |
|  | (Jointly Administered) |

---------------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## <u>DEMAND FOR SERVICE OF</u>
## <u>PAPERS</u>

**PLEASE TAKE NOTICE,** that the undersigned hereby appears on behalf of Jeffrey Slaney Williams Jr., interested party in the above-referenced debtors' cases and demands, pursuant to Rules 2002, 4006, 9007, 9010, 9013, and 9022 of the Federal Rules of Bankruptcy Procedure and section 342 of Title 11 of the United States Code (the "Bankruptcy Code"), and any other rules or sections of the Bankruptcy Code and Local Bankruptcy Rules  as may be applicable in this case governing notice, that all notices be given or requested to be given in this case and all papers and pleadings including plans and disclosure statements (whether formal or informal) served or required to be served in this case be given to and served upon me as follows:

> Anne Penachio, Esq.
> Penachio Malara,  LLP
> 245 Main Street
> Suite 450
>
> White Plains, NY 10601
> anne@pmlawllp.com

Dated:  White Plains, New York
        February 5, 2026

                                        **PENACHIO MALARA LLP**
                                        /s/ Anne Penachio
                                        Anne Penachio, Esq.
                                        Attorney for Jeffrey Slaney Williams Jr.
                                        245 Main Street, Suite 450
                                        White Plains, NY 10601
                                        (914) 946-2889