**Hearing Date and Time: February 12, 2026 at 10:00 a.m.**

Michael Kwiatkowski, Esq.
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, New York 11530
T: (516) 873-2000
mkwiatkowski@moritthock.com

*Attorneys for U.S. Eagle Federal Credit Union*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

In re:                                                              Chapter 11

    Sound Vision Care, Inc., *et al*.[1]                 Case No. 25-72421 (LAS)
                                         (Jointly Administered)

                                  Debtors.
-------------------------------------------------------------------------X

### STATEMENT AND RESERVATION OF RIGHTS OF
### U.S. EAGLE FEDERAL CREDIT UNION CONCERNING
### DEBTORS' MOTIONS TO USE CASH COLLATERAL

U.S. Eagle Federal Credit Union ("**U.S. Eagle**"), prepetition lender and secured creditor of

the Debtors, respectfully submits this statement and reservation of rights concerning (i) *Motion*

*Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 and Rules 4001(b), 4001(d) and 9014 of the*

*Federal Rules of Bankruptcy Procedure for Interim and Final Order (A) Authorizing Debtor's Use*

*of Cash Collateral and Providing Adequate Protection, and (B) Approving Proposed Interim*

*Order Authorizing Use of Cash Collateral* dated June 26, 2025 [ECF No. 7], and (ii) *Motion*

*Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 and Rules 4001(b), 4001(d) and 9014 of the*

*Federal Rules of Bankruptcy Procedure for Interim and Final Order (A) Authorizing Debtor's Use*

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead, LLC (9996), (v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (4333), (vii) SVC of Manhasset, LLC (7234), and (viii) SVC Murray Hill, LLC (8674) (collectively, the "**Debtors**"). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

*of Cash Collateral and Providing Adequate Protection, and (B) Approving Proposed Interim Order Authorizing Use of Cash Collateral* dated December 22, 2025 and filed in *In re SVC of Murray Hill LLC* (Bankr. E.D.N.Y. Case No. 25-74829 (LAS)) [ECF No. 10] (together, the "**Motions**"), and sets forth and respectfully represents as follows:

1.      U.S. Eagle is a prepetition lender and secured creditor of each of the Debtors and holds liens against substantially all of the Debtors' personal property, including, but not limited to, Debtors' cash collateral.

2.      In connection with the Motions, on February 2, 2026, this Court entered (i) *Sixth Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* [ECF No. 274] ("**Sixth Interim Cash Collateral Order**"),[2] and (ii) *Interim Order Authorizing Use of Cash Collateral by Debtor Pursuant to 11 U.S.C. Section 363* in connection with *In re SVC of Murray Hill LLC* (Bankr. E.D.N.Y. Case No. 25-74829 (LAS)) [ECF No. 23] ("**SVC Murray Hill Interim Cash Collateral Order**" and together with Sixth Interim Cash Collateral Order, the "**Interim Cash Collateral Orders**"). As set forth in the Interim Cash Collateral Orders, the Court granted further authorization for Debtors' use of cash collateral through February 18, 2026 at 5:00 p.m. In return for the authorization to use cash collateral, the Debtors are required, among other things, to make a monthly adequate protection payment to U.S. Eagle in the amount of $45,457.76 on the first day of each month. Sixth Interim Cash Collateral Order, ¶ 2(a). The Debtors made the most recent monthly adequate protection payment to U.S. Eagle on or about February 3, 2026.

---

[2] Previously, the Court entered the following related Orders: (i) *Interim Order Authorizing Use of Cash Collateral by Debtor Pursuant to 11 U.S.C. Section 363* entered July 24, 2025 [ECF No. 63]; *Second Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* entered August 27, 2025 [ECF No. 99]; *Third Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* entered October 21, 2025 [ECF No. 154]; *Fourth Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* entered November 26, 2025 [ECF No. 202]; and *Fifth Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* entered December 22, 2025 [ECF No. 224].

3.      U.S. Eagle expects that between now and the hearing on February 12, 2026, the parties may be able to reach a further interim agreement on Debtors' continued use of cash collateral. However, until the parties reach such consensual agreement, U.S. Eagle reserves the right to raise objections to the Motions and the Debtors' continued use of U.S. Eagle's cash collateral at the time of the February 12, 2026 hearing.

Dated:  Garden City, New York
         February 5, 2026

MORITT HOCK & HAMROFF LLP


By:       */s/ Michael Kwiatkowski*
        Michael Kwiatkowski
400 Garden City Plaza
Garden City, NY  11530
T: (516) 873-2000
mkwiatkowski@moritthock.com

*Attorneys for US Eagle Federal Credit Union*

4195369

3