

RICHARD J. McCORD
PARTNER
DIRECT DIAL 516.296.7801
rmccord@certilmanbalin.com

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

February 6, 2026

**VIA ECF**

Honorable Louis A. Scarcella
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

> **Re:**  ***Sound Vision Care, Inc., et al.***
> **Case No. 25-72421-las**

Honorable Judge Scarcella:

Our firm represents Flushing Bank in the above referenced case. I am writing you to respectfully request permission to appear telephonically at the hearing in the subject matter on Thursday, February 12, 2026 at 10:00 a.m.

Thank you for your courtesies in this matter.

Respectfully,

/s/Richard J. McCord
RICHARD J. MCCORD

RJM:ccf

cc:   James B. Glucksman, Esq. (via-email)
      Robert L. Rattet, Esq. (via e-mail)
      United States Trustee (via e-mail)
      William J. Birmingham, Esq. (via e-mail)
      Parties-in- Interest via ECF Notification