

One Grand Central Place
60 E 42nd St., 16th Fl.
New York, N.Y. 10165
Tel: 212.867.4466 x497
Fax: 212.297.1859
www.bbgllp.com
jsolomon@bbgllp.com

February 6, 2026

**Via ECF**

Honorable Louis A. Scarcella
United States Bankruptcy Judge
United States Bankruptcy Court for EDNY
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

RE: Sound Vision Care, Inc., et. al.
Case No. 25-72421-las

Dear Hon. Judge Scarcella:

I am counsel for Mastic Associates of New York LLC ("Mastic"), a creditor and the owner/landlord of property at 458 Third Avenue, New York, NY, currently occupied by Debtor SVC of Murray Hill, LLC. I write to request permission to appear at the hearing scheduled on Thursday, February 12, 2026, at 10:00 a.m., via Zoom, or in the alternative telephonically, if Zoom is not available, for Mastic's motion for relief from the automatic stay – matter no. 14 on the February 12, 2026 calendar.

Thank you very much for this anticipated courtesy.

Respectfully submitted,

Jay B. Solomon

cc:    All Parties (via ECF)

/3826.0609/6833738.1