UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____/

In re:                                                                    Chapter 11 Case

SOUND VISION CARE, INC., *et al.*,                      Case No.: 25-72421 (LAS)

                                        Debtors.[1]           (Jointly Administered)

_____/

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF
## INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Second Interim Application of Davidoff Hutcher & Citron, LLP,

counsel for the above-captioned debtors and debtors in possession (the "Debtors"), for Allowance of

Interim Compensation and Reimbursement of Expenses (the "Application") [ECF No. 211] for

professional services rendered and expenses incurred during the period commencing July 16, 2025

through November 30, 2025; and a hearing having been held before this Court to consider the

Application on January 29, 2026 (the "Hearing"); and notice have been given pursuant to Federal

Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to

any responses thereto; and sufficient cause having been shown therefor, it is hereby

---

[1]   The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), (vii) SVC of Southold, LLC (4232), and (viii) SVC of Murray Hill, LLC (8674). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

**ORDERED**, that the Application is granted to the extent set forth in the attached **Schedule A**.



Dated: February 9, 2026
    Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge

**Case No: 25-72421 (LAS)**
**Case Name: Sound Vision**
**Care, Inc., et al.**

**CURRENT INTERIM FEE PERIOD**
**(7/16/2025-11/30/2025)**

<u>**Schedule A**</u>

| (1) Applicant | (2) Date/ Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Davidoff Hutcher & Citron LLP | 12/15/2025 Doc. 211 | $402,552.50 | $100,000.00 | $100,00.00 | N/A | $100,000.00 | $26,118.61 | $26,118.61 |