UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____/

In re:                                                    Chapter 11 Case

SOUND VISION CARE, INC., *et al.*,                        Case No.: 25-72421 (LAS)

      Debtors.[1]                                   (Jointly Administered)

_____/

### ORDER GRANTING APPLICATION FOR ALLOWANCE OF
### INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Second Interim Application of CBIZ Forensic Consulting Group, LLC, financial advisors for the above-captioned debtors and debtors in possession (the "Debtors"), for Allowance of Interim Compensation and Reimbursement of Expenses (the "Application") [ECF No. 212] for professional services rendered and expenses incurred during the period commencing July 16, 2025 through November 30, 2025; and a hearing having been held before this Court to consider the Application on January 29, 2026 (the "Hearing"); and notice have been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), (vii) SVC of Southold, LLC (4232), and (viii) SVC of Murray Hill, LLC (8674). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

**ORDERED**, that the Application is granted to the extent set forth in the attached **Schedule A**.

Dated: February 9, 2026
Central Islip, New York



Louis A. Scarcella
United States Bankruptcy Judge

**Case No: 25-72421 (LAS)**　　　　**INTERIM FEE PERIOD**　　　　<u>**Schedule A**</u>
**Case Name: Sound Vision**　　　　**(7/16/2025-11/30/2025)**
**Care, Inc., et al.**

| (1)<br>Applicant | (2)<br>Date/<br>Document<br>Number of<br>Application | (3)<br>Interim<br>Fees<br>Requested<br>on<br>Application | (4)<br>Fees<br>Allowed | (5)<br>Fees to be<br>Paid for<br>Current<br>Fee Period | (6)<br>Fees to be<br>Paid for<br>Prior Fee<br>Period(s)<br>(if any)<br>(i.e.,<br>Holdback<br>Release) | (7)<br>Total Fees<br>to be Paid | (8)<br>Interim<br>Expenses<br>Requested | (9)<br>Expenses<br>to be Paid<br>for<br>Current<br>Fee<br>Period |
|---|---|---|---|---|---|---|---|---|
| CBIZ Forensic Consulting Group, LLC | 12/15/2025 Doc. 212 | $391,352.25 | $100,000.00 | $100,000.00 | N/A | $100,000.00 | $0.00 | $0.00 |