

**Michael Kwiatkowski**
Counsel
Direct Tel.: (516) 880-7207
mkwiatkowski@moritthock.com

February 10, 2026

**Via ECF and Email (diane_corsini@nyeb.uscourts.gov)**

Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

   Re: *In re Sound Vision Care, Inc. et al.* (Bankr. E.D.N.Y. Case No. 25-72421 (LAS))

Dear Judge Scarcella:

   We represent creditor U.S. Eagle Federal Credit Union ("**U.S. Eagle**") in this chapter 11 case. I am writing to respectfully request permission to appear virtually via Zoom at the hearing scheduled for **Thursday, February 12, 2026 at 10:00 a.m**.

   There are four matters currently scheduled for this hearing – (i) case management conference; (ii) motions for continued use of cash collateral by the Debtors, including separate motion by debtor SVC of Murray Hill LLC ("**Cash Collateral Motions**"); (iii) motion for relief from automatic stay by Mastic Associates of New York LLC [ECF No. 263]; and (iv) motion to assume unexpired lease of nonresidential real property by debtor SVC of Fresh Meadows LLC [ECF No. 239]. On February 5, 2026, we filed a statement and reservation of rights in connection with the Cash Collateral Motions [ECF No. 280].

   The undersigned counsel expects that he and counsel for the Debtors will be able to agree on the terms of proposed interim cash collateral order in connection with the Cash Collateral Motions prior to the February 12, 2025 hearing. Undersigned counsel does not expect to need to be heard on the other motions scheduled for the hearing but nonetheless would like to attend the hearing, particularly in light of the fact that the hearing includes a case management conference.

---



Hon. Louis A. Scarcella
February 10, 2026
Page 2

Accordingly, to the extent we are able to agree on the terms of proposed interim cash collateral order in connection with the Cash Collateral Motions, the undersigned counsel respectfully requests permission to appear virtually at the February 12, 2026 hearing. If the parties cannot resolve agree on the term of proposed order, the undersigned counsel will appear at the February 12, 2026 hearing in person.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Michael Kwiatkowski*
Michael Kwiatkowski

cc:    Robert L. Rattet, Esq. (via rlr@dhclegal.com)
       Parties-in-Interest (via ECF notification)