# Ballard Spahr
#### LLP

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
TEL 302.252.4465
FAX 302.252.4466
www.ballardspahr.com

Erin L. Williamson
Tel: 302.252.4463
Fax: 302.252.4466
WilliamsonE@ballardspahr.com

February 11, 2026

**VIA ECF**

Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

**Re:     Sound Vision Care, Inc. et al Case No. 25-72421-LAS**

Honorable Judge Scarcella:

Our firm represents Street Retail, LLC, a landlord to the Debtors in the above-referenced case.  I am based in Wilmington, Delaware and am unable to attend the hearing in person.  Therefore, I am writing to respectfully request permission to appear telephonically at the hearing before Your Honor on Thursday, February 12, 2026, at 10:00 a.m. (ET).

Respectfully submitted,

Erin L. Williamson

Erin L. Williamson