**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: SOUND VISION CARE, INC. *et al.,*<br><br>     Debtor(s). | Bankruptcy Case No.: 25-72421-LAS<br>(Jointly Administered)<br><br>(Chapter 11) |
| SOUND VISION CARE, INC.,<br>            Plaintiff,<br><br>            **v.**<br>KAPITUS LLC, KAPITUS SERVICING INC., AS AUTHORIZED SUB-SERVICING AGENT OF KAPITUS LLC, ADVANCE SERVICE GROUP, LLC D/B/A INADVANCE WORKING CAPITAL, CAPITALDOMAIN LLC D/B/A CAPITAL DOMAIN, PANTHERS CAPITAL LLC D/B/A PANTHERS CAPITAL, ATLAS ACQUISITIONS LLC ON BEHALF OF SPEEDY CAPITAL, VEX CAPITAL, QUICK FUNDING GROUP, WHITE ROAD CAPITAL, LLC D/B/A GFE HOLDINGS, EBF HOLDINGS DBA EVEREST BUSINESS FUNDING, CFG MERCHANT SOLUTIONS, LLC, MERGED FUNDING GROUP CORP. a/k/a MERGED FUNDING, LENDBUG LLC, PURE ADVANCE, SQUARE FUNDING LLC d/b/a SQUARE ADVANCE, PARKVIEW ADVANCE, U.S. EAGLE FEDERAL CREDIT UNION, BANK OF AMERICA, N.A., FLUSHING BANK, and U.S. SMALL BUSINESS ADMINISTRATION,<br><br>            Defendants. | Adversary Proceeding No. 25-08112-LAS<br><br>Related Doc. Nos.:  1 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel for LendBug LLC, as a creditor and defendant, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this Chapter 11 Case and the above-captioned adversary proceeding be given or served, as the case may be, to or upon the undersigned at the address, email address and telephone and facsimile numbers set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex, email or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of Papers, nor any later appearance, pleading, claim or suit, shall constitute an election of remedies or waiver of (i) the right to have  final orders in non-core matters entered only after de novo review by a District Judge; (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding relating to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date:  February 11, 2026

MAZURKRAEMER BUSINESS LAW GROUP

/s/ Salene Mazur Kraemer
Salene Mazur Kraemer
(NY Bar Id.  5228580)
447 Broadway 2nd Floor
New York City, New York 10013
Tel: (412) 427-7075
Fax: (412) 202-0056
salene@mazurkraemer.com


Mailing Address:
314 Old Farm Road
Pittsburgh, PA 15228

Substituted Attorneys to LendBug LLC

3