DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtors and Debtors*
*in Possession*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet, Esq.
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:                                                          Chapter 11 Case

SOUND VISION CARE, INC, *et. al.*,                  Case No.: 25-72421 (LAS)

    Debtors.[1]                                        (Jointly Administered)

----------------------------------------------------------------x

## **NOTICE OF ADJOURNMENT OF HEARING**

**PLEASE TAKE NOTICE,** that all matters on the calendar for February 12, 2026 have

been adjourned on consent from February 12, 2026, at 10:00 a.m**. to March 5,  2026, at 10:00 a.m.**

before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, at the United States

Bankruptcy Court, 290 Federal Plaza, courtroom 970, Central Islip, New York 11722.

Dated: White Plains, New York
       February 11, 2026

          DAVIDOFF HUTCHER & CITRON LLP
          *Attorneys for the Debtors and Debtors*
          *in Possession*
          120 Bloomingdale Road, Suite 100
          White Plains, New York 10605
          (914) 381-7400

          By: */s/ Robert L. Rattet*
              Robert L. Rattet

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.