**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
290 Federal Plaza
Central Islip N Y 11722

---

IN RE:                                                              Case No. 8-25-72421-las

                                                                   Chapter  11

        Sound Vision Care, Inc.



                        Debtor

---

## REQUEST TO PLACE A RESTRICTION ON A FILED DOCUMENT(s) and/or CLAIM(s)

The  Clerks Office _____ requests that the Court determine if access to Document(s) _____ No. 314 _____
filed in CM/ECF should be restricted.


The document or claim contains:

[✓] Personal identifiers as set forth in Bankruptcy Rule 9037
   - Social Security Number
   - Taxpayer Identification Number
   - Birth Date
   - The name of an individual, other than the debtor, known to be and identified as a minor
   - Financial Account Number

[ ] Trade Secrets

[ ] Confidential Research, Development or Commercial Information

[ ] Scandalous or Defamatory Matter

[ ] Other: _____


**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

[✓] The Clerk's Office is directed to restrict access to the document.

[✓] The filer is ordered to re-file the document together with all attachments, **redacted** as required by Bankruptcy
    Rule 9037, on or before March 2, 2026 _____.

[ ] The Clerk's Office is directed not to restrict access to the document for the following reason(s):

    _____

    _____


**Dated: February 23, 2026**
   **Central Islip, New York**



_Louis A. Scarcella_
**Louis A. Scarcella**
**United States Bankruptcy Judge**