**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
290 Federal Plaza
Central Islip N Y 11722

IN RE:  Sound Vision Care, Inc., et al.

Case No. 25-72421-las

Chapter 11

Debtor

## REQUEST TO PLACE A RESTRICTION ON A FILED DOCUMENT(s) and/or CLAIM(s)

The Clerks Office _____ requests that the Court determine if access to Document(s) _____ No. 298 _____
filed in CM/ECF should be restricted.

The document or claim contains:

[✓] Personal identifiers as set forth in Bankruptcy Rule 9037
  - Social Security Number
  - Taxpayer Identification Number
  - Birth Date
  - The name of an individual, other than the debtor, known to be and identified as a minor
  - Financial Account Number

[ ] Trade Secrets

[ ] Confidential Research, Development or Commercial Information

[ ] Scandalous or Defamatory Matter

[ ] Other: _____

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

[✓] The Clerk's Office is directed to restrict access to the document.

[ ] The filer is ordered to re-file the document together with all attachments, **redacted** as required by Bankruptcy
Rule 9037, on or before_____.

[ ] The Clerk's Office is directed not to restrict access to the document for the following reason(s):

_____

_____

**Dated: February 23, 2026**
**Central Islip, New York**



Louis A. Scarcella
**Louis A. Scarcella**
**United States Bankruptcy Judge**