**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
290 Federal Plaza
Central Islip N Y 11722

IN RE:                                                                     Case No.25-72421-las

                                                                          Chapter  11

         Sound Vision Care, Inc., et al.

                                      Debtor

## REQUEST TO PLACE A RESTRICTION ON A FILED DOCUMENT(s) and/or CLAIM(s)

The  Clerks Office _____ requests that the Court determine if access to Document(s) _____ No.305-309 _____
filed in CM/ECF should be restricted.

The document or claim contains:

☑ Personal identifiers as set forth in Bankruptcy Rule 9037
   - Social Security Number
   - Taxpayer Identification Number
   - Birth Date
   - The name of an individual, other than the debtor, known to be and identified as a minor
   - Financial Account Number

☐ Trade Secrets

☐ Confidential Research, Development or Commercial Information

☐ Scandalous or Defamatory Matter

☐ Other: _____

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

☑ The Clerk's Office is directed to restrict access to the document.

☑ The filer is ordered to re-file the document together with all attachments, **redacted** as required by Bankruptcy Rule 9037, on or before March 2, 2026 _____.

☐ The Clerk's Office is directed not to restrict access to the document for the following reason(s):

   _____

   _____

**Dated: February 23, 2026**
**Central Islip, New York**



Louis A. Scarcella
**Louis A. Scarcella**
**United States Bankruptcy Judge**