UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case |
| SOUND VISION CARE, INC, *et. al*., | Case No.: 25-72421 (LAS) |
| Debtors.[1] | (Jointly Administered) |

**STIPULATION AND ORDER EXTENDING DEBTOR'S TIME TO ASSUME OR REJECT UNEXPIRED COMMERCIAL LEASE TO PREMISES LOCATED AT 61-38 190TH STREET, FRESH MEADOWS, NEW YORK 11365, UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

**IT IS STIPULATED AND ORDERED AS FOLLOWS:**

1)  The Debtors' time in which to assume or reject the Debtors' lease (the "Lease") to Premises 61-38 190th Street, Fresh Meadows, New York (the "Premises") with Landlord Street Retail, LLC (the "Landlord") is hereby further extended by consent of the Landlord through and including March 19, 2026, without prejudice to the Debtors' rights to seek a further extension of same upon consent of the Landlord to the Lease or by way of adjournment upon consent of the Landlord of the hearing on the contemplated Motion to Assume the Lease (the "Motion"); and

---

[1]  The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead, LLC (9996), (v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (4333), (x) SVC of Manhasset, LLC (7234). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY.

2) This Stipulation and Order is without prejudice to the Landlord seeking an order terminating or shortening the Debtors' time to assume or reject the Lease, or its right to object to any assumption or rejection of the Lease on any grounds.

**DAVIDOFF HUTCHER & CITRON LLP**                    Date: February 25, 2026
*Counsel to the Debtors*

       /s/ James B. Glucksman

By:_____
       Robert L. Rattet
       James B. Glucksman
       605 Third Avenue, New York, NY 10158
       (212) 557-7200

**BALLARD SPAHR LLP**                    Date: February 25, 2026
*Counsel to Street Retail, LLC*

**/s/** Leslie C. Heilman, Esq.

By:       _____
       Leslie C. Heilman, Esq.
       Laurel D. Roglen, Esq.
       Margaret A. Vesper, Esq.
       Erin L. Williamson, Esq.
       919 N. Market St, 11th Floor
       Wilmington, DE 19801  Telephone:
       (302) 252-4465  Facsimile: (302)
       252-4466
       E-mail: heilmanl@ballardspahr.com
       roglenl@ballardspahr.com
       vesperm@ballardspahr.com
       williamsone@ballardspahr.com