DAVIDOFF HUTCHER & CITRON, LLP
*Attorneys for the Debtors*
120 Bloomingdale Road
White Plains, New York 10605
(212) 557-7200
Robert L. Rattet, Esq.
James B. Glucksman, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                        :    Chapter 11
                                                              Case No. 25-72421 (LAS)
SOUND VISION CARE, INC, *et. al*.,              :

                                                  Debtors. [1]  :
------------------------------------------------------------x

### DECLARATION OF SERVICE – LEAD BANK (Motion to Compel)

JAMES B. GLUCKSMAN, an attorney duly admitted to practice in the Courts of the

State of New York, the U.S. District Courts for the Southern, and Eastern Districts of New York,

under penalty of perjury pursuant to 28 U.S.C. Section 1946 as follows:

On February 25, 2026 I served the Motion to Compel Compliance with 2004 Subpoena
(ECF Docket No. 337), by Overnight Courier, on Jeffrey Spector, General Counsel, Lead Bank,
1801 Main St, Kansas City, MO 64108.

Federal Express service confirmed, Tracking ID, 889046494562

.Dated: February 26, 2026

                              */s/ James B. Glucksman*
                              James B. Glucksman, Esq.

---

[1]    The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care,
       Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows,
       LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold,
       LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.