DAVIDOFF HUTCHER & CITRON, LLP
*Attorneys for the Debtors*
120 Bloomingdale Road
White Plains, New York 10605
(212) 557-7200
Robert L. Rattet, Esq.
James B. Glucksman, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                    :   Chapter 11
                                                              Case No. 25-72421 (LAS)
SOUND VISION CARE, INC, *et. al*.,                        :

                                        Debtors. [1]   :
------------------------------------------------------------x

### DECLARATION OF SERVICE – REVOLUT TECHNOLOGIES, INC.

JAMES B. GLUCKSMAN, an attorney duly admitted to practice in the Courts of the

State of New York, the U.S. District Courts for the Southern, and Eastern Districts of New York,

under penalty of perjury pursuant to 28 U.S.C. Section 1946 as follows:

On February 25, 2026 I served the 2004 Subpoena, together with Order Granting Motion
for 2004 Examination (ECF Docket No. 338) and the Motion for Order Granting 2004
Examination (ECF Docket No. 336), by Overnight Courier, on the following:

1) Revolut Technologies Inc. c/o Cogency Global Inc., 850 New Burton Road, Suite 201, Dover,
   DE 19904 Attn: Dan Ryan, Authorized Representative and by email at
   courtorders@revolut.com. Federal Express service confirmed, Tracking ID,
   889073307553

---

[1]    The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care,
       Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows,
       LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold,
       LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

2) Revolut Technologies Inc. 107 Greenwich Street, 20th Floor, New York, NY 10006;  Attn: Dan Ryan, Authorized Representative. Federal Express service confirmed, Tracking ID, 889073553856.

The email was not returned or rejected.

In addition I served a courtesy copy on General Counsel for Revolut's affiliate, Lead Bank, Jeffrey Spector (jeffrey@lead.bank)

.Dated: February 25, 2026

*/s/ James B. Glucksman*
James B. Glucksman, Esq.