DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtors and Debtors*
*in Possession*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
James Glucksman, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In re: | Chapter 11 Case |
| SOUND VISION CARE, INC, *et. al*., | Case No.: 25-72421 (LAS) |
| Debtors.[1] | (Jointly Administered) |

-------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE,** that the Hearing on all matters on the March 5, 2026 calendar in

the main Chapter 11 proceeding have been adjourned on consent from March 5, 2026, at 10:00 a.m**.** to

**March 19, 2026, at 10:00 a.m.** before the Honorable Louis A. Scarcella, United States Bankruptcy

Judge, at the United States Bankruptcy Court, 290 Federal Plaza, courtroom 970, Central Islip,

New York 11722.

Dated:  White Plains, New York
        February 26, 2026

> DAVIDOFF HUTCHER & CITRON LLP
> *Attorneys for the Debtors and Debtors*
> *in Possession*
> 120 Bloomingdale Road, Suite 100
> White Plains, New York 10605
> (914) 381-7400
>
> By: */s/ James Glucksman*
>        James Glucksman

---

[1]    The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.