United States Bankruptcy Court

Eastern District of New York

| | |
|---|---|
| In re: | Case No. 25-72421-las |
| Sound Vision Care, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-8 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 25, 2026 | Form ID: 295 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sound Vision Care, Inc., 1224 Ostrander Avenue, Riverhead, NY 11901-2109 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion02.li.ecf@usdoj.gov | | |
| | | Feb 25 2026 18:16:00 | UNITED STATES DEPARTMENT OF JUSTICE, 560 Federal Plaza, Central Islip, NY 11722, WILLIAM J. BIRMINGHAM 11722-4456 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | DAVIDOFF HUTCHER & CITRON LLP, 605 Third Avenue, New York, NY 10158, ROBERT L. RATTET, JOHN D. MOLINO, JAMES B. GLUCKSMAN |
| intp | | Jason A. Stern |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anne Penachio | |
| | on behalf of Interested Party Jeffrey Slaney Williams  Jr. anne@pmlawllp.com, frank@pmlawllp.com,jraggo@pmlawllp.com |

District/off: 0207-8

Date Rcvd: Feb 25, 2026

User: admin

Form ID: 295

Page 2 of 4

Total Noticed: 2

Anthony F. Giuliano
    on behalf of Defendant Square Funding LLC afg@glpcny.com  paralegal@glpcny.com;afg@ecf.courtdrive.com

Anthony F. Giuliano
    on behalf of Defendant Parkview Advance afg@glpcny.com  paralegal@glpcny.com;afg@ecf.courtdrive.com

Aryana P. Badery
    on behalf of Defendant Kapitus Servicing Inc. as Authorized Sub-Servicing Agent of Kapitus LLC abadery@windelsmarx.com

Aryana P. Badery
    on behalf of Interested Party Kapitus Servicing Inc.  as authorized sub-servicing agent of Kapitus LLC
    abadery@windelsmarx.com

Christopher P Schueller
    on behalf of Creditor Bank of America  N.A. christopher.schueller@bipc.com,
    donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com

Christopher P Schueller
    on behalf of Defendant Bank of America  N.A. christopher.schueller@bipc.com,
    donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com

Elizabeth Uphaus
    on behalf of Defendant Kapitus Servicing Inc. as Authorized Sub-Servicing Agent of Kapitus LLC euphaus@windelsmarx.com

Enid Nagler Stuart
    on behalf of Creditor New York State Department Of Taxation & Finance enid.stuart@ag.ny.gov  leo.gagion@ag.ny.gov

Erin L. Williamson
    on behalf of Creditor Street Retail  LLC williamsone@ballardspahr.com, weidmanb@ballardspahr.com

Geoffrey J Peters
    on behalf of Creditor Amur Equipment Finance  Inc. colnyecf@weltman.com

James B. Glucksman
    on behalf of Jointly Administered Debtor SVC of Manhasset  LLC jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman
    on behalf of Debtor SVC of Murray Hill  LLC jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman
    on behalf of Jointly Administered Debtor SVC of Coram  LLC jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman
    on behalf of Jointly Administered Debtor SVC of Southold  LLC jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman
    on behalf of Plaintiff Sound Vision Care  Inc. jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman
    on behalf of Jointly Administered Debtor SVC of East Setauket  LLC jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman
    on behalf of Jointly Administered Debtor SVC of Fresh Meadows  LLC jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman
    on behalf of Debtor Sound Vision Care  Inc. jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman
    on behalf of Jointly Administered Debtor SVC of Riverhead  LLC jbg@dhclegal.com, ch11esq@yahoo.com

Jay B Solomon
    on behalf of Creditor Mastic Associates of New York LLC jsolomon@bbgllp.com

John D. Molino
    on behalf of Plaintiff Sound Vision Care  Inc. jdm@dhclegal.com

Jonathan S Pasternak
    on behalf of Debtor Sound Vision Care  Inc. jsp@dhclegal.com,
    ms@dhclegal.com;rlr@dhclegal.com;jdm@dhclegal.com;jbg@dhclegal.com;cmp@dhclegal.com

Joseph H. Lemkin
    on behalf of Creditor De Lage Landen Financial Services  Inc. jlemkin@stark-stark.com

Laurel D Roglen
    on behalf of Creditor Street Retail  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Leo V. Gagion
    on behalf of Creditor New York State Department Of Taxation & Finance Leo.Gagion@ag.ny.gov  Enid.Stuart@ag.ny.gov

Leslie C Heilman
    on behalf of Creditor Street Retail  LLC weidmanb@ballardspahr.com

Matthew R. Yogg

| District/off: 0207-8 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: 295 | Total Noticed: 2 |

on behalf of Plaintiff Sound Vision Care  Inc. mry@dhclegal.com

Matthew R. Yogg

on behalf of Jointly Administered Debtor SVC of East Setauket  LLC mry@dhclegal.com

Matthew R. Yogg

on behalf of Debtor Sound Vision Care  Inc. mry@dhclegal.com

Matthew R. Yogg

on behalf of Jointly Administered Debtor SVC of Manhasset  LLC mry@dhclegal.com

Matthew R. Yogg

on behalf of Jointly Administered Debtor SVC of Riverhead  LLC mry@dhclegal.com

Matthew R. Yogg

on behalf of Jointly Administered Debtor SVC of Southold  LLC mry@dhclegal.com

Matthew R. Yogg

on behalf of Jointly Administered Debtor SVC of Coram  LLC mry@dhclegal.com

Matthew R. Yogg

on behalf of Jointly Administered Debtor SVC of Fresh Meadows  LLC mry@dhclegal.com

Matthew V Spero

on behalf of Defendant Kapitus  LLC matthew.spero@rivkin.com

Matthew V Spero

on behalf of Defendant Kapitus Servicing Inc. as Authorized Sub-Servicing Agent of Kapitus LLC matthew.spero@rivkin.com

Matthew V Spero

on behalf of Interested Party Kapitus Servicing Inc.  as authorized sub-servicing agent of Kapitus LLC matthew.spero@rivkin.com

Michael Kwiatkowski

on behalf of Creditor US Eagle Federal Credit Union mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Creditor U.S. Eagle Federal Credit Union mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Defendant U.S. Eagle Federal Credit Union mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Patricia C Delaney

on behalf of Creditor Davis Professional Park LLC pdelaney@drgrealty.com

Richard J McCord

on behalf of Defendant Flushing Bank rmccord@certilmanbalin.com
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.com;mmccord@certil
manbalin.com

Richard J McCord

on behalf of Creditor Flushing Bank rmccord@certilmanbalin.com
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.com;mmccord@certil
manbalin.com

Robert Jerome Malatak

on behalf of Defendant Kapitus  LLC rmalatak@windelsmarx.com

Robert Jerome Malatak

on behalf of Defendant Kapitus Servicing Inc. as Authorized Sub-Servicing Agent of Kapitus LLC rmalatak@windelsmarx.com

Robert Jerome Malatak

on behalf of Interested Party Kapitus Servicing Inc.  as authorized sub-servicing agent of Kapitus LLC
rmalatak@windelsmarx.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of Fresh Meadows  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Coram  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor Sound Vision Care  Inc. rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of Southold  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of Coram  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

| District/off: 0207-8 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: 295 | Total Noticed: 2 |

Robert L Rattet

on behalf of Plaintiff Sound Vision Care  Inc. rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of Riverhead  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of Manhasset  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Riverhead  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Fresh Meadows  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Southold  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of East Setauket  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Manhasset  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Murray Hill  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of East Setauket  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Salene Mazur Kraemer

on behalf of Defendant Lendbug LLC salene@mazurkraemer.com  sally@mazurkraemer.com,angela@mazurkraemer.com

Salene Mazur Kraemer

on behalf of Creditor Lendbug LLC salene@mazurkraemer.com  sally@mazurkraemer.com,angela@mazurkraemer.com

Shanna M Kaminski

on behalf of Interested Party CFG Merchant Solutions  LLC skaminski@kaminskilawpllc.com

Shanna M Kaminski

on behalf of Defendant CFG Merchant Solutions  LLC skaminski@kaminskilawpllc.com

Stephen M. Lasser

on behalf of Creditor Fresh Meadows Place West Street Retail  LLC slasser@lasserlg.com

Teresa Sadutto-Carley

on behalf of Creditor Leaf Capital Funding  LLC tsadutto@platzerlaw.com, mkaplan@platzerlaw.com

Theresa A Driscoll

on behalf of Creditor U.S. Eagle Federal Credit Union tdriscoll@moritthock.com

Theresa A Driscoll

on behalf of Defendant U.S. Eagle Federal Credit Union tdriscoll@moritthock.com

Theresa A Driscoll

on behalf of Creditor US Eagle Federal Credit Union tdriscoll@moritthock.com

Thomas J McNamara

on behalf of Creditor Flushing Bank tmcnamara@certilmanbalin.com

Thomas J McNamara

on behalf of Defendant Flushing Bank tmcnamara@certilmanbalin.com

United States Trustee

USTPRegion02.LI.ECF@usdoj.gov

William J. Birmingham

william.birmingham@usdoj.gov

TOTAL: 75

Information to identify the case:

| | | |
|---|---|---|
| Debtor | Sound Vision Care, Inc. | EIN: 26–3090693 |
| | Name | |

United States Bankruptcy Court   Eastern District of New York

Date case filed for chapter:    11    6/23/25

Case number:    8–25–72421–las

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 1/29/26 was filed on 2/24/26.

The following deadlines apply:

The parties have until March 3, 2026 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is March 17, 2026.

If a Transcript Redaction Request is filed, the redacted transcript is due March 27, 2026.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is May 26, 2026, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext at or you may view the document at the public terminal at the Office of the Clerk.

Dated: February 25, 2026

For the Court, Paul Dickson, Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]