DAVIDOFF HUTCHER & CITRON, LLP
*Attorneys for the Debtors*
120 Bloomingdale Road
White Plains, New York 10605
(212) 557-7200
Robert L. Rattet, Esq.
James B. Glucksman, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                      :    Chapter 11
                                                            :    Case No. 25-72421 (LAS)
SOUND VISION CARE, INC, *et. al*.,                          :

                                     Debtors. [1]   :
-------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF 2004 MOTIONS

**PLEASE TAKE NOTICE,** that Sound Vision Care Inc. et. al. ("Debtors") hereby

withdraw the following motions: 1) Motion and Supplemental Motion For 2004 Examination (ECF

Docket No. 314 & 306); 2) Motion and Supplemental Motion For 2004 Examination (ECF Docket

No. 307 & 332); & 3) Motion to Compel Compliance With Rule 2004 Subpoena (ECF Docket No.

337), compliance with requests having rendered same moot.

Dated: White Plains, New York
       March 5, 2026

                                    DAVIDOFF HUTCHER & CITRON LLP
                                    *Attorneys for the Debtors*
                                    605 Third Avenue
                                    New York, New York 10158
                                    (212) 557-7200

                                    By: */s/ James B. Glucksman*
                                         James B. Glucksman

---

[1]    The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care,
       Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows,
       LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold,
       LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

1