

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

RICHARD J. MCCORD
PARTNER
DIRECT DIAL 516.296.7801
rmccord@certilmanbalin.com

March 13, 2026

**VIA ELECTRONIC CASE FILING**

Honorable Louis A. Scarcella
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

> **Re:** ***Sound Vision Care, Inc., et al.***
> ***Case No. 25-72421-las***

Dear Judge Scarcella:

Certilman Balin Adler & Hyman, LLP represents Flushing Bank, a secured creditor, in the above referenced matters. I am writing to respectfully request permission to appear virtually via Zoom at the hearings in this matter scheduled for Thursday, March 19, 2026, at 10:00 a.m.

Thank you for your courtesy in this matter.

Respectfully,

/s/Richard J. McCord
RICHARD J. MCCORD

RJM:af

cc:    James B. Glucksman, Esq. (via-email)
       Robert L. Rattet, Esq. (via e-mail)
       United States Trustee (via e-mail)
       William J. Birmingham, Esq. (via e-mail)
       Parties-in- Interest via ECF Notification

CERTILMAN BALIN ADLER & HYMAN, LLP
SUFFOLK OFFICE: HAUPPAUGE, NY 11788

8795504.1