# Ballard Spahr
### LLP

_____

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
TEL 302.252.4465
FAX 302.252.4466
www.ballardspahr.com

Leslie C. Heilman
Tel: 302.252.4446
Fax: 302.300.4065
heilmanl@ballardspahr.com


March 17, 2026


**VIA ELECTRONIC MAIL AND ECF**

Honorable Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722


**Re:**     **Sound Vision Care, Inc. et al Case No. 25-72421-LAS**

Dear Judge Scarcella:

Ballard Spahr LLP represents Street Retail, LLC, a landlord creditor in the above-referenced matter.  I am writing to respectfully request permission to appear and monitor the proceedings virtually via Zoom or telephonic participation at the hearing before Your Honor scheduled for Thursday, March 19, 2026, at 10:00 a.m. (ET).

Thank you for your courtesy in this matter.  Should Your Honor have any questions, please do not hesitate to contact me.

Respectfully submitted,

Leslie C. Heilman