DAVIDOFF HUTCHER & CITRON LLP
Attorneys for the Debtors and Debtors
in Possession
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re:                                                      Chapter 11

SOUND VISION CARE, INC., *et al*.,          Case No. 25-72421 (LAS)
                                                            (Jointly Administered)

                        Debtors.[1]

-----------------------------------------------------------------X
-----------------------------------------------------------------X
SOUND VISION CARE, INC., *et al*.,          Adv. Pro. No. 25-08112 (LAS)

                        Plaintiffs,

            -against-

KAPITUS LLC, et. al.,

                        Defendants.
-----------------------------------------------------------------X

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE,** that the pretrial conference in the above matter on March 19,

2026 has been adjourned from March 19, 2026, at 10:00 a.m**.** to **April 9, 2026, at 10:00 a.m.** before

the Honorable Louis A. Scarcella, United States Bankruptcy Judge, at the United States

Bankruptcy Court, 290 Federal Plaza, courtroom 970, Central Islip, New York 11722.

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc.
(0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead, LLC (9996),
(v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (4333), (vii) SVC of Manhasset, LLC (7234), and
(viii) SVC of Murray Hill, LLC (8674) (collectively, the "**Debtors**"). The Debtors' mailing address is 1224 Ostrander
Avenue, Riverhead, NY.

Dated:  White Plains, New York
        March 18, 2026

                              DAVIDOFF HUTCHER & CITRON LLP
                              *Attorneys for the Debtors and Debtors*
                              *in Possession*
                              120 Bloomingdale Road, Suite 100
                              White Plains, New York 10605
                              (914) 381-7400

                              By: */s/ James B. Glucksman*
                                  James B. Glucksman