UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

Sound Vision Care, Inc., et al.

CASE NO: 25-72421

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 11

On 3/19/2026, I did cause a copy of the following documents, described below,

Notice of Hearing on Debtors' 9019 Motion

Debtors' 9019 Motion to Approve Settlement with Lend Bug LLC

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/19/2026

/s/ James B. Glucksman, Esq.
James B. Glucksman, Esq.  1838341

Davidoff Hutcher & Citron LLP
120 Bloomingdale Road, Ste. 100
WHITE PLAINS, NY 10605

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

Sound Vision Care, Inc., et al.

CASE NO: 25-72421

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 3/19/2026, a copy of the following documents, described below,

Notice of Hearing on Debtors' 9019 Motion

Debtors' 9019 Motion to Approve Settlement with Lend Bug LLC

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/19/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
James B. Glucksman, Esq.
Davidoff Hutcher & Citron LLP
120 Bloomingdale Road, Ste. 100
WHITE PLAINS, NY  10605

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

SOUND VISION CARE, INC.
ATTN: JEFFREY WILLIAMS, JR.
1224 OSTRANDER AVENUE
RIVERHEAD, NY 11901

SVC OF CORAM LLC
1721 N. OCEAN AVE., STE. A
MEDFORD, NY 11763

SVC OF EAST SETAUKET LLC
215 HALLOCK RD., STE. 2
STONY BROOK, NY 11790

SVC OF FRESH MEADOWS LLC
61-30A 190TH ST.
FRESH MEADOWS, NY 11365

SVC OF MANHASSET LLC
433 PLANDOME ROAD
MANHASSET, NY 11030

SVC OF SOUTHOLD LLC
44210 COUNTY RTE. 48, STE. 1
P.O. BOX 463
SOUTHOLD, NY 11971

SVC OF RIVERHEAD LLC
1224 OSTRANDER AVENUE
RIVERHEAD, NY 11901

SVC OF MURRAY HILL LLC
458 THIRD AVENUE
NEW YORK, NY 10016

435-451 PLANDOME PROPERTIES LLC
435-451 PLANDOME ROAD
MANHASSET, NY 11030

6417-6806 BAY PARKWAY REALTY LLC
2338 64TH STREET
BROOKLYN, NY 11204

ABB OPTICAL GROUP
4 SKYLINE DRIVE
HAWTHORNE, NY 10532

ABB OPTICAL GROUP
ATTN: DIANE SERRAVALE
580 CHERRY BARK ROAD
MIDDLETOWN, DE 19709

ACTION CARTING ENVIRONMENTAL SVCS., INC.
300 FRANK W. BURR BLVD., STE. 39
TEANECK, NJ 07666

ADVANCE SERVICE GROUP, LLC
230 W. 29TH ST.
HIALEAH, FL 33012-5706

ALL TYPES BUILDING MAINTENANCE, INC.
5514 MERRICK ROAD
MASSAPEQUA, NY 11758

ALTAIR EYEWEAR
ATTN: EDWARD RODRIGUEZ, A/R
11135 TRADE CENTER DR., #180
RANCHO CORDOVA, CA 95670

AMERICAN EXPRESS
SUBPOENA RESPONSE UNIT
43 BUTTERFIELD CIRCLE
EL PASO, TX 79906

AMUR EQUIPMENT FINANCE
ATTN: ARIELLA ALVARADO
304 W. 3RD STREET
GRAND ISLAND, NE 68801

ANGELICA VELASQUEZ
1050 YOUNGS AVENUE
SOUTHOLD, NY 11971

ATLAS ACQUISITIONS LLC
ATTN: AVI SCHILD, CEO
492C CEDAR LANE, STE. 442
TEANECK, NJ 07666

BALLARD SPAHR LLP
ATTN: LESLIE C. HEILMAN, ESQ.,
ERIN L. WILLIAMSON, ESQ.
919 N. MARKET STREET, 11TH FL.
WILMINGTON, DE 19801-3034

BAMBOOHR
42 FUTURE WAY
DRAPER, UT 84020

BANCORP N.A.
ATTN: LEGAL SERVICE OF PROCESS TEAM
409 SILVERSIDE RD., STE. 105
WILMINGTON, DE 19809

BANCORP N.A.
345 N. REID PLACE, STE. 700
SIOUX FALLS, SD 57103

BANK OF AMERICA
PRACTICE SOLUTIONS
10 FEDERAL STREET
BOSTON, MA 02110

BANK OF AMERICA, N.A.
600 NORTH CLEVELAND AVE., STE. 300
WESTERVILLE, OH 43082

BANK OF AMERICA, N.A.
ATTN: PRESIDENT
110 WACKER DRIVE IL4-110-10-04
CHICAGO, IL 60606

BEAULIEU LAW FIRM, P.C.
ATTN: MAXIME H. BEAULIEU, ESQ.
11 BROADWAY, STE. 615
NEW YORK, NY 10004

BELKIN BURDEN GOLDMAN, LLP
ATTN: JAY B. SOLOMON, ESQ.
ONE GRAND CENTRAL PLACE
60 EAST 42ND ST., 16TH FL.
NEW YORK, NY 10165

BUCHANAN INGERSOLL & ROONEY, P.C.
ATTN: CHRISTOPHER P. SCHUELLER, ESQ.
UNION TRUST BUILDING
501 GRANT ST., STE. 200
PITTSBURGH, PA 15219-4413

CAMBRIDGE ADVANCE, LLC
7901 4TH STREET N., #300
ST. PETERSBURG, FL 33702

CAPITAL DOMAIN LLC
ATTN: JORDAN MORRISON
749 GATEWAY, STE. G-601
ABILENE, TX 79602

CAPITAL ONE
1680 CAPITAL ONE DRIVE
MCLEAN, VA 22102

CERTILMAN BALIN ADLER & HYMAN, LLP
ATTN: RICHARD J. MCCORD, ESQ.
90 MERRICK AVENUE, 9TH FL.
EAST MEADOW, NY 11554

CFG MERCHANT SOLUTIONS, LLC
180 MAIDEN LANE, 15TH FL.
NEW YORK, NY 10038

CITY HEAT SECURITY
2665 OCEANSIDE RD.
OCEANSIDE, NY 11572

CONSOLIDATED EDISON CO. OF NY, INC.
BANKRUPTCY/EAG GROUP
4 IRVING PLACE, 9TH FL.
NEW YORK, NY 10003

COOPERVISION
6101 BOLLINGER CANYON RD., STE. 500
SAN RAMON, CA 94583

CRYSTAL PRACTICE MGMT.
12112 ANDERSON MILL RD., BLDG. 12-A
AUSTIN, TX 78726-1176

CORPORATION SERVICE COMPANY
1156 15TH ST. NW, STE. 605
WASHINGTON, D.C. 20005

C T CORPORATION SYSTEM
330 N. BRAND BLVD., STE. 700
GLENDALE, CA 91203, USA
ATTN: SPRS

DAMIANOS REALTY GROUP LLC
ATTN: PATRICIA C. DELANEY, ESQ.
222 MIDDLE COUNTRY RD., STE. 300
SMITHTOWN, NY 11787

DE LAGE LANDEN FINANCIAL SERVICES, INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

DISCOVER
ATTN: LEGAL SUBPOENA PROCESSING
2500 LAKE COOK ROAD
RIVERWOODS, IL 60015

DRILL SPECIALTY CORP.
5020 MONTAUK HWY.
MASSAPEQUA PARK, NY 11762

DYNASTY PROTECTION
ATTN: PETE RUGGIA
P.O. BOX 1009
SEAFORD, NY 11783

EBF HOLDINGS, LLC
D/B/A EVEREST BUSINESS FUNDING
ATTN: YOLDAY DIAZ-BARRETO, ESQ.
12496 NW 25 STREET
SWEETWATER, FL 33182

ESSILORLUXOTTICA USA INC.
C/O NATIONAL REGISTERED AGENTS, INC.
1209 ORANGE STREET
WILMINGTON, DE 19801

EVERBANK COMMERCIAL FINANCE, INC.
10 WATERVIEW BLVD.
PARSIPPANY, NJ 07054

FAY SERVICING LLC
1601 LYNDON B. JOHNSON FWY.
FARMERS BRANCH, TX 75234

FC MARKETPLACE, LLC
D/B/A FUNDING CIRCLE
110 SE 6TH STREET, STE. 700
FT. LAUDERDALE, FL 33301-5002

FEDERAL REALTY INVESTMENT TRUST
909 ROSE AVE., STE. 200
NORTH BETHESDA, MD 20852

FLAGSTAR BANK, N.A.
ATTN: LEGAL DEPT.
102 DUFFY AVENUE
HICKSVILLE, NY 11801

FLAGSTAR BANK, N.A.
5151 CORPORATE DRIVE
TROY, MI 48098

FLUSHING BANK
220 RXR PLAZA
UNIONDALE, NY 11556

FORT CAPITAL RESOURCES, LLC
841 SHELLEY ROAD
RALEIGH, NC 27609

FOX SWIBEL LEVIN & CARROLL
ATTN: KEN THOMAS
200 W. MADISON, STE. 3000
CHICAGO, IL 60606

FRANK SPINOSA & ROBIN ROSS
62 CANYON RIDGE DRIVE
SANDIA PARK, NM 87047

MARY FRAUSTO
2700 BRAY AVENUE
LAUREL, NY 11948

MASTIC ASSOCIATES OF NY, LLC
OGDEN CAP PROPERTIES, LLC
545 MADISON AVENUE
NEW YORK, NY 10022

JELLUM LAW
ATTN: GARTH G. GAVENDA, ESQ.
7617 CURRELL BLVD., STE. 245
WOODBURY, MN 55125

GOETZ PLATZER LLP
ATTN: TERESA SADUTTO-CARLEY, ESQ.
1 PENN PLAZA, STE. 3100
NEW YORK, NY 10119

GONZALO CAMPOS
1050 YOUNGS AVENUE
SOUTHOLD, NY 11971

GREATAMERICA FINANCIAL SERVICES CORP.
625 FIRST STREET
CEDAR RAPIDS, IA 52401-2030

GREAT WHITE PROPANE
44 KROEMER AVENUE
RIVERHEAD, NY 11901

HALLOCK ROAD LLC
215 HALLOCK RD., STE. 68
STONY BROOK, NY 11790

HEALTH RESOURCES & SVCS. ADMINISTRATION
5600 FISHERS LANE
ROCKVILLE, MD 20857

HILCO VISION
P.O. BOX 3043
HOUSTON, TX 77253-3043

HOOD VENTURE COUNSEL, P.C.
ATTN: JONATHAN L. HOOD, ESQ.
75 SOUTH BROADWAY, STE. 4484
WHITE PLAINS, NY 10601

HUNTINGTON TECHNOLOGY FINANCE, INC
2285 FRANKLIN RD., STE. 100
BLOOMFIELD HILLS, MI 48302

IGNITE INTELLIGENT
PROCESS AUTOMATION LLC
140 LAKELAND AVENUE
SAYVILLE, NY 11782

IMATRIX
3 ETHEL ROAD, #305
EDISON, NJ 08817

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

ISLAND ELEVATOR
2100-2 ARCTIC AVENUE
BOHEMIA, NY 11716

JOHNSON & JOHNSON
7500 CENTURION PKWY.
JACKSONVILLE, FL 32256

KAPITUS SERVICING, INC.
ATTN: BENJAMIN D. JOHNSTON, COO
120 WEST 45TH ST., 4TH FL.
NEW YORK, NY 10036

LENS MODE CONTACTS
150 MAIN STREET
MILLBURN, NJ 07041

KAMINSKI LAW, PLLC
ATTN: SHANNA KAMINSKI, ESQ.
27-01 QUEENS PLAZA NORTH, STE. 802
LONG ISLAND CITY, NY 11101

KAPITUS SERVICING, INC.
ATTN: ANDREW REISER, PRESIDENT
120 WEST 45TH STREET, 4TH FL.
NEW YORK, NY 10036

KAPITUS, LLC
C/O CORPORATION SERVICE CO.
100 SHOCKOE SLIP, 2ND FL.
RICHMOND, VA 23219

L'AMY INCORPORATED
C/O SMITH CARROAD WAN & PARIKH, P.C.
ATTN: TIMOTHY WAN, ESQ.
202 EAST MAIN STREET
SMITHTOWN, NY 11787

LAFONT FRAMES
655 BROADWAY, STE. 401
NEW YORK, NY 10012

LASSER LAW GROUP, PLLC
633 THIRD AVENUE, STE. 1301
NEW YORK, NY 10017

LENDBUG LLC
ATTN: CYNTHIA L. KOLB
260 WEST 35TH ST. PH
NEW YORK, NY 10001

LENS MODE CONTACTS
150 MAIN STREET
MILLBURN, NJ 07041

LEVELUP HCS LLC
90 BROAD ST., STE. 902
NEW YORK, NY 10004-2281

LUMENIS FINANCIAL SOLUTIONS
2077 GATEWAY PL., STE. 300
SAN JOSE, CA 95110

MACDONALD, RAND & VOLLARO, CPAS LLC
550 NY-25A
ROCKY POINT, NY 11778

MACQUARIE EQUIPMENT CAPITAL INC.
1301 RIVERPLACE BLVD., 4TH FL.
JACKSONVILLE, FL 32207

MADISONONE
9375 E. SHEA BLVD., STE. 100
SCOTTSDALE, AZ 85260

MATTITUCK ENVIRO
560 COMMERCE DRIVE
CUTCHOGUE, NY 11935

MAZURKRAEMER BUSINESS LAW GROUP
ATTN: SALENE MAZUR KRAEMER, ESQ.
447 BROADWAY, 2ND FL.
NEW YORK, NY 10013

MCGUIREWOODS LLP
ATTN: JARROD D. SHAW, ESQ.
TOWER TWO-SIXTY
260 FORBES AVE., STE. 1800
PITTSBURGH, PA 15222-3142

MEGED FUNDING GROUP
11730 ROUTE 37 WEST
TOMS RIVER, NJ 08757-2345

ALAN MINKOFF
420 EAST 72ND ST., APT. 15A
NEW YORK, NY 10021

MORITT HOCK & HAMROFF LLP
ATTN: THERESA A. DRISCOLL, ESQ.,
MICHAEL KWIATKOWSKI, ESQ.
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

NASSAU VISION GROUP
160 LEGRAND AVENUE
NORTHVALE, NJ 07647

NATIONAL GRID
ATTN: LEGAL DEPT.
40 SYLVAN ROAD
WALTHAM, MA 02451-1120

NORTH OCEAN PROPERTIES, INC.
1721 N. OCEAN AVENUE
MEDFORD, NY 11763

NYS DEPT. OF LABOR
1220 WASHINGTON AVENUE
BUILDING 12, ROOM 256
ALBANY, NY 12226

NYS DEPT. OF TAXATION AND FINANCE
BUILDING 9
W.A. HARRIMAN CAMPUS
ALBANY, NEW YORK 12227

NDC COMMUNITY IMPACT LOAN FUND
29 MARNE STREET
WATERVLIET, NY 12189

NDC COMMUNITY IMPACT LOAN FUND
ATTN: MICHAEL ANTONELLI
633 THIRD AVENUE, STE. 19J
NEW YORK, NY 10017

OFFICE OF THE NY STATE ATTORNEY GENERAL
ATTN: ENID N. STUART, ESQ.
ASSISTANT ATTORNEY GENERAL
SPECIAL BANKRUPTCY COUNSEL
28 LIBERTY STREET, 17TH FL.
NEW YORK, NY 10005

OGDEN CAP PROPERTIES
ATTN: MS. WINNIE LI
545 MADISON AVENUE
NEW YORK, NY 10022

ON DECK CAPITAL, INC.
4700 W. DAYBREAK PKWY., STE 200
SOUTH JORDAN, UT 84009

OPTIMUM
ATTN: LEGAL DEPT.
1 COURT SQUARE WEST
LONG ISLAND CITY, NY 11101

PANTHERS CAPITAL LLC
680 CENTRAL AVE., UNIT 109
CEDARHURST, NY 11516

PARAGON SOFTWARE GROUP
100 SPECTRUM CENTER DR., STE. 900
IRVINE, CA 92618

PATTERSON BELKNAP
WEBB & TYLER LLP
ATTN: DAVID W. DYKHOUSE, ESQ.
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

PECONIC PARTNERS LLC
599 LEXINGTON AVE., 46TH FL.
NEW YORK, NY 10022

PENACHIO MALARA LLP
ATTN: ANNE PENACHIO, ESQ.
245 MAIN ST., STE 450
WHITE PLAINS, NY 10601

PLAYBOOK BUILDER
171 COLLEGE AVENUE
HOLLAND, MI 49423

PORT WASHINGTON WINDOW CLEANING
P.O. BOX 1691
PORT WASHINGTON, NY 11050

PSEG CORPORATE SECRETARY
80 PARK PLAZA
NEWARK, NJ 07102

PURE ADVANCE
6 CHARLOTTE PLACE
SPRING VALLEY, NY 10977

QUICK FUNDING GROUP
ATTN: MARK KERN, PRESIDENT
99 WEST HAWTHORNE AVE.
VALLEY STREAM, NY 11580

RELIN GOLDSTEIN & CRANE, LLP
28 E. MAIN ST., STE. 1800
ROCHESTER, NY 14614

RIVERHEAD WATER DISTRICT
1035 PULASKI STREET
RIVERHEAD, NY 11901

RIVKIN RADLER LLP
ATTN: MATTHEW V. SPERO, ESQ.
926 RXR PLAZA
UNIONDALE, NY 11556-0926

ROBERTSON, ANSCHUTZ, SCHNEID,
CRANE & PARTNERS, PLLC
ATTN: LUIS C. BRITO
6409 CONGRESS AVE., STE. 100
BOCA RATON, FL 33487

SEAMLESS CAPITAL GROUP, LLC
2329 NOSTRAND AVE., STE. 111
BROOKLYN, NY 11210

SIGNATURE SERVICES LLC
154 E. COURT STREET
KANKAKEE, IL 60901

SOLOMON, HERRERA
& MCCORMICK, PLLC
ATTN: MICHAEL D. SOLOMON, ESQ.
40 MARCUS DR., STE. 202
MELVILLE, NY 11747

SPECTRUM
1600 DUBLIN ROAD
COLUMBUS, OH 43215

SPEEDY FUNDING LLC
300 N. MAIN STREET
SPRING VALLEY, NY 10977

SPEEDY FUNDING LLC
ATTN: MORDECHAI YITZCHAKOV
243 TRESSER BLVD., STE. 18
STAMFORD, CT 06901

SQUARE FUNDING LLC
D/B/A SQUARE ADVANCE
ATTN: ELLIOT SIEGEL, CEO
90 E. HALSEY ROAD
PARSIPPANY, NJ 07054

STARK & STARK, P.C.
ATTN: MARSHALL KIZNER, ESQ.,
JOSEPH H. LEMKIN, ESQ.
100 AMERICAN METRO BLVD.
HAMILTON, NJ 08619

STERNS BANK N.A.
4191 2ND ST. SOUTH
ST. CLOUD, MN 56301

STEREO OPTICAL COMPANY
D/B/A WALMAN INSTRUMENT
ATTN: JOE BARTON, LEGAL DEPT.
4000 LUXOTTICA PLACE
MASON, OH 45040

ROBERT B. TAYLOR, ESQ.
271 NORTH AVENUE, STE. 801
NEW ROCHELLE, NY 10801

TD BANK
1701 RTE. 70 EAST
CHERRY HILL, NJ 08003

THE HARTFORD
301 WOODS PARK DRIVE
CLINTON, NY 13323

THE HUNTINGTON NATIONAL BANK
17 S. HIGH STREET
COLUMBUS, OH 43215

TOPCON HEALTHCARE, INC.
ATTN: JUSTINE CIRINELLI
111 BAUER DRIVE
OAKLAND, NJ 07436

TRIZETTO GATEWAY EDI
3300 RIDER TRAIL S.
EARTH CITY, MO 63045

UMANA HEATING & COOLING
P.O. BOX 196
MATTITUCK, NY 11952

UNITED HEALTHCARE INSURANCE CO.
ATTN: CDM/BANKRUPTCY
185 ASYLUM ST. - 03B
HARTFORD, CT 06103

UNIVEST CAPITAL, INC.
ATTN: MICHAEL GREGAN
1041 YORK ROAD
WARMINSTER, PA 18974

UTICA NATIONAL INSURANCE CO.
180 GENESEE STREET
NEW HARTFORD, NY 13413

U.S. ATTORNEY'S OFFICE
ATTN: NICOLE M. ZITO, ESQ.
ASSISTANT U.S. ATTORNEY
EASTERN DISTRICT OF NY
271-A CADMAN PLAZA EAST, 7TH FL.
BROOKLYN, NY 11201

OFFICE OF THE U.S. ATTORNEY
EASTERN DISTRICT OF NY
ATTN: KEVIN YIM, ESQ.
LONG ISLAND BK PROCESSING
610 FEDERAL PLAZA, 5TH FL.
CENTRAL ISLIP, NY 11722-4454

OFFICE OF THE U.S. TRUSTEE
ATTN: WILLIAM J. BIRMINGHAM, ESQ.
LONG ISLAND FEDERAL COURTHOUSE
560 FEDERAL PLAZA, ROOM 560
CENTRAL ISLIP, NY 11722-4437

U.S. BANCORP EQUIPMENT FINANCE, INC.
1450 CHANNEL PARKWAY
MARSHALL, MN 56258

U.S. BANK NATIONAL ASSOCIATION
ATTN: LEGAL DEPT. - SUBPOENA PROCESSING
21ST FLOOR
MAIL CODE BC-MN-H21P
800 NICOLLET MALL
MINNEAPOLIS, MN 55402

U.S. DEPT. OF HEALTH & HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES
7500 SECURITY BLVD., MAIL STOP DO-01-40
BALTIMORE, MD 21244

U.S. EAGLE FEDERAL CREDIT UNION
ATTN: FRANCIS J. YAKABOSKI
3939 OSUNA RD. NE
ALBUQUERQUE, NM 87109

U.S. SMALL BUSINESS ADMINISTRATION
DISTRICT COUNSEL
NEW YORK DISTRICT OFFICE
26 FEDERAL PLAZA, ROOM 3100
NEW YORK, NY 10278

U.S. SMALL BUSINESS ADMINISTRATION
OFFICE OF GENERAL COUNSEL
409 THIRD STREET, SW
WASHINGTON, D.C. 20416

ANGELICA VELASQUEZ
1050 YOUNGS AVENUE
SOUTHOLD, NY 11971

VERIZON WIRELESS BANKRUPTCY ADMIN.
500 TECHNOLOGY DRIVE, STE. 550
WELDON SPRING, MO 63304

VERIZON CONNECT
ATTN: WILLIAM M. VERMETTE
22001 LOUDOUN COUNTY PKWY.
ASHBURN, VA 20147

VEX CAPITAL
ATTN: CHANAN FUZAILOV
700 CANAL ST., 1ST FL.
STAMFORD, CT 06902

WINCHESTER OPTICAL CO.
1935 LAKE STREET
ELMIRA, NY 14901

WOLF'S EDGE PARTNERS LLC
536 BARNARD AVENUE
WOODMERE, NY 11598

WEBER LAW GROUP
ATTN: CAREN ZAROFF, ESQ.
290 BROADHOLLOW RD., STE. 200E
MELVILLE, NY 11747

WELLS FARGO BANK, N.A.
P.O. BOX 10438 MAC F8235-02F
ATTN: IVORY L. WEINMAN
DES MOINES, IA 50306-0438

WHITE ROAD CAPITAL, LLC
D/B/A GFE HOLDINGS
ATTN: BORIS MUSHEYEV
27-01 QUEENS PLAZA N., STE. 802
LONG ISLAND CITY, NY 11101

WINDELS MARX LANE & MITTENDORF, LLP
156 WEST 56TH STREET
ATTN: ROBERT J. MALATAK, ESQ.,
ARYANA P. BADERY, ESQ.,
ELIZABETH G. UPHAUS, ESQ.
NEW YORK, NY 10019

THE WALMAN OPTICAL COMPANY
D/B/A X-CEL SPECIALTY CONTACTS
ATTN: JOE BARTON, LEGAL DEPT.
4000 LUXOTTICA PLACE
MASON, OH 45040