DAVIDOFF HUTCHER & CITRON, LLP
*Attorneys for the Debtors*
120 Bloomingdale Road
White Plains, New York 10605
(212) 557-7200
Robert L. Rattet, Esq.
James B. Glucksman, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          :   Chapter 11
                                                                    Case No. 25-72421 (LAS)
SOUND VISION CARE, INC, *et. al*.,          :

                                              Debtors. [1]   :
------------------------------------------------------------x

## DECLARATION OF SERVICE – BANK OF AMERICA

JAMES B. GLUCKSMAN, an attorney duly admitted to practice in the Courts of the

State of New York, the U.S. District Courts for the Southern, and Eastern Districts of New York,

under penalty of perjury pursuant to 28 U.S.C. Section 1946 as follows:

On March 23, 2026 I served the 2004 Subpoena, together with Order Granting Motion for 2004 Examination (ECF Docket No. 363) and the Motion for Order Granting 2004 Examination (ECF Docket No. 358), as attached, by email on Christopher Schueller, Union Trust Building, 501 Grant Street, Suite 200, Pittsburgh, PA 15219-4413, christopher.schueller@bipc.com. Service was accepted by email that same date.

.Dated: March 23, 2026

                                          */s/ James B. Glucksman*
                                          James B. Glucksman, Esq.

---

[1]    The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.