

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

April 1, 2026

**By ECF**
Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alphonse D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 12722

      Re:    Sound Vision Care, Inc.
               Docket #25-72421

Dear Judge Scarcella,

This office represents the New York State Department of Taxation and Finance, a creditor of the above reference Debtor. Pursuant to Your Honor's rules, I request permission to appear remotely at the hearing scheduled for April 9, 2026 at 10 a.m.  My work commitments will not permit me to appear in Central Islip for the hearing, but I wish to attend the hearing to monitor the case.

             Respectfully,

             ENID NAGLER STUART
             Assistant Attorney General
             Special Bankruptcy Counsel
             212-416-8666
             Enid.Stuart@ag.ny.gov