

## DAVIDOFF HUTCHER & CITRON LLP

### ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NEW YORK 10605

TEL: (914) 381-7400
WWW.DHCLEGAL.COM

**FIRM OFFICES**

NEW YORK
ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NY 10158
(212) 557-7200

WEST PALM BEACH
ATTORNEYS AT LAW
1107 NORTH OLIVE AVENUE
WEST PALM BEACH, FL 33401
(561) 567-8488

**FIRM OFFICES**

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

**WRITER'S DIRECT: 646-428-3272**
**E-MAIL: mry@dhclegal.com**

April 1, 2026

**Via Email (diane_corsini@nyeb.uscourts.gov)**
Hon. Louis A. Scarcella, U.S.D.J.
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

> **Re:** **Chapter 11, Eastern District of New York, *In re Sound Vision Care, Inc.*, Lead Case No. 25-72421, *et al.* (Chapter 11 filings)**
>
> **Sound Vision Care, Inc. v. Kapitus et. al., Adv. Proc No. 25-08112 (Adversary Case)**

Dear Judge Scarcella:

This firm serves as counsel to Sound Vision Care, Inc. ("**SVC**") and its six affiliated debtors (collectively, the "**Debtors**") in the above-captioned proceeding, as well as SVC of Murray Hill LLC, the removing Defendant in Lend Bug LLC v. SVC of Port Jefferson Station LLC, Adv. Proc. No. 08020.

I am writing for permission to appear at the hearing via Zoom for Government. Robert L. Rattet, Esq. will be in the courtroom.

April 1, 2026
Sound Vision Care, Inc. *et. al.*
Page 2

Thank you for your attention to these matters. If you have any questions or concerns, please do not hesitate to contact this office.

Respectfully submitted,

DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for Debtors-Plaintiffs*

/s/ James B. Glucksman

By:_____

James B. Glucksman

Cc (via ECF Service):

All Parties Receiving ECF Notices in Main
Case and Adversary