

One Grand Central Place
60 E 42nd St., 16th Fl.
New York, N.Y. 10165
Tel:  212.867.4466 x497
Fax: 212.297.1859
www.bbgllp.com
jsolomon@bbgllp.com

April 6, 2026

**Via ECF**

Honorable Louis A. Scarcella
United States Bankruptcy Judge
United States Bankruptcy Court for EDNY
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

RE: Sound Vision Care, Inc., et. al.
Case No. 25-72421-las

Dear Hon. Judge Scarcella:

I am counsel for Mastic Associates of New York LLC ("Mastic"), a creditor and the owner/landlord of property at 458 Third Avenue, New York, NY, currently occupied by Debtor SVC of Murray Hill, LLC. I write to request permission to appear at the hearings scheduled on Thursday, April 9, 2026, at 10:00 a.m., via Zoom, or in the alternative telephonically, if Zoom is not available, for Mastic's motion for relief from the automatic stay (Matter no. 16), Debtors' motion to extend time to assume or reject the Mastic lease (Matter no. 18), and approval of Debtors' First Amended Disclosure Statement (Matter no. 20), each of which is scheduled on the April 9, 2026 calendar.

Thank you very much for this anticipated courtesy.

Respectfully submitted,

Jay B. Solomon

cc:    All Parties (via ECF)

JSOLOMON/3826.0609/6944921.1