**Belkin Burden Goldman, LLP**
*Attorneys for Creditor Mastic Associates of New York LLC*
One Grand Central Place
60 East 42nd Street, 16th Floor
New York, New York 10165
Telephone: (212) 867-4466 ex. 497
E-mail: JSolomon@bbgllp.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

SOUND VISION CARE, INC., *et al.*,

               Debtor.

-----------------------------------------------------------------X

CHAPTER 11

25-72421 (LAS)

(Jointly Administered)

### WITHDRAWAL OF LANDLORD-CREDITOR MASTIC ASSOCIATES OF NEW YORK LLC OBJECTION TO APPROVAL OF OF DEBTORS' FIRST AMENDED DISCLOSURE STATEMENT

**WHEREAS**, on March 24, 2026, Debtors' filed a First Amended Chapter 11 Plan of Reorganization and First Amended Disclosure Statement ("FADS"). [ECF Docs 365 and 366];

**WHEREAS**, Debtors noticed a hearing on April 9, 2026, for approval of Debtors' FADS. [ECF Doc 316];

**WHEREAS**, on April 2, 2026, Landlord-Creditor, Mastic Associates of New York LLC ("Landlord"), filed an objection to Debtors' motion to approve Debtors' FADS. [ECF Doc 385];

**WHEREAS**, on April 7, 2026, Landlord and Debtors entered into a certain Stipulation and Order Rejecting Unexpired Real Property Lease Between Mastic Associates of New York LLC and SVC of Murray Hill LLC (the "Stipulation"), in which, *inter alia*, Debtors' rejected the commercial real property lease between Landlord and Debtor SVC of Murray Hill, LLC, stipulated to Landlord's pre-petition rent and lease rejection claims, and agreed to pay to Landlord the post-petition rent currently owed to Landlord.

**WHEREAS**, Debtors filed the Stipulation with the Court on April 7, 2026, requesting that the Court approve and so-order the Stipulation;

**WHEREAS**, subject to the Court approving and so-ordering the Stipulation, Landlord agrees to withdrawal its objection to the FADS.

**NOW THEREFORE**, based on the foregoing recitals, Landlord withdraws its objection to the FADS filed by Landlord at ECF Doc 385, subject to the Court approving and so-ordering the Stipulation.

Dated: New York, New York
April 7, 2026

**BELKIN BURDEN GOLDMAN, LLP**

By: _____
Jay B. Solomon, Esq.
*Attorneys for Mastic Associates of New York LLC*
One Grand Central Place
60 East 42nd Street, 16th Floor
New York, New York 10165
(212) 867-4466 ex. 497
jsolomon@bbgllp.com

2