UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:                                                    Chapter 11 Case

SOUND VISION CARE, INC., *et. al.*,                       Case No.: 25-72421 (LAS)

        Debtors.[1]                                       (Jointly Administered)

_____/

**AGENDA FOR HEARING TO BE HELD**
**APRIL 9, 2026, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

### I.  Case Management Conference

### II.  Cash Collateral

1.  *Motion to Use Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 362, and 363 and Rules 4001(b), 4001(d) and 9014 of the Federal Rules of Bankruptcy Procedure for Interim and Final Orders (A) Authorizing Debtors Use of Cash Collateral and Providing Adequate Protection, and (B) Approving Proposed Interim Order Authorizing Cash Collateral* [Docket No. 7].

    **Responses Received**: *Statement and Reservation of Rights of U.S. Eagle Federal Credit Union Concerning Debtors' Motion to Use Cash Collateral* [Docket No. 383].

    **Status**: The parties have agreed upon a Ninth Interim Order which will extend authority to use cash collateral through May 22. This matter is going forward.

### III. Motions for Relief from the Automatic Stay

2.  *Motion by Leaf Capital Funding, LLC for Order Granting Relief from the Automatic Stay* [Docket No. 214].

    **Responses Received**: None.

    **Status**: This matter is adjourned.

---

[1]  The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

3.      *Motion for Order Granting Creditor Mastic Associates of New York LLC Stay Relief, to Terminate or Modify the Automatic Stay, and for Other Relief* [Docket No. 263].

**Responses Received**:

- *Debtors' Objection to the Motion of Mastic Associates of New York LLC for Order Granting Stay Relief, To Terminate or Modify the Automatic Stay, and for Other Relief* [Docket No. 282].

- *Debtors' Supplemental Objection to the Motion of Mastic Associates of New York LLC for Order Granting Stay Relief, to Terminate or Modify the Automatic Stay, and for Other Relief* [Docket No. 288].

- *Declaration in Further Support of Motion to Terminate or Modify the Automatic Stay, in Opposition to Debtors' Motion to Extend Time to Assume or Reject Lease, and in Support of Objection to Debtors' First Amended Disclosure Statement* [Docket No. 387].

**Status**: This matter is to be withdrawn [Docket No. 390].

### IV. Motion to Extend Time to Assume or Reject

4.      *Debtors' Motion for Extension of Time to Assume or Reject Its Unexpired Lease of Nonresidential Real Property to 458 Third Avenue, New York, New York 10016 Under Section 365(d)(4) of the Bankruptcy Code* [Docket No. 367].

**Response Received**: *Objection of Mastic Associates of New York LLC to Debtor SVC of Murray Hill, LLC's Motion to Extend the Time to Assume or Reject Lease* [Docket No. 386].

**Status**: This matter is to be withdrawn [Docket No. 390].

5.      *Debtors' Motion for an Order Assuming the Unexpired Lease of Nonresidential Real Property of Debtor SVC of Fresh Meadows LLC Located at 61-38 190th Street, Fresh Meadows, New York 11365 Under Section 365(b) of the Bankruptcy Code* [Docket No. 239].

**Responses Received**: *Stipulation and Order Extending Debtors' Time to Assume or Reject Unexpired Commercial Lease to Premises Located at 61-38 190th Street, Fresh Meadows, New York 11365, Under Section 365(d)(4) of the Bankruptcy Code* [Docket No. 382].

**Status**: This matter is adjourned.

## V. Adversary Proceeding

6.  *Stipulation and Order by and Between Attorneys for Plaintiff and Attorneys for Defendant Flushing Bank, Confirming Flushing Bank's Secured Status* [Adv. Docket No. 29].

    **Responses Received**: None.

    **Status**: This matter is going forward.

7.  *Stipulation and Order by and Between Attorneys for Plaintiff and Attorney for Defendant U.S. Federal Credit Union Confirming U.S. Eagle Federal Credit Union's Secured Status* [Adv. Docket No. 69].

    **Responses Received**: None.

    **Status**: This matter is going forward.

8.  *Debtors' 9019 Motion to Approve Settlement with Lend Bug LLC* [Docket No. 360].

    **Responses Received**: None.

    **Status**: This matter is going forward.

## VI. Disclosure Statement

9.  *Debtors' First Amended Disclosure Statement for First Amended Chapter 11 Plan* [Docket No. 366].

    **Responses Received**:

    - *Objection of Mastic Associates of New York LLC to Debtors' First Amended Disclosure Statement* [Docket No. 385]. This objection was withdrawn.

    - *Declaration in Further Support of Motion to Terminate or Modify the Automatic Stay, in Opposition to Debtors' Motion to Extend Time to Assume or Reject Lease, and in Support of Objection to Debtors' First Amended Disclosure Statement* [Docket No. 387].

    **Status**: This matter is going forward. No objections filed. If approved, Order to be delivered to chambers.

Dated:   April 8, 2026
      White Plains, New York            Respectfully submitted,

                /s/ *Robert L. Rattet*

Robert L. Rattet, Esq.
Craig M. Price, Esq.
John D. Molino, Esq.

**DAVIDOFF HUTCHER & CITRON LLP**
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
Telephone:   (914) 381-7400
Email:   rlr@dhclegal.com
          cmp@dhclegal.com
         jdm@dhclegal.com

*Counsel to the Debtors and Debtors in Possession*