UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:                                                                    Chapter 11

SOUND VISION CARE, INC., *et al.*,                  Case No. 25-72421 (LAS)

                    Debtors[1].                    (Jointly administered)

-------------------------------------------------------------------x

### STIPULATION AND ORDER SETTLING CLAIM OF LEND BUG LLC AGAINST THE DEBTORS, NON-DEBTOR CORPORATIONS AND <u>GUARANTOR JEFFREY WILLIAMS</u>

**WHEREAS**, on June 23, 2025 (the "Sound Vision Filing Date"), the Debtors, other than SVC of Murray Hill LLC filed the following Chapter 11 petitions (i) Sound Vision Care, Inc. (25-72421), (ii) SVC of Coram, LLC (25-72422), (iii) SVC of East Setauket, LLC (25-72423), (iv) SVC of Fresh Meadows, LLC (25-72424), (v) SVC of Manhasset, LLC (25-72425), (vi) SVC of Riverhead, LLC (25-72426), and (vii) SVC of Southold, LLC (25-72428) filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "Sound Vision Filings"), and (viii) SVC of Murray Hill LLC filed a voluntary petition on December 17, 2025, Case No. 25-74829 (the "Murray Hill Case") (the "Sound Vision Filings" and the "Murray Hill Case" collectively, where appropriate the "Chapter 11 Cases").

---

[1]   The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), (vii) SVC of Southold, LLC (4232), and (viii) SVC of Murray Hill, LLC (8674). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

**WHEREAS**, the Debtors have continued in possession of its property and the management of its business affairs as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner or statutory committee has been appointed.

**WHEREAS**, CBIZ has been retained as the accountants for the Debtors and are performing certain Chief Restructuring Officer functions in the Chapter 11 Cases.

**WHEREAS**, the Debtor operate retail optician and eyeglass boutiques in Long Island and New York City and provide optometry services to the public. The retail optician and eyeglass boutiques supplies the community with optometry services.  Debtor operates eight (8) locations, and its headquarters is at its location in Riverhead, New York.

**WHEREAS,** the Debtors are limited liability companies organized in the State of New York. Sound Vision Care, Inc. is a New York corporation.

**WHEREAS,** a detailed description of the Debtor's business, and the facts and circumstances supporting this Motion and the Debtor's Chapter 11 case, are set forth in the *Declaration of Jeffery Williams, Jr. Pursuant to Local Bankruptcy Rule 1007-4* [Docket No. 15] (the "Rule 1007-4 Declaration").  The Rule 1007-4 Declaration is incorporated by reference as if set forth herein.

**WHEREAS**, the Debtors and other non-debtor parties entered into a Future Receivables Sale and Purchase Agreement (the "Agreement") dated November 8, 2024, under which Lend Bug LLC purchased a portion of Defendants' future receivables in exchange for an upfront payment of either $150,000.00 or $160,000.00.

**WHEREAS**, during the 90 days prior to the filing, the Debtors repaid $24,000.00 to Lend Bug.

**WHEREAS,** the Debtors executed several security agreements to secure the Debtor's payment of the Lend Bug Obligation.

**WHEREAS**, Jeffrey Williams Jr. (the "Guarantor") individually guaranteed the Lend Bug Obligation.

**WHEREAS,** Lend Bug recorded a UCC Financing Statement in the Office of the Secretary of State, State of New York. The Debtors assert that Lend Bug's claim is unsecured inasmuch as it is junior to the secured claims of U.S. Eagle, Flushing Bank and BofA.

**WHEREAS**, the Debtors encountered financial difficulties which resulted in part from the financial stress of performing under MCA Agreements with Lend Bug and other MCA parties.  As a result, the Debtors filed the Chapter 11 Cases.

**WHEREAS**, Lend Bug filed Proof of Claim No. 16 in the Sound Vision Care, Inc. Case in the amount of Lend Bug LLC $59,606.91 (the "Lend Bug Claim Amount"), and identical proofs of claim in the remaining Sound Visions Filings (collectively, the "Lend Bug Claims").

**WHEREAS,** on November 12, 2025 Lend Bug filed a Complaint in Supreme Court, Kings County, Index No. 539856/2025 (the "State Court Action") with respect to the Lend Bug Obligation naming as party defendants SVC of Port Jefferson Station LLC d/b/a SVC of Port Jefferson Station, LLC, SVC of Elmhurst, LLC d/b/a SVC of Elmhurst, SVC of Forest Hills One, LLC D/B/A SVC of Forest Hills One, SVC of Murray Hill LLC d/b/a SVC of Murray Hill, SVC of Mastic, LLC d/b/a SVC of Mastic, SVC of The Hamptons, LLC d/b/a SVC of The Hamptons, SVC of West Islip, LLC d/b/aa SVC of West Islip, SVC of Yorkville, LLC d/b/a SVC of Yorkville, SVC RE Holdings, LLC d/b/a SVC RE Holdings (all parties except SVC of Murray Hill LLC and Jeffrey Slaney Williams Jr. "Non-Debtor Litigation Defendants"), and Jeffrey Slaney Williams Jr., defined above as the "Guarantor."

**WHEREAS,** on November 14, 2025 the Debtors filed an Adversary Complaint in the U.S. Bankruptcy Court, Eastern District of New York, <u>Sound Vision Care, Inc. v. Kapitus LLC, et al.</u>, Adv. Proc. No. 25-08112 (Main Case ECF No. 182, Adv. Proc. ECF No. 1, the "<u>Nature, Extent Proceeding</u>"), in which the Debtor alleged claims, *inter alia*, seeking to disallow and expunge any claim filed by parties providing financing under the MCA Agreements, including but not limited to Lend Bug, on various grounds, including usury, unconscionability and in the alternative to subordinate such claims to the claims of other creditors under 11 U.S.C. § 510(c).

**WHEREAS,** on December 17, 2025 SVC of Murray Hill LLC filed the Murray Hill Case.

**WHEREAS,** on January 9, 2026 SVC of Murray Hill LLC filed a Notice of Removal of the State Court Action to the U.S. District Court, Eastern District of New York (the "District Court"), Case 2:26-cv-00122-JMA-ST (the "District Court Case").

**WHEREAS,** on February 4, 2026 the District Court referred the District Court Case to this Court, where it was assigned Adversary Proceeding No. 26-8020 (the "Lend Bug Removed Proceeding").

**WHEREAS,** on February 20, 2026 Lend Bug filed an Answer to the Nature, Extent Proceeding (ECF Docket No.66).

**WHEREAS,** on February 23, 20256 Jeffrey Slaney Williams Jr. filed an Answer to the Lend Bug Removed Proceeding, ECF Docket No. 7 in the Removed Proceeding.

**WHEREAS**, the Debtor asserts that it has potential preference claims against Lend Bug in the amount of $24,000.00 for payments within ninety days of the Filing Date (the "Ninety Day Payments").

**WHEREAS**, Lend Bug is likely to assert that the Ninety Day Payments were made in the ordinary course of business or financial affairs of the Debtors and Lend Bug.

**WHEREAS**, the Debtor has asserted, in the Nature, Extent Proceeding that the Lend Bug MCA Agreement was in fact a disguised loan, and subject to defenses such as usury and unconscionability, as well as equitable subordination.

**WHEREAS**, Lend Bug is likely to assert that the Lend Bug MCA Agreement was in fact a purchase of accounts receivable and the Lend Bug Obligation of the Debtor and Guarantor were valid and subsisting obligations.

**WHEREAS,** Lend Bug has asserted claims against the Guarantor for the Lend Bug Obligation which are pending in the Removed Proceeding.

**WHEREAS,** Guarantor is likely to assert claims against and defenses to the Lend Bug Obligation.

**WHEREAS**, the Debtor and Guarantor, on the one hand, and Lend Bug on the other (the Debtor, Lend Bug and the Guarantor, collectively, the "Parties") wish to avoid the cost, risk, and expense of further litigation on the Lend Bug Claim and related claims between and among the Debtor, Guarantor and Lend Bug (collectively, the "Claims"), and/or in connection with the plan process in the Chapter 11 case, and after arms' length negotiation, the Parties have reached a settlement resolving the Claims on the terms set forth below.

**NOW, THEREFORE, IN CONSIDERATION OF THE ABOVE STATED PREMISES, IT IS HEREBY STIPULATED, CONSENTED TO, AND AGREED AND ORDERED AS FOLLOWS:**

1.      Lend Bug Claim shall amend its claim to unsecured, and said claim shall be allowed as an unsecured claim in the amount of $50,000.00 (the "Revised Claim Amount").

2.      The Debtors waive and release all claims for disallowance and/or subordination of the Lend Bug Claim.

3.      The Lend Bug Removed Action will be dismissed with prejudice pursuant to Fed.R.Civ.P. Rule 41(a)(2). For avoidance of doubt the State Court Action will be discontinued with prejudice as well.

4.      The Nature, Extent Proceeding will be dismissed with prejudice as to Lend Bug only pursuant to Fed.R.Civ.P. Rule 41(a)(2).

5.      In consideration of the allowance of the Lend Bug Claim, Lend Bug and its shareholders, partners, members, officers, directors, agents, heirs, executors, administrators, successors, assigns, affiliates, employees, and affiliated entities, and each of their respective shareholders, partners, members, officers, directors, agents, heirs, executors, administrators, successors, assigns, affiliates, employees, and affiliated entities (collectively, the "Lend Bug Releasing Parties"), shall be deemed to hereby irrevocably, fully, finally, and forever release, remise, extinguish, absolve, acquit, and discharge the Debtors, all defendants in the Lend Bug Removed Proceeding, and the now-removed State Court Action (the "Obligor Released Parties") and Guarantor and their respective shareholders, partners, members, officers, directors, agents, heirs, executors, administrators, successors, assigns, affiliates, employees, and affiliated entities, and each of their respective shareholders, partners, members, officers, directors, agents, heirs, executors, administrators, successors, assigns, affiliates, employees, and affiliated entities, of and from any and all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damage, consequential damages, compensatory damages, punitive damages, judgments, extents, executions, claims, counterclaims, and demands related to any transactions between the Debtors, Guarantor, Obligor Released Parties and Lend Bug, known or unknown, foreseen or unforeseen, in law or equity, from the beginning of the world to the date of this release,

including any claims the Lend Bug Releasing Parties may have had or claim to have had, or now have or claim to have, or hereafter may have or claim to have, or could have asserted against the Debtor or Guarantor.

6.      In consideration of the terms and conditions of this Stipulation, upon execution of this Stipulation, the Debtors and Guarantor and each of their respective shareholders, partners, members, officers, directors, agents, heirs, executors, administrators, successors, assigns, affiliates, employees, and affiliated entities, and each of their respective shareholders, partners, members, officers, directors, agents, heirs, executors, administrators, successors, assigns, affiliates, employees, and affiliated entities, hereby irrevocably, fully, finally, and forever release, remise, extinguish, absolve, acquit, and discharge Lend Bug and its shareholders, partners, members, officers, directors, agents, heirs, executors, administrators, successors, assigns, affiliates, employees, and affiliated entities, and each of their respective shareholders, partners, members, officers, directors, agents, heirs, executors, administrators, successors, assigns, affiliates, employees, and affiliated entities (the "Lend Bug Released Parties", of and from any and all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damage, consequential damages, compensatory damages, punitive damages, judgments, extents, executions, claims, counterclaims, and demands whatsoever, known or unknown, foreseen or unforeseen, in law or equity, from the beginning of the world to the to the date of this release, including any claims the Debtor and/or Guarantor may have had or claim to have had, or now have or claim to have, or hereafter may have or claim to have, or could have asserted.

7.      Lend Bug will consent to approval of any Disclosure Statement that is consistent with the terms of this agreement and transactions contemplated by this Stipulation.

8.     Lend Bug will (a) vote its claims in favor of and (b) affirmatively support any chapter 11 plan of reorganization filed by the Debtor that is consistent with the terms of this Settlement Agreement provides the unsecured creditors, including Lend Bug, customary treatment for an unsubordinated and unsecured creditor, other than special provisions applicable to creditors with a perfected lien and are doing ongoing business with the Debtors, regardless of the distribution on the Lend Bug Claim as allowed by Paragraph 1 of this Stipulation, which may be de minimus, depending on unrelated developments in the Chapter 11 cases.

9.     This Settlement Agreement is subject to approval by the Bankruptcy Court pursuant to Bankruptcy Rule 9019, pursuant to this Stipulation and Order.

**STIPULATED AND AGREED TO**:

Dated: New York, New York
       March 18, 2026

**SOUND VISION CARE, INC. and all Debtors
in Chapter 11 Cases as Defined and all
Non-Debtor Litigation Defendants**

By:_____
       Jeffrey Slaney Williams Jr., Managing Member
       And President of Sound Vision Care Inc.


_____
Jeffrey Slaney Williams Jr., Guarantor


**DAVIDOFF HUTCHER & CITRON LLP**

By: /s/James B. Glucksman_
       Robert L. Rattet (*pro hac vice*)
       James B. Glucksman (*pro hac vice*)

Robert L. Rattet
James B. Glucksman

605 Third Avenue
New York, New York 10158
Telephone:   (914) 381-7400
Email:        rlr@dhclegal.com
                jbg@dhclegal.com

*Bankruptcy Counsel to the Debtor
and Debtor in Possession*

/s/ Salene Mazur Kraemer
Salene Mazur Kraemer
(NY Bar Id. 5228580)
447 Broadway 2nd Floor
New York City, New York 10013
Tel: (412) 427-7075

LEND BUG LLC

BY:_____
    Managing Member

**DAVIDOFF HUTCHER & CITRON LLP**

By: /s/_____

    Robert L. Rattet (*pro hac vice*)
    James B. Glucksman (*pro hac vice*)

605 Third Avenue
New York, New York 10158
Telephone: (914) 381-7400
Email:    rlr@dhclegal.com
           jbg@dhclegal.com

*Bankruptcy Counsel to the Debtor
and Debtor in Possession*

_____

Salene Mazur Kraemer
(NY Bar Id. 5228580)
447 Broadway 2nd Floor
New York City, New York 10013
Tel: (412) 427-7075

LEND BUG LLC

BY: _____
    Managing Member

**SO ORDERED.**

Dated: April 10, 2026
    Central Islip, New York

_____
**Louis A. Scarcella
United States Bankruptcy Judge**