United States Bankruptcy Court

Eastern District of New York

In re:                                                                                                    Case No. 25-72421-las

Sound Vision Care, Inc.                                                                   Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8                              User: admin                                          Page 1 of 9

Date Rcvd: Apr 17, 2026                     Form ID: pdf000                                   Total Noticed: 184

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#               Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##              Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sound Vision Care, Inc., 1224 Ostrander Avenue, Riverhead, NY 11901-2109 |
| aty | + | Davidoff Hutcher & Citron LLP, 120 Bloomingdale Road, Suite 100, White Plains, NY 10605-1519 |
| aty | + | Erin L. Williamson, Ballard Spahr LLP, 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| aty | + | Leslie C Heilman, Ballard Spahr LLP, 919 N Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| cr | + | Bank of America, N.A., Buchanan Ingersoll & Rooney PC, c/o Christopher P. Schueller, 640 5th Avenue, 9th Floor, New York, NY 10019 UNITED STATES 10019-6102 |
| consult | + | CBIZ Forensic Consulting Group, LLC, Five Bryant Park, 1065 Avenue of the Americas, New York, NY 10018-1878 |
| cr | + | De Lage Landen Financial Services, Inc., c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| cr | + | Leaf Capital Funding, LLC, c/o Goetz Platzer LLP, One Penn Plaza, Suite 3100, New York, NY 10119-3100 |
| cr | + | Lendbug LLC, 260 W 35 ST PH, New York, NY 10001-2528 |
| acc | + | MacDonald, Rand & Vollaro CPA's LLP, 550 Route 25A, Rocky Point, NY 11778-9813 |
| jtadmdb | + | SVC of Coram, LLC, 1721 North Ocean Ave., Suite A, Medford, NY 11763-2684 |
| jtadmdb | | SVC of East Setauket, LLC, 215 Hallock Rd, Suite 2, Stony Brook, NY 11790-3077 |
| jtadmdb | + | SVC of Fresh Meadows, LLC, 61-30A 190th St., Suite A, Fresh Meadows, NY 11365-2700 |
| jtadmdb | | SVC of Manhasset, LLC, 433 Plandome Road, Manhasset, NY 11030-1942 |
| jtadmdb | + | SVC of Murray Hill, LLC, 458 Third Avenue, New York, NY 10016-6027 |
| jtadmdb | + | SVC of Riverhead, LLC, 1224 Ostrander Avenue, Riverhead, NY 11901-2109 |
| jtadmdb | | SVC of Southold, LLC, 44210 County Rd 48,, Suite 1, Southold, NY 11971-5032 |
| cr | + | US Eagle Federal Credit Union, c/o Moritt Hock & Hamroff LLP, 400 Garden City Plaza, Garden City, NY 11530-3322 |
| 10553922 | + | 435451 Plandome Properties LLC, 246 Mineola Blvd., Mineola, NY 11501-2436 |
| 10553923 | + | 64176806 Bay Parkway Realty LLC, 2338 64th Street, Brooklyn, NY 11204-3360 |
| 10553924 | + | ABB Optical Group, 125 Enterprise Drive, Marshfield, MA 02050-2132 |
| 10553925 | + | Action Carting, 300 Frank W. Burr Blvd., Ste. 39, Teaneck, NJ 07666-6730 |
| 10536687 | + | Action Carting Enviornmental Services, Inc., 300 Frank W Burr Blvd., Suite 39, Teaneck, NJ 07666-6730 |
| 10553985 | + | Alan Minkoff, 420 East 72nd St., Apt. 15A, New York, NY 10021-4647 |
| 10553926 | + | All Types Building Maintenance, 5514 Merrick Road, Massapequa, NY 11758-6216 |
| 10553927 | + | Altair Eyewear, 10875 International Drive, Rancho Cordova, CA 95670-7371 |
| 10664486 | + | Altair Eyewear, Inc, 11135 Trade Center Dr #180, Rancho, Cordova CA 95670-6242 |
| 10553928 | + | Amur Financial, 10875 International Dr., Rancho Cordova, CA 95670-7371 |
| 10553929 | + | Angelica Velasquez, 1050 Youngs Avenue, Southold, NY 11971-1607 |
| 10645910 | + | Ballard Spahr LLP, 919 N. Market St., 11th Fl., Wilmington, DE 19801-3023, Attn: Leslie C. Heilman, Esq. |
| 10553930 | + | BambooHR, 42 Future Way, Draper, UT 84020-9858 |
| 10553931 | | Bank of America, Practice Solutions, 10 Federal Street, Boston, MA 02110 |
| 10567914 | + | Bank of America, N.A., Buchanan Ingersoll & Rooney PC, c/o Christopher P. Schueller, 501 Grant Street, Suite 200, Pittsburgh, PA 15219-4413 |
| 10534288 | + | Bank of America, N.A., c/o Buchanan Ingersoll & Rooney PC, 640 5th Avenue, 9th Floor, New York, NY 10019-6102 |
| 10553932 | + | Bank of America, N.A., 600 North Cleveland Ave., Ste. 300, Westerville, OH 43082-6926 |
| 10553933 | + | Bay Ridge Cleaning Contractors, 1620 Bay Ridge Avenue, Brooklyn, NY 11204-5054 |
| 10645916 | + | Beaulieu Law Firm, P .C., 11 Broadway, Ste. 615, New York, NY 10004-1490, Attn: Maxime H. Beaulieu, Esq. |
| 10533631 | + | Buchanan Ingersoll & Rooney PC, c/o Christopher P. Schueller, 640 5th Avenue, 9th Floor, New York, NY 10019-6102 |
| 10553934 | | Buchanan Ingersoll & Rooney, P.C., Attn: Christopher P. Schueller, Esq., 501 Grant St., Ste. 200, Pittsburgh, PA 152194413 |

10538600      + Bullion Exchange, LLC, c/o Davidoff Hutcher & Citron LLP, 120 Bloomingdale Road, White Plains, New York 10605-1500

10537978      + CFG Merchant Solutions, LLC, c/o Kaminski Law, PLLC, 88 Pine Street, Ste. 2430, New York, New York 10005-1847

10553936     #+ Capital Domain Funding LLC, Attn: Avi Ulano, 300 Tice Blvd., Woodcliff Lake, NJ 07677-8405

10553935     #+ Capital Domain LLC, 254 Brick Blvd., Unit 10, Brick, NJ 08723-7197

10645913        CapitalDomain LLC, 749 Gateway, Ste G-601, Abilene, TX 79602, Attn: Jordan Morrison

10553938      + City Heat Security, 2665 Oceanside Rd., Oceanside, NY 11572-1521

10553940      + CooperVision, 6101 Bollinger Canyon Rd., Ste. 500, San Ramon, CA 94583-5108

10553941      + Crystal Practice Mgmt., 12112 Anderson Mill Rd., Bldg. 12A, Austin, TX 78726-1188

10593635      + David W. Dykhouse, Patterson Belknap Webb & Tyler LLP, ATTN: David W. Dykhouse, 1133 Avenue of the Americas, New York, NY
                 10036-6731

10570364      + De Lage Landen Financial Services, Inc., c/o Stark & Stark, PC, Attn: Joseph H. Lemkin, Esq., P.O. Box 5315, Princeton, NJ 08543-5315

10553945        Drill Specialty Corp., 5020 Montauk Hwy., Massapequa Park, NY 11762

10553946      + Dynasty Protection, 4 W. Mineola Ave., Bldg. 1, Valley Stream, NY 11580-5740

10553947      + EBF Holdings, LLC, d/b/a Everest Business Funding, 102 West 38th St, 6th Fl., New York, NY 10018-3664

10581252      + Enid Nagler Stuart, Ass't Attorney General, Counsel for NYS Dep't of Taxation, 28 Liberty Street - 17th floor, New York, NY 10005-1495

10553948      + Essilor Luxottica, 12 Harbor Acres Rd., Sands Point, NY 11050-2637

10553949      + Everbank Commercial Finance, Inc., 10 Waterview Blvd., Parsippany, NJ 07054-1286

10553951      + FC Marketplace, LLC, 747 Front St., 4th Fl., San Francisco, CA 94111-1922

10553952      + Federal Realty Investment Trust, 909 Rose Ave., Ste. 200, North Bethesda, MD 20852-8724

10537237      + Flushing Bank, c/o Certilman Balin Adler & Hyman, LLP., 90 Merrick Avenue, East Meadow, NY 11554-1571

10553954      + Flushing Bank, Attn: Legal Dept., 14451 Northern Blvd., Flushing, NY 11354-4230

10553955      + Fort Capital Resources, LLC, 410 Blanding Blvd., Ste. 10, #149, Orange Park, FL 32073-5065

10553956      + Fort Capital Resources, LLC, 841 Shelley Road, Raleigh, NC 27609-5167

10551993      + Frank Spinosa & Robin Ross, 62 Canyon Ridge Drive, Sandia Park, NM 87047-8506

10553959      + Gonzalo Campos, 1050 Youngs Avenue, Southold, NY 11971-1607

10553961      + Great White Propane, 44 Kroemer Avenue, Riverhead, NY 11901-3108

10553962      + Hallock Road LLC, 215 Hallock Rd., Ste. 68, Stony Brook, NY 11790-3080

10585970      + Humana, Inc., Humana Insurance Company,, Humana Health Company of New York, Inc., Fox Swibel Levin & Carroll c/o Ken Thoma,
                 200 W. Madison, Suite 3000, Chicago IL 60606-3417

10553963      + Huntington Technology Finance, Inc, 2285 Franklin Rd, Ste 100,, Bloomfield Hills, MI 48302-0363

10553964      + Ignite IPA, 140 Lakeland Avenue, Sayville, NY 11782-1912

10593154      + Ignite Intelligent Process Automation LLC, 140 Lakeland Avenue, Sayville, NY 11782-1912

10553966      + InAdvance Capital, 10 West 37th St., Ste. 6E, New York, NY 10018-7481

10553968        Island Elevator, 21002 Arctic Avenue, Bohemia, NY 11716

10651680      + Jeffrey Slaney Williams, Jr., Penachio Malara, LLP, 245 Main Street, Suite 450, White Plains, NY 10601-2438

10553958        Jellum Law, Attn: Garth G. Gavenda, Esq., 7617 Currell Blvd., Ste. 245, Woodbury, MN 55125

10553972      + Johnson & Johnson, 7500 Centurion Pkwy., Jacksonville, FL 32256-0517

10593636      + Johnson & Johnson Vision Care, Inc., Patterson Belknap Webb & Tyler LLP, ATTN: David W. Dykhouse, 1133 Avenue of the Americas,
                 New York, NY 10036-6731

10645909      + Kaminsky Law PLLC, P.O. Box 247, Grass Lake, Ml 49240-0247, Attn: Shanna M. Kaminski, Esq.

10547931      + Kapitus Servicing Inc., as Authorized Sub-Servicin, c/o Rivkin Radler LLP, 926 RXR Plaza, Uniondale, NY 11556-0926

10617094      + Kapitus Servicing, Inc. as authorized sub-servicin, Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY
                 10019-3800, Attn: Aryana Badery

10614573      + Kapitus Servicing, Inc., as authorized sub-servici, c/o Windels Marx Lane & Mittendorf, LLP, 156 W 56th Street, NY, NY 10019-3800

10592938      + L'AMY INCORPORATED, c/o Smith Carroad Wan & Parikh, P.C., 202 East Main Street, Smithtown, NY 11787-2806

10569360     #+ LEAF Capital Funding, LLC, c/o Goetz Platzer LLP, 1 Penn Plaza, Suite 3100, New York, New York 10119-3100, Attn: T.
                 Sadutto-Carley, Esq.

10552150     #+ LEAF Capital Funding, LLC, c/o Goetz Platzer, LLP, Attn: T. Sadutto-Carley, Esq., One Penn Plaza, Suite 3100, New York, New York
                 10119-3100

10553974      + LaFont Frames, 655 Broadway, Ste. 401, New York, NY 10012-2302

10654398      + LendBug LLC, c/o MAZURKRAEMER Business Law Group, 314 Old Farm Rd., Pittsburgh, PA 15228-2544

10553975      + LendBug, LLC, 260 West 35th St. PH, New York, NY 10001-2528

10553976      + Lens Mode Contacts, 150 Main Street, Millburn, NJ 07041-1179

10553977        LevelUp HCS LLC, 90 Broad St., Ste. 902, New York, NY 100042281

10553978      + Lumenis Financial Solutions, 2077 Gateway Pl., Ste. 300, San Jose, CA 95110-1149

10553979        Macdonald, Rand & Vollaro, CPAs LLC, 550 NY25A, Rocky Point, NY 11778

10553980      + Macquarie Equipment Capital Inc., 1301 Riverplace Blvd., 4th Fl., Jacksonville, FL 32207-9047

10553981      + MadisonOne, 9375 E. Shea Blvd., Ste. 100, Scottsdale, AZ 85260-6986

10553982      + Mary Frausto, 2700 Bray Avenue, Laurel, NY 11948-1662

10661085      + Mastic Associates of New York LLC, c/o Belkin Burden Goldman, LLP, Attn.: Jay B. Solomon, Esq., 60 E 42nd Street, 16th Floor, New
                 York, NY 10165-0020

10553983      + Mattituck Enviro, 560 Commerce Drive, Cutchogue, NY 11935-3210

10553984        Merged Funding, One Financial Plaza, Hartford, CT 061032608

10553992        NDC Community Impact Loan Fund, P29 Marne Street, Watervliet, NY 12189

| | | |
|---|---|---|
| 10601098 | + | NEY YORK STATE DEPARTMENT OF LABOR, 1220 WASHINGTON AVE BLDG 12, RM 256, ALBANY, NY 12226-1799 |
| 10553988 | + | NFPRA, 44210 County Road 48, Ste. 2, Southold, NY 11971-5032 |
| 10553991 | | NYS Dept. of Taxation & Finance, Office of Counsel, Bldg. 9, W.A. Harriman State Campus, Albany, NY 122271002 |
| 10553986 | | Nassau Vision Group, 160 Legrand Avenue, Orangeburg, NJ 10962 |
| 10553987 | | National Grid, Attn: Legal Dept., 40 Sylvan Road, Waltham, MA 024511120 |
| 10553989 | + | Ninety, 1920 Prospector Avenue, Ste. 300, Park City, UT 84060-7580 |
| 10553990 | + | North Ocean Properties, Inc., 1721 N. Ocean Avenue, Medford, NY 11763-2684 |
| 10553993 | + | Ocean Funding Corp, 1000 NW 65th St., Ste. 103, Fort Lauderdale, FL 33309-1113 |
| 10553994 | + | Ogden CAP Properties, 545 Madison Avenue, New York, NY 10022-4219 |
| 10554005 | | Optimum, Attn: Legal Dept., 1 Court Square West, Long Island City, NY 11101 |
| 10554006 | + | Panthers Capital LLC, 10 E. Merrick Road, Valley Stream, NY 11580-5800 |
| 10554007 | + | Paragon Software Group, 947 E. Impala, Mesa, CA 85204-6619 |
| 10554008 | + | Playbook Builder, 171 College Avenue, Holland, MI 49423-2919 |
| 10554009 | + | Port Washington Window Cleaning, P.O. Box 1691, Port Washington, NY 11050-7691 |
| 10554011 | + | Pure Advance, 6 Charlotte Place, Spring Valley, NY 10977-3831 |
| 10554012 | + | Quick Funding Group, 99 W. Hawthorne Ave., Valley Stream, NY 11580-6163 |
| 10645918 | + | Quick Funding Group, 99 West Hawthorne Ave., Valley Stream, NY 11580-6163, Attn: Mark Kern, President |
| 10554013 | + | Riverhead Water District, 1035 Pulaski Street, Riverhead, NY 11901-3043 |
| 10554014 | + | Signature Services LLC, 104 Southcreek Drive, Manteno, IL 60950-3704 |
| 10592937 | + | Smith Carroad Wan & Parikh, P.C., 202 East Main Street, Smithtown, NY 11787-2806 |
| 10563624 | + | Solomon Herrera McCormick PLLC, 40 Marcus Drive, Suite 202, Melville, NY 11747-4200 |
| 10554015 | + | Solomon, Herrera, & McCormick, PLLC, 40 Marcus Dr., Ste. 202, Melville, NY 11747-4200 |
| 10554016 | + | Sound Vision Care, Inc., Attn: Jeffrey Williams, Jr., 1224 Ostrander Avenue, Riverhead, NY 11901-2109 |
| 10645919 | + | Speedy Funding, 243 Tresser Blvd., Ste. 18, Stamford, CT 06901-3436, Attn: Mordechai Yitzchakoy |
| 10554018 | + | Speedy Funding LLC, 300 N. Main Street, Spring Valley, NY 10977-3774 |
| 10593661 | + | Stereo Optical Company, Inc. dba Walman Instrument, Joe Barton, Legal Department, 4000 Luxottica Place, Mason, OH 45040-8114 |
| 10554019 | + | Sterns Bank N.A., 4191 2nd St. South, St. Cloud, MN 56301-3761 |
| 10550951 | + | Street Retail, LLC, c/o Baqllard Spahr LLP, 919 N. Market Street, 11th Floor, Wilmington, Delaware 19801-3023 |
| 10554020 | | Suffolk Computer Consultants, 295 Montauk Hwy., Speonk, NY 11972 |
| 10654248 | + | Tedmar Realty Corp., c/o Robert B. Taylor, Esq., 271 North Ave., Suite 801, New Rochelle, NY 10801-5107 |
| 10593662 | + | The Walman Optical Company dba X-Cel Specialty Con, Joe Barton, Legal Department, 4000 Luxottica Place, Mason, OH 45040-8114 |
| 10662007 | + | Topcon Healthcare, Inc., Attn: Justine Cirinelli, 111 Bauer Drive, Oakland, NJ 07436-3123 |
| 10554023 | + | TriZetto Gateway EDI, 3300 Rider Trail S., Earth City, MO 63045-1311 |
| 10554028 | + | U.S. Attorney's Office, Attn: Nicole M. Zito, Esq., Assistant U.S. Attorney, Eastern District of NY, 271A Cadman Plaza East Brooklyn, NY 11201-1820 |
| 10554030 | + | U.S. Bancorp, Attn: Legal Service of Process Team, 409 Silverside Rd., Ste. 105, Wilmington, DE 19809-1771 |
| 10554031 | | U.S. Bancorp Equipment Finance, Inc., 1450 Channel Parkway, Marshall, MN 56258 |
| 10554032 | + | U.S. Bank Equipment Finance, 1310 Madrid Street, Marshall, NM 56258-4099 |
| 10554033 | + | U.S. Eagle Credit Union, Attn: Francis J. Yakaboski, 3939 Osuna Rd. NE, Albuquerque, NM 87109-4431 |
| 10593091 | + | U.S. Eagle Federal Credit Union, c/o Moritt Hock & Hamroff LLP, 400 Garden City Plaza, Garden City, NY 11530-3322 |
| 10549738 | + | US Eagle Federal Credit Union, c/o Moritt Hock & Hamroff LLP, 400 Garden City Plaza, Garden City, NY 11530-3327, Attn: Michael Kwiatkowski, Esq. |
| 10540692 | + | US Eagle Federal Credit Union, c/o Moritt Hock & Hamroff LLP, 400 Garden City Plaza, Garden City, New York 11530-3322 |
| 10554024 | | Ulster Savings Bank, 10 Schwenk Drive, Kingston, NY 12401 |
| 10554025 | + | Umana, P.O. Box 196, Mattituck, NY 11952-0196 |
| 10554026 | + | Univest Capital, Inc., 3220 Tillman Dr., Ste. 503, Bensalem, PA 19020-2049 |
| 10554027 | + | Utica National Insurance Co., P.O. Box 6540, Utica, NY 13504-6540 |
| 10554037 | + | Vex Capital, 700 Canal St., 1st Fl., Stamford, CT 06902-5921 |
| 10645920 | + | Vex Capital, 700 Canal St., 1st Fl., Stamford, CT 06902-5921, Attn: Chanan Fuzailov |
| 10554038 | + | Winchester Optical Co., 1935 Lake Street, Elmira, NY 14901-1239 |
| 10554039 | + | Wolf's Edge Partners LLC, 536 Barnard Avenue, Woodmere, NY 11598-2708 |
| 10587851 | + | capitaldomain llc, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 10553965 | + | iMatrix, 3 Ethel Road, #305, Edison, NJ 08817-2855 |

TOTAL: 147

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: Generalcounsel@drgrealty.com | Apr 17 2026 18:13:00 | Davis Professional Park LLC, c/o /Damianos Realty Group LLC, 222 Middle Country Road Suite 300, Smithtown, NY 11787, UNITED STATES |

| District/off: 0207-8 | User: admin | Page 4 of 9 |
| Date Rcvd: Apr 17, 2026 | Form ID: pdf000 | Total Noticed: 184 |

| | | | | |
|---|---|---|---|---|
| 10588414 | + | Email/Text: bankruptcy@amuref.com | Apr 17 2026 18:13:00 | AMUR, 304 W 3rd St, Grand Island, NE 68801-5941 |
| 10593366 | | Email/Text: bnc@atlasacq.com | Apr 17 2026 18:13:00 | Atlas Acquisitions LLC, on behalf of Speedy Funding LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 10550697 | | Email/PDF: bncnotices@becket-lee.com | Apr 17 2026 18:24:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 10645912 | + | Email/Text: bankruptcy@amuref.com | Apr 17 2026 18:13:00 | Amur Equipment Finance, Inc., 304 W. 3rd Street, Grand Island, NE 68801-5941, Attn: Ariella Alvarado |
| 10553943 | ^ | MEBN | Apr 17 2026 18:12:01 | C T Corporation System, 330 N Brand Blvd., Ste. 700, Glendale, CA 91203-2336, ATTN: SPRS |
| 10553937 | + | Email/Text: BKMail@cfgms.com | Apr 17 2026 18:13:00 | CFG Merchant Solutions, LLC, 180 Maiden Lane, 15th Fl., New York, NY 10038-5150 |
| 10553939 | + | Email/Text: EAGBankruptcy@coned.com | Apr 17 2026 18:13:00 | Consolidated Edison Co. of NY, Inc., Bankruptcy/EAG Group, 4 Irving Place, 9th Fl., New York, NY 10003-3502 |
| 10645917 | | Email/Text: Generalcounsel@drgrealty.com | Apr 17 2026 18:13:00 | Davis Professional Park LLC, 222 Middle Country Road, Suite 300, Smithtown, NY 11787, Attn: Patricia C. Delaney, Esq. |
| 10594429 | | Email/Text: Generalcounsel@drgrealty.com | Apr 17 2026 18:13:00 | Davis Professional Park LLC, Patricia C. Delaney, c/o Damianos Realty Group LLC, 222 Middle Country Road Suite 300, Smithtown, NY 11788 |
| 10554561 | | Email/Text: Generalcounsel@drgrealty.com | Apr 17 2026 18:13:00 | Davis Professional Park LLC, c/o Damianos Realty Group LLC, 222 Middle Country Road Suite 300, Smithtown, New York 11787 |
| 10553944 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Apr 17 2026 18:13:00 | De Lage Landen Financial Services, Inc., 1111 Old Eagle School Road, Wayne, PA 19087 |
| 10553950 | | Email/Text: ECF@fayservicing.com | Apr 17 2026 18:13:00 | Fay Servicing LLC, 1601 Lyndon B. Johnson Fwy., Farmers Branch, TX 75234 |
| 10645921 | | Email/Text: bryarly.ridgdill@ibusinessfunding.com | Apr 17 2026 18:13:00 | FC Marketplace LLC, d/b/a Funding Circle, 110 SE 6th Street, Ste. 700, Ft. Lauderdale, FL 33301-5002 |
| 10553953 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 17 2026 18:13:00 | Flagstar Bank, 5151 Corporate Drive, E2031, Troy, MI 48098-2639 |
| 10553960 | + | Email/Text: dpetersen@greatamerica.com | Apr 17 2026 18:13:00 | Greatamerica Financial Services Corp., 625 First Street, Cedar Rapids, IA 52401-2032 |
| 10553967 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2026 18:13:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 191017346 |
| 10542471 | + | Email/Text: RASEBN@raslg.com | Apr 17 2026 18:13:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 10553973 | + | Email/Text: bankruptcy@kapitus.com | Apr 17 2026 18:13:00 | Kapitus LLC, 2500 Wilson Blvd., Ste. 350, Arlington, VA 22201-3873 |
| 10558679 | + | Email/Text: bankruptcy@kapitus.com | Apr 17 2026 18:13:00 | Kapitus Servicing, Inc., 120 West 45th Street, 4th Floor, New York, NY 10036-4041 |
| 10537517 | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Apr 17 2026 18:13:00 | NEW YORK STATE DEPARTMENT OF LABOR, 1220 WASHINGTON AVE, BLDG 12 RM 256, ALBANY, NY 12226-1799 |
| 10645911 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Apr 17 2026 18:13:00 | NYS Dept. of Taxation and Finance, Building 9 - Office of Counsel, W.A. Harriman Campus, Albany, NY 12227-0001 |
| 10532181 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |

|  |  |  | Apr 17 2026 18:13:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 10541706 | + | Email/Text: bankruptcy@ondeck.com |  |  |
|  |  |  | Apr 17 2026 18:13:00 | On Deck Capital Inc, 4700 W Daybreak Pkwy. Ste 200, South Jordan, UT 84009-5133 |
| 10553995 |  | Email/Text: bankruptcy@ondeck.com |  |  |
|  |  |  | Apr 17 2026 18:13:00 | On Deck Capital, Inc., 1400 Broadway, 25th Fl., New York, NY 100185225 |
| 10554010 | ^ | MEBN |  |  |
|  |  |  | Apr 17 2026 18:12:00 | PSEG, Attn: Legal Dept., 80 Park Plaza, Newark, NJ 07102-4194 |
| 10645915 | + | Email/Text: ramoffatt@rgcattys.com |  |  |
|  |  |  | Apr 17 2026 18:13:00 | Relin Goldstein & Crane, LLP, 28 E. Main St., Ste. 1800, Rochester, NY 14614-1989 |
| 10539030 | + | Email/Text: dl-csgbankruptcy@charter.com |  |  |
|  |  |  | Apr 17 2026 18:13:00 | Spectrum, 1600 Dublin Road, Columbus, OH 43215-2098 |
| 10554017 | + | Email/Text: dl-csgbankruptcy@charter.com |  |  |
|  |  |  | Apr 17 2026 18:13:00 | Spectrum, 4145 S. Lakenburg Rd., Riverview, FL 33578-8652 |
| 10554021 |  | Email/Text: bankruptcy@td.com |  |  |
|  |  |  | Apr 17 2026 18:13:00 | TD Bank, 1701 Rte. 70 East, Cherry Hill, NJ 08003 |
| 10554022 |  | Email/Text: bankruptcycollectionsunit@thehartford.com |  |  |
|  |  |  | Apr 17 2026 18:13:00 | The Hartford, One Hartford Plaza, Hartford, CT 06155 |
| 10554034 | + | Email/Text: bankruptcynotices@sba.gov |  |  |
|  |  |  | Apr 17 2026 18:13:00 | U.S. Small Business Administration, New York District Office, 26 Federal Plaza, Room 3100, New York, NY 10278-3199 |
| 10554035 | + | Email/Text: bankruptcynotices@sba.gov |  |  |
|  |  |  | Apr 17 2026 18:13:00 | U.S. Small Business Administration, Denver Finance Center, 721 19th Street, Denver, CO 80202-2517 |
| 10563502 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com |  |  |
|  |  |  | Apr 17 2026 18:13:00 | Verizon Connect, William M Vermette, 22001 Loudoun County PKWY, Ashburn, Ashburn, VA 20147-6122 |
| 10554036 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com |  |  |
|  |  |  | Apr 17 2026 18:13:00 | Verizon Wireless Bankruptcy Admin., 500 Technology Drive, Ste. 550, Weldon Spring, MO 63304-2225 |
| 10554040 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com |  |  |
|  |  |  | Apr 17 2026 18:24:30 | Wells Fargo Bank, N.A., Attn: Legal Order Processing, MAC# X9761017, 550 South 4th St., Minneapolis, MN 55415-1529 |
| 10586459 |  | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com |  |  |
|  |  |  | Apr 17 2026 18:24:27 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
|  | cr | Amur Equipment Finance, Inc. |
|  | intp | CFG Merchant Solutions, LLC |
|  | intp | Jason A. Stern |
|  | intp | Jeffrey Slaney Williams, Jr. |
|  | cr | New York State Department Of Taxation & Finance |
|  | cr | Street Retail, LLC |
| 10527564 |  | Capital Domain 1 |
| 10527565 |  | Capital Domain 2 |
| 10538881 |  | ColalentCareers, Inc. c/o Relin Goldstein & Crane, |
| 10538880 |  | CovalentCareers, Inc. c/o Relin, Goldstein & Crane |
| 10527566 |  | LendBug |
| 10554562 |  | Patricia C. Delaney, Esq., Attorney for Davis Professional Park LLC |
| 10527567 |  | Quick Funding |
| 10527568 |  | Speedy |

| 10527569 | | VEX Capital |
|---|---|---|
| cr | *+ | Flushing Bank, c/o Certilman Balin Adler & Hyman, LLP., 90 Merrick Avenue, East Meadow, NY 11554-1571 |
| intp | *+ | Kapitus Servicing Inc., as authorized sub-servicin, c/o Rivkin Radler LLP, 926 RXR Plaza, Uniondale, NY 11556-0926 |
| cr | *+ | Mastic Associates of New York LLC, c/o Belkin Burden Goldman, LLP, Attn.: Jay B. Solomon, Esq., 60 E 42nd Street, 16th Floor, New York, NY 10165-0020 |
| 10550698 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 10645914 | * | CapitalDomain LLC, 749 Gateway, Ste G-601, Abilene, TX 79602, Attn: Jordan Morrison |
| 10537248 | *+ | Flushing Bank, c/o Certilman Balin Adler & Hyman, LLP., 90 Merrick Avenue, East Meadow, NY 11554-1571 |
| 10553957 | *+ | Frank Spinosa & Robin Ross, 62 Canyon Ridge Drive, Sandia Park, NM 87047-8506 |
| 10551987 | * | Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 10553942 | ##+ | Corporation Service Company, 1090 Vermont Ave., NW,Ste. 430, Washington, D.C. 20005-4905 |

TOTAL: 15 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2026                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Anne Penachio
on behalf of Interested Party Jeffrey Slaney Williams  Jr. anne@pmlawllp.com, frank@pmlawllp.com,jraggo@pmlawllp.com

Aryana P. Badery
on behalf of Defendant Kapitus Servicing Inc. as Authorized Sub-Servicing Agent of Kapitus LLC abadery@windelsmarx.com

Aryana P. Badery
on behalf of Interested Party Kapitus Servicing Inc.  as authorized sub-servicing agent of Kapitus LLC abadery@windelsmarx.com

Christopher P Schueller
on behalf of Creditor Bank of America  N.A. christopher.schueller@bipc.com, donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com

Christopher P Schueller
on behalf of Defendant Bank of America  N.A. christopher.schueller@bipc.com, donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com

Christopher P Schueller
on behalf of Defendant BANK OF AMERICA  N. A. christopher.schueller@bipc.com, donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com

Elizabeth Uphaus
on behalf of Defendant Kapitus Servicing Inc. as Authorized Sub-Servicing Agent of Kapitus LLC euphaus@windelsmarx.com

Enid Nagler Stuart
on behalf of Creditor New York State Department Of Taxation & Finance enid.stuart@ag.ny.gov  leo.gagion@ag.ny.gov

Erin L. Williamson
on behalf of Creditor Street Retail  LLC williamsone@ballardspahr.com, weidmanb@ballardspahr.com

Geoffrey J Peters
on behalf of Creditor Amur Equipment Finance  Inc. colnyecf@weltman.com

James B. Glucksman
on behalf of Jointly Administered Debtor SVC of Manhasset  LLC jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman

on behalf of Debtor SVC of Murray Hill  LLC jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman

on behalf of Jointly Administered Debtor SVC of Coram  LLC jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman

on behalf of Jointly Administered Debtor SVC of Southold  LLC jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman

on behalf of Plaintiff Sound Vision Care  Inc. jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman

on behalf of Jointly Administered Debtor SVC of East Setauket  LLC jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman

on behalf of Jointly Administered Debtor SVC of Fresh Meadows  LLC jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman

on behalf of Debtor Sound Vision Care  Inc. jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman

on behalf of Jointly Administered Debtor SVC of Riverhead  LLC jbg@dhclegal.com, ch11esq@yahoo.com

Jay B Solomon

on behalf of Creditor Mastic Associates of New York LLC jsolomon@bbgllp.com

John D. Molino

on behalf of Plaintiff Sound Vision Care  Inc. jdm@dhclegal.com

Jonathan S Pasternak

on behalf of Debtor Sound Vision Care  Inc. jsp@dhclegal.com,
ms@dhclegal.com;rlr@dhclegal.com;jdm@dhclegal.com;jbg@dhclegal.com;cmp@dhclegal.com

Joseph H. Lemkin

on behalf of Creditor De Lage Landen Financial Services  Inc. jlemkin@stark-stark.com

Laurel D Roglen

on behalf of Creditor Street Retail  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Leo V. Gagion

on behalf of Creditor New York State Department Of Taxation & Finance Leo.Gagion@ag.ny.gov  Enid.Stuart@ag.ny.gov

Leslie C Heilman

on behalf of Creditor Street Retail  LLC heilmanl@ballardspahr.com, weidmanb@ballardspahr.com

Matthew R. Yogg

on behalf of Jointly Administered Debtor SVC of Fresh Meadows  LLC mry@dhclegal.com

Matthew R. Yogg

on behalf of Plaintiff Sound Vision Care  Inc. mry@dhclegal.com

Matthew R. Yogg

on behalf of Jointly Administered Debtor SVC of East Setauket  LLC mry@dhclegal.com

Matthew R. Yogg

on behalf of Debtor Sound Vision Care  Inc. mry@dhclegal.com

Matthew R. Yogg

on behalf of Jointly Administered Debtor SVC of Manhasset  LLC mry@dhclegal.com

Matthew R. Yogg

on behalf of Jointly Administered Debtor SVC of Riverhead  LLC mry@dhclegal.com

Matthew R. Yogg

on behalf of Jointly Administered Debtor SVC of Southold  LLC mry@dhclegal.com

Matthew R. Yogg

on behalf of Jointly Administered Debtor SVC of Coram  LLC mry@dhclegal.com

Matthew V Spero

on behalf of Defendant Kapitus  LLC matthew.spero@rivkin.com

Matthew V Spero

on behalf of Defendant Kapitus Servicing Inc. as Authorized Sub-Servicing Agent of Kapitus LLC matthew.spero@rivkin.com

Matthew V Spero

on behalf of Interested Party Kapitus Servicing Inc.  as authorized sub-servicing agent of Kapitus LLC matthew.spero@rivkin.com

Michael Kwiatkowski

on behalf of Creditor US Eagle Federal Credit Union mkwiatkowski@moritthock.com  crodriguez@cullenllp.com

Michael Kwiatkowski

District/off: 0207-8

Date Rcvd: Apr 17, 2026

User: admin

Form ID: pdf000

Page 8 of 9

Total Noticed: 184

on behalf of Creditor U.S. Eagle Federal Credit Union mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Michael Kwiatkowski

on behalf of Defendant U.S. Eagle Federal Credit Union mkwiatkowski@moritthock.com crodriguez@cullenllp.com

Patricia C Delaney

on behalf of Creditor Davis Professional Park LLC pdelaney@drgrealty.com

Richard J McCord

on behalf of Defendant Flushing Bank rmccord@certilmanbalin.com
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.com;mmccord@certilmanbalin.com

Richard J McCord

on behalf of Creditor Flushing Bank rmccord@certilmanbalin.com
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.com;mmccord@certilmanbalin.com

Robert Jerome Malatak

on behalf of Defendant Kapitus  LLC rmalatak@windelsmarx.com

Robert Jerome Malatak

on behalf of Defendant Kapitus Servicing Inc. as Authorized Sub-Servicing Agent of Kapitus LLC rmalatak@windelsmarx.com

Robert Jerome Malatak

on behalf of Interested Party Kapitus Servicing Inc.  as authorized sub-servicing agent of Kapitus LLC
rmalatak@windelsmarx.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of Fresh Meadows  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Coram  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor Sound Vision Care  Inc. rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of Southold  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of Coram  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Plaintiff Sound Vision Care  Inc. rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of Riverhead  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of Manhasset  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Riverhead  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Fresh Meadows  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Southold  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Jointly Administered Debtor SVC of East Setauket  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Manhasset  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Robert L Rattet

on behalf of Debtor SVC of Murray Hill  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

District/off: 0207-8                              User: admin                                Page 9 of 9
Date Rcvd: Apr 17, 2026                          Form ID: pdf000                            Total Noticed: 184

Robert L Rattet
on behalf of Debtor SVC of East Setauket  LLC rlr@dhclegal.com,
rattetrr89983@notify.bestcase.com;jsp@dhclegal.com;jdm@dhclegal.com;ms@dhclegal.com;cmp@dhclegal.com

Salene Mazur Kraemer
on behalf of Defendant Lendbug LLC salene@mazurkraemer.com  sally@mazurkraemer.com,angela@mazurkraemer.com

Salene Mazur Kraemer
on behalf of Creditor Lendbug LLC salene@mazurkraemer.com  sally@mazurkraemer.com,angela@mazurkraemer.com

Shanna M Kaminski
on behalf of Interested Party CFG Merchant Solutions  LLC skaminski@kaminskilawpllc.com

Shanna M Kaminski
on behalf of Defendant CFG Merchant Solutions  LLC skaminski@kaminskilawpllc.com

Stephen M. Lasser
on behalf of Creditor Fresh Meadows Place West Street Retail  LLC slasser@lasserlg.com

Teresa Sadutto-Carley
on behalf of Creditor Leaf Capital Funding  LLC tsadutto@platzerlaw.com, mkaplan@platzerlaw.com

Theresa A Driscoll
on behalf of Defendant U.S. Eagle Federal Credit Union tdriscoll@moritthock.com

Theresa A Driscoll
on behalf of Creditor U.S. Eagle Federal Credit Union tdriscoll@moritthock.com

Theresa A Driscoll
on behalf of Creditor US Eagle Federal Credit Union tdriscoll@moritthock.com

Thomas J McNamara
on behalf of Defendant Flushing Bank tmcnamara@certilmanbalin.com

Thomas J McNamara
on behalf of Creditor Flushing Bank tmcnamara@certilmanbalin.com

Thomas R Dominczyk
on behalf of Defendant EBF Holdings tdominczyk@mauricewutscher.com  thomas-dominczyk-5025@ecf.pacerpro.com

United States Trustee
USTPRegion02.LI.ECF@usdoj.gov

William J. Birmingham
william.birmingham@usdoj.gov

TOTAL: 75

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 25-72421 (LAS) |
| SOUND VISION CARE, INC., *et. al.*, | ) |
|  | ) (Jointly Administered) |
| Debtors.[1] | ) |
|  | ) |

**ORDER (A) APPROVING THIRD AMENDED DISCLOSURE STATEMENT;
(B) ESTABLISHING TREATMENT OF CLAIMS FOR NOTICE AND VOTING
PURPOSES; (C) ESTABLISHING DEADLINES AND PROCEDURES FOR
TEMPORARY ALLOWANCE OF CLAIMS FOR VOTING PURPOSES;
(D) APPROVING SOLICITATION PACKAGES AND PROCEDURES FOR
DISTRIBUTION; (E) APPROVING FORM OF BALLOTS; (F) ESTABLISHING
VOTING DEADLINE AND PROCEDURES FOR TABULATION OF VOTES;
(G) SCHEDULING HEARING ON CONFIRMATION OF PLAN;
(H) APPROVING FORM AND MANNER OF NOTICE OF CONFIRMATION
HEARING AND PROCEDURES FOR FILING OBJECTIONS TO
CONFIRMATION OF THIRD AMENDED PLAN; AND (I) GRANTING
RELATED RELIEF**

Upon the filing of the *Debtors' Third Amended Disclosure Statement*,[2] dated April 10,

2026 [ECF No. 399] (the "Disclosure Statement"), Sound Vision Care, Inc. and the other above-

referenced debtors and debtors in possession (collectively, the "Debtors"), by its counsel, Davidoff

Hutcher & Citron LLP, for entry of an order (this "Order") approving the Disclosure Statement,

and granting relating relief with respect to the Debtors' *Third Amended Chapter 11 Plan*, dated

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693); (ii) SVC of Coram, LLC (7727); (iii) SVC of East Setauket, LLC (4510); (iv) SVC of Riverhead, LLC (9996); (v) SVC of Southold, LLC (4232); (vi) SVC of Fresh Meadows, LLC (4333); (vii) SVC of Manhasset, LLC (7234); and (viii) SVC of Murray Hill, LLC (8674). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

[2] At the hearing on April 9, 2026 to consider the adequacy of the Debtor's Disclosure Statement dated February 18, 2026 [ECF No. 312], as amended on March 24, 2026 [ECF No. 366] and April 8, 2026 [ECF No. 396], counsel for the Debtors and counsel for U.S. Eagle Federal Credit Union stated on the record certain modifications to be made to the Debtor's Second Amended Disclosure Statement dated April 8, 2026. The Court approved the Debtor's Disclosure Statement with the amendments to be made as stated on the record and as reflected in the Debtor's Third Amended Disclosure Statement dated April 10, 2026 [ECF No. 399].

April 10, 2026 (the "Plan") [ECF No. 398][3]; and on April 9, 2026, the Court having held a hearing on the Disclosure Statement (the "Disclosure Statement Hearing"); and it appearing that notice of the Disclosure Statement Hearing was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record of the Disclosure Statement Hearing; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1. Approval of Disclosure Statement. The Disclosure Statement contains "adequate information" within the meaning of section 1125 of chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code") and is approved. The Disclosure Statement may be amended or modified to fill in blanks and incorporate any modifications that do not materially affect the rights of any party in interest. The Debtors are authorized, pursuant to section 1125 of the Bankruptcy Code and as set forth herein, to solicit acceptances or rejections of the Plan from the holders of Impaired Claims against the Debtors who are entitled to vote on the Plan.

2. Non-Voting Classes Designated by the Debtors. For the purposes of voting, the Debtors have designated the holders of Claims and Interests in Class 1 and Class 7 as Unimpaired and presumed to have accepted the Plan (the "Non-Voting Classes").

3. Voting Classes Designated by the Debtors. For the purposes of voting, the Debtors have designated the holders of Claims and Interests in Classes 2, 3, 4, 5, and 6 as Impaired and entitled to vote on the Plan (the "Voting Classes"). The Debtors will solicit votes from the Voting Classes.[4]

---

[3] Capitalized terms not defined herein or in the Motion shall have the meanings as ascribed to such terms in the Plan.

[4] Notwithstanding any language to the contrary in the Disclosure Statement or Plan, the Court does not make any findings in this Order with respect to any class or holder of a claim, which does not vote on the Plan—in other words, on the issue of whether a non-vote constitutes a deemed acceptance of the Plan. The Court will address such issue, if necessary, at the Confirmation Hearing upon application to the Court by the Debtors and after an opportunity to brief the issue has been given to the parties.

4.    Transmittal of Confirmation Hearing Notice and Solicitation Packages (Including Ballots). The date of entry of this Order shall be the record holder date ("Record Holder Date") for voting purposes. Ballots in substantially the form annexed to this Order as **Exhibit A** (the "Ballots") are approved. The notice of the Confirmation Hearing (defined herein) substantially in the form attached to this Order as **Exhibit B** (the "Confirmation Hearing Notice") is approved. On or before April 24, 2026, the Debtors shall mail or cause to be mailed by first class mail an information and solicitation package (the "Solicitation Package") to the holders of Claims in the Voting Classes at such holder's address as of the Record Holder Date. The Solicitation Package shall contain a copy or conformed printed version of: (a) the Disclosure Statement, including a copy of the Plan as an exhibit, (b) a copy of the order approving the Disclosure Statement, and (c) a Ballot with instructions appropriate for the specific creditor, (d) the Confirmation Hearing Notice, and (e) a pre-addressed, postage-prepaid return envelope. On or before April 24, 2026, the Debtors shall also serve by first-class mail, postage prepaid, the Solicitation Package, excluding the Ballots and pre-addressed, postage-prepaid return envelope, to (i) the United States Trustee, (ii) the Non-Voting Classes; and (iii) the parties who have filed a notice of appearance in this case

5.    .Balloting Agent.  Davidoff Hutcher & Citron LLP is hereby approved as the agent for the tallying of all votes of holders of Impaired classes of Claims and reporting those results to the Court (the "Balloting Agent").

6.    Voting Deadline for Receipt of Ballots. To be counted, Ballots for accepting or rejecting the Plan must be actually received by the Balloting Agent on or before **5:00 p.m. (Prevailing Eastern Time) on May 22, 2026** (the "Voting Deadline").

3

7. <u>Voting Procedures</u>. For the purpose of voting only, each claim within the Voting Classes shall be temporarily allowed in an amount equal to the amount of such claim set forth in the Debtors' schedules or the Debtors' records, subject to the following provisions:

(a)     If a claim was listed in the Debtor's schedules as contingent, unliquidated, or disputed or in a zero or an unknown amount, and a proof of claim was not (i) filed by the applicable Bar Date or (ii) deemed timely filed by an order of the Court prior to the Voting Deadline, such claim shall be disallowed for voting purposes pursuant to Bankruptcy Rule 3003(c);

(b)     If a proof of claim was timely filed in an amount that is liquidated, noncontingent, and undisputed, such claim is temporarily allowed in the amount set forth on the proof of claim;

(c)     If a claim for which a proof of claim has been timely filed is unliquidated, contingent, or disputed, such claim is accorded one vote and valued at one dollar ($1.00) for voting purposes only, and not for purposes of allowance or distribution; and

(d)     If a claim is listed in the Debtor's schedules or on a timely filed proof of claim as partially contingent, unliquidated, or disputed, such claim is temporarily allowed in the amount that is non-contingent, liquidated, and undisputed for voting purposes only, and not for purposes of allowance or distribution; and

(e)     Notwithstanding the above subparagraphs (a)–(d), if a claim has been resolved pursuant to a stipulation or order entered by the Court before the Voting Deadline, such claim is temporarily allowed in the amount pursuant to such stipulation or order for voting purposes only, and not for purposes of allowance or distribution.

8. <u>Rule 3018(a) Motions.</u>  If any creditor seeks to challenge the allowance or disallowance of its claim for voting purposes, the creditor must file with the Court a motion for an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing such claim for voting purposes in a different amount (each, a "Rule 3018(a) Motion"). Upon the filing of any such motion, the creditor's Ballot shall be counted in accordance with the above-designated guidelines unless temporarily allowed in a different amount by an order of the Court entered at or prior to the Voting Deadline. All Rule 3018(a) Motions shall be filed with the Court and served upon the Notice Parties (defined below) by no later than **May 15, 2026 at 5:00 p.m. (Prevailing Eastern Time)**.

9. <u>Procedures for Vote Tabulation - Votes Counted</u>. Any Ballot that is properly executed, is sent by hand or mail delivery, is timely received by the Balloting Agent (Attn.: Craig M. Price, Esq.), and is cast as either an acceptance or rejection of the Plan, shall be counted and shall be deemed to be cast as an acceptance or rejection, as the case may be, of the Plan.

10. <u>Additional Procedures to be Used in the Tabulation of Votes</u>. The following procedures to be used in the tabulation of votes shall apply:

(a) Whenever a creditor casts more than one Ballot voting the same claim prior to the Voting Deadline, only the last, proper and timely Ballot received by the Balloting Agent shall be counted;

(b) Creditors shall not split their vote within a class; thus, each creditor shall vote all of its claim on one Ballot within a particular class either to accept or reject the Plan;

(c) Any Ballot that partially rejects and partially accepts the Plan shall not be counted;

(d) Any Ballot that is illegible or contains insufficient information to permit the identification of the claimant shall not be counted;

(e) Any Ballot cast by a person or entity that does not hold a claim in a class that is entitled to vote to accept or reject the Plan shall not be counted; and

(f) Creditors that have filed duplicate claims against the Debtors that are classified under the Plan in the same Class will receive only one Ballot for voting their claims with respect to that Class.

11. <u>Certification of Vote</u>. The Balloting Agent shall file its voting certification (the "<u>Voting Certification</u>") on or before **May 29, 2026 at 5:00 p.m. (Prevailing Eastern Time)**.

12. <u>Confirmation Hearing Date</u>. The hearing (the "<u>Confirmation Hearing</u>") to consider confirmation of the Plan shall commence on **June 11, 2026 at 10:00 a.m. (Prevailing Eastern Time)** (the "<u>Confirmation Hearing Date</u>"), or as soon thereafter as counsel can be heard, before the Honorable Louis A. Scarcella, at the United States Bankruptcy Court, 290 Federal Plaza,

5

Central Islip, New York 11722. The Confirmation Hearing may be continued from time to time by way of announcement of such continuance in open court, without further notice to parties in interest.

13. <u>Deadline and Procedures for Filing Objections to Confirmation</u>. The deadline for filing and serving objections to confirmation of the Plan shall be **June 2, 2026 at 5:00 p.m. (Prevailing Eastern Time)** (the "<u>Confirmation Objection Deadline</u>"). In order to be considered, objections, if any, to confirmation of the Plan must: (a) be made in writing; (b) comply with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; (c) set forth the name of the objector, and the nature and amount of any Claim or Interest asserted by the objector against or in the Debtors, their estates or their property; (d) state with particularity the legal and factual bases for the objection; (e) be filed with the Court; and (f) be served upon the following parties: (i) the Office of the United States Trustee, Eastern District of New York, 560 Federal Plaza, Central Islip, New York, attn.: William J. Birmingham, Esq., (ii) Davidoff Hutcher & Citron LLP, attorneys for the Debtors, 605 Third Avenue, New York, New York 10158, attn: Craig M. Price, Esq., and (iii) all parties that have filed notices of appearance in this case (collectively, the "<u>Notice Parties</u>"). Objections to confirmation of the Plan must be received by the Court and the Notice Parties no later than the Confirmation Objection Deadline. Any objections to confirmation of the Plan that are not timely filed and served in accordance with the foregoing requirements may not be considered by the Court at the Confirmation Hearing.

14. <u>Reply to Objections.</u>  The Debtors shall file with the Court and serve on any objectors a reply, if any, to any objections to confirmation by no later than **June 5, 2026**.

15. <u>Modification of Plan</u>.  The Plan may be modified without further notice at, prior to, or as the result of the Confirmation Hearing unless the modifications materially affect the rights

6

of any party in interest.  The Court shall determine whether the Debtors are required to re-solicit acceptance of such modified Plan from the parties affected by such modification.

16. <u>Service and Notice Adequate and Sufficient</u>.  Service of all notices and documents described herein in the time and manner as set forth herein shall constitute due, adequate, and sufficient notice of all matters addressed in this Order, the Plan, and the Disclosure Statement, and no other or further notice shall be necessary.

17. <u>Declarations and Memorandum in Support of Confirmation</u>.  By no later than **June 5, 2026**, Debtors shall file with the Court any declarations and memorandum in support of confirmation.

18. The Debtor is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

19. In the event of any inconsistency between the Disclosure Statement, the Plan, and this Order, this Order shall govern.

20. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.



Dated: April 17, 2026
    Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge

7

**EXHIBIT A**

**Ballots**

8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
www.nyeb.uscourts.gov

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
|  | ) |
|  | ) Case No. 25-72421 (LAS) |
| SOUND VISION CARE, INC., *et. al.*, | ) |
|  | ) (Jointly Administered) |
| Debtors.[5] | ) |
|  | ) |

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
### CHAPTER 11 PLAN OF REORGANIZATION

Sound Vision Care, Inc. and the other above referenced debtors and debtors in possession (collectively, the "Debtors")[6] have filed the *Third Amended Chapter 11 Plan*, dated April 10, 2026 [ECF No. 398] (as may be amended, supplemented, or otherwise modified, the "Plan").  The Court has approved the *Third Amended Disclosure Statement* [ECF No. 399] with respect to the Plan (as may be amended, supplemented, or otherwise modified, the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot.  If you do not have a Disclosure Statement, you may obtain a copy from Davidoff Hutcher & Citron LLP, 605 Third Avenue, New York, NY 10605, attn.: Craig M. Price, Esq., telephone number (212) 557-7200, email cmp@dhclegal.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

The Plan referred to in this ballot can be confirmed by the United States Bankruptcy Court of the Eastern District of New York and thereby made binding on you if it is accepted by the holders of two-thirds of the aggregate amount of debt and more than one-half in number of claims in at least one impaired class. Under the Plan, your claim is in Class 2, 3, 4, 5, or 6.  Classes of claims are entitled to vote on the Plan if their Claims are Impaired under the Plan. If the requisite acceptances are not obtained in each Impaired Class, the Court may confirm the Plan if it finds that the Plan accords fair and equitable treatment to the rejecting class. **For your vote to count, you must complete and return this ballot in the envelope provided so that it is received on or before May 22, 2026 at 5:00 p.m. (Prevailing Eastern Time) in accordance with the instructions on the next page.**

---

[5]  The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693); (ii) SVC of Coram, LLC (7727); (iii) SVC of East Setauket, LLC (4510); (iv) SVC of Riverhead, LLC (9996); (v) SVC of Southold, LLC (4232); (vi) SVC of Fresh Meadows, LLC (4333); (vii) SVC of Manhasset, LLC (7234); and (viii) SVC of Murray Hill, LLC (8674). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

[6]  Capitalized terms not defined herein or in the Motion shall have the same meanings as ascribed to such terms in the Plan.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.**

**The undersigned, the holder of a Class __ claim against the Debtors, in the amount of $_____ for voting purposes, casts its vote according to the ballot set forth below.**

**Dated: _____**

**Print or type name:** _____

**Signature:** _____

**Title (if an entity):** _____

**Address:** _____

## <u>INSTRUCTIONS</u>

Please indicate below your acceptance or rejection of the Plan.

**The signatory above hereby casts its vote as follows:**

**Accept**                 **Reject**

**_____**           **_____**

**This ballot must be <u>received</u> by Davidoff Hutcher & Citron LLP, 605 Third Avenue, New York, NY 10158, attn.: Craig M. Price, Esq. or via email to cmp@dhclegal.com on or before May 22, 2026 at 5:00 p.m. (Prevailing Eastern Time).**

**If your ballot is not timely received by Davidoff Hutcher & Citron LLP (Attn.: Craig M. Price) on or before May 22, 2026 at 5:00 p.m. (Prevailing Eastern Time) and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

2

**EXHIBIT B**

**Confirmation Notice**

DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtors*
605 Third Avenue
New York, New York 10158
(212) 557-7200
Robert L. Rattet, Esq.

*Hearing Date: June 11, 2026 @ 10:00 a.m.*
*Objection Deadline: 6/2/26 @ 4:00 p.m.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
www.nyeb.uscourts.gov

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 25-72421 (LAS) |
| SOUND VISION CARE, INC., *et. al.*, | ) |
|  | ) (Jointly Administered) |
| Debtors.[7] | ) |
|  | ) |

**NOTICE OF (A) CONFIRMATION HEARING WITH RESPECT TO DEBTORS'**
**THIRD AMENDED CHAPTER 11 PLAN, (B) CERTAIN PROVISIONS OF THE**
**PLAN, AND (C) THE DEADLINE TO OBJECT TO CONFIRMATION**

**PLEASE TAKE NOTICE,** that on April 10, 2026, Sound Vision Care, Inc. and the other

above-referenced debtors and debtors in possession (collectively, the "Debtors") filed the *Third*

*Amended Chapter 11 Plan* (as may be amended, supplemented or otherwise modified, the "Plan")

[ECF No. 398] as described in the *Third Amended Disclosure Statement* (the "Disclosure

Statement") [ECF No. 399], with the United States Bankruptcy Court for the Eastern District of

New York (the "Bankruptcy Court"). Capitalized terms used in this Notice, which are not defined

herein, have the meanings set forth in the Plan.

---

[7]  The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693); (ii) SVC of Coram, LLC (7727); (iii) SVC of East Setauket, LLC (4510); (iv) SVC of Riverhead, LLC (9996); (v) SVC of Southold, LLC (4232); (vi) SVC of Fresh Meadows, LLC (4333); (vii) SVC of Manhasset, LLC (7234); and (viii) SVC of Murray Hill, LLC (8674). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

**PLEASE TAKE FURTHER NOTICE,** that on April 9, 2026, the Bankruptcy Court approved the Disclosure Statement and authorized the Debtors to solicit acceptances or rejections of the Plan from those holders of Impaired Claims who are (or may be) entitled to vote on the Plan.

**PLEASE TAKE FURTHER NOTICE,** that the Confirmation Hearing will be held before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, 290 Federal Plaza, Central Islip, New York 11722, on **June 11, 2026 at 10:00 a.m.** (Prevailing Eastern Time) or as soon thereafter as counsel can be heard, to consider the entry of an order confirming the Plan within the meaning of section 1129 of title 11 of the United States Code (as amended, the "Bankruptcy Code").  The Confirmation Hearing may be continued from time to time by way of announcement of such continuance in open court, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE,** that responses and objections, if any, to confirmation of the Plan (each a "Confirmation Objection") must (a) be made in writing; (b) comply with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules for the United States Bankruptcy Court for the Eastern District of New York (the "Local Rules"); (c) set forth the name of the objector, and the nature and amount of any claim against or interest in the Debtors asserted by the objector; (d) state with particularity the legal and factual bases for the Confirmation Objection; (e) be filed with the Bankruptcy Court; and (f) be served on the following parties: (i) the Office of the United States Trustee, Eastern District of NY, 560 Federal Plaza, Central Islip, NY 11722 (Attn.: William J. Birmingham, Esq.), (ii) Davidoff Hutcher & Citron LLP, 605 Third Avenue, New York, New York 10158, attn.: Craig M. Price, Esq., and (iii) all parties that have filed notices of appearance in this case (collectively, the "Notice Parties").  **Confirmation Objections must be filed with the Bankruptcy Court and served on the Notice Parties so as to be received no later than June**

2

**2, 2026 at 5:00 p.m. (Prevailing Eastern Time). CONFIRMATION OBJECTIONS THAT ARE NOT TIMELY AND DO NOT COMPLY WITH THE FOREGOING REQUIREMENTS MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AT THE CONFIRMATION HEARING.**

**PLEASE TAKE FURTHER NOTICE,** that the Disclosure Statement, the Plan, and the order approving the Disclosure Statement are or will be on file with and may be examined by any party in interest at the Office of the Clerk of the Court, United States Bankruptcy Court for the Eastern District of New York,  290 Federal Plaza, Central Islip, New York 11722, during normal business hours or via the Court's website at www.nyeb.uscourts.gov (login and password required).  In addition, a copy of the Disclosure Statement, the Plan, and the order approving the Disclosure Statement may be obtained by any party upon written request to the undersigned.

**PLEASE TAKE FURTHER NOTICE,** that non-material modifications to the Plan may be made, if necessary, pursuant to section 1127 of the Bankruptcy Code prior to, during, or as a result of the Confirmation Hearing, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE,** that the Plan provides that the distributions and other treatment afforded all holders of Allowed Claims and of Allowed Interests under the Plan shall be in full and complete satisfaction of all Claims against and Interests of the Debtors.

**PLEASE TAKE FURTHER NOTICE,** that if you have any questions regarding this

Notice, please contact the undersigned.

Dated:    New York, New York
          April 10, 2026

/s/ Craig M. Price
Craig M. Price
DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtors*
605 Third Avenue
New York, New York 10158
(212) 557-7200

4