# UNITED STATES BANKRUPTCY COURT
EASTERN   DISTRICT OF   NEW YORK

In Re. SVC OF EAST SETAUKET, LLC

§
§
§
§

Debtor(s)

Case No.   25-72423

Lead Case No.   25-72421

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2026

Petition Date: 06/23/2025

Months Pending: 9

Industry Classification: | 6 | 1 | 0 | 0 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting  Documentation**   (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Robert L. Rattet

Signature of Responsible Party

04/20/2026

Date

Robert L. Rattet

Printed Name of Responsible Party

C/O Davidoff Hutcher & Citron, LLP
120 Bloomingdale Road, Suite 100
White Plains, NY 10605

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name SVC OF EAST SETAUKET, LLC                                        Case No. 25-72423

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $75,362 | |
| b. Total receipts (net of transfers between accounts) | $95 | $152,016 |
| c. Total disbursements (net of transfers between accounts) | $300 | $76,859 |
| d. Cash balance end of month (a+b-c) | $75,157 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $300 | $76,859 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory      (Book ◯    Market ◯    Other ⦿    (attach explanation)) | $0 |
| d Total current assets | $462,975 |
| e. Total assets | $508,678 |
| f. Postpetition payables (excluding taxes) | $111,902 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $111,902 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $577,432 |
| n. Total liabilities (debt) (j+k+l+m) | $689,334 |
| o. Ending equity/net worth (e-n) | $-180,656 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $95 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $95 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $300 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-205 | $-12,418 |

UST Form 11-MOR (12/01/2021)                     2

Debtor's Name  SVC OF EAST SETAUKET, LLC                              Case No.  25-72423

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                    3

Debtor's Name  SVC OF EAST SETAUKET, LLC                                        Case No.  25-72423

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |

Debtor's Name SVC OF EAST SETAUKET, LLC                                                           Case No.  25-72423

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

Debtor's Name SVC OF EAST SETAUKET, LLC                              Case No.  25-72423

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name  SVC OF EAST SETAUKET, LLC                    Case No.  25-72423

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

UST Form 11-MOR (12/01/2021)                    7

Debtor's Name  SVC OF EAST SETAUKET, LLC                                         Case No.  25-72423

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○  No ◉

c. Were any payments made to or on behalf of insiders?   Yes ○  No ◉

d. Are you current on postpetition tax return filings?   Yes ◉  No ○

e. Are you current on postpetition estimated tax payments?   Yes ◉  No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ◉  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ○  No ○  N/A ◉

i. Do you have:  Worker's compensation insurance?   Yes ◉  No ○
   If yes, are your premiums current?   Yes ◉  No ○  N/A ○  (if no, see Instructions)
   Casualty/property insurance?   Yes ◉  No ○
   If yes, are your premiums current?   Yes ◉  No ○  N/A ○  (if no, see Instructions)
   General liability insurance?   Yes ◉  No ○
   If yes, are your premiums current?   Yes ◉  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ◉  No ○

k. Has a disclosure statement been filed with the court?   Yes ◉  No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉  No ○

UST Form 11-MOR (12/01/2021)                8

Debtor's Name  SVC OF EAST SETAUKET, LLC                                   Case No.  25-72423

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Jeffrey Williams Jr.

Signature of Responsible Party

Owner

Title

Jeffrey Williams Jr.

Printed Name of Responsible Party

04/20/2026

Date

Debtor's Name SVC OF EAST SETAUKET, LLC                                    Case No.  25-72423



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

UST Form 11-MOR (12/01/2021)                        10

Debtor's Name  SVC OF EAST SETAUKET, LLC                                        Case No.  25-72423



Bankruptcy1to50



Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                          11

Debtor's Name SVC OF EAST SETAUKET, LLC                    Case No. 25-72423



PageThree



PageFour

UST Form 11-MOR (12/01/2021)                    12

## Attachment - Statement of Cash Receipts and Disbursements

In re Sound Vision Care, Inc., et. al.
Debtor

Lead Case No. 25-72421 (LAS)
Reporting Period: March 1 - 31, 2026

| DEBTOR / Case No. | Sound Vision Care, Inc. 25-72421 | | | | SVC of Coram, LLC 25-72422 | | | SVC of East Setauket, LLC 25-72423 | | SVC of Fresh Meadows, LLC 25-72424 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | Wells Fargo DIP (x5914) | Wells Fargo DIP (x1826)[3] | Flagstar DIP (x7871) | Flagstar DIP (x6917) | Wells Fargo DIP (x9594) | Flagstar DIP (x7952) | Flagstar DIP (x6925) | Flagstar DIP (x7944) | Flagstar DIP (x6941) | Flagstar DIP (x7936) | Flagstar DIP (x7137) |
| CASH BEGINNING OF MONTH AS OF JAN. 1, 2026 | $ 1,890 | $ (150) | $ 23,039 | $ - | $ (20) | $ 6,501 | $ 93 | $ 2,713 | $ - | $ 5,859 | $ - |
| **RECEIPTS** | | | | | | | | | | | |
| GROSS REVENUE | 2,578 | - | 69,862 | - | - | 96,105 | - | 95 | - | 38,041 | - |
| OTHER RECEIPTS - REFUNDS OF DEBT SERVICE | - | - | - | - | - | - | - | - | - | - | - |
| OTHER - RECEIPTS AND REFUNDS | - | - | - | - | - | - | - | - | - | - | - |
| TRANSFER RECEIPTS (AFFILIATED DEBTORS) | - | - | 179,678 | - | - | - | - | - | - | 15,500 | - |
| TRANSFER RECEIPTS (AFFILIATED NON-DEBTORS) | - | - | - | - | - | - | - | - | - | - | - |
| TRANSFER RECEIPTS WITHIN DEBTOR | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL RECEIPTS** | 2,578 | - | 249,540 | - | - | 96,105 | - | 95 | - | 53,541 | - |
| **DISBURSEMENTS** | | | | | | | | | | | |
| PAYROLL/BENEFITS & TAXES | 249 | - | 179,348 | - | - | - | - | - | - | - | - |
| RENT | - | - | - | - | - | - | - | - | - | 15,359 | - |
| UTILITIES | 715 | - | - | - | - | - | - | - | - | 488 | - |
| PURCHASES OF INVENTORY FOR RESALE | 517 | - | 17,392 | - | - | - | - | - | - | 5,416 | - |
| INSURANCE | - | - | 521 | - | - | - | - | - | - | - | - |
| DEBT SERVICE | - | - | - | - | - | - | - | - | - | - | - |
| PAYMENTS PER FRANCHISE AGREEMENT | - | - | - | - | - | 70,847 | - | - | - | - | - |
| INSIDERS | - | - | - | - | - | - | - | - | - | - | - |
| TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | - | - | 17,500 | - | - | 11,830 | - | - | - | 21,505 | - |
| TRANSFER DISBURSEMENTS (AFFILIATED NON-DEBTORS) | - | - | 5,400 | - | - | - | - | - | - | - | - |
| TRANSFER DISBURSEMENTS WITHIN DEBTOR | - | - | - | - | - | - | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - | - | - | - | - | - | - |
| BANK CHARGES & MERCHANT PROCESSING FEES | 134 | - | 678 | - | (20) | - | - | - | - | - | - |
| ADEQUATE PROTECTION PAYMENT | - | - | 4,331 | - | - | - | - | - | - | - | - |
| TAXES | - | - | - | - | - | - | - | 300 | - | 943 | - |
| QUARTERLY UST FEE | - | - | - | - | - | - | - | - | - | - | - |
| OTHER | - | - | 28,926 | - | - | - | - | - | - | 1,096 | - |
| CASUALTY LOSS / RECOVERIES | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | 1,615 | - | 254,095 | - | (20) | 82,676 | - | 300 | - | 44,808 | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | 963 | - | (4,555) | - | 20 | 13,428 | - | (205) | - | 8,733 | - |
| **CASH – END OF REPORTING PERIOD** | $ 2,853 | $ (150) | $ 18,484 | $ - | $ - | $ 19,929 | $ 93 | $ 2,508 | $ - | $ 14,593 | $ - |

### UST Report (MOR Part 1 Cash Receipts and Disbursements)

| | Flagstar DIP (x6917) | Flagstar DIP (x6925) | Flagstar DIP (x6941) | Flagstar DIP (x7137) |
|---|---|---|---|---|
| Cash Balance Beginning of Month[6] | $ (1,251,672) | $ 86,192 | $ 75,362 | $ 84,118 |
| Total Receipts (Net of Transfers) | 72,440 | 96,105 | 95 | 38,041 |
| Total Disbursements (Net of Transfers) | 238,210 | 70,827 | 300 | 23,302 |
| **Cash Balance End of Month (Net of Transfers)** | $ (1,417,443) | $ 111,470 | $ 75,157 | $ 98,857 |
| Total Disbursements (Net of Transfers) | 238,210 | 70,827 | 300 | 23,302 |
| Disbursements Made by Third Party for the Benefit of the Estate | - | - | - | - |
| **Total Disbursements for Quarterly Fee Calculation** | $ 238,210 | $ 70,827 | $ 300 | $ 23,302 |

**Calculation of UST Fees**

| | Flagstar DIP (x6917) | Flagstar DIP (x6925) | Flagstar DIP (x6941) | Flagstar DIP (x7137) |
|---|---|---|---|---|
| January 2026 Disbursements for Quarterly Fee Calculation | 233,397 | 58,915 | 812 | 16,897 |
| February 2026 Disbursements for Quarterly Fee Calculation | 297,525 | 75,365 | 27,036 | 23,523 |
| March 2026 Disbursements for Quarterly Fee Calculation | 238,210 | 70,827 | 300 | 23,302 |
| **Total Disbursements for Quarterly Fee Calculation** | $ 769,132 | $ 205,106 | $ 28,149 | $ 63,721 |
| **UST Fee Calculation** | $ 3,077 | $ 820 | $ 250 | $ 255 |

[1] The Debtors historically maintained its books on a Cash Basis and therefore does not regularly maintain Accounts Receivables and Accounts Payables. We are actively working with the Debtors to implement policies and procedures to begin tracking Post-Petition Accounts Receivables and Accounts Payables for future reporting periods.

[2] The Debtors have a centralized payroll system under Sound Vision Care, Inc. and certain shared overhead expenses. As needed, funds are transferred from the affiliated Debtors to Sound Vision Care, Inc. to fund shared business expenses. These shared business expenses are allocated to each respective Debtor through journal entries. We are actively reviewing and evaluating these practices for future efficiencies. For purposes of calculating the UST Fees and MOR Part 1, cash balances are net of Inter-Debtor transfers.

[3] The January 2026 bank statements for this account were requested but not received prior to the date of this MOR filing.

## Attachment - Statement of Cash Receipts and Disbursements

**In re** Sound Vision Care, Inc., et. al.  
**Debtor**

**Lead Case No.** 25-72421 (LAS)  
**Reporting Period:** March 1 - 31, 2026

| DEBTOR / Case No. | SVC of Manhasset, LLC 25-72425 | | | SVC of Riverhead, LLC 25-72426 | | | SVC of Southold, LLC 25-72428 | | | SVC of Murray Hill, LLC 25-74829 | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | Wells Fargo DIP (x6475) | Flagstar DIP (x7928) | Flagstar DIP (x7145) | Wells Fargo DIP (x3953) | Flagstar DIP (x7901) | Flagstar DIP (x6933) | Wells Fargo DIP (x5906) | Flagstar DIP (x7898) | Flagstar DIP (x6968) | Wells Fargo (x4976) | Flagstar (x8363) | |
| CASH BEGINNING OF MONTH AS OF JAN. 1, 2026 | $ - | $ 12,174 | $ 769 | $ 709 | $ 51,686 | $ - | $ - | $ 2,972 | $ - | $ 1,137 | $ 3,866 | $ 113,238 |
| RECEIPTS | | | | | | | | | | | | |
| GROSS REVENUE | - | 17,666 | - | - | 231,482 | - | - | 20,151 | - | 489 | 20,654 | 497,123 |
| OTHER RECEIPTS - REFUNDS OF DEBT SERVICE | - | - | - | - | - | - | - | - | - | - | - | - |
| OTHER - RECEIPTS AND REFUNDS | - | - | - | - | - | - | - | - | - | - | - | - |
| TRANSFER RECEIPTS (AFFILIATED DEBTORS) | - | - | - | - | - | - | - | - | - | - | 2,000 | 197,178 |
| TRANSFER RECEIPTS (AFFILIATED NON-DEBTORS) | - | - | - | - | - | - | - | - | - | - | - | - |
| TRANSFER RECEIPTS WITHIN DEBTOR | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | 17,666 | - | - | 231,482 | - | - | 20,151 | - | 489 | 22,654 | 694,301 |
| DISBURSEMENTS | | | | | | | | | | | | |
| PAYROLL/BENEFITS & TAXES | - | - | - | - | 100 | - | - | - | - | - | - | 179,697 |
| RENT | - | - | - | - | - | - | - | 4,000 | - | - | 6,786 | 26,145 |
| UTILITIES | - | 1,058 | - | - | 1,239 | - | - | 1,321 | - | - | 175 | 4,998 |
| PURCHASES OF INVENTORY FOR RESALE | - | 3,330 | - | - | 10,704 | - | - | 27 | - | - | - | 37,386 |
| INSURANCE | - | - | - | - | 2,167 | - | - | 417 | - | - | - | 3,105 |
| DEBT SERVICE | - | - | - | - | - | - | - | - | - | - | - | - |
| PAYMENTS PER FRANCHISE AGREEMENT | - | - | - | - | - | - | - | - | - | - | - | 70,847 |
| INSIDERS | - | - | - | - | - | - | - | - | - | - | - | - |
| TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | - | 3,645 | - | - | 121,530 | - | - | 10,114 | - | - | 11,054 | 197,178 |
| TRANSFER DISBURSEMENTS (AFFILIATED NON-DEBTORS) | - | - | - | - | - | - | - | - | - | - | - | 5,400 |
| TRANSFER DISBURSEMENTS WITHIN DEBTOR | - | - | - | - | - | - | - | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - | - | - | - | - | - | - | - |
| BANK CHARGES & MERCHANT PROCESSING FEES | - | - | - | - | - | - | - | - | - | - | - | 792 |
| ADEQUATE PROTECTION PAYMENT | - | - | - | - | 47,280 | - | - | - | - | - | - | 51,612 |
| TAXES | - | 300 | - | - | 30,561 | - | - | 175 | - | - | - | 32,279 |
| QUARTERLY UST FEE | - | - | - | - | - | - | - | - | - | - | - | - |
| OTHER | - | 230 | - | - | 40,741 | - | - | 40 | - | - | 1,439 | 72,471 |
| CASUALTY LOSS / RECOVERIES | - | - | - | - | (80,000) | - | - | - | - | - | - | (80,000) |
| **TOTAL DISBURSEMENTS** | - | 8,563 | - | - | 174,323 | - | - | 16,094 | - | - | 19,455 | 601,909 |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | 9,103 | - | - | 57,159 | - | - | 4,057 | - | 489 | 3,199 | 92,392 |
| **CASH – END OF REPORTING PERIOD** | $ - | $ 21,277 | $ 769 | $ 709 | $ 108,845 | $ - | $ - | $ 7,028 | $ - | $ 1,626 | $ 7,065 | $ 205,629 |

| UST Report (MOR Part 1 Cash Receipts and Disbursements) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Balance Beginning of Month [6] | | $ 200,212 | | | 779,429 | | | $ 135,583 | | | $ 17,948 | $ 127,172 |
| Total Receipts (Net of Transfers) | | 17,666 | | | 231,482 | | | 20,151 | | | 21,144 | 497,123 |
| Total Disbursements (Net of Transfers) | | 4,918 | | | 52,793 | | | 5,981 | | | 8,401 | 404,731 |
| **Cash Balance End of Month (Net of Transfers)** | | $ 212,960 | | | $ 958,119 | | | $ 149,754 | | | $ 30,691 | $ 219,564 |
| Total Disbursements (Net of Transfers) | | 4,918 | | | 52,793 | | | 5,981 | | | 8,401 | 404,731 |
| Disbursements Made by Third Party for the Benefit of the Estate | | - | | | - | | | - | | | - | - |
| **Total Disbursements for Quarterly Fee Calculation** | | $ 4,918 | | | $ 52,793 | | | $ 5,981 | | | $ 8,401 | $ 404,731 |
| **Calculation of UST Fees** | | | | | | | | | | | | |
| January 2026 Disbursements for Quarterly Fee Calculation | | 10,149 | | | 111,028 | | | 7,506 | | | 11,952 | 445,323 |
| February 2026 Disbursements for Quarterly Fee Calculation | | 21,137 | | | 133,568 | | | 9,761 | | | 9,725 | 597,640 |
| March 2026 Disbursements for Quarterly Fee Calculation | | 4,918 | | | 52,793 | | | 5,981 | | | 8,401 | 404,731 |
| **Total Disbursements for Quarterly Fee Calculation** | | $ 36,204 | | | $ 297,388 | | | $ 23,248 | | | $ 30,078 | $ 1,447,694 |
| **UST Fee Calculation** | | $ 250 | | | $ 1,190 | | | $ 250 | | | $ 250 | |

[1] The Debtors historically maintained its books on a Cash Basis and therefore does not regularly maintain Accounts Receivables and Accounts Payables. We are actively working with the Debtors to implement policies and procedures to begin tracking Post-Petition Accounts Receivables and Accounts Payables for future reporting periods.

[2] The Debtors have a centralized payroll system under Sound Vision Care, Inc. and certain shared overhead expenses. As needed, funds are transferred from the affiliated Debtors to Sound Vision Care, Inc. to fund shared business expenses. These shared business expenses are allocated to each respective Debtor through journal entries. We are actively reviewing and evaluating these practices for future efficiencies. For purposes of calculating the UST Fees and MOR Part 1, cash balances are net of Inter-Debtor transfers.

[3] The January 2026 bank statements for this account were requested but not received prior to the date of this MOR filing.

| In re | Sound Vision Care, Inc., et. al. | | | Lead Case No. | 23-18523 (SMG) |
|---|---|---|---|---|---|
| | **Debtor** | | | Reporting Period: | March 1 - 31, 2026 |

**Attachment - Statement of Detailed Cash Disbursements**

| Check Date | Transaction/Check # | Payee | Statement of Cash Receipts and Disbursements Category | Bank Account | Amount |
|---|---|---|---|---|---|
| **Disbursements** | | | | | |
| **Sound Vision Care, Inc.** | | | | | |
| 03/03/2026 | Wire | Suffolk Computer Consultants | OTHER | x7871 | $ (4,960.83) |
| 03/04/2026 | Wire | Flushing Bank | ADEQUATE PROTECTION PAYMENT | x7871 | (4,331.40) |
| 03/05/2026 | Wire | BambooHR | PAYROLL/BENEFITS & TAXES | x7871 | (80,043.38) |
| 03/06/2026 | Wire | Sound Vision Care 401(k) | PAYROLL/BENEFITS & TAXES | x7871 | (6,277.91) |
| 03/04/2026 | Wire | Wells Fargo CC x3892 | PURCHASES OF INVENTORY FOR RESALE | x5914 | (516.50) |
| 03/09/2026 | Wire | BambooHR | PAYROLL/BENEFITS & TAXES | x7871 | (866.67) |
| 03/09/2026 | Wire | Decimal, Inc. (Ubiquity) | PAYROLL/BENEFITS & TAXES | x7871 | (6.00) |
| 03/12/2026 | Wire | First Bankcard Secure Credit Card | OTHER | x7871 | (4,882.24) |
| 03/12/2026 | Wire | SynergEyes, Inc. | PURCHASES OF INVENTORY FOR RESALE | x7871 | (1,359.98) |
| 03/10/2026 | Wire | Sun Arc Energy, LLC | UTILITIES | x5914 | (715.23) |
| 03/11/2026 | Wire | SVC of Bensonhurst, LLC | TRANSFER DISBURSEMENTS (AFFILIATED NON-DEBTORS) | x7871 | (5,400.00) |
| 03/11/2026 | Wire | Wells Fargo Bank, N.A. | BANK CHARGES & MERCHANT PROCESSING FEES | x5914 | (84.84) |
| 03/16/2026 | Wire | Progressive | INSURANCE | x7871 | (520.98) |
| 03/16/2026 | Wire | Ophthalmics, Inc. | PURCHASES OF INVENTORY FOR RESALE | x7871 | (414.70) |
| 03/19/2026 | Wire | BambooHR | PAYROLL/BENEFITS & TAXES | x7871 | (82,314.47) |
| 03/19/2026 | Wire | Internet Matrix | OTHER | x7871 | (104.00) |
| 03/20/2026 | Wire | ABB Optical Group | PURCHASES OF INVENTORY FOR RESALE | x7871 | (7,283.42) |
| 03/20/2026 | Wire | Sound Vision Care 401(k) | PAYROLL/BENEFITS & TAXES | x7871 | (7,058.27) |
| 03/20/2026 | Wire | Trizetto | OTHER | x7871 | (2,529.22) |
| 03/20/2026 | Wire | Nu Era Benefits Agency | PAYROLL/BENEFITS & TAXES | x7871 | (1,328.00) |
| 03/20/2026 | Wire | First Bankcard Secure Credit Card | OTHER | x7871 | (185.98) |
| 03/20/2026 | Wire | ADP Payroll Fees | PAYROLL/BENEFITS & TAXES | x5914 | (249.10) |
| 03/24/2026 | Wire | TD Auto Finance | OTHER | x7871 | (1,574.60) |
| 03/24/2026 | Wire | Flagstar Bank, N.A. | BANK CHARGES & MERCHANT PROCESSING FEES | x7871 | (677.90) |
| 03/25/2026 | Wire | Bill.com | OTHER | x7871 | (8,000.00) |
| 03/25/2026 | Wire | PlenOptika, Inc. | PURCHASES OF INVENTORY FOR RESALE | x7871 | (5,800.00) |
| 03/26/2026 | Wire | Altair Eyewear, Inc. | PURCHASES OF INVENTORY FOR RESALE | x7871 | (2,286.29) |
| 03/26/2026 | Wire | Hoya Vision | PURCHASES OF INVENTORY FOR RESALE | x7871 | (247.50) |
| 03/27/2026 | Wire | CPS Merchant Services | BANK CHARGES & MERCHANT PROCESSING FEES | x5914 | (49.15) |
| 03/30/2026 | Wire | First Bankcard Secure Credit Card | OTHER | x7871 | (2,485.58) |
| 03/30/2026 | Wire | Nu Era Benefits Agency | PAYROLL/BENEFITS & TAXES | x7871 | (1,453.00) |
| 03/31/2026 | Wire | DiscountMugs | OTHER | x7871 | (3,465.50) |
| 03/31/2026 | Wire | DiscountMugs | OTHER | x7871 | (737.61) |
| 03/31/2026 | Wire | PayPal | OTHER | x7871 | (0.12) |
| 03/31/2026 | Wire | PayPal | OTHER | x7871 | 0.01 |
| 03/31/2026 | Wire | PayPal | OTHER | x7871 | 0.11 |
| **Total** | | | | | **(238,210.25)** |
| | | | | | |
| **SVC of Coram, LLC** | | | | | |
| 03/05/2026 | Wire | Michelle McKillop | PAYMENTS PER FRANCHISE AGREEMENT | x7952 | (14,992.85) |
| 03/11/2026 | Wire | Michelle McKillop | PAYMENTS PER FRANCHISE AGREEMENT | x7952 | (22,448.07) |
| 03/10/2026 | Wire | Flagstar Bank, N.A. | BANK CHARGES & MERCHANT PROCESSING FEES | x9594 | 10.00 |
| 03/10/2026 | Wire | Flagstar Bank, N.A. | BANK CHARGES & MERCHANT PROCESSING FEES | x9594 | 10.00 |
| 03/19/2026 | Wire | Michelle McKillop | PAYMENTS PER FRANCHISE AGREEMENT | x7952 | (18,167.72) |
| 03/25/2026 | Wire | Michelle McKillop | PAYMENTS PER FRANCHISE AGREEMENT | x7952 | (15,238.11) |
| **Total** | | | | | **(70,826.75)** |
| | | | | | |
| **SVC of East Setauket, LLC** | | | | | |
| 03/17/2026 | Wire | NYS DTF | TAXES | x7944 | (300.00) |
| **Total** | | | | | **(300.00)** |
| | | | | | |
| **SVC of Fresh Meadows, LLC** | | | | | |
| 03/02/2026 | Wire | Zocdoc | OTHER | x7936 | (192.00) |
| 03/09/2026 | Wire | Drill Specialty Lab | PURCHASES OF INVENTORY FOR RESALE | x7936 | (1,000.00) |
| 03/13/2026 | Wire | Drill Specialty Lab | PURCHASES OF INVENTORY FOR RESALE | x7936 | (915.93) |
| 03/16/2026 | Wire | Con Edison | UTILITIES | x7936 | (375.89) |
| 03/17/2026 | Wire | NYC Dept. of Finance | TAXES | x7936 | (768.00) |
| 03/17/2026 | Wire | NYS DTF | TAXES | x7936 | (175.00) |
| 03/18/2026 | Wire | Verizon | UTILITIES | x7936 | (112.33) |
| 03/20/2026 | Wire | Drill Specialty Lab | PURCHASES OF INVENTORY FOR RESALE | x7936 | (2,000.00) |
| 03/25/2026 | Wire | Federal Realty | RENT | x7936 | (15,359.42) |
| 03/25/2026 | Wire | Abeo Solutions | OTHER | x7936 | (360.00) |
| 03/27/2026 | Wire | Drill Specialty Lab | PURCHASES OF INVENTORY FOR RESALE | x7936 | (1,500.00) |
| 03/31/2026 | Wire | Costco | OTHER | x7936 | (543.74) |
| **Total** | | | | | **(23,302.31)** |
| | | | | | |
| **SVC of Manhasset, LLC** | | | | | |
| 03/04/2026 | Wire | Long Island Power Authority | UTILITIES | x7928 | (302.84) |
| 03/05/2026 | Wire | Verizon | UTILITIES | x7928 | (85.99) |
| 03/09/2026 | Wire | Drill Specialty Lab | PURCHASES OF INVENTORY FOR RESALE | x7928 | (782.99) |
| 03/13/2026 | Wire | Drill Specialty Lab | PURCHASES OF INVENTORY FOR RESALE | x7928 | (1,141.15) |
| 03/17/2026 | Wire | NYS DTF | TAXES | x7928 | (300.00) |
| 03/18/2026 | Wire | Bill.com | OTHER | x7928 | (114.99) |
| 03/18/2026 | Wire | Bill.com | OTHER | x7928 | (14.99) |
| 03/20/2026 | Wire | Drill Specialty Lab | PURCHASES OF INVENTORY FOR RESALE | x7928 | (1,405.87) |
| 03/25/2026 | Wire | Abeo Solutions | OTHER | x7928 | (100.00) |
| 03/31/2026 | Wire | National Grid | UTILITIES | x7928 | (669.43) |
| **Total** | | | | | **(4,918.25)** |

**In re** Sound Vision Care, Inc., et. al.  
**Debtor**

**Lead Case No.** 23-18523 (SMG)  
**Reporting Period:** March 1 - 31, 2026

**Attachment - Statement of Detailed Cash Disbursements**

| Check Date | Transaction/ Check # | Payee | Statement of Cash Receipts and Disbursements Category | Bank Account | Amount |
|---|---|---|---|---|---|
| **SVC of Riverhead, LLC** | | | | | |
| 03/04/2026 | Wire | U.S. Eagle | ADEQUATE PROTECTION PAYMENT | x7901 | (45,457.76) |
| 03/04/2026 | 1053 | Edgar Herrera Marroquin | OTHER | x7901 | (3,900.00) |
| 03/04/2026 | Wire | Bank of America, N.A. | ADEQUATE PROTECTION PAYMENT | x7901 | (1,822.46) |
| 03/04/2026 | Wire | Maui Jim | PURCHASES OF INVENTORY FOR RESALE | x7901 | (371.91) |
| 03/04/2026 | Wire | Revolut Technologies, Inc. | CASUALTY LOSS / RECOVERIES | x7901 | 80,000.00 |
| 03/05/2026 | Wire | Pirate Ship Postage | OTHER | x7901 | (8.71) |
| 03/06/2026 | Wire | Pirate Ship Postage | OTHER | x7901 | (5.00) |
| 03/09/2026 | Wire | Drill Specialty Lab | PURCHASES OF INVENTORY FOR RESALE | x7901 | (2,112.27) |
| 03/09/2026 | Wire | Pirate Ship Postage | OTHER | x7901 | (5.45) |
| 03/10/2026 | Wire | Chase Bank | BANK CHARGES & MERCHANT PROCESSING FEES | x7901 | (0.59) |
| 03/10/2026 | Wire | Chase Bank | BANK CHARGES & MERCHANT PROCESSING FEES | x7901 | 0.12 |
| 03/10/2026 | Wire | Chase Bank | BANK CHARGES & MERCHANT PROCESSING FEES | x7901 | 0.47 |
| 03/11/2026 | 1012 | Angelica Velasquez | OTHER | x7901 | (1,000.00) |
| 03/12/2026 | Wire | First Bankcard Secure Credit Card | OTHER | x7901 | (9,800.46) |
| 03/13/2026 | Wire | Drill Specialty Lab | PURCHASES OF INVENTORY FOR RESALE | x7901 | (2,331.95) |
| 03/16/2026 | Wire | Optimum | UTILITIES | x7901 | (330.88) |
| 03/16/2026 | Wire | Pirate Ship Postage | OTHER | x7901 | (11.04) |
| 03/17/2026 | Wire | NYS DTF | TAXES | x7901 | (1,000.00) |
| 03/17/2026 | Wire | Walmart | OTHER | x7901 | (154.74) |
| 03/17/2026 | Wire | Pirate Ship Postage | OTHER | x7901 | (6.91) |
| 03/17/2026 | Wire | Pirate Ship Postage | OTHER | x7901 | (6.72) |
| 03/18/2026 | Wire | Bill.com | OTHER | x7901 | (5,252.47) |
| 03/18/2026 | Wire | Bill.com | OTHER | x7901 | (1,444.44) |
| 03/18/2026 | Wire | Costco | OTHER | x7901 | (14.48) |
| 03/18/2026 | Wire | Pirate Ship Postage | OTHER | x7901 | (6.67) |
| 03/19/2026 | Wire | Zachary T. Clanahan | OTHER | x7901 | (6,000.00) |
| 03/19/2026 | Wire | Walmart | OTHER | x7901 | (159.21) |
| 03/19/2026 | Wire | Costco Gas | OTHER | x7901 | (45.00) |
| 03/19/2026 | Wire | Costco | OTHER | x7901 | (18.98) |
| 03/19/2026 | Wire | Pirate Ship Postage | OTHER | x7901 | (6.26) |
| 03/20/2026 | Wire | Drill Specialty Lab | PURCHASES OF INVENTORY FOR RESALE | x7901 | (2,239.70) |
| 03/20/2026 | Wire | Town of Riverhead | TAXES | x7901 | (1,681.55) |
| 03/20/2026 | Wire | First Bankcard Secure Credit Card | OTHER | x7901 | (137.12) |
| 03/23/2026 | Wire | First Bankcard Secure Credit Card | OTHER | x7901 | (7,877.77) |
| 03/23/2026 | Wire | LK Technologies, Inc. | PURCHASES OF INVENTORY FOR RESALE | x7901 | (3,318.50) |
| 03/24/2026 | Wire | Progressive | INSURANCE | x7901 | (2,166.97) |
| 03/24/2026 | Wire | Pirate Ship Postage | OTHER | x7901 | (5.07) |
| 03/25/2026 | Wire | Bill.com | OTHER | x7901 | (1,647.79) |
| 03/25/2026 | 1037 | Elysia Jess | PAYROLL/BENEFITS & TAXES | x7901 | (100.00) |
| 03/25/2026 | Wire | Pirate Ship Postage | OTHER | x7901 | (5.00) |
| 03/26/2026 | Wire | Long Island Power Authority | UTILITIES | x7901 | (746.97) |
| 03/26/2026 | Wire | Midas Auto Service, LLC | OTHER | x7901 | (412.65) |
| 03/26/2026 | Wire | Essilor Laboratories | PURCHASES OF INVENTORY FOR RESALE | x7901 | (330.00) |
| 03/26/2026 | Wire | Long Island Power Authority | UTILITIES | x7901 | (161.29) |
| 03/26/2026 | Wire | Hampton Gyro of Riverhead | OTHER | x7901 | (69.56) |
| 03/27/2026 | Wire | Riverhead Receiver of Taxes | TAXES | x7901 | (27,879.75) |
| 03/27/2026 | Wire | Signature Services | OTHER | x7901 | (668.13) |
| 03/27/2026 | Wire | Docusign | OTHER | x7901 | (0.23) |
| 03/27/2026 | Wire | Docusign | OTHER | x7901 | 0.08 |
| 03/27/2026 | Wire | Docusign | OTHER | x7901 | 0.15 |
| 03/30/2026 | Wire | First Bankcard Secure Credit Card | OTHER | x7901 | (2,071.06) |
| **Total** | | | | | **(52,792.65)** |
| | | | | | |
| **SVC of Southold, LLC** | | | | | |
| 03/03/2026 | Wire | Optimum | UTILITIES | x7898 | (277.93) |
| 03/05/2026 | Wire | UnitedHealthcare | INSURANCE | x7898 | (417.00) |
| 03/13/2026 | Wire | NFPRA | RENT | x7898 | (4,000.00) |
| 03/13/2026 | Wire | Drill Specialty Lab | PURCHASES OF INVENTORY FOR RESALE | x7898 | (27.23) |
| 03/17/2026 | Wire | NYS DTF | TAXES | x7898 | (175.00) |
| 03/23/2026 | Wire | Med Catholic Health Services | OTHER | x7898 | (40.00) |
| 03/25/2026 | Wire | Long Island Power Authority | UTILITIES | x7898 | (765.51) |
| 03/31/2026 | Wire | Optimum | UTILITIES | x7898 | (277.93) |
| **Total** | | | | | **(5,980.60)** |
| | | | | | |
| **SVC of Murray Hill, LLC** | | | | | |
| 03/02/2026 | Wire | Zocdoc | OTHER | x8363 | (1,248.00) |
| 03/11/2026 | Wire | Mastic Associates, LLC | RENT | x8363 | (6,785.64) |
| 03/20/2026 | Wire | Manhattan Fire & Safety | OTHER | x8363 | (101.64) |
| 03/23/2026 | Wire | Spectrum | UTILITIES | x8363 | (175.44) |
| 03/31/2026 | Wire | Waste Connection | OTHER | x8363 | (89.80) |
| **Total** | | | | | **(8,400.52)** |
| | | | | | |
| **Total Disbursements** | | | | | **$ (404,731.33)** |

**In re** Sound Vision Care, Inc., et. al.　　　　　　　　　　　　　　　　　**Lead Case No.** 23-18523 (SMG)
　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**Reporting Period:** March 1 - 31, 2026

**Attachment - Statement of Detailed Cash Disbursements**

| Check Date | Transaction/ Check # | Payee | Statement of Cash Receipts and Disbursements Category | Bank Account | Amount |
|---|---|---|---|---|---|
| **Transfers** | | | | | |
| **Sound Vision Care, Inc.** | | | | | |
| 03/04/2026 | Wire | SVC of Fresh Meadows, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 414.38 |
| 03/04/2026 | Wire | SVC of Coram, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 665.80 |
| 03/04/2026 | Wire | SVC of Manhasset, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 1,796.46 |
| 03/04/2026 | Wire | SVC of Southold, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 1,835.46 |
| 03/04/2026 | Wire | SVC of Riverhead, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 2,873.82 |
| 03/04/2026 | Wire | SVC of Southold, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 3,603.59 |
| 03/04/2026 | Wire | SVC of Murray Hill, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 5,000.00 |
| 03/04/2026 | Wire | SVC of Fresh Meadows, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 9,523.61 |
| 03/04/2026 | Wire | SVC of Riverhead, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 57,284.71 |
| 03/11/2026 | Wire | SVC of Murray Hill, LLC | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7871 | (2,000.00) |
| 03/18/2026 | Wire | SVC of Coram, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 4,561.31 |
| 03/19/2026 | Wire | SVC of Fresh Meadows, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 481.88 |
| 03/19/2026 | Wire | SVC of Manhasset, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 1,848.58 |
| 03/19/2026 | Wire | SVC of Riverhead, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 2,740.23 |
| 03/19/2026 | Wire | SVC of Southold, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 4,674.68 |
| 03/19/2026 | Wire | SVC of Murray Hill, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 6,054.31 |
| 03/19/2026 | Wire | SVC of Fresh Meadows, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 11,085.58 |
| 03/19/2026 | Wire | SVC of Riverhead, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 58,631.32 |
| 03/24/2026 | Wire | SVC of Fresh Meadows, LLC | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7871 | (15,500.00) |
| 03/25/2026 | Wire | SVC of Coram, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 4,684.44 |
| 03/31/2026 | Wire | SVC of Coram, LLC | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7871 | 1,917.99 |
| **Total** | | | | | **162,178.15** |
| | | | | | |
| **SVC of Coram, LLC** | | | | | |
| 03/04/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7952 | (665.80) |
| 03/18/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7952 | (4,561.31) |
| 03/25/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7952 | (4,684.44) |
| 03/31/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7952 | (1,917.99) |
| **Total** | | | | | **(11,829.54)** |
| | | | | | |
| **SVC of East Setauket, LLC** | | | | | |
| | | | NO TRANSFERS THIS PERIOD | | |
| **Total** | | | | | **-** |
| | | | | | |
| **SVC of Fresh Meadows, LLC** | | | | | |
| 03/04/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7936 | (9,523.61) |
| 03/04/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7936 | (414.38) |
| 03/19/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7936 | (11,085.58) |
| 03/19/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7936 | (481.88) |
| 03/24/2026 | Wire | Sound Vision Care, Inc. | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x7936 | 15,500.00 |
| **Total** | | | | | **(6,005.45)** |
| | | | | | |
| **SVC of Manhasset, LLC** | | | | | |
| 03/04/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7928 | (1,796.46) |
| 03/19/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7928 | (1,848.58) |
| **Total** | | | | | **(3,645.04)** |
| | | | | | |
| **SVC of Riverhead, LLC** | | | | | |
| 03/04/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7901 | (57,284.71) |
| 03/04/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7901 | (2,873.82) |
| 03/19/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7901 | (58,631.32) |
| 03/19/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7901 | (2,740.23) |
| **Total** | | | | | **(121,530.08)** |
| | | | | | |
| **SVC of Southold, LLC** | | | | | |
| 03/04/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7898 | (3,603.59) |
| 03/04/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7898 | (1,835.46) |
| 03/19/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x7898 | (4,674.68) |
| **Total** | | | | | **(10,113.73)** |
| | | | | | |
| **SVC of Murray Hill, LLC** | | | | | |
| 03/04/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x8363 | (5,000.00) |
| 03/11/2026 | Wire | Sound Vision Care, Inc. | TRANSFER RECEIPTS (AFFILIATED DEBTORS) | x8363 | 2,000.00 |
| 03/19/2026 | Wire | Sound Vision Care, Inc. | TRANSFER DISBURSEMENTS (AFFILIATED DEBTORS) | x8363 | (6,054.31) |
| **Total** | | | | | **(9,054.31)** |
| | | | | | |
| **Total Transfers** | | | | | **$ (0.00)** |

Attachment - Bank Reconciliations for Reporting Period

**In re** Sound Vision Care, Inc., et. al.

**Lead Case No.** 25-72421 (LAS)

**Reporting Period:** March 1 - 31, 2026

| DEBTOR<br>Case No. | Sound Vision Care, Inc.<br>25-72421 | | | | SVC of Coram, LLC<br>25-72422 | | |
|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | (x5914) | (x1826) | (x7871) | (x6917) | (x9594) | (x7952) | (x6925) |
| BALANCE PER BOOKS | $ 2,853 | $ (150) | $ 18,484 | $ - | $ - | $ 19,929 | $ 93 |
| | | | | | | | |
| BANK BALANCE | 2,853 | (150) | 18,484 | - | - | 19,929 | 93 |
| (+) DEPOSITS IN TRANSIT | - | - | - | - | - | - | - |
| (-)  OUTSTANDING CHECKS | - | - | - | - | - | - | - |
| | | | | | | | |
| ADJUSTED BANK BALANCE | $ 2,853 | $ (150) | $ 18,484 | $ - | $ - | $ 19,929 | $ 93 |

| DEPOSITS IN TRANSIT | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| Total | - | - | - | - | - | - | - |
| CHECKS OUTSTANDING<br>(Check # - Payee) | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total | - | - | - | - | - | - | - |

Attachment - Bank Reconciliations for Reporting Period

**In re** Sound Vision Care, Inc., et. al.

**Lead Case No.** 25-72421 (LAS)
**Reporting Period:** March 1 - 31, 2026

| DEBTOR | SVC of East Setauket, LLC | | SVC of Fresh Meadows, | | SVC of Manhasset, LLC | | |
|---|---|---|---|---|---|---|---|
| Case No. | 25-72423 | | 25-72424 | | 25-72425 | | |
| ACCOUNT NUMBER (LAST 4) | (x7944) | (x6941) | (x7936) | (x7137) | (x6475) | (x7928) | (x7145) |
| BALANCE PER BOOKS | $ 2,508 | $ - | $ 14,593 | $ - | $ - | $ 21,277 | $ 769 |
| | | | | | | | |
| BANK BALANCE | 2,508 | - | 14,593 | - | - | 21,277 | 769 |
| (+) DEPOSITS IN TRANSIT | - | - | - | - | - | - | - |
| (-)  OUTSTANDING CHECKS | - | - | - | - | - | - | - |
| | | | | | | | |
| ADJUSTED BANK BALANCE | $ 2,508 | $ - | $ 14,593 | $ - | $ - | $ 21,277 | $ 769 |

| DEPOSITS IN TRANSIT | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| Total | - | - | - | - | - | - | - |
| CHECKS OUTSTANDING (Check # - Payee) | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total | - | - | - | - | - | - | - |

Attachment - Bank Reconciliations for Reporting Period

**In re** Sound Vision Care, Inc., et. al.

**Lead Case No.** 25-72421 (LAS)
**Reporting Period:** March 1 - 31, 2026

| DEBTOR<br>Case No. | SVC of Riverhead, LLC<br>25-72426 | | | SVC of Southold, LLC<br>25-72428 | | | SVC of Murray Hill, LLC<br>25-74829 | |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | (x3953) | (x7901) | (x6933) | (x5906) | (x7898) | (x6968) | (x4976) | (x8363) |
| BALANCE PER BOOKS | $ 709 | $ 108,845 | $ - | $ - | $ 7,028 | $ - | $ 1,626 | $ 7,065 |
| | | | | | | | | |
| BANK BALANCE | 709 | 108,845 | - | - | 7,028 | - | 1,626 | 7,065 |
| (+) DEPOSITS IN TRANSIT | - | - | - | - | - | - | - | - |
| (-)  OUTSTANDING CHECKS | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| ADJUSTED BANK BALANCE | $ 709 | $ 108,845 | $ - | $ - | $ 7,028 | $ - | $ 1,626 | $ 7,065 |
| | | | | | | | | |
| DEPOSITS IN TRANSIT | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total | - | - | - | - | - | - | - | - |
| CHECKS OUTSTANDING<br>(Check # - Payee) | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total | - | - | - | - | - | - | - | - |

**In re**  SVC of East Setauket, LLC                                                **Case No.**  25- 72423 (LAS)
    **Debtor**                                                                 **Reporting Period:**  March 1, 2026 - March 31, 2026

| Attachment - Balance Sheet - Cash Basis |
|---|

| | BOOK VALUE AT END OF CURRENT REPORTING MONTH[3] | BOOK VALUE AT END OF PRIOR REPORTING MONTH[2] | BOOK BALANCE SHEET ON PETITION DATE[1] | BOOK VALUE ON PETITION DATE PER FILED SCHEDULES |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Checking/Savings** | | | | |
| Wells Fargo -2011 | $ - | $ - | $ - | $ - |
| Wells Fargo -5898 | - | - | - | - |
| Flagstar -6941 | - | - | - | - |
| Flagstar -7944 | 2,508 | 2,713 | - | - |
| **Total Checking/Savings** | **2,508** | **2,713** | **-** | **-** |
| Accounts Receivable | | - | - | 63,301 |
| Deposits and Security | | - | - | 5,000 |
| Inventory | | - | - | 19,500 |
| **Other Current Assets** | | | | |
| Due from Bensonhurst | 12,245 | 12,245 | - | - |
| Due from Coram | 1,047 | 1,047 | - | - |
| Due from Fresh Meadows | 2,245 | 2,245 | - | - |
| Due from Jamaica | 4,110 | 4,110 | 4,110 | 4,110 |
| Due from Manhasset | 9,062 | 9,062 | 6,817 | 6,817 |
| Due from Mastic | 1,500 | 1,500 | 1,500 | 1,500 |
| Due from Midtown East | 37,789 | 37,789 | 37,789 | 37,789 |
| Due from Murray Hill | 2,245 | 2,245 | - | - |
| Due from Riverhead | 97,673 | 97,673 | - | - |
| Due from Southold | 2,245 | 2,245 | - | - |
| Due from West Islip | 845 | 845 | 845 | 854 |
| Due from Yorkville | 289,462 | 289,462 | 289,462 | 289,462 |
| **Total Other Current Assets** | **460,467** | **460,467** | **340,521** | **340,530** |
| **Total Current Assets** | **462,975** | **463,180** | **340,521** | **428,331** |
| **Fixed Assets** | | | | |
| Accumulated Depreciation | (22,704) | (22,704) | (22,704) | |
| Acquistion Fees | 24,746 | 24,746 | 24,746 | |
| Magulogix | 43,661 | 43,661 | 43,661 | |
| **Total Fixed Assets** | **45,703** | **45,703** | **45,703** | **20,957** |
| **TOTAL ASSETS** | **$ 508,678** | **$ 508,883** | **$ 386,224** | **$ 449,289** |
| | | | | |
| **LIABILITIES & EQUITY** | | | | |
| **Liabilities** | | | | |
| **Liabilities Not Subject to Compromise (Post-Petition)** | | | | |
| Accounts Payable | $ - | $ - | $ - | |
|   Due to Debtor Affiliates - Pending Allocation | 111,902 | 111,902 | - | |
| Taxes Payable | - | - | - | |
| Rent / Leases - Building/Equipment | - | - | - | |
| Secured Debt / Adequate Protection Payments | - | - | - | |
| Professional Fees | - | - | - | |
| **Total Liabilities Not Subject to Compromise (Post-Petition)** | **111,902** | **111,902** | **-** | |
| **Liabilities Subject to Compromise (Pre-Petition)** | | | | |
| Secured Debt | - | - | - | 1,430,434 |
| Priority Debt | - | - | - | - |
| Unsecured Debt | 237,794 | 237,794 | 237,794 | 229,882 |
| Inter-Company Unsecured Debt | 339,638 | 339,638 | 321,876 | 321,256 |
| **Total Liabilities Subject to Compromise (Pre-Petition)** | **577,432** | **577,432** | **559,670** | **1,981,572** |

**In re** SVC of East Setauket, LLC          **Case No.** 25- 72423 (LAS)

      **Debtor**          **Reporting Period:** March 1, 2026 - March 31, 2026

| **Attachment - Balance Sheet - Cash Basis** | | | | |
|---|---|---|---|---|
| | **BOOK VALUE AT END OF CURRENT REPORTING MONTH[3]** | **BOOK VALUE AT END OF PRIOR REPORTING MONTH[2]** | **BOOK BALANCE SHEET ON PETITION DATE[1]** | **BOOK VALUE ON PETITION DATE PER FILED SCHEDULES** |
| **Equity** | | | | |
| Retained Earnings - Pre-Petition | (168,238) | (168,238) | (173,446) | |
| Retained Earnings - Post-Petition | (12,418) | (12,213) | - | |
| **Total Equity** | **(180,656)** | **(180,451)** | **(173,446)** | |
| **TOTAL LIABILITIES & EQUITY** | **$ 508,678** | **$ 508,883** | **$ 386,224** | |

[1] The Debtors filed Chapter 11 on June 23, 2025.

[2] Certain prior month's balances have been restated for inter-Debtor allocations entered subsequent to the filing of the prior month's operating report. The Debtors have certain shared assets, liabilities, and expenses. As of the date of this filing some liabilities have not yet been allocated (e.g. Credit Card Liabilities).

[3] The Debtors have a centralized payroll system under Sound Vision Care, Inc. and certain shared overhead expenses. As needed, funds are transferred from the affiliated Debtors to Sound Vision Care, Inc. to fund shared business expenses. These shared business expenses are allocated to each respective Debtor through journal entries. We are actively reviewing and evaluating these practices for future efficiencies. For purposes of calculating the UST Fees and MOR Part 1, cash balances are net of Inter-Debtor transfers.

**In re** SVC of East Setauket, LLC            **Case No.** 25- 72423 (LAS)
    **Debtor**                                            **Reporting Period:** March 1, 2026 - March 31, 2026

| Attachment - Statement of Operations (Profit or Loss Statement) - Cash Basis[1] | | |
|---|---|---|

| | Mar 1 - Mar 31, 2026 | Feb 1 - Feb 28, 2026 | Cumulative - Filing to Date |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Gross Receipts | $ 95 | $ - | $ 167,903 |
| **Total Income** | **95** | **-** | **167,903** |
| **Cost of Goods Sold** | | | |
| Purchases | - | - | 7,426 |
| **Total COGS** | **-** | **-** | **7,426** |
| **Gross Profit** | **95** | **-** | **160,477** |
| **Expense** | | | |
| Accounting | - | - | 124 |
| Bank & PayPlus Fees | - | - | 38 |
| Cleaning Expense | - | - | 840 |
| Credit Card Fees | - | - | 472 |
| IT Expense | - | - | 113 |
| Merchant Services Fees | - | - | 311 |
| Office Expense | - | - | 716 |
| Outside Services | - | - | 1,250 |
| Professional Fees | - | - | (1,000) |
| Rent | - | - | 25,847 |
| Repairs & Maintenance | - | 1,260 | 1,260 |
| Software Expense | - | - | 466 |
| Taxes - Other | 300 | - | 425 |
| UST Fees | - | - | 750 |
| Salaries and Benefits | | | |
| Payroll Salaries & Wages | - | - | 97,086 |
| Payroll Taxes | - | - | 7,799 |
| Total Salaries and Benefits | - | - | 104,885 |
| Utilities | | | |
| Utilities - Cable & Internet | - | - | 624 |
| Utilities - Electric | - | 61 | 2,247 |
| Utilities - Gas | - | - | 864 |
| Total Utilities | - | 61 | 3,735 |
| **Total Expense** | **300** | **1,321** | **140,231** |
| | | | |
| **Net Operating Income** | **(205)** | **(1,321)** | **20,247** |
| | | | |
| **Other Expense / (Income)** | | | |
| Casualty Loss / Recoveries[2] | - | - | 19,990 |
| Moving Expenses | - | - | 2,675 |
| Reorganization Items - Professional Fees[3] | - | 10,000 | 10,000 |
| **Net Other Expense / (Income)** | **-** | **10,000** | **32,665** |
| **Net Income** | $ (205) | $ (11,321) | $ (12,418) |

[1] The Debtors have a centralized payroll system under Sound Vision Care, Inc. and certain shared overhead expenses. As needed, funds are transferred from the affiliated Debtors to Sound Vision Care, Inc. to fund shared business expenses. These shared business expenses are allocated to each respective Debtor through journal entries. We are actively reviewing and evaluating these practices for future efficiencies. For purposes of calculating the UST Fees and MOR Part 1, cash balances are net of Inter-Debtor transfers.

[2] The Debtors were victims of fraud on September 17, 2025. As of the date of this report, the total casualty losses are approximately $210,000. The Debtors and their professionals are actively working on this matter and expect to make additional recoveries, including seeking reimbursement through the Debtors' insurance policies.

[3] See Attachment - Schedule of Payments to Professionals and Insiders in the MOR for Debtor Sound Vision Care, Inc. for a complete reconciliation of reorganization items, including professional fees.



                                        Statement Period
                                        From March     01, 2026
                                        To   March     31, 2026
                                        Page    1 of     2

                                        PRIVATE CLIENT GROUP 722
                                        1C QUAKER RIDGE ROAD
                                        NEW ROCHELLE, NY 10804


        SVC OF EAST SETAUKET, LLC              8-722
        DEBTOR IN POSSESSION
        CASE # 8 25 72423 LAS
        1224 OSTRANDER AVE
        RIVERHEAD NY  11901                          See Back for Important Information


                                        Primary Account: ████6941          0

         EFFECTIVE 3/1/2026, THE FEE FOR PROCESSING A LEGAL ACTION WILL BE UPDATED
         FROM 175 DOLLARS TO 100 DOLLARS PER LEGAL DOCUMENT.

Relationship Summary                          Opening Bal.          Closing Bal.

BANK DEPOSIT ACCOUNTS
████6941     BANKRUPTCY CHECKING                       .00                   .00

                   RELATIONSHIP TOTAL                                        .00



Statement Period
From March     01, 2026
To    March    31, 2026
Page     2 of     2

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

SVC OF EAST SETAUKET, LLC                8-722
DEBTOR IN POSSESSION
CASE # 8 25 72423 LAS
1224 OSTRANDER AVE
RIVERHEAD NY  11901                          See Back for Important Information


Primary Account: ████████6941         0


BANKRUPTCY CHECKING           ████████6941



Summary

 Previous Balance as of March     01, 2026                                      .00

 There was no deposit activity during this statement period

 Ending Balance as of    March     31, 2026                                     .00



```
                                        Statement Period
                                     From March     01, 2026
                                     To   March     31, 2026
                                     Page    1 of     2

                                     PRIVATE CLIENT GROUP 722
                                     1C QUAKER RIDGE ROAD
                                     NEW ROCHELLE, NY 10804
```

```
        SVC OF EAST SETAUKET, LLC              8-722
        DEBTOR IN POSSESSION
        CASE # 8 25 72423 LAS
        1224 OSTRANDER AVE
        RIVERHEAD NY  11901              See Back for Important Information
```

```
                                     Primary Account:    ████7944         0
```

EFFECTIVE 3/1/2026, THE FEE FOR PROCESSING A LEGAL ACTION WILL BE UPDATED
FROM 175 DOLLARS TO 100 DOLLARS PER LEGAL DOCUMENT.

| Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████7944     BANKRUPTCY CHECKING | 2,712.64 | 2,507.66 |
| RELATIONSHIP TOTAL | | 2,507.66 |



PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804


SVC OF EAST SETAUKET, LLC                8-722
DEBTOR IN POSSESSION
CASE # 8 25 72423 LAS
1224 OSTRANDER AVE
RIVERHEAD NY  11901                    See Back for Important Information


Primary Account: ███████7944          0


BANKRUPTCY CHECKING            ██████7944



Summary

 Previous Balance as of March     01, 2026                              2,712.64
      1 Credits                                                            95.02
      1 Debits                                                            300.00
 Ending Balance as of   March     31, 2026                              2,507.66


Deposits and Other Credits
 Mar 18  ACH DEPOSIT            ck/ref no.    1489864                       95.02
         DAVIS VISION      HCCLAIMPMT     091000011472777
         TRN*1*42360744*1113051991*IPIXCHCKIP~
         TRN*1*42360744*1113051991*IPIXCHCKIP~
         SOUND VISION CARE INC.

Withdrawals and Other Debits
 Mar 17  AUTOMATED PAYMENT     ck/ref no.    1395491                       300.00
         NYS DTF CT        TAX PAYMNT     000000140917686

Daily Balances
 Feb 28          2,712.64                    Mar 18          2,507.66
 Mar 17          2,412.64