**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SOUND VISION CARE, INC., et.al, | **Case No.: 25-72421 (LAS)**<br><br>**(Jointly Administered)**<br><br>Chapter 11 |
| LendBug, LLC,<br><br><br><br>                    Plaintiff,<br><br><br><br>v.<br><br><br><br>SVC of Port Jefferson Station LLC, SVC of Elmhurst LLC, SVC of Forst Hills One LLC, SVC of Murray Hills, LLC, SVC of Mastic, LLC, SVC of the Hamptons, LLC, SVC of West Islip, LLC, SVC of Yorkville, LLC, SVC RE Holdings, LLC, Jeffrey Slaney Williams, Jr.,<br><br><br><br>                    Defendants. | **2:26-cv-00122** |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**OF COUNSEL FOR LENDBUG, LLC**

        **PLEASE TAKE NOTICE** that **MAZURKRAEMER BUSINESS LAW**, by and through the undersigned, hereby withdraws its appearance as counsel for **LendBug, LLC** in the above-captioned adversary proceeding.

        The undersigned respectfully requests that the Clerk remove **MAZURKRAEMER BUSINESS LAW** from the service list for this adversary proceeding.

        **LendBug, LLC** shall proceed through substitute counsel or otherwise as it may determine.

Dated: May 5, 2026                    MAZURKRAEMER BUSINESS LAW


By: */s/ Salene R.M. Kraemer*


MAZUR KRAEMER BUSINESS LAW
447 Broadway, 2nd Floor
New York City, New York 10013
NY Bar Id. 5228580
Phone: (412) 427-7075
Fax: (412) 202-0056
Email: salene@mazurkraemer.com
Web: www.mazurkraemer.com

*Attorney to Lendbug, LLC*