# Notice Recipients

District/Off: 0207−8　　　　　　　User: admin　　　　　　　Date Created: 5/6/2026

Case: 8−25−72421−las　　　　　　Form ID: pdf000　　　　　　Total: 236

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| intp | CFG Merchant Solutions, LLC | |
| cr | Street Retail, LLC | |
| cr | New York State Department Of Taxation & Finance | |
| cr | Amur Equipment Finance, Inc. | |
| intp | Jason A. Stern | |
| intp | Jeffrey Slaney Williams, Jr. | |
| 10527564 | Capital Domain 1 | |
| 10527565 | Capital Domain 2 | |
| 10538881 | ColalentCareers, Inc. c/o Relin Goldstein & Crane, | |
| 10538880 | CovalentCareers, Inc. c/o Relin, Goldstein & Crane | |
| 10527566 | LendBug | |
| 10527567 | Quick Funding | |
| 10527568 | Speedy | |
| 10527569 | VEX Capital | |

TOTAL: 14

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |
| UST TrAt | William J. Birmingham | william.birmingham@usdoj.gov |
| aty | Anne Penachio | anne@pmlawllp.com |
| aty | Aryana P. Badery | abadery@windelsmarx.com |
| aty | Christopher P Schueller | christopher.schueller@bipc.com |
| aty | Enid Nagler Stuart | enid.stuart@ag.ny.gov |
| aty | Erin L. Williamson | williamsone@ballardspahr.com |
| aty | Geoffrey J Peters | colnyecf@weltman.com |
| aty | James B. Glucksman | jbg@dhclegal.com |
| aty | Jay B Solomon | jsolomon@bbgllp.com |
| aty | John D. Molino | jdm@dhclegal.com |
| aty | Jonathan S Pasternak | jsp@dhclegal.com |
| aty | Joseph H. Lemkin | jlemkin@stark−stark.com |
| aty | Laurel D Roglen | roglenl@ballardspahr.com |
| aty | Leo V. Gagion | Leo.Gagion@ag.ny.gov |
| aty | Leslie C Heilman | heilmanl@ballardspahr.com |
| aty | Matthew R. Yogg | mry@dhclegal.com |
| aty | Matthew V Spero | matthew.spero@rivkin.com |
| aty | Michael Kwiatkowski | mkwiatkowski@moritthock.com |
| aty | Patricia C Delaney | pdelaney@drgrealty.com |
| aty | Richard J McCord | rmccord@certilmanbalin.com |
| aty | Robert Jerome Malatak | rmalatak@windelsmarx.com |
| aty | Robert L Rattet | rlr@dhclegal.com |
| aty | Salene Mazur Kraemer | salene@mazurkraemer.com |
| aty | Shanna M Kaminski | skaminski@kaminskilawpllc.com |
| aty | Teresa Sadutto−Carley | tsadutto@platzerlaw.com |
| aty | Theresa A Driscoll | tdriscoll@moritthock.com |
| aty | Thomas J McNamara | tmcnamara@certilmanbalin.com |

TOTAL: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Sound Vision Care, Inc. | 1224 Ostrander Avenue        Riverhead, NY 11901 |
| jtadmdb | SVC of Coram, LLC | 1721 North Ocean Ave.        Suite A        Medford, NY 11763 |
| jtadmdb | SVC of East Setauket, LLC | 215 Hallock Rd, Suite 2        Stony Brook, NY 11790−3077 |
| jtadmdb | SVC of Fresh Meadows, LLC | 61−30A 190th St.        Suite A        Fresh Meadows, NY 11365 |
| jtadmdb | SVC of Manhasset, LLC | 433 Plandome Road        Manhasset, NY 11030−1942 |
| jtadmdb | SVC of Riverhead, LLC | 1224 Ostrander Avenue        Riverhead, NY 11901 |
| jtadmdb | SVC of Southold, LLC | 44210 County Rd 48,        Suite 1        Southold, NY 11971−5032 |
| cr | Bank of America, N.A. | Buchanan Ingersoll & Rooney PC        c/o Christopher P. Schueller        640 5th Avenue, 9th Floor        New York, NY 10019 UNITED STATES |
| cr | Flushing Bank | c/o Certilman Balin Adler & Hyman, LLP.        90 Merrick Avenue        East Meadow, NY 11554 |
| cr | US Eagle Federal Credit Union | c/o Moritt Hock & Hamroff LLP        400 Garden City Plaza        Garden City, NY 11530 |
| intp | Kapitus Servicing Inc., as authorized sub−servicing agent of Kapitus LLC        c/o Rivkin Radler LLP        926 RXR Plaza        Uniondale, NY 11556 | |
| cr | Leaf Capital Funding, LLC | c/o Goetz Platzer LLP        One Penn Plaza, Suite 3100        New York, NY 10119 |
| cr | Davis Professional Park LLC | c/o /Damianos Realty Group LLC        222 Middle Country Road Suite 300        Smithtown, NY 11787 UNITED STATES |

consult   CBIZ Forensic Consulting Group, LLC        Five Bryant Park        1065 Avenue of the Americas        New York, NY 10018

aty   Davidoff Hutcher & Citron LLP        120 Bloomingdale Road        Suite 100        White Plains, NY 10605

cr   De Lage Landen Financial Services, Inc.        c/o Stark & Stark, PC        100 American Metro Blvd.        Hamilton, NJ 08619 UNITED STATES

acc   MacDonald, Rand & Vollaro CPA's LLP        550 Route 25A        Rocky Point, NY 11778

jtadmdb   SVC of Murray Hill, LLC        458 Third Avenue        New York, NY 10016

cr   Mastic Associates of New York LLC        c/o Belkin Burden Goldman, LLP        Attn.: Jay B. Solomon, Esq.        60 E 42nd Street, 16th Floor        New York, NY 10165

cr   Lendbug LLC        260 W 35 ST PH        New York, NY 10001

aty   Erin L. Williamson        Ballard Spahr LLP        919 N. Market Street        11th Floor        Wilmington, DE 19801

aty   Leslie C Heilman        Ballard Spahr LLP        919 N Market Street        11th Floor        Wilmington, DE 19801

10553922   435451 Plandome Properties LLC        246 Mineola Blvd.        Mineola, NY 11501

10553923   64176806 Bay Parkway Realty LLC        2338 64th Street        Brooklyn, NY 11204

10553924   ABB Optical Group        125 Enterprise Drive        Marshfield, MA 02050

10588414   AMUR        304 W 3rd St        Grand Island, NE 68801

10553925   Action Carting        300 Frank W. Burr Blvd., Ste. 39        Teaneck, NJ 07666

10536687   Action Carting Enviornmental Services, Inc.        300 Frank W Burr Blvd., Suite 39        Teaneck, NJ 07666

10553985   Alan Minkoff        420 East 72nd St., Apt. 15A        New York, NY 10021

10553926   All Types Building Maintenance        5514 Merrick Road        Massapequa, NY 11758

10553927   Altair Eyewear        10875 International Drive        Rancho Cordova, CA 95670

10664486   Altair Eyewear, Inc        11135 Trade Center Dr #180        Rancho, Cordova CA 95670

10550697   American Express National Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern PA 19355–0701

10550698   American Express National Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern PA 19355–0701

10645912   Amur Equipment Finance, Inc.        304 W. 3rd Street        Grand Island, NE 68801        Attn: Ariella Alvarado

10553928   Amur Financial        10875 International Dr.        Rancho Cordova, CA 95670

10553929   Angelica Velasquez        1050 Youngs Avenue        Southold, NY 11971

10593366   Atlas Acquisitions LLC        on behalf of Speedy Funding LLC        492C Cedar Lane, Ste 442        Teaneck, NJ 07666

10645910   Ballard Spahr LLP        919 N. Market St., 11th Fl.        Wilmington, DE 19801        Attn: Leslie C. Heilman, Esq.

10553930   BambooHR        42 Future Way        Draper, UT 84020

10553931   Bank of America        Practice Solutions        10 Federal Street        Boston, MA 02110

10553932   Bank of America, N.A.        600 North Cleveland Ave., Ste. 300        Westerville, OH 43082, US

10567914   Bank of America, N.A.        Buchanan Ingersoll & Rooney PC        c/o Christopher P. Schueller        501 Grant Street, Suite 200        Pittsburgh, PA 15219

10534288   Bank of America, N.A.        c/o Buchanan Ingersoll & Rooney PC        640 5th Avenue, 9th Floor        New York, NY 10019

10553933   Bay Ridge Cleaning Contractors        1620 Bay Ridge Avenue        Brooklyn, NY 11204

10645916   Beaulieu Law Firm, P .C.        11 Broadway, Ste. 615        New York, NY 10004        Attn: Maxime H. Beaulieu, Esq.

10533631   Buchanan Ingersoll & Rooney PC        c/o Christopher P. Schueller        640 5th Avenue, 9th Floor        New York, NY 10019

10553934   Buchanan Ingersoll & Rooney, P.C.        Attn: Christopher P. Schueller, Esq.        501 Grant St., Ste. 200        Pittsburgh, PA 152194413

10538600   Bullion Exchange, LLC        c/o Davidoff Hutcher & Citron LLP        120 Bloomingdale Road        White Plains, New York 10605

10553943   C T Corporation System        330 N Brand Blvd., Ste. 700        Glendale, CA 91203, USA        ATTN: SPRS

10553937   CFG Merchant Solutions, LLC        180 Maiden Lane, 15th Fl.        New York, NY 10038

10537978   CFG Merchant Solutions, LLC        c/o Kaminski Law, PLLC        88 Pine Street, Ste. 2430        New York, New York 10005

10553936   Capital Domain Funding LLC        Attn: Avi Ulano        300 Tice Blvd.        Woodcliff Lake, NJ 07677

10553935   Capital Domain LLC        254 Brick Blvd., Unit 10        Brick, NJ 08723

10645913   CapitalDomain LLC        749 Gateway, Ste G–601        Abilene, TX 79602        Attn: Jordan Morrison

10645914   CapitalDomain LLC        749 Gateway, Ste G–601        Abilene, TX 79602        Attn: Jordan Morrison

10553938   City Heat Security        2665 Oceanside Rd.        Oceanside, NY 11572

10553939   Consolidated Edison Co. of NY, Inc.        Bankruptcy/EAG Group        4 Irving Place, 9th Fl.        New York, NY 10003

10553940   CooperVision        6101 Bollinger Canyon Rd., Ste. 500        San Ramon, CA 94583

10553942   Corporation Service Company        1090 Vermont Ave., NW, Ste. 430        Washington, D.C. 20005

10553941   Crystal Practice Mgmt.        12112 Anderson Mill Rd., Bldg. 12A        Austin, TX 787261176

10593635   David W. Dykhouse        Patterson Belknap Webb & Tyler LLP        ATTN: David W. Dykhouse        1133 Avenue of the Americas        New York, NY 10036

10645917   Davis Professional Park LLC        222 Middle Country Road, Suite 300        Smithtown, NY 11787        Attn: Patricia C. Delaney, Esq.

10594429   Davis Professional Park LLC        Patricia C. Delaney        c/o Damianos Realty Group LLC        222 Middle Country Road Suite 300        Smithtown, NY 11788

10554561   Davis Professional Park LLC        c/o Damianos Realty Group LLC        222 Middle Country Road Suite 300        Smithtown, New York 11787

10553944   De Lage Landen Financial Services, Inc.        1111 Old Eagle School Road        Wayne, PA 19087

10570364   De Lage Landen Financial Services, Inc.        c/o Stark & Stark, PC        Attn: Joseph H. Lemkin, Esq.        P.O. Box 5315        Princeton, NJ 08543

10553945   Drill Specialty Corp.        5020 Montauk Hwy.        Massapequa Park, NY 11762

10553946   Dynasty Protection        4 W. Mineola Ave., Bldg. 1        Valley Stream, NY 11580
10553947   EBF Holdings, LLC        d/b/a Everest Business Funding        102 West 38th St, 6th Fl.        New York, NY 10018
10581252   Enid Nagler Stuart, Ass't Attorney General        Counsel for NYS Dep't of Taxation        28 Liberty Street – 17th floor        New York, NY 10005
10553948   Essilor Luxottica        12 Harbor Acres Rd.        Sands Point, NY 11050
10553949   Everbank Commercial Finance, Inc.        10 Waterview Blvd.        Parsippany, NJ 07054
10645921   FC Marketplace LLC        d/b/a Funding Circle        110 SE 6th Street, Ste. 700        Ft. Lauderdale, FL 33301–5002
10553951   FC Marketplace, LLC        747 Front St., 4th Fl.        San Francisco, CA 94111
10553950   Fay Servicing LLC        1601 Lyndon B. Johnson Fwy.        Farmers Branch, TX 75234
10553952   Federal Realty Investment Trust        909 Rose Ave., Ste. 200        North Bethesda, MD 20852
10553953   Flagstar Bank        5151 Corporate Drive, E2031        Troy, MI 48098
10553954   Flushing Bank        Attn: Legal Dept.        14451 Northern Blvd.        Flushing, NY 11254
10537248   Flushing Bank        c/o Certilman Balin Adler & Hyman, LLP.        90 Merrick Avenue        East Meadow, NY 11554
10537237   Flushing Bank        c/o Certilman Balin Adler & Hyman, LLP.        90 Merrick Avenue        East Meadow, NY 11554
10553955   Fort Capital Resources, LLC        410 Blanding Blvd.        Ste. 10, #149        Orange Park, FL 32073
10553956   Fort Capital Resources, LLC        841 Shelley Road        Raleigh, NC 27609
10551993   Frank Spinosa & Robin Ross        62 Canyon Ridge Drive        Sandia Park, NM 87047
10553957   Frank Spinosa & Robin Ross        62 Canyon Ridge Drive        Sandia Park, NM 87047
10553959   Gonzalo Campos        1050 Youngs Avenue        Southold, NY 11971
10553961   Great White Propane        44 Kroemer Avenue        Riverhead, NY 11901
10553960   Greatamerica Financial Services Corp.        625 First Street        Cedar Rapids, IA 524012030
10553962   Hallock Road LLC        215 Hallock Rd., Ste. 68        Stony Brook, NY 11790
10585970   Humana, Inc., Humana Insurance Company,        Humana Health Company of New York, Inc.        Fox Swibel Levin & Carroll c/o Ken Thoma        200 W. Madison, Suite 3000        Chicago IL 60606
10553963   Huntington Technology Finance, Inc        2285 Franklin Rd, Ste 100,        Bloomfield Hills, MI 48302, USA
10553964   Ignite IPA        140 Lakeland Avenue        Sayville, NY 11782
10593154   Ignite Intelligent Process Automation LLC        140 Lakeland Avenue        Sayville, NY 11782
10553966   InAdvance Capital        10 West 37th St., Ste. 6E        New York, NY 10018
10553967   Internal Revenue Service        Centralized Insolvency Operations        P.O. Box 7346        Philadelphia, PA 191017346
10551987   Internal Revenue Service        PO BOX 7346        Philadelphia, PA 19101–7346
10553968   Island Elevator        21002 Arctic Avenue        Bohemia, NY 11716
10542471   JPMorgan Chase Bank, N.A.        s/b/m/t Chase Bank USA, N.A.        Robertson, Anschutz, Schneid,        Crane & Partners, PLLC        6409 Congress Avenue, Suite 100        Boca Raton, FL 33487
10651680   Jeffrey Slaney Williams, Jr.        Penachio Malara, LLP        245 Main Street, Suite 450        White Plains, NY 10601
10553958   Jellum Law        Attn: Garth G. Gavenda, Esq.        7617 Currell Blvd., Ste. 245        Woodbury, MN 55125
10553972   Johnson & Johnson        7500 Centurion Pkwy.        Jacksonville, FL 32256
10593636   Johnson & Johnson Vision Care, Inc.        Patterson Belknap Webb & Tyler LLP        ATTN: David W. Dykhouse        1133 Avenue of the Americas        New York, NY 10036
10645909   Kaminsky Law PLLC        P.O. Box 247        Grass Lake, MI 49240        Attn: Shanna M. Kaminski, Esq.
10553973   Kapitus LLC        2500 Wilson Blvd., Ste. 350        Arlington, VA 22201
10547931   Kapitus Servicing Inc., as Authorized Sub–Servicin        c/o Rivkin Radler LLP        926 RXR Plaza        Uniondale, NY 11556
10558679   Kapitus Servicing, Inc.        120 West 45th Street        4th Floor        New York, NY 10036
10617094   Kapitus Servicing, Inc. as authorized sub–servicin        Windels Marx Lane & Mittendorf, LLP        156 West 56th Street        New York, NY 10019        Attn: Aryana Badery
10614573   Kapitus Servicing, Inc., as authorized sub–servici        c/o Windels Marx Lane & Mittendorf, LLP        156 W 56th Street        NY, NY 10019
10592938   L'AMY INCORPORATED        c/o Smith Carroad Wan & Parikh, P.C.        202 East Main Street        Smithtown, NY 11787
10569360   LEAF Capital Funding, LLC        c/o Goetz Platzer LLP        1 Penn Plaza, Suite 3100        New York, New York 10119        Attn: T. Sadutto–Carley, Esq.
10552150   LEAF Capital Funding, LLC        c/o Goetz Platzer, LLP        Attn: T. Sadutto–Carley, Esq.        One Penn Plaza, Suite 3100        New York, New York 10119
10553974   LaFont Frames        655 Broadway, Ste. 401        New York, NY 10012
10654398   LendBug LLC        c/o MAZURKRAEMER Business Law Group        314 Old Farm Rd.        Pittsburgh, PA 15228
10553975   LendBug, LLC        260 West 35th St. PH        New York, NY 10001
10553976   Lens Mode Contacts        150 Main Street        Millburn, NJ 07041
10553977   LevelUp HCS LLC        90 Broad St., Ste. 902        New York, NY 100042281
10553978   Lumenis Financial Solutions        2077 Gateway Pl., Ste. 300        San Jose, CA 95110
10553979   Macdonald, Rand & Vollaro, CPAs LLC        550 NY25A        Rocky Point, NY 11778
10553980   Macquarie Equipment Capital Inc.        1301 Riverplace Blvd., 4th Fl.        Jacksonville, FL 32207
10553981   MadisonOne        9375 E. Shea Blvd., Ste. 100        Scottsdale, AZ 85260
10553982   Mary Frausto        2700 Bray Avenue        Laurel, NY 11948
10661085   Mastic Associates of New York LLC        c/o Belkin Burden Goldman, LLP        Attn.: Jay B. Solomon, Esq.        60 E 42nd Street, 16th Floor        New York, NY 10165
10553983   Mattituck Enviro        560 Commerce Drive        Cutchogue, NY 11935
10553984   Merged Funding        One Financial Plaza        Hartford, CT 061032608
10553992   NDC Community Impact Loan Fund        P29 Marne Street        Watervliet, NY 12189
10537517   NEW YORK STATE DEPARTMENT OF LABOR        1220 WASHINGTON AVE, BLDG 12 RM 256        ALBANY, NY 12226

10601098  NEY YORK STATE DEPARTMENT OF LABOR        1220 WASHINGTON AVE BLDG 12, RM 256      ALBANY, NY 12226

10553988  NFPRA      44210 County Road 48, Ste. 2      Southold, NY 11971

10553991  NYS Dept. of Taxation & Finance      Office of Counsel, Bldg. 9      W.A. Harriman State Campus      Albany, NY 122271002

10645911  NYS Dept. of Taxation and Finance      Building 9 – Office of Counsel      W.A. Harriman Campus      Albany, NY 12227

10553986  Nassau Vision Group      160 Legrand Avenue      Orangeburg, NJ 10962

10553987  National Grid      Attn: Legal Dept.      40 Sylvan Road      Waltham, MA 024511120

10532181  New York State Department of Taxation & Finance      Bankruptcy Section      P O Box 5300      Albany New York 12205–0300

10553989  Ninety      1920 Prospector Avenue, Ste. 300      Park City, UT 84060

10553990  North Ocean Properties, Inc.      1721 N. Ocean Avenue      Medford, NY 11763

10553993  Ocean Funding Corp      1000 NW 65th St., Ste. 103      Fort Lauderdale, FL 33309

10553994  Ogden CAP Properties      545 Madison Avenue      New York, NY 10020

10541706  On Deck Capital Inc      4700 W Daybreak Pkwy. Ste 200      South Jordan, UT 84009

10553995  On Deck Capital, Inc.      1400 Broadway, 25th Fl.      New York, NY 100185225

10554005  Optimum      Attn: Legal Dept.      1 Court Square West      Long Island City, NY 11101

10554010  PSEG      Attn: Legal Dept.      80 Park Plaza      Newark, NJ 07102

10554006  Panthers Capital LLC      10 E. Merrick Road      Valley Stream, NY 11580

10554007  Paragon Software Group      947 E. Impala      Mesa, CA 85204

10554562  Patricia C. Delaney, Esq.      Attorney for Davis Professional Park LLC

10554008  Playbook Builder      171 College Avenue      Holland, MI 49423

10554009  Port Washington Window Cleaning      P.O. Box 1691      Port Washington, NY 11050

10554011  Pure Advance      6 Charlotte Place      Spring Valley, NY 10977

10554012  Quick Funding Group      99 W. Hawthorne Ave.      Valley Stream, NY 11580

10645918  Quick Funding Group      99 West Hawthorne Ave.      Valley Stream, NY 1'1580      Attn: Mark Kern, President

10645915  Relin Goldstein & Crane, LLP      28 E. Main St., Ste. 1800      Rochester, NY 14614

10554013  Riverhead Water District      1035 Pulaski Street      Riverhead, NY 11901

10554014  Signature Services LLC      104 Southcreek Drive      Manteno, IL 60950

10592937  Smith Carroad Wan & Parikh, P.C.      202 East Main Street      Smithtown, NY 11787

10563624  Solomon Herrera McCormick PLLC      40 Marcus Drive      Suite 202      Melville, NY 11747

10554015  Solomon, Herrera      & McCormick, PLLC      40 Marcus Dr., Ste. 202      Melville, NY 11747

10554016  Sound Vision Care, Inc.      Attn: Jeffrey Williams, Jr.      1224 Ostrander Avenue      Riverhead, NY 11901

10539030  Spectrum      1600 Dublin Road      Columbus, OH 43215

10554017  Spectrum      4145 S. Lakenburg Rd.      Riverview, FL 33578

10645919  Speedy Funding      243 Tresser Blvd., Ste. 18      Stamford, CT 06901      Attn: Mordechai Yitzchakoy

10554018  Speedy Funding LLC      300 N. Main Street      Spring Valley, NY 10977

10593661  Stereo Optical Company, Inc. dba Walman Instrument      Joe Barton, Legal Department      4000 Luxottica Place      Mason, OH 45040

10554019  Sterns Bank N.A.      4191 2nd St. South      St. Cloud, MN 56301

10550951  Street Retail, LLC      c/o Baqllard Spahr LLP      919 N. Market Street, 11th Floor      Wilmington, Delaware 19801–3034

10554020  Suffolk Computer Consultants      295 Montauk Hwy.      Speonk, NY 11972

10554021  TD Bank      1701 Rte. 70 East      Cherry Hill, NJ 08003

10654248  Tedmar Realty Corp.      c/o Robert B. Taylor, Esq.      271 North Ave., Suite 801      New Rochelle, NY 10801

10554022  The Hartford      One Hartford Plaza      Hartford, CT 06155

10593662  The Walman Optical Company dba X–Cel Specialty Con      Joe Barton, Legal Department      4000 Luxottica Place      Mason, OH 45040

10662007  Topcon Healthcare, Inc.      Attn: Justine Cirinelli      111 Bauer Drive      Oakland, NJ 07436

10554023  TriZetto Gateway EDI      3300 Rider Trail S.      Earth City, MO 63045

10554028  U.S. Attorney's Office      Attn: Nicole M. Zito, Esq.      Assistant U.S. Attorney      Eastern District of NY      271A Cadman Plaza East      Brooklyn, NY 11201

10554030  U.S. Bancorp      Attn: Legal Service of Process Team      409 Silverside Rd., Ste. 105      Wilmington, DE 19809

10554031  U.S. Bancorp Equipment Finance, Inc.      1450 Channel Parkway      Marshall, MN 56258

10554032  U.S. Bank Equipment Finance      1310 Madrid Street      Marshall, NM 56258

10554033  U.S. Eagle Credit Union      Attn: Francis J. Yakaboski      3939 Osuna Rd. NE      Albuquerque, NM 87109

10593091  U.S. Eagle Federal Credit Union      c/o Moritt Hock & Hamroff LLP      400 Garden City Plaza      Garden City, NY 11530

10554035  U.S. Small Business Administration      Denver Finance Center      721 19th Street      Denver, CO 80202

10554034  U.S. Small Business Administration      New York District Office      26 Federal Plaza, Room 3100      New York, NY 10278

10549738  US Eagle Federal Credit Union      c/o Moritt Hock & Hamroff LLP      400 Garden City Plaza      Garden City, NY 11530      Attn: Michael Kwiatkowski, Esq.

10540692  US Eagle Federal Credit Union      c/o Moritt Hock & Hamroff LLP      400 Garden City Plaza      Garden City, New York 11530

10554024  Ulster Savings Bank      10 Schwenk Drive      Kingston, NY 12401

10554025  Umana      P.O. Box 196      Mattituck, NY 11952

10554026  Univest Capital, Inc.      3220 Tillman Dr., Ste. 503      Bensalem, PA 19020

10554027  Utica National Insurance Co.      P.O. Box 6540      Utica, NY 13504

10563502  Verizon Connect      William M Vermette      22001 Loudoun County PKWY      Ashburn      Ashburn, VA 20147

10554036    Verizon Wireless Bankruptcy Admin.    500 Technology Drive, Ste. 550    Weldon Spring, MO 63304
10554037    Vex Capital    700 Canal St., 1st Fl.    Stamford, CT 06902
10645920    Vex Capital    700 Canal St., 1st Fl.    Stamford, CT 06902    Attn: Chanan Fuzailov
10554040    Wells Fargo Bank, N.A.    Attn: Legal Order Processing    MAC# X9761017    550 South 4th St.    Minneapolis, MN 55415
10586459    Wells Fargo Bank, N.A.    PO Box 10438, MAC F8235–02F    Des Moines, IA 50306–0438
10554038    Winchester Optical Co.    1935 Lake Street    Elmira, NY 14901
10554039    Wolf's Edge Partners LLC    536 Barnard Avenue    Woodmere, NY 11598
10587851    capitaldomain llc    749 GATEWAY, SUITE G–601    ABILENE, TX 79602
10553965    iMatrix    3 Ethel Road, #305    Edison, NJ 08817

TOTAL: 194