DAVIDOFF HUTCHER & CITRON LLP
Attorneys for the Debtors and Debtors
in Possession
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

In re:                                                                Chapter 11

SOUND VISION CARE, INC., *et al*.,                 Case No. 25-72421 (LAS)
                                                                        (Jointly Administered)

                                        Debtors.[1]

----------------------------------------------------------------X

## NOTICE OF ADJOURNMENT OF CERTAIN HEARINGS ON MAIN CASE CALENDAR FOR MAY 14, 2026

**PLEASE TAKE NOTICE,** that the Hearing on all matters on the May 14, 2026 calendar

have been adjourned from May 14, 2026, at 10:00 a.m**.** to **June 11, 2026, at 10:00 a.m.** before the

Honorable Louis A. Scarcella, United States Bankruptcy Judge, at the United States Bankruptcy

Court, 290 Federal Plaza, courtroom 970, Central Islip, New York 11722.

Dated:  White Plains, New York
             May 12, 2026

                                                    DAVIDOFF HUTCHER & CITRON LLP
                                                    *Attorneys for the Debtors and Debtors*
                                                    *in Possession*
                                                    120 Bloomingdale Road, Suite 100
                                                    White Plains, New York 10605
                                                    (914) 381-7400

                                                    By: */s/ James B. Glucksman*
                                                            James B. Glucksman

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead, LLC (9996), (v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (4333), (vii) SVC of Manhasset, LLC (7234), and (viii) SVC of Murray Hill, LLC (8674) (collectively, the "**Debtors**"). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY.