Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Sound Vision Care, Inc., Case Number 25-72421, las

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**8**
**290 Federal Plaza**
**Central Islip, NY 11722**

---

Undeliverable Address:
CFG Merchant Solutions, LLC

Role type/cr id: intp
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Kaminski Law, PLLC
c/o Shanna M Kaminski, Esq.
P.O. Box 247
Grass Lake, MI 49240

---

Undeliverable Address:
Street Retail, LLC

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Ballard Spahr LLP
Attn: Leslie C. Heilman, Esq.
919 N. Market Street, 11th Fl.
Wilmington, DE 19801-3034

---

Undeliverable Address:
New York State Department Of Taxation & Finance

NYS Dept. of Taxation & Finance
Building 9
Attn: Office of Counsel
W.A. Harriman Campus
Albany, NY 12227-1002

2

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Undeliverable Address:
Amur Equipment Finance, Inc.

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Amur Equipment Finance, Inc.
Attn: Ariella Alvarado
304 W. 3rd Street
Grand Island, NE 68801

Undeliverable Address:
Jason A. Stern

Role type/cr id: intp
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

*? No such.*
*We do not have.*

Undeliverable Address:
Jeffrey Slaney Williams, Jr.

Role type/cr id: intp
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Sound Vision Care, Inc.
Attn: Jeffrey Williams, Jr.
1224 Ostrander Avenue
Riverhead, NY 11901

Undeliverable Address:
Capital Domain 1

Role type/cr id: 10527564
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

CapitalDomain LLC
Attn: Jordan Morrison
749 Gateway, Ste. G-601
Abilenne, TX 79602

Undeliverable Address:
Capital Domain 2

*Same as above.*

Role type/cr id: 10527565
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Undeliverable Address:
ColalentCareers, Inc. c/o Relin Goldstein & Crane,

Role type/cr id: 10538881
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Relin, Goldstein & Crane, LLP
28 E. Main St., Ste. 1800
Rochester, NY 14614

Undeliverable Address:
Corporation Service Company
1090 Vermont Ave., NW,Ste. 430
Washington, D.C. 20005

Corporation Service Company
80 State Street
Albany, NY 12207

Role type/cr id: 10553942
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 1156 15TH ST NW STE 605, WASHINGTON DC
20005-1767 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

Undeliverable Address:
CovalentCareers, Inc. c/o Relin, Goldstein & Crane

Role type/cr id: 10538880
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

duplicate, see above.

Undeliverable Address:
LendBug

Role type/cr id: 10527566
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

MazurKraemer Business Law Group
Attn: Salene Mazur Kraemer, Esq.
447 Broadway, 2nd Fl.
New York, NY 10013

Undeliverable Address:
Patricia C. Delaney, Esq.
Attorney for Davis Professional Park LLC

Role type/cr id: 10554562
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

*? No such.*
*we do not have..*

Undeliverable Address:
Quick Funding

Role type/cr id: 10527567
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Quick Funding Group
Attn: Mark Kern, President
99 W. Hawthorne Avenue
Valley Stream, NY 11580

Undeliverable Address:
Speedy

Role type/cr id: 10527568
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Maurice Wutscher LLP
Attn: Thomas R. Dominczyk, Esq.
5 Walter Foran Blvd. Suite 2007
Flemington, NJ 08822

Undeliverable Address:
VEX Capital

Role type/cr id: 10527569
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Vex Capital
Attn: Chanan Fuzailov
700 Canal St., 1st Fl.
Stamford, CT 06902

_____
Signature of Debtor or Debtor's Attorney

5/13/26
_____
Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**