**Hearing Date and Time: June 11, 2026 at 10:00 a.m.**

Michael Kwiatkowski, Esq.
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, New York 11530
T: (516) 873-2000
mkwiatkowski@moritthock.com

*Attorneys for U.S. Eagle Federal Credit Union*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

In re:                                                                                    Chapter 11

    Sound Vision Care, Inc., *et al*.[1]                          Case No. 25-72421 (LAS)
                                                          (Jointly Administered)

                                    Debtors.
------------------------------------------------------------------------X

## STATEMENT AND RESERVATION OF RIGHTS OF
## U.S. EAGLE FEDERAL CREDIT UNION CONCERNING
## <u>DEBTORS' MOTION TO USE CASH COLLATERAL</u>

       U.S. Eagle Federal Credit Union ("**U.S. Eagle**"), prepetition lender and secured creditor of

the Debtors, respectfully submits this statement and reservation of rights concerning *Motion*

*Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 and Rules 4001(b), 4001(d) and 9014 of the*

*Federal Rules of Bankruptcy Procedure for Interim and Final Order (A) Authorizing Debtor's Use*

*of Cash Collateral and Providing Adequate Protection, and (B) Approving Proposed Interim*

*Order Authorizing Use of Cash Collateral* dated June 26, 2025 [ECF No. 7] (the "**Motion**"), and

sets forth and respectfully represents as follows:

       1.      U.S. Eagle is a prepetition lender and secured creditor of each of the Debtors and

---

[1] The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Riverhead, LLC (9996), (v) SVC of Southold, LLC (4232), (vi) SVC of Fresh Meadows, LLC (4333), (vii) SVC of Manhasset, LLC (7234), and (viii) SVC Murray Hill, LLC (8674) (collectively, the "**Debtors**"). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

holds liens against substantially all of the Debtors' personal property, including, but not limited to, Debtors' cash collateral.

2.      In connection with the Motion, on May 12, 2026, this Court entered *Ninth Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* [ECF No. 419] ("**Ninth Interim Cash Collateral Order**").[2]  As set forth in the Eighth Interim Cash Collateral Order, the Court granted further authorization for Debtors' use of cash collateral through June 12, 2026 at 5:00 p.m. In return for the authorization to use cash collateral, the Debtors are required, among other things, to make a monthly adequate protection payment to U.S. Eagle in the amount of $45,457.76 on the first day of each month. Ninth Interim Cash Collateral Order, ¶ 2(a).

3.      U.S. Eagle expects that between now and the hearing on June 11, 2026, the parties may be able to reach a further interim agreement on Debtors' continued use of cash collateral. However, until the parties reach such consensual agreement, U.S. Eagle reserves the right to raise

---

[2] Previously, the Court entered the following related Orders: (i) *Interim Order Authorizing Use of Cash Collateral by Debtor Pursuant to 11 U.S.C. Section 363* entered July 24, 2025 [ECF No. 63]; *Second Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* entered August 27, 2025 [ECF No. 99]; *Third Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* entered October 21, 2025 [ECF No. 154]; *Fourth Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* entered November 26, 2025 [ECF No. 202]; *Fifth Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* entered December 22, 2025 [ECF No. 224]; *Sixth Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* [ECF No. 274]; *Seventh Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* [ECF No. 310]; and *Eighth Interim Order Authorizing Use of Cash Collateral by Debtors Pursuant to 11 U.S.C. § 363* [ECF No. 362].

objections to the Motion and the Debtors' continued use of U.S. Eagle's cash collateral at the time of the June 11, 2026 hearing.

Dated: Garden City, New York
June 4, 2026

MORITT HOCK & HAMROFF LLP

By: _____/s/ Michael Kwiatkowski_____
Michael Kwiatkowski
400 Garden City Plaza
Garden City, NY  11530
T: (516) 873-2000
mkwiatkowski@moritthock.com

*Attorneys for US Eagle Federal Credit Union*

4331411