# Buchanan

**Christopher P. Schueller**
412 562 8432
christopher.schueller@bipc.com

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219-4413

T 412 562 8800
F 412 562 1041

June 5, 2026

**VIA ELECTRONIC MAIL AND ECF**

Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

**Re:   Sound Vision Care, Inc.,** *et al.***; Case No. 25-72421-LAS**

Honorable Judge Scarcella:

Our firm represents creditor Bank of America, N.A. in the above-referenced case. I am writing to you to respectfully request permission to appear telephonically at the hearings in the subject matters on Thursday, June 11, 2026 at 10:00 a.m.  I am in Pittsburgh Pennsylvania and I am unable to appear in person.

Respectfully,

BUCHANAN INGERSOLL & ROONEY PC


By: */s/ Christopher P. Schueller*
        Christopher P. Schueller

cc:   James B. Glucksman (jbg@dhclegal.com)
        Robert L. Rattet (rlr@dhclegal.com)
        John D. Molino (jdm@dhclegal.com)
        Matthew R. Yogg (mry@dhclegal.com)
        Parties-in-Interest via ECF Notification