Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Sound Vision Care, Inc., Case Number 25-72421, las

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>**U.S. Bankruptcy Court**</u>
<u>**8**</u>
<u>**290 Federal Plaza**</u>
<u>**Central Islip, NY 11722**</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

SVC of East Setauket, LLC
215 Hallock Rd, Suite 2
Stony Brook, NY 11790-3077

THE UPDATED ADDRESS IS:

*No updated address*

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

SVC of Southold, LLC
44210 County Rd 48,
Suite 1
Southold, NY 11971-5032

THE UPDATED ADDRESS IS:

SVC of Southold LLC
44210 County Rte. 48, Ste. 1
P.O. Box 463
Southold, NY 11971

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

SVC of Murray Hill, LLC
458 Third Avenue
New York, NY 10016-6027

THE UPDATED ADDRESS IS:

*No updated address*
*Store is closed.*
*Delete.*

2

SVC of Murray Hill, LLC
458 Third Avenue
New York, NY 10016-6027

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Essilor Luxottica
12 Harbor Acres Rd.
Sands Point, NY 11050-2637

THE UPDATED ADDRESS IS:

EssilorLuxottica USA Inc.
c/o National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

FC Marketplace, LLC
747 Front St., 4th Fl.
San Francisco, CA 94111-1922

THE UPDATED ADDRESS IS:

FC Marketplace, LLC
d/b/a Funding Circle
110 SE 6th Street, Ste. 700
Ft. Lauderdale, FL 33301-5002

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

NFPRA
44210 County Road 48, Ste. 2
Southold, NY 11971-5032

THE UPDATED ADDRESS IS:

Delete

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Nassau Vision Group
160 Legrand Avenue
Orangeburg, NJ 10962

THE UPDATED ADDRESS IS:

Delete

3

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Panthers Capital LLC
10 E. Merrick Road
Valley Stream, NY 11580-5800

THE UPDATED ADDRESS IS:

Panthers Capital LLC
680 Central Ave., Unit 109
Cedarhurst, NY 11516

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Quick Funding Group
99 W. Hawthorne Ave.
Valley Stream, NY 11580-6163

THE UPDATED ADDRESS IS:

Delete

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Quick Funding Group
99 West Hawthorne Ave.
Valley Stream, NY 11580-6163
Attn: Mark Kern, President

THE UPDATED ADDRESS IS:

No updated address

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Suffolk Computer Consultants
295 Montauk Hwy.
Speonk, NY 11972

THE UPDATED ADDRESS IS:

Delete.

_____
Signature of Debtor or Debtor's Attorney

2 JUN 2026
_____
Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

From: United States Bankruptcy Court, Eastern District of New York

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Sound Vision Care, Inc., Case Number 25-72421, las

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**8**
**290 Federal Plaza**
**Central Islip, NY 11722**

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Nassau Vision Group
160 Legrand Avenue
Orangeburg, NJ 10962

THE UPDATED ADDRESS IS:

Nassau Vision Group
160 LeGrand Avenue
Northvale, NJ 07647

_____
Signature of Debtor or Debtor's Attorney

2 JUN 2026
_____
Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>**U.S. Bankruptcy Court**</u>
<u>**8**</u>
<u>**290 Federal Plaza**</u>
<u>**Central Islip, NY 11722**</u>

---

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Speedy Funding LLC
300 N. Main Street
Spring Valley, NY 10977-3774

Signature of Debtor or Debtor's Attorney

THE UPDATED ADDRESS IS:

Speedy Funding
243 Tresser Blvd., Ste. 18
Stamford, CT 06901
Attn: Mordechai Yitzchakov

Maurice Wutscher LLP
5 Walter Foran Blvd., Ste. 2007
Flemington, NJ 0882
Attn: Thomas R. Dominczyk, Esq.

2.JUN 2026

Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.