

## DAVIDOFF HUTCHER & CITRON LLP

ATTORNEYS AT LAW

I 20 BLOOMINGDALE ROAD
WHITE PLAINS, NEW YORK I 0605

TEL: (9 I 4) 38 I-7400
WWW.DHCLEGAL.COM

FIRM OFFICES

NEW YORK
ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NY I 0 I 58
(2 I 2) 557-7200

WEST PALM BEACH
ATTORNEYS AT LAW
I I 07 NORTH OLIVE AVENUE
WEST PALM BEACH, FL 3340 I
(56 I) 567-8488

FIRM OFFICES

WASHINGTON, D.C.
ATTORNEYS AT LAW
20 I MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1 I I 7

ALBANY
ATTORNEYS AT LAW
I 50 STATE STREET
ALBANY, NY I 2207
(5 I 8) 465-8230

**WRITER'S DIRECT: 646-428-3236**
**E-MAIL: jbg@dhclegal.com**

June 8, 2026

**Via Email (diane_corsini@nyeb.uscourts.gov)**
Hon. Louis A. Scarcella, U.S.D.J.
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

> **Re:** **Chapter 11, Eastern District of New York, *In re Sound Vision Care, Inc.*, Lead Case No. 25-72421, *et al.* (Chapter 11 filings)**
>
> **Sound Vision Care, Inc. v. Kapitus et. al., Adv. Proc No. 25-08112 (Adversary Case)**

Dear Judge Scarcella:

This letter written to seek permission to appear remotely on June 11, 2026.

On the Court's calendar are:

a) The Debtors' Motion to Use Cash Collateral (ECF Docket No. 7);
b) The Court's Order to Show Cause dated May 13, 2026 in the Adversary Case, Docket No. 127;
c) The Debtor's Motion to Assume the Lease of SVC of Fresh Meadow LLC with Street Retail LLC (ECF Docket No. 239);
d) The Motion of the Debtors to use cash collateral;
e) Motion for Approval of a Stipulation of Settlement with Capitaldomain LLC (ECF Docket No.423); and
f) The Motion of Leaf Capital LLC to lift the automatic stay (ECF Docket No. 214)

June 8, 2026
Sound Vision Care, Inc. *et. al.*
Page 2

All matters, as of this writing, are either unopposed or are likely to be the subject of stipulations to be "so ordered" by the Court, or are likely to be adjourned. We have been in communication with certain counsel and parties with respect to the Motions for Default Judgment. I am writing this letter today, copied to all parties to the various motions, to afford an opportunity to object and/or request in-person appearance.

I will be leaving on holiday from June 14 through 24, 2026. For that and the fact that the motions are, as of this writing, unopposed I am requesting to appear remotely. If that situation changes, of course, I will appear in person.

Thank you for your attention to these matters and your assistance. If you have any questions or concerns, please do not hesitate to contact this office.

Respectfully submitted,

DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for Debtors-Plaintiffs*

/s/ James B. Glucksman
By:_____
         James B. Glucksman

Cc (via ECF Service):

By Electronic Mail to:

Anthony Giuliano (counsel to Capital Domain)
Alan Hochheiser (counsel to Atlas Acquisitions)
Thomas Dominczyk (counsel to Atlas Acquisitions)
Todd Lubar (on behalf of Panthers Capital and Quick Funding)
Ben Isazakov (on behalf of Panthers Capital and Quick Funding)
Vex Capital (directed to underwriting@sbcapital.com)
Teresa Sadutto (counsel to Leaf Capital)
Leslie C Heilman on behalf of Street Retail, LLC
Michael Kwiatkowski (counsel to U.S. Eagle Federal Credit Union)
Richard McCord (counsel to Flushing Bank)
Christopher P. Schueller (counsel to Bank of America)

All Parties Receiving ECF Notices in Main
Case and Adversary