

**Teresa Sadutto-Carley, Esq.**
212.593-3000 | ext. 261
tsadutto@goetzplatzer.com

June 10, 2026

**<u>VIA ECF</u>**
Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

   Re: In re Sound Vision Care, Inc.
      Bankruptcy Case No. 25-72421-LAS

Dear Honorable Sir:

This office is counsel to creditor, LEAF Capital Funding, LLC ("LEAF"), with respect to the above-referenced bankruptcy case. This letter is to confirm my correspondence with Chambers that LEAF's Motion for Relief of the Automatic Stay [Docket No. 214], currently returnable on June 11, 2026, is hereby adjourned on consent to July 16, 2026, at 10:00 a.m.

If your Honor should have any questions with respect to the foregoing, please feel free to have Chambers contact me.

     Respectfully,

     /s/ *Teresa Sadutto-Carley*

     Teresa Sadutto-Carley

☐ 225 Broad Hollow Road | Suite 303
Melville, NY 11747
T: 212.695.8100 / 212.593.3000
F: 212.629.4013

☐ 1325 Avenue of the Americas | 14th Floor
New York, NY 10019
T: 212.695.8100 / 212.593.3000
F: 212.629.4013

☐ 601 Route 73 North | Suite 305
Marlton, NJ 08053
T: 201.612.4444
F: 212.629.4013

goetzplatzer.com