

## DAVIDOFF HUTCHER & CITRON LLP

### ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NEW YORK 10605

TEL: (914) 381-7400
WWW.DHCLEGAL.COM

**FIRM OFFICES**

NEW YORK
ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NY 10158
(212) 557-7200

WEST PALM BEACH
ATTORNEYS AT LAW
1107 NORTH OLIVE AVENUE
WEST PALM BEACH, FL 33401
(561) 567-8488

**FIRM OFFICES**

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

**WRITER'S DIRECT: 646-428-3236**
**E-MAIL: jbg@dhclegal.com**

June 11, 2026

**Via Email (diane_corsini@nyeb.uscourts.gov)**
Hon. Louis A. Scarcella, U.S.D.J.
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

> **Re:** **Chapter 11, Eastern District of New York, *In re Sound Vision Care, Inc.*, Lead Case No. 25-72421, *et al.* (Chapter 11 filings)**
>
> **Sound Vision Care, Inc. v. Kapitus et. al., Adv. Proc No. 25-08112 (Adversary Case)**

Dear Judge Scarcella:

This letter seeks the continuance of the hearing on the Motion of the Debtors to assume the lease to the Fresh Meadows premises from Street Retail, Inc (ECF Docket No. 239). This Court "so ordered" a Stipulation Extending Time to Assume or Reject the Lease yesterday afternoon (ECF Docket No. 448),

June 11, 2026
Sound Vision Care, Inc. *et. al.*
Page 2

      Thank you for your attention to these matters. If you have any questions or concerns, please do not hesitate to contact this office.

                               Respectfully submitted,

                               DAVIDOFF HUTCHER & CITRON LLP
                               *Attorneys for Debtors-Plaintiffs*

                               /s/ James B. Glucksman

                               By:_____
                                     James B. Glucksman

Cc (via ECF Service):

By Electronic Mail to:

Leslie Heilman (counsel to Street Retail LLC)

All Parties Receiving ECF Notices in Main
Case and Adversary