DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for Debtors and Debtors-in-Possession*
605 Third Avenue
New York, New York 10158
(914) 381-7400

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                                  Chapter 11 Cases

SOUND VISION CARE, INC. et. al.,                           Case No. 25-72421 (LAS)
                                                                        (Jointly administered)
                                          Debtors[1].
-----------------------------------------------------------x

## DECLARATION OF ROBERT L. RATTET REGARDING THE
## SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST

I, Robert L. Rattet, declare, under the penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1.      I am a partner of Davidoff Hutcher & Citron LLP ("DHC"), located at 120 Bloomingdale Road, White Plains, New York 10605. I am over the age of 18 years. DHC serves as bankruptcy counsel for Sound Vision Care, Inc. and the other above-referenced debtors and debtors-in-possession (collectively, the "Debtors") in the above-referenced Chapter 11 cases (the "Chapter 11 Cases"). I have been actively involved in all aspects of these Chapter 11 Cases, including the formulation, preparation, and filing of the Plan and Disclosure Statement, the negotiation of the terms thereof, and the solicitation of votes on the Plan (defined below).

---

[1]     The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), (vii) SVC of Southold, LLC (4232), and (viii) SVC of Murray Hill, LLC (8674). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901 (collectively, the "Debtors").

1

2.      I submit this declaration (the "Declaration") with respect to the *Debtors' Fourth Amended Chapter 11 Plan of Reorganization*, dated June 12, 2026 [ECF No. 452] (as may be amended, supplemented, or modified from time to time, the "Plan").[2]

3.      Except as otherwise noted, all facts set forth herein are based upon (a) my personal knowledge of the Debtors' Chapter 11 Cases and the solicitation process, (b) my discussions with and supervision of other members of the DHC team who assisted with the solicitation of votes and tabulation of Ballots, (c) my review of the Plan, the Disclosure Statement, the *Amended Order (A) Approving Third Amended Disclosure Statement and related relief*, dated May 6, 2026 [ECF No. 414] (the "Disclosure Statement & Scheduling Order"), the Ballots received by DHC, and other relevant documents and information concerning the Debtors' operations and these Chapter 11 Cases, and (d) my experience as a bankruptcy practitioner. If called upon to testify, I could and would testify competently to the facts set forth herein.

4.      In my capacity as lead bankruptcy counsel for the Debtors, I supervised the DHC team responsible for the solicitation of votes from Holders of Claims entitled to vote on the Plan and the tabulation of Ballots cast in connection therewith. I am generally familiar with the day-to-day administration of these Chapter 11 Cases and the ongoing restructuring efforts.

5.      The Court previously entered the Disclosure Statement & Scheduling Order authorizing the Debtors, among other things, to solicit acceptances or rejections of the Plan from the holders of Impaired Claims against the Debtors who are entitled to vote on the Plan.

6.      Pursuant to the Disclosure Statement & Scheduling Order, the Court approved procedures to solicit votes from, and to tabulate Ballots submitted by, Holders of Claims entitled to vote on the Plan (the "Solicitation and Voting Procedures"). The Debtors solicited, reviewed,

---

[2] All capitalized terms used but not herein defined shall have the terms ascribed to the in the Plan.

determined the validity of, and tabulated Ballots submitted by Holders of Claims in the Voting Classes in accordance with the Solicitation and Voting Procedures and the Disclosure Statement & Scheduling Order. The *Debtors' Declaration of Mailing and Certificate of Service* [ECF No. 415] of solicitation materials was filed with the Court on May 8, 2026.

7.      As specified in the Disclosure Statement & Scheduling Order, May 6, 2026 was established as the Voting Record Date for determining the Holders of Claims entitled to vote on the Plan.

8.      For a Ballot to be counted as valid, the Ballot must have been (a) properly completed in accordance with the Solicitation and Voting Procedures and (b) received by DHC no later than the Voting Deadline of 5:00 p.m. (prevailing Eastern Time) on June 5, 2026.

9.      It is my understanding that, pursuant to the Plan and the Solicitation Procedures, only Holders of Claims as of the Voting Record Date in the following classes were entitled to vote on the Plan (collectively, the "Voting Classes"):

| Class | Designation |
|---|---|
| 2 | U.S. Eagle Secured Claims |
| 3 | SBA Secured Claims |
| 4 | Flushing Bank Secured Claims |
| 5 | BOA Secured Claims |
| 6 | General Unsecured Claims (including MCA Claims) |

10.      The Debtors filed the Fourth Amended Plan on June 12, 2026. The amendments to the Plan from the version that was the subject of solicitation (the Third Amended Plan) are non-material and do not adversely affect the *treatment* of any Class of Claims under the Plan. Accordingly, Ballots cast to accept or reject the Third Amended Plan remain valid and are counted with respect to the Fourth Amended Plan in accordance with section 1127 of the Bankruptcy Code.

11. The Debtors filed a letter with the Court on June 12, 2026 objecting to the ballot submitted by Kapitus Servicing, Inc., as authorized sub-servicing agent of Kapitus LLC (collectively, "Kapitus"), on the grounds that the Debtors commenced an adversary proceeding (Adv. Proc. No. 25-72418) seeking to disallow and reclassify Kapitus' claim. In accordance with that objection, the Kapitus ballot has been excluded from the tabulation set forth below.

12. All validly executed Ballots cast by Holders of Claims in the Voting Classes that were received by DHC on or before the Voting Deadline were tabulated as outlined in the Disclosure Statement & Scheduling Order and the Solicitation and Voting Procedures. In tabulating the Ballots, members of the DHC team under my direct supervision reviewed each Ballot to ensure that it was (i) timely received by the Voting Deadline, (ii) properly completed and signed by the Holder or an authorized representative, (iii) cast by a Holder of a Claim in a Voting Class as of the Voting Record Date, and (iv) otherwise valid in accordance with the Solicitation and Voting Procedures. No Ballots were received after the Voting Deadline. The tabulation results set forth herein are true and correct to the best of my knowledge and belief.

13. I declare that the results of the tabulation of votes cast by Holders of Claims in the Voting Classes are as set forth in **Exhibit A** attached hereto, which is a true and correct summary of the final tabulation of votes cast by timely and properly executed Ballots received by DHC. For each Voting Class, Exhibit A sets forth: (a) the number of Ballots accepting and rejecting the Plan and the corresponding percentages, (b) the aggregate dollar amount of Claims accepting and rejecting the Plan and the corresponding percentages, and (c) the Class Voting Results (*i.e.*, whether the Class accepted the Plan by the requisite majorities under section 1126(c) of the Bankruptcy Code — more than one-half in number and at least two-thirds in amount of the Claims voted in such Class).

5

To the best of my knowledge, information, and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission, and final tabulation of Ballots in connection with the Plan is true and correct.

**Dated: June 12, 2026**

*/s/ Robert L. Rattet*
**Robert L. Rattet**
Partner, Davidoff Hutcher & Citron LLP
Bankruptcy Counsel for the Debtors

# EXHIBIT A

## Voting Tabulation Summary

| Class | Class Description | No. Accepting (%) | No. Rejecting (%) | Amount Accepting (%) | Amount Rejecting (%) | Class Voting Results |
|---|---|---|---|---|---|---|
| 2 | U.S. Eagle Secured Claims | 1 (100%) | 0 (0%) | $4,982,200.23 (100%) | $0.00 (0%) | **ACCEPTS** |
| 3 | SBA Secured Claims | 0 | 0 | $0.00 | $0.00 | **NO BALLOTS RECEIVED** |
| 4 | Flushing Bank Secured Claims | 1 (100%) | 0 (0%) | $505,114.80 (100%) | $0.00 (0%) | **ACCEPTS** |
| 5 | BOA Secured Claims | 1 (100%) | 0 (0%) | $317,698.62 (100%) | $0.00 (0%) | **ACCEPTS** |
| 6 | General Unsecured Claims | 6 (100%) | 0 (0%) | $440,319.93 (100%) | $0.00 (0%) | **ACCEPTS** |

*Notes:*

- Classes 2, 4, and 5 each received one timely Ballot accepting the Plan and no rejecting Ballots. Each such Class accepted the Plan by more than one-half in number and at least two-thirds in amount of Claims voted.

- Class 3 (SBA Secured Claims) received no Ballots.

- Class 6 (General Unsecured Claims): The ballot submitted by Kapitus Servicing, Inc. ($172,073.61 rejecting) has been excluded from tabulation pursuant to the Debtors' letter to the Court dated June 12, 2026, objecting to that ballot on the grounds that the Debtors commenced Adversary Proceeding No. 25-72418 seeking to disallow and reclassify its claim. With the Kapitus ballot excluded, the remaining six Class 6 Ballots (Univest Capital Inc. $31,863.20; LendBug LLC $50,000.00; American Express (acct. ending 1002) $5,894.86; American Express (acct. ending 9000) $9,179.53; Mastic Associates of New York LLC $228,782.34; Capital Domain LLC ($114,600.00) all accept the Plan, totaling $440,319.93 (100% in number and 100% in amount). Class 6 therefore accepts the Plan. For the avoidance of doubt, even if Kapitus's claim was counted, Class 6 still accepts pursuant to section 1126(c).

- All Ballots included in the tabulation were timely received on or before the June 5, 2026 Voting Deadline and were otherwise valid.

- Class acceptance determined pursuant to 11 U.S.C. § 1126(c).

6