## Spencer, Melanie

| | |
|---|---|
| **From:** | Rattet, Robert L. |
| **Sent:** | Wednesday, June 3, 2026 9:17 AM |
| **To:** | Spencer, Melanie |
| **Subject:** | FW: U.S. Bankruptcy Court, Eastern District of New York - Returned Mail Notice, In re: Sound Vision Care, Inc., Case Number: 25-72421, las, Ref: [p-254684793] |
| **Attachments:** | R_P82572421pdf0001529.PDF |



**Robert Rattet**
Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
Firm: 212.557.7200   Direct: 914-381-7400
Fax: 212.286.1884    Cell: 914-217-3000
Email: rlr@dhclegal.com
Website



STATEMENT OF CONFIDENTIALITY: This message is intended only for the use of the individual or entity to which it is addressed, and contains information that is privileged, confidential, and may be exempt from disclosure under applicable law. If the reader of this message is not the intended, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Nonetheless, the information contained herein is intended for the receiving party and the contents contained herein or in any attachment should be considered proprietary and confidential. If you have received this communication in error, please notify the sender immediately. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Departmenet regulations, we inform you That any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of i) avoiding penalties that may bne imposed under the U.S. Internal Revenue Code or ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>
**Sent:** Tuesday, June 2, 2026 6:22 PM
**To:** Rattet, Robert L. <rlr@dhclegal.com>
**Subject:** U.S. Bankruptcy Court, Eastern District of New York - Returned Mail Notice, In re: Sound Vision Care, Inc., Case Number: 25-72421, las, Ref: [p-254684793]

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Notice of Returned Mail to Debtor/Debtor's Attorney

June 2, 2026

From: United States Bankruptcy Court, Eastern District of New York

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Sound Vision Care, Inc., Case Number 25-72421, las

1

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>**U.S. Bankruptcy Court**</u>
<u>**8**</u>
<u>**290 Federal Plaza**</u>
<u>**Central Islip, NY 11722**</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

ABB Optical Group
125 Enterprise Drive
Marshfield, MA 02050-2132

THE UPDATED ADDRESS IS:

ABB Optical Group
4 Skyline Drive
Hawthorne, NY 10532

ABB Optical Group
Attn: Diane Serravale
580 Cherry Bark Road
Middletown, DE 19709

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Merged Funding
One Financial Plaza
Hartford, CT 061032608

THE UPDATED ADDRESS IS:

*Please delete from service list.*

_____
Signature of Debtor or Debtor's Attorney

9 JUN 2026
_____
Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

2