

## WE ARE YOUR DOL

NEW YORK STATE OF OPPORTUNITY. | Department of Labor

Kathy Hochul, Governor
Roberta L. Reardon, Commissioner

June 18, 2026

Clerk of Court
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
290 FEDERAL PLAZA
CENTRAL ISLIP, NY  11722

Re: SOUND VISION CARE INC
ER# 48-76985
BANKRUPTCY# 25-72421

Dear Sir:

We hereby withdraw our Claim 37-1 which was dated 11/17/2025 for $8,569.21

Very truly yours,

Marta Cole
UI Employer Compliance Agent 2
(800)456-1015

MC:mc

IA 37.1WD (6-12)