DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtor*
120 Bloomingdale Road, Suite 100
White Plains, NY 10605
(914) 381-7400
Robert L. Rattet, Esq.
Craig M. Price, Esq.
John D. Molino, Esq.

*Hearing Date:* June 25, 2026
*Hearing Time:* 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                            Chapter 11 Cases

SOUND VISION CARE, INC. et. al.,                      Case No. 25-72421 (LAS)
                                                       (Jointly administered)

Debtors.[1]

-----------------------------------------------------------------x

### DECLARATION OF MARK D'AGOSTINO
### OF CBIZ FORENSIC CONSULTING GROUP, LLC IN SUPPORT OF
### CONFIRMATION OF DEBTORS' FIFTH AMENDED CHAPTER 11 PLAN

MARK D'AGOSTINO, as Senior Director of CBIZ Forensic Consulting Group, LLC

("CBIZ"), which serves as the financial advisor and restructuring advisor to the above-referenced

debtors and debtors in possession (collectively, the "Debtors")[2] in the above-captioned Chapter 11

cases (the "Chapter 11 Cases"), declares under penalty of perjury as follows:

1.      I submit this Declaration in support of confirmation of the *Debtors' Fifth*

*Amended Chapter 11 Plan, dated June 21, 2026* [ECF No. 460] (as may be amended,

supplemented, or otherwise modified from time to time, the "Plan"). As financial advisor and

restructuring advisor to the Debtors, I have personal knowledge of the matters set forth herein or

---

[1]  The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), (vii) SVC of Southold, LLC (4232), and (viii) SVC of Murray Hill, LLC (8674). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

[2]  All capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to them in the Plan.

1

have gained knowledge from my review of the Debtors' books and records, the Plan, the Disclosure Statement, the cash flow budgets and projections prepared by CBIZ, the liquidation analysis, and discussions with the Debtors' management, counsel, and other advisors.

2. More specifically, CBIZ, under my supervision, also prepared the Combined DIP Cash Flow Budget (the "Projections") and the liquidation analysis (the "Liquidation Analysis"), each attached to the Disclosure Statement as well as updated versions. CBIZ has also assisted with the Debtors' monthly operating reports and other financial disclosures. I am familiar with the Debtors' operations, cash management system (as previously detailed in my July 9, 2025 Declaration in support of the Cash Management Motion), and the financial projections supporting the Plan.

3. Through the Debtors' efforts in these Chapter 11 Cases, the Debtors have significantly reduced their overall debt load and improved their financial performance.

A. **Liquidation Analysis**

4. CBIZ also prepared the Liquidation Analysis (attached as an exhibit to the Disclosure Statement and updated in Docket No. 399-2.pdf). In a hypothetical Chapter 7 liquidation, after payment of secured claims (approximately $5.7 million), Chapter 7 and Chapter 11 professional fees and expenses (estimated $850,000–$1.15 million combined), there would be a substantial deficit available to General Unsecured Creditors (ranging from approximately ($3.055 million) in the Low Case to ($1.107 million) in the High Case). By contrast, the Plan provides for meaningful recoveries to General Unsecured Creditors through the 20% distribution schedule from ongoing operations and the Plan Contribution, which is significantly better than the likely zero or negative recovery in Chapter 7. All Impaired Classes voted to accept the Plan, further confirming the best interests test is satisfied.

5.      The methodology I used in the preparation of the liquidation analysis included estimating the proceeds from selling the Debtors' assets and the liabilities/claims to be settled, then compared the recoveries under a hypothetical Chapter 7 liquidation to the proposed Plan to determine if reorganization or liquidation is in the best interest of creditors.

**B.  Payment of Priority Claims**

6.      The Plan provides for the payment in full, in Cash, of all Allowed Administrative Expense Claims, Priority Tax Claims, and Priority Non-Tax Claims on the Effective Date or as soon thereafter as practicable (or as otherwise agreed or as permitted under section 1129(a)(9) for certain tax claims paid over time not exceeding five years from the Petition Date). The Projections reflect reserves and payments for Admin & Priority Claims ($150,000–$300,000 claim base) and UST Fees.

**C.      Feasibility**

7.      For purposes of determining whether the Plan meets the feasibility requirement of Section 1129(a)(11) of the Bankruptcy Code, the Debtors analyzed their ability to meet the obligations under the Plan. As part of this analysis, CBIZ has prepared and updated the Post-Confirmation Cash Flow Budget for the quarters ended March 2026 through March 2028, together with the Significant Assumptions attached thereto. These projections assume, among other things: (i) operating cash receipts remaining relatively consistent with the prior year with 5%–10% growth in year two; (ii) the Debtors' exit from the Murray Hill location as of April 30, 2026, and continued operation of the Fresh Meadows location at a loss until Q-2 2027; (iii) an opening cash balance of approximately $400,000 as of the Effective Date (estimated July 10, 2026); (iv) continuation of adequate assurance payments through Q-3 2026 with full secured lender payments resuming in Q-4 2026; (v) EIDL SBA loan payments resuming normal monthly amounts in Q-3 2026; and

(vi) priority tax claims paid in six equal installments from Q-1 2027 through Q-1 2028. These updated projections form the basis for the Debtors' feasibility analysis and post-confirmation operations.

8.       Based upon such Financial Projections, I believe the Debtors will have sufficient resources to make all payments required pursuant to the Plan and that confirmation of the Plan is not likely to be followed by liquidation or the need for further reorganization of the Reorganized Debtors. The most recent Post-Confirmation Cash Flow Budget and Significant Assumptions prepared by CBIZ demonstrate that the Reorganized Debtors will have sufficient Cash to make all payments required under the Plan. Key assumptions include an opening cash balance of approximately $400,000 as of the Effective Date (estimated July 10, 2026), operating cash receipts remaining relatively consistent with the prior year and increasing 5%–10% in year two (assuming exit from the Murray Hill location as of April 30, 2026, and continued operation of Fresh Meadows at a loss only until Q-2 2027), adequate assurance payments continuing through Q-3 2026 with full secured lender payments resuming in Q-4 2026, EIDL SBA payments resuming normal monthly amounts in Q-3 2026, priority tax claims paid in six equal installments from Q-1 2027 through Q-1 2028, and GUC distributions totaling 20% (5% on the Effective Date plus three 5% distributions every six months thereafter). The $300,000 Plan Contribution from Dr. Jeffrey Williams is to be made in three $100,000 installments on the Effective Date, three months later, and six months later. Net Cash Flows from Operations are positive in all quarters (ranging from $338,000 to $471,500), with cumulative cash balances growing to over $3.5 million by Q-1 2028 and ending balances remaining positive in the $500,000+ range. The Reorganized Debtors will emerge with a sustainable capital structure and ongoing profitable operations (projected monthly profit ~$100k in recent MORs).

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 21, 2026
       New York, New York

By:   /s/ Mark D'Agostino     
          Mark D'Agostino, Senior Director
          CBIZ Forensic Consulting Group, LLC
          Financial and Restructuring Advisor to the Debtors