

**Michael Kwiatkowski**
Counsel
Direct Tel.: (516) 880-7207
mkwiatkowski@moritthock.com

June 24, 2026

**Via ECF and Email (diane_corsini@nyeb.uscourts.gov)**

Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

      Re:    *In re Sound Vision Care, Inc. et al.* (Bankr. E.D.N.Y. Case No. 25-72421 (LAS))

Dear Judge Scarcella:

      This firm represents creditor U.S. Eagle Federal Credit Union in this Chapter 11 case.  I respectfully request permission to appear remotely at the hearing scheduled for June 25, 2026 at 10:00 a.m.

      Two matters are presently scheduled to be heard: (i) the Confirmation Hearing; and (ii) the motion of debtor SVC of Fresh Meadows LLC to assume an unexpired lease [ECF No. 239]. In recent days, I have been in communication with Debtors' counsel regarding the Confirmation Hearing, including potential provisions of a proposed confirmation order. Accordingly, I do not anticipate the need to present argument or otherwise be heard at length at the hearing with respect to either matter. Nevertheless, I would appreciate the opportunity to attend the hearing remotely.

      Thank you for the Court's consideration of this request.

                Respectfully,

                */s/ Michael Kwiatkowski*
                Michael Kwiatkowski

cc:    Parties-in-Interest (via ECF notification)