# Ballard Spahr
**LLP**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-3034
TEL 302.252.4465
FAX 302.252.4466
www.ballardspahr.com

Leslie C. Heilman
Tel: 302.252.4446
Fax: 302.300.4065
heilmanl@ballardspahr.com

June 24, 2026

**VIA ELECTRONIC MAIL AND ECF**

Honorable Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:    **Sound Vision Care, Inc. et al Case No. 25-72421-LAS**

Dear Judge Scarcella:

Ballard Spahr LLP represents Street Retail, LLC, a landlord creditor in the above-referenced matter.  I am writing to respectfully request permission to appear and participate in the proceedings virtually via Zoom or telephonic participation at the hearing before Your Honor scheduled for Thursday, June 25, 2026, at 10:00 a.m. (ET).  The pending *Motion for an Order Assuming the Unexpired Lease of Nonresidential Real Property of Debtor SVC of Fresh Meadows LLC Located at 61-38 190th Street, Fresh Meadows, New York 11365 Under Section 365(b) of the Bankruptcy Code* [Docket No. 239], which impacts Street Retail, LLC, is now resolved and will be proceeding on a consensual basis.

Thank you for your courtesy in this matter.  Should Your Honor have any questions, please do not hesitate to contact me.

Respectfully submitted,

Leslie C. Heilman