

**DAVIDOFF HUTCHER & CITRON LLP**

ATTORNEYS AT LAW

120 BLOOMINGDALE ROAD
WHITE PLAINS, NEW YORK 10605
———
TEL: (914) 381-7400
WWW.DHCLEGAL.COM

FIRM OFFICES

NEW YORK
ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NY 10158
(212) 557-7200

WEST PALM BEACH
ATTORNEYS AT LAW
1107 NORTH OLIVE AVENUE
WEST PALM BEACH, FL 33401
(561) 567-8488

FIRM OFFICES

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

**WRITER'S DIRECT: 646-428-3236**
**E-MAIL: jbg@dhclegal.com**

June 24, 2026

**Via Email (diane_corsini@nyeb.uscourts.gov)**
Hon. Louis A. Scarcella, U.S.D.J.
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

> **Re:** **Chapter 11, Eastern District of New York, *In re Sound Vision Care, Inc.*, Lead Case No. 25-72421, *et al.* (Chapter 11 filings)**
>
> **Sound Vision Care, Inc. v. Kapitus et. al., Adv. Proc No. 25-08112 (Adversary Case)**

Dear Judge Scarcella:

This letter serves to update the Court on the status of the Motions for Default judgment and the above-referenced Adversary Proceeding. The matter appears to be on the July 16, 2026 calendar and not, as we had previously believed on the June 25, 2026 calendar. I will be appearing telephonically on June 25, 2026 if the Court has any questions. By the letter, I am further requesting to listen telephonically so as to be available to the Court.

Between April 23, 2026 and April 28, 2026 This office moved for default judgment as follows:

a) On April 24, 2026, against Vex Capital only, ECF Docket No. 113.

b) On April 27, 2026 this office moved for default judgments as follows: 1) Quick Funding Group, ECF Docket No. 115; and 2) Atlas Acquisitions LLC and Speedy Fund Capital LLC, ECF Docket No. 116, as superseded by ECF Docket No. 118. Exhibit "A" of ECF Docket No. 115 was replaced (ECF Docket No. 119).

June 24, 2026
Sound Vision Care, Inc. *et. al.*
Page 2

      c) On April 28, 2026 this office moved default judgment against Capitaldomain LLC, Panthers Capital and Advance Service Group LLC, the joint filers of Claim No. 27 in the main Chapter 11 case.

Thereafter, the Court requested separate Declarations with respect to the default judgment. Those were filed on May 11, 2026 (ECF Docket Nos. 122-125). On May 12, 2026 this Court entered an Order to Show Cause (the "Order to Show Cause," ECF Docket No. 127) directing certain defendants— (1) Advance Service Group, LLC dba InAdvance Working Capital; (2) Panthers Capital, LLC dba Panthers Capital; (3) Atlas Acquisitions LLC on Behalf of Speedy Capital; (4) Meged Funding Group Corp. aka Merged Funding ("Meged Funding"); (5) Quick Funding Group; (6) Vex Capital; and (7) Pure Advance (collectively the "Defaulting Defendants"). As set forth below, with modifications based on subsequent developments, the Defaulting Defendants were served. This office filed proof of such service (ECF Docket Nos. 128-132.

This is the status of matters as to each of the Defendants, including the Defaulting Defendants:

      a) Kapitus LLC & Kapitus Servicing Inc. – Motion to Compel Arbitration, (ECF Docket No. 62), scheduled to be heard July 16, 2026;

      b) Advance Service Capital; - Subject of consideration under the Order to Show Cause.

      c) Capital Domain – Resolved by stipulation "so ordered" (Main Case ECF Docket No. 456).

      d) Panthers Capital (and Quick Funding Group)- Subject of consideration under the Order to Show Cause. Shortly after the Order to Show Cause was accomplished by email on May 13, 2026 by email, on May 14, 2026 I received a telephone call from one "Todd Lubar," xxx-xxx-3904, calling on behalf of Panthers Capital (whose proof of claim was filed by Capital Domain, who was served by first class mail [ECF Docket No. 130] and whose own first class mail address was not listed in its MCA Agreement) and on behalf of Quick Funding Group LLC. He inquired in general terms about "legal matters" involving those entities and Sound Vision Group LLC. I asked him for a telephone number and he gave me the email "accounting@pantherscapital.com". I sent emails on May 14, 2026 (within an hour of the call), May 18, 2026, May 20, 2026 and May 29, 2026). I spoke to him on June 1, 2026. This indicates that Panthers Capital LLC and Quick Funding LLC have received effective service of the Order to Show Cause.

      e) Atlas Acquisitions LLC on Behalf of Speedy Capital, subject to resolution under a consensual order with Atlas, and as to Speedy subject of consideration under the Order to Show Cause[1].

---

[1] Atlas Acquisitions LLC on Behalf of Speedy Capital was the party against whom the Court directed service of this Order to Show Cause. A Supplemental Motion for Default Judgment *(Superseding Motion, replaces ECF Docket No. 116) for Default Judgment Against Atlas in its capacity as acting only in its capacity as acting on behalf of Speedy Funding, and Speedy Funding only* (ECF Docket No. 118) clarifying that declaratory relief only was being sought as to Atlas, and that a default judgment was being sought against Speedy.

June 24, 2026
Sound Vision Care, Inc. *et. al.*
Page 3

f) Vex Capital - Subject of consideration under the Order to Show Cause. Pursuant to June 11, 2026 hearing, Proposed Order Granting Motion for Default Judgment and Proposed Default Judgment (respectively, ECF Docket Nos 140 and 141) submitted.

g) White Road Capital – Notice of Dismissal filed, ECF Docket No. 38.

h) EBF Holding – Stipulation Extending Time to Answer to be submitted by Thomas Dominczyk.

i) CFG Merchant Solutions – Answer filed by Shanna Kaminski (ECF Docket No. 68).

j) Meged Funding – Notice of Dismissal filed, ECF Docket Nos 106 & 109.

k) Pure Advance - – Notice of Dismissal filed, ECF Docket No. 105 & 108.

l) Lendbug – Settled by Stipulation (Main Case ECF Docket No. 400).

m) Parkview Advance - Notice of Dismissal filed, ECF Docket No. 87.

n) Square Funding LLC -  - Notice of Dismissal filed, ECF Docket No. 88.

o) U.S. Eagle Federal Credit Union - Settled by Stipulation (ECF Docket No. 69); and

p) Flushing Bank - Settled by Stipulation (ECF Docket No. 29).

As advised, I will be available by telephone if the Court has any questions or issues.

Thank you for your attention to these matters and your assistance. If you have any questions or concerns, please do not hesitate to contact this office.

Respectfully submitted,

DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for Debtors-Plaintiffs*

/s/ James B. Glucksman
By:_____
James B. Glucksman

Cc (via ECF Service):

By Electronic Mail to:

Anthony Giuliano (counsel to Capital Domain)

Alan Hochheiser (counsel to Atlas Acquisitions and EBF Holdings)
Thomas Dominczyk (counsel to Atlas Acquisitions and EBF Holdings)

June 24, 2026
Sound Vision Care, Inc. *et. al.*
Page 4


Ben Isazakov (principal of Panthers Capital and Quick Funding)
Todd Lubar (on behalf of Panthers Capital and Quick Funding)

Shanna Kaminski (Attorney for CFG Merchant Services)

All Parties Receiving ECF Notices in Main
Case and Adversary